THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: +1.619.270.8383

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GGCC, LLC,** an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.,** a Delaware Corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, and **ARTHUR BREITMAN**, an Individual,<br><br>                    Defendants. | Case No: 5:17-cv-06779-RS<br><br>**CERTIFICATION OF INTERESTED PERSON** |

713625.1

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed person has (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Brian Beeman is the sole member of GGCC, LLC.

Respectfully submitted,

Dated: November 28, 2017

THE RESTIS LAW FIRM, P.C.

  /s/ William R. Restis
William R. Restis, Esq.
550 West C Street, Suite 1760
San Diego, CA 92101
Tel:  +1.619.270.8383
Fax:  +1.619.752.1552
Email: william@restislaw.com

LITE DEPALMA GREENBERG, LLC
Joseph J. DePalma, Esq.
Bruce D. Greenberg, Esq.
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: +1.973.623.3000
Fax +1.973.623.0858
Email: jdepalma@litedepalma.com
Email: bgreenberg@litedepalma.com

ATTORNEYS FOR PLAINTIFF