United States District Court
Northern District of California

1
2
3
4                UNITED STATES DISTRICT COURT
5                NORTHERN DISTRICT OF CALIFORNIA
6
7   GGCC, LLC,                              Case No. 17-cv-06779-RS
            Plaintiff,
8
9        v.                                 **CLASS ACTIONS SUBJECT TO
                                            PRIVATE SECURITIES LITIGATION
10  DYNAMIC LEDGER SOLUTIONS, INC.,         REFORM ACT (PSLRA) AND ADR
    et al.,                                 DEADLINES**
11          Defendants.

12

13       IT IS HEREBY ORDERED that this action is assigned to the Honorable Richard Seeborg .

14  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve

15  on all other parties a copy of this order, a copy of the "Model Stipulation and Proposed

16  Consolidation Order for Securities Fraud Class Actions", a copy of the "Sample Confidentiality

17  Order", and all other documents specified in Civil Local Rule 4-2.  Counsel must comply with the

18  case schedule listed below unless the Court otherwise orders.

19       IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute

20  Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients

21  shall familiarize themselves with that rule and with the material entitled "Dispute Resolution

22  Procedures in the Northern District of California" on the Court ADR Internet site at

23  http://www.cand.uscourts.gov/adr.  A limited number of printed copies are available from the

24  Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

25

26  **CASE SCHEDULE – ADR MULTI-OPTION PROGRAM**

| Date | Event | Governing Rule |
|---|---|---|
| 11/26/2017 | Complaint Filed | |

| | | |
|---|---|---|
| 11/26/2017 | Plaintiff to file requisite certificate | Civil L.R. 3-7(b) |
| 12/18/2017 | Last day for plaintiff to file copy of notice | Civil L.R. 23-1(a) |
| **60 days after publication of notice** | Last day to file motion to serve as lead plaintiff | Civil L.R. 23-1(b) |
| 2/8/2018 | • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 2/22/2018 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report | FRCivP 26(a) (1)<br>Civil _L.R . 16-9 |
| 3/1/2018 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in<br>Courtroom 3, 17th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Civil L.R . 16-10 |

**\*** If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.