Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Eduard Korsinsky (to be admitted *pro hac vice*)
Email: ek@zlk.com
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Counsel for Plaintiff Andrew Okusko*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, and ARTHUR BREITMAN, an Individual,<br><br>Defendants. | Case No. 3:17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROSEMARY M. RIVAS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Honorable Richard Seeborg<br><br>Action filed: November 26, 2017 |

[*Caption continues on next page.*]

| | |
|---|---|
| **This document also relates to:** | Case No. 3:17-cv-06829-SI |
| ANDREW OKUSKO, individually and on behalf of all others similarly situated, | The Honorable Susan Illston |
| Plaintiff, | Action filed: November 28, 2017 |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | |
| Defendants. | |

I, Rosemary M. Rivas, declare as follows:

1.  I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for Plaintiff Andrew Okusko in the above-captioned action ("*Okusko* Action"). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  I submit this Declaration in Support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

3.  The *Okusko* Action was filed in this District on November 28, 2017, and has been assigned to the Honorable Susan Illston. *GGCC, LLC v. Dynamic Ledger Solutions, Inc., et al.* ("*GGCC* Action"), filed in this District on November 26, 2017, is currently pending before this Court.

4.  The *Okusko* Action and the *GGCC* Action are both actions filed against the same defendants for violations of Sections 12(a)(1) and 15(a), 15 U.S.C. §§ 77l(a)(1), 77o(a), of the Securities Act of 1933. Specifically, both actions allege that defendants violated the federal securities laws by offering and selling unregistered securities in connection with the Tezos initial coin offering. Relating the cases will avoid undue burden and cost to the Court and the parties, and will avoid the potential for conflicting results.

5.  Defendants have not yet appeared in either Action, as these cases were only recently filed. Accordingly, a stipulation could not obtained under Civil Local Rule 7-12.

6. Concurrently with the filing of this Administrative Motion, Defendants will be served with copies of this motion and all supporting documents filed with it.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2017, in San Francisco, California.

*/s/ Rosemary M. Rivas*
Rosemary M. Rivas