1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, and ARTHUR BREITMAN, an Individual,<br><br>Defendants. | Case No. 3:17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL L.R. 3-12**<br><br>**Related Case:**<br>*Okusko v. Dynamic Ledger Solutions, Inc., et al.*<br>Case No. 3:17-cv-06829-SI |

[*Caption continues on next page.*]

| | |
|---|---|
| **This document also relates to:**<br><br>ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>Defendants. | Case No. 3:17-cv-06829-SI<br><br>The Honorable Susan Illston<br><br>Action filed: November 28, 2017 |

This Court, having considered the administrative motion by Plaintiff Andrew Okusko to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11,

IT IS HEREBY ORDERED that the action titled, *Okusko v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 3:17-cv-06829-SI, pending before the Honorable Susan Illston, is hereby related to the action titled *GGCC, LLC v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 3:17-cv-06779-RS, pending before this Court; and

IT IS FURTHER ORDERED that *Okusko v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 3:17-cv-06829-SI, be reassigned to this Court for all further proceedings.

IT IS SO ORDERED.

Dated: _____

                                              Hon. Richard Seeborg
                                              United States District Judge