# PROOF OF SERVICE

I, Elvira Palomino, hereby certify that on December 8, 2017, I caused a copy of the **NOTICE OF PUBLICATION OF PSLRA NOTICE PER CIVIL L.R. 23-1(a)** to be mailed via U.S. First Class mail to the following persons and business entities:

| | |
|---|---|
| Dynamic Ledger Solutions, Inc.<br>c/o Harvard Business Services, Inc.<br>16192 Coastal Highway<br>Lewes, DE 19958 | Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland |
| Arthur Breitman<br>c/o Harvard Business Services, Inc.<br>16192 Coastal Highway<br>Lewes, DE 19958 | Kathleen Breitman<br>c/o Harvard Business Services, Inc.<br>16192 Coastal Highway<br>Lewes, DE 19958 |

                                   /s/ *Elvira Palomino*

                                     Elvira Palomino