THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: +1.619.270.8383

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GGCC, LLC,** an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.,** a Delaware Corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, and **ARTHUR BREITMAN**, an Individual,<br><br>Defendants. | Case No: 5:17-cv-06779-RS<br><br>**DECLINATION OF MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c), Plaintiff GGCC, LLC **declines** to have a United States Magistrate Judge conduct all further proceedings in this case and hereby requests that this case remain assigned to Hon. Richard Seeborg, U.S.D.J.

713625.1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: December 8, 2017 | THE RESTIS LAW FIRM, P.C. |
|   | /s/ William R. Restis |
|   | William R. Restis, Esq.<br>550 West C Street, Suite 1760<br>San Diego, CA 92101<br>Tel: +1.619.270.8383<br>Fax: +1.619.752.1552<br>Email: william@restislaw.com |
|   | LITE DEPALMA GREENBERG, LLC<br>Joseph J. DePalma, Esq.<br>Bruce D. Greenberg, Esq.<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Tel: +1.973.623.3000<br>Fax +1.973.623.0858<br>Email: jdepalma@litedepalma.com<br>Email: bgreenberg@litedepalma.com |
|   | ATTORNEYS FOR PLAINTIFF |