Reed R. Kathrein (State Bar No. 139304)
Peter E. Borkon (State Bar No. 212596)
Danielle Charles (State Bar No. 291237)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

*Attorneys for Plaintiffs*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, and ARTHUR BREITMAN, an Individual,<br><br>Defendants. | Case No.  3:17-cv-06779-RS<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED** |
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, | Case No.  3:17-cv-06829-RS |

1   ARTHUR BREITMAN, and TIMOTHY
    DRAPER,

2
                              Defendants.
3

4   ANDREW BAKER, individually and on behalf          Case No.  3:17-cv-06850-RS
    of all others similarly situated,
5
                              Plaintiff,
6

7          v.

8   DYNAMIC LEDGER SOLUTIONS, INC., a
    Delaware corporation, TEZOS
9   STIFTUNG, a Swiss Foundation,
    KATHLEEN BREITMAN, an
10  Individual, ARTHUR BREITMAN,
    an Individual, JOHANN GEVERS, an
11  individual, STRANGE BREW STRATEGIES,
    LLC, a California limited liability company, and
12  DOES 1 through 100 inclusive,

13
                              Defendant.
14

15
    BRUCE MACDONALD, Individually and on            Case No.  3:17-cv-07095-JSC
16  Behalf of All Others Similarly Situated,

17
                              Plaintiff,
18
           v.
19
    DYNAMIC LEDGER SOLUTIONS, INC., a
20  Delaware corporation, TEZOS
    STIFTUNG, a Swiss Foundation,
21  KATHLEEN BREITMAN, an
    Individual, ARTHUR BREITMAN,
22  an Individual, TIMOTHY COOK DRAPER, an
    individual, DRAPER ASSOCIATES, JOHANN
23  GEVERS, DIEGO PONZ, GUIDO SCHMITZ-
    KRUMMACHER, BITCOIN SUISSE AG,
24  NIKLAS NIKOLAJSEN  and DOES 1-100,
    INCLUSIVE,
25

26
                              Defendants.
27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rules 3-12 and 7-11, Plaintiff Bruce MacDonald, plaintiff in *MacDonald v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 3:17-cv-07095-JSC (the "MacDonald Action") files this Administrative Motion to Consider Whether Cases Should Be Related to consider whether the MacDonald Action should be related to *GGCC, LLC v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 3:17-cv-06779-RS (the "GGCC Action"), the first-filed of the above-captioned related actions (collectively, the "Related Actions").[1]

Civil Local Rule 3-12 provides that "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Here, there is meaningful overlap in the parties: Defendants Dynamic Ledger Solutions, Inc., Tezos Stiftung,[2] Kathleen Breitman, and Arthur Breitman are named in all four of the Related Actions; Defendant Timothy Draper is named in the Okusko Action and the MacDonald Action; and Defendant Johann Gevers is named in the Baker Action and the MacDonald Action.

All of the Related Actions concern the same transaction/event—the Tezos Initial Coin Offering ("ICO")—and are putative class actions brought by plaintiffs who purchased Tezos tokens in the Tezos ICO and allege claims, on behalf of overlapping putative classes, based on Defendants' sale and/or participation in the sale of securities through the Tezos ICO—albeit based on somewhat different legal theories.

---

[1] The other Related Actions are *Okusko v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 3:17-cv-06829-RS (the "Okusko Action") and *Baker v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 3:17-cv-06850-RS (the "Baker Action").
[2] The Okusko Action incorrectly names Tezos Stiftung as The Tezos Foundation.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED  - 1
Case No.:  3:17-cv-06779-RS

Finally, based on developments reported yesterday, Plaintiff MacDonald intends to file tomorrow an Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue (the "MacDonald TRO").

The MacDonald TRO will seek a temporary restraining order freezing all assets of all Defendants named in the MacDonald Action collected via or derived from the Tezos Initial Coin Offering (the "Tezos ICO" and the "ICO Proceeds," respectively) and restraining and enjoining those Defendants from selling, transferring, converting, or otherwise disposing of any of the ICO Proceeds. It also seeks to stop Defendants from taking any action to authorize anyone else to sell, transfer, convert, or otherwise dispose of any of the ICO Proceeds until Plaintiff has had sufficient time to conduct appropriate discovery in preparation for a preliminary injunction hearing and this Court issues a ruling on its Order to Show Cause Why a Preliminary Injunction Should Not Issue.

The issues presented in the MacDonald TRO overlap with those presented by a motion for a preliminary injunction filed by the plaintiff in the Okusko Action (the "Okusko PI Motion").[3] The Okusko PI Motion is currently set to be heard on January 11, 2018—almost a month from now. Waiting to stop the dissipation of funds, especially given the chaos in Defendants' ranks, and the accusations against each other, threatens irreparable injury.

For the foregoing reasons, Plaintiff MacDonald requests that the MacDonald Action be considered related to the Related Actions.

DATED: December 13, 2017

**BLOCK & LEVITON LLP**

*/s/ Joel Fleming*
Jason M. Leviton, *pro hac vice to be submitted*
Joel A. Fleming (281264)
Jacob A. Walker (271217)
155 Federal Street, Suite 400

---

[3] The Okusko PI Motion seeks to enjoin "Defendants Dynamic Ledger Solutions, Inc. ("DLS"), The Tezos Foundation, Kathleen Breitman … and Arthur Breitman …from transferring or dissipating assets raised in connection with the Tezos ICO, including, but not limited to, Bitcoin, Ether, and any other assets that [those] Defendants have since purchased with funds raised in the Tezos ICO". *See* Okusko Action at ECF. No. 9.

Boston, MA 02110
Telephone: (617) 398-5600
Email: jason@blockesq.com
          joel@blockesq.com
          jake@blockesq.com

Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: reed@hbsslaw.com
          peterb@hbsslaw.com
          daniellec@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Plaintiff*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED  - 3
Case No.:  3:17-cv-06779-RS

**CERTIFICATE OF SERVICE**

Pursuant to L.R. 5-5, I certify that on December 13, 2017, I caused to be served copies of the foregoing ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED on the persons listed below at the addresses listed below.

Daniel Louis Sachs
COOLEY LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile:  (202) 842-7899
dsachs@cooley.com

Jeffrey Michael Kaban
Patrick Edward Gibbs
Samantha Anne Kirby
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400
kabanjm@cooley.com
pgibbs@cooley.com
skirby@cooley.com

*Counsel for Distributed Ledger Solutions, Inc.*

Tezos Stiftung
Alpenstrasse 9
6300 Zug, Switzerland
Contact@tezos.ch
support@tezos.ch

Diego Ponz
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland
Contact@tezos.ch; support@tezos.ch

Niklas Nikolajsen
Bitcoin Suisse AG
Park Résidence
Industriestrasse 16
CH-6300 Zug

Brian E. Klein (258486)
Scott M. Malzahn (229204)
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile:  (424) 652-7850
bklein@bakermarquart.com
smalzahn@bakermarquart.com

*Counsel for Arthur Breitman and Kathleen Breitman*

Timothy Cook Draper
Draper Associates
55 E. 3rd Avenue
San Mateo, CA 94401
plans@draper.vc
timothy@dfj.com
mail@drapervc.com
timothy.draper@msn.com
tim@drapervc.com
tdraper@prosper.com
tim@prosper.com

Johann Gevers
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland
johann@gevers.net; johann@monetas.net; jgevers@monetas.net; johann.gevers@monetas.net; johanngevers@monetas.net.

Guido Schmitz-Krummacher
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland
guido.schmitz-krummacher@krummacher.com

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED  - 1
Case No.:  3:17-cv-06779-RS

Switzerland
inquiry@bitcoinsuisse.ch

guido.schmitz-krummacher@talentory.com
guido@addcon.nl
guidoschmitzkrummacher@addcon.nl
gschmitzkrummacher@addcon.nl
guidos@addcon.nl
guido.schmitzkrummacher@addcon.nl

Dated: December 13, 2017          /s/ Joel Fleming
                                  Joel Fleming

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED  - 2
Case No.:  3:17-cv-06779-RS