# PROOF OF SERVICE

I, Elvira Palomino, hereby certify that on December 20, 2017, I caused a copy of (1) **PLAINTIFF GGCC, LLC'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES** and (2) **[PROPOSED] ORDER CONSOLIDATING CASES** to be mailed via U.S. First Class mail to the following persons and business entities:

| | |
|---|---|
| Daniel Louis Sachs<br>COOLEY LLP<br>1299 Pennsylvania Ave NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: (202) 728-7114<br>Facsimile: (202) 842-7899<br>dsachs@cooley.com<br><br>Jeffrey Michael Kaban<br>Patrick Edward Gibbs<br>Samantha Anne Kirby<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>kabanjm@cooley.com<br>pgibbs@cooley.com<br>skirby@cooley.com<br><br>*Counsel for Dynamic Ledger Solutions, Inc.* | Brian E. Klein (258486)<br>Scott M. Malzahn (229204)<br>BAKER MARQUART LLP<br>2029 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (424) 652-7814<br>Facsimile: (424) 652-7850<br>bklein@bakermarquart.com<br>smalzahn@bakermarquart.com<br><br>*Counsel for Arthur Breitman and Kathleen Breitman* |
| Neal A. Potischman<br>Edmund Polubinski, III<br>Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>Telephone: (650) 752-2021<br>Facsimile: (650) 752-3621<br>neal.potischman@davispolk.com<br>edmund.polubinski@davispolk.com<br><br>*Counsel for Tezos Stiftung (Tezos Foundation)* | Timothy Cook Draper<br>Draper Associates<br>55 E. 3rd Avenue<br>San Mateo, CA 94401<br>plans@draper.vc<br>timothy@dfj.com<br>mail@drapervc.com<br>timothy.draper@msn.com<br>tim@drapervc.com<br>tdraper@prosper.com<br>tim@prosper.com |

| | |
|---|---|
| Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug, Switzerland<br>contact@tezos.ch<br>support@tezos.ch | Johann Gevers<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland<br>johann@gevers.net<br>johann@monetas.net<br>jgevers@monetas.net<br>johann.gevers@monetas.net<br>johanngevers@monetas.net |
| Diego Ponz<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland<br>diegoolivierfernandezpons@gmail.com<br>contact@tezos.ch<br>support@tezos.ch | Guido Schmitz-Krummacher<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland<br>guido.schmitz-krummacher@krummacher.com<br>guido.schmitz-krummacher@talentory.com<br>guido@addcon.nl<br>guidoschmitzkrummacher@addcon.nl<br>gschmitzkrummacher@addcon.nl<br>guidos@addcon.nl<br>guido.schmitzkrummacher@addcon.nl |
| Niklas Nikolajsen<br>Bitcoin Suisse AG<br>Park Résidence<br>Industriestrasse 16<br>CH-6300 Zug<br>Switzerland<br>inquiry@bitcoinsuisse.ch | Strange Brew Strategies, LLC<br>c/o Stan Huser<br>c/o Tiffiney Lomax<br>c/o Tressa White<br>c/o Naly Yang<br>7801 Folsom Boulevard<br>Suite 202<br>Sacramento, CA 95826 |

                              /s/ *Elvira Palomino*

                                Elvira Palomino