THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: +1.619.270.8383

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GGCC, LLC,** an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.,** a Delaware Corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, and **ARTHUR BREITMAN**, an Individual,<br><br>Defendants. | Case No: 5:17-cv-06779-RS<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF GGCC, LLC's MOTION TO CONSOLIDATE CASES**<br><br>DATE: January 25, 2018<br>TIME: 1:30 p.m.<br>CTRM: 3, 17th Floor<br>JUDGE: Hon. Richard Seeborg |
| **ANDREW OKUSKO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN**, and **TIMOTHY DRAPER**, | Case No: 3:17-cv-06829-RS |

- 1 -

NOTICE OF WITHDRAWAL OF PLAINTIFF GGCC, LLC'S                  No. 5:17-cv-06779-RS
MOTION TO CONSOLIDATE CASES
713625.1

| | | |
|---|---|---|
| 1 | Defendants. | |
| 2 | **ANDREW BAKER**, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06850-RS |
| 3 | | |
| 4 | Plaintiff,<br>v. | |
| 5 | **DYNAMIC LEDGER SOLUTIONS, INC.**, aDelaware corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, **ARTHUR BREITMAN**, an Individual, **JOHANN GEVERS**, an individual, **STRANGE BREW STRATEGIES, LLC**, a California limited liability company, and **DOES 1 through 100 inclusive**, | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Defendant. | |
| 12 | **BRUCE MACDONALD**, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-07095-JSC |
| 13 | | |
| 14 | Plaintiff,<br>v. | |
| 15 | | |
| 16 | **DYNAMIC LEDGER SOLUTIONS, INC.**, a Delaware corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, **ARTHUR BREITMAN**, an Individual, **TIMOTHY COOK DRAPER**, an individual, **DRAPER ASSOCIATES**, **JOHANN GEVERS**, **DIEGO PONZ**, **GUIDO SCHMITZKRUMMACHER**, **BITCOIN SUISSE AG**, **NIKLAS NIKOLAJSEN**, and **DOES 1-100, INCLUSIVE**, | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Defendants. | |

1  TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

2  PLEASE TAKE NOTICE that Plaintiff GGCC, LLC ("Plaintiff"), through its

3  counsel of record, hereby withdraws its Motion To Consolidate Cases filed on

4  December 19, 2017 (the "Motion"). Dkt # 16.

5  Upon filing its Motion, Plaintiff was unaware that following the December 19,

6  2017 hearing in *MacDonald v. Dynamic Ledger Solutions, Inc., et al.*, No. 3:17-cv-

7  07095-JSC, this Court directed that parties in related cases should meet and confer

8  concerning their proper form of coordination or consolidation. Plaintiff hereby

9  withdraws its Motion to facilitate such meet and confer consistent with the Court's

10 directive.

11
                                        Respectfully submitted,
12

13 Dated: December 26, 2017              THE RESTIS LAW FIRM, P.C.

14
                                        ___/s/ William R. Restis_____
15                                      William R. Restis, Esq.
16                                      550 West C Street, Suite 1760
                                        San Diego, CA 92101
17                                      Tel: +1.619.270.8383
18                                      Fax: +1.619.752.1552
                                        Email: william@restislaw.com
19
20                                      LITE DEPALMA GREENBERG, LLC
                                        Joseph J. DePalma, Esq.
21                                      Bruce D. Greenberg, Esq.
22                                      570 Broad Street, Suite 1201
                                        Newark, NJ 07102
23                                      Tel: +1.973.623.3000
24                                      Fax +1.973.623.0858
                                        Email: jdepalma@litedepalma.com
25                                      Email: bgreenberg@litedepalma.com
26
27                                      ATTORNEYS FOR PLAINTIFF GGCC, LLC

28
                                        - 3 -
NOTICE OF WITHDRAWAL OF PLAINTIFF GGCC, LLC'S           No. 5:17-cv-06779-RS
MOTION TO CONSOLIDATE CASES
713625.1