## **PROOF OF SERVICE**

I, Carla DaSilva, hereby certify that on December 26, 2017, I caused a copy of **PLAINTIFF GGCC, LLC'S NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE CASES** to be mailed via U.S. First Class mail and to be emailed to the following persons and entities:

| | |
|---|---|
| Donald J. Enright<br>LEVI & KORSINSKY, LLP<br>1101 30th Street, NW, Suite 115<br>Washington, DC 20007<br>Telephone: (202) 524-4292<br>Facsimile: (202) 333-2121<br>denright@zlk.com<br><br>Rosemary M. Rivas<br>LEVI & KORSINSKY, LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, California 94104<br>Telephone: (415) 291-2420<br>Facsimile: (415) 484-1294<br>rrivas@zlk.com<br><br>Eduard Korsinsky<br>LEVI & KORSINSKY, LLP<br>30 Broad Street, 24th Floor<br>New York, New York 10004<br>Telephone: (212) 363-7500<br>Facsimile: (212) 636-7171<br>ek@zlk.com<br><br>*Counsel for Plaintiff Andrew Okusko* | Reed R. Kathrein (139304)<br>Peter E. Borkon (212596)<br>Danielle Charles (291237)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>reed@hbsslaw.com<br>peterb@hbsslaw.com<br>daniellec@hbsslaw.com<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br><br>Jason M. Leviton<br>Joel A. Fleming<br>Jacob A. Walker<br>BLOCK & LEVITON LLP<br>155 Federal Street, Suite 400<br>Boston, MA 02110<br>Telephone: (617) 398-5600<br>jason@blockesq.com<br>joel@blockesq.com<br>jake@blockesq.com<br><br>*Counsel for Plaintiff Bruce MacDonald* |

| | |
|---|---|
| James Quinn Taylor-Copeland<br>TAYLOR-COPELAND LAW<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: (619) 400-4944<br>james@taylorcopelandlaw.com<br><br>*Counsel for Plaintiff Andrew Baker* | Brian E. Klein (258486)<br>Scott M. Malzahn (229204)<br>BAKER MARQUART LLP<br>2029 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (424) 652-7814<br>Facsimile: (424) 652-7850<br>bklein@bakermarquart.com<br>smalzahn@bakermarquart.com<br><br>*Counsel for Defendants Arthur Breitman and Kathleen Breitman* |
| Daniel Louis Sachs<br>COOLEY LLP<br>1299 Pennsylvania Ave NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: (202) 728-7114<br>Facsimile: (202) 842-7899<br>dsachs@cooley.com<br><br>Jeffrey Michael Kaban<br>Patrick Edward Gibbs<br>Samantha Anne Kirby<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>kabanjm@cooley.com<br>pgibbs@cooley.com<br>skirby@cooley.com<br><br>*Counsel for Defendant Dynamic Ledger Solutions, Inc.* | Christopher Wanger<br>Ana G. Guardado<br>MANATT, PHELPS & PHILLIPS, LLP<br>One Embarcadero Center<br>30th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 291-7410<br>Facsimile: (415) 291-7500<br>cwanger@manatt.com<br>aguardado@archernorris.com<br><br>*Counsel for Defendants Timothy Draper and Draper Associates V Crypto LLC* |

| | |
|---|---|
| Neal A. Potischman<br>Edmund Polubinski, III<br>Serge Alexander Voronov<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>Telephone: (650) 752-2021<br>Facsimile: (650) 752-3621<br>neal.potischman@davispolk.com<br>edmund.polubinski@davispolk.com<br>serge.voronov@davispolk.com<br><br>*Counsel for Defendant Tezos Stiftung*<br>*(Tezos Foundation)* | Guido Schmitz-Krummacher<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland<br>guido.schmitz-<br>krummacher@krummacher.com<br>guido.schmitz-<br>krummacher@talentory.com<br>guido@addcon.nl<br>guidoschmitzkrummacher@addcon.nl<br>gschmitzkrummacher@addcon.nl<br>guidos@addcon.nl<br>guido.schmitzkrummacher@addcon.nl |
| Diego Ponz<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland<br>diegoolivierfernandezpons@gmail.com<br>contact@tezos.ch<br>support@tezos.ch | Johann Gevers<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland<br>johann@gevers.net<br>johann@monetas.net<br>jgevers@monetas.net<br>johann.gevers@monetas.net<br>johanngevers@monetas.net |
| Niklas Nikolajsen<br>Bitcoin Suisse AG<br>Park Résidence<br>Industriestrasse 16<br>CH-6300 Zug<br>Switzerland<br>inquiry@bitcoinsuisse.ch | Strange Brew Strategies, LLC<br>c/o Stan Huser<br>c/o Tiffiney Lomax<br>c/o Tressa White<br>c/o Naly Yang<br>7801 Folsom Boulevard<br>Suite 202<br>Sacramento, CA 95826 |
| Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug, Switzerland<br>contact@tezos.ch<br>support@tezos.ch | |

*/s/ Carla DaSilva*

Carla DaSilva