|||
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>3 6 6 0 4 1 | UNITED STATES DISTRICT<br>COURT, NORTHERN DISTRICT<br>OF CALIFORNIA |

Plaintiff
GGCC, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED

DOCKET NO. 3:17-CV-06779-RS

vs

Defendant
DYNAMIC LEDGER SOLUTIONS, INC., A DELAWARE CORPORATION, ET AL

AFFIDAVIT OF SERVICE
(for use by Private Service)

Person to be served: DYNAMIC LEDGER SOLUTIONS, INC.
 C/O HARVARD BUSINESS SERVICES, INC.
Address:
16192 COASTAL HIGHWAY
LEWES DE 19958

Cost of Service pursuant to R4:4-30

$ _____

Attorney:
 LITE DEPALMA GREENBERG, LLC
 570 BROAD ST. SUITE 1201
 NEWARK NJ 07102

Papers Served:
SUMMONS; PRESERVATION LETTER; CLASS ACTION SUBJECT TO PRIVATE SECURITIES; GUIDELINES; STANDING ORDER; STANDING ORDER FOR ALL JUDGES;
GUIDELINES; CLASS ACTION COMPLAINT; STIPULATED PROTECTIVE ORDER

Service Data:

Served Successfully __X__   Not Served _____   Date: 12/27/17   Time: 2:00pm   Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household
member over 14 years of age residing therein at place of abode.

Name of Person Served and relationship/title
PERSON IN CHARGE AT THE OFFICE
OF THE REGISTERED AGENT OF
THE CORPORATION.

_X_ Left a copy with a person authorized to accept
service, e.g. managing agent, registered agent, etc.

GARY DAMINI

Description of Person Accepting Service:

Age: 40   Height: 5'9   Weight: 180   Hair: BRO   Sex: M   Race: W

Non-Served:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____   Date _____   Time _____
                    _____   Date _____   Time _____
                    _____   Date _____   Time _____

( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
__27th__ day of __DEC__ 2017

_____
Notary Signature

I, __GRANVILLE MORRIS__, was at
time of service a competent adult not having a direct
interest in the litigation. I declare under penalty
of perjury that the foregoing is true and correct.

_____   12/27/17
Signature of Process Server   Date

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

DGR - THE SOURCE FOR LEGAL SUPPORT
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   366041
File No.   3:17-CV-06779-RS

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 17-6779 RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* DYNAMIC LEDGER SOLUTIONS, INC.
was received by me on *(date)* 12/27/17

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* GARY DAMINI PERSON IN CHARGE AT THE OFFICE OF THE REGISTERED AGENT OF THE CORPORATION, who is designated by law to accept service of process on behalf of *(name of organization)* DYNAMIC LEDGER SOLUTIONS, INC. C/O HARVARD BUSINESS SERVICES, INC., 16192 COASTAL HIGHWAY, LEWES, DE 19958 on *(date)* 12/27/17  2:00 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/27/17

*Server's signature*

GRANVILLE MORRIS                    PROCESS SERVER
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; PRESERVATION LETTER; CLASS ACTION SUBJECT TO PRIVATE SECURITIES; GUIDELINES; STANDING ORDER; STANDING ORDER FOR ALL JUDGES; GUIDELINES; CLASS ACTION COMPLAINT; STIPULATED PROTECTIVE ORDER

SWORN TO ME ON 12/27/17

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020