| | |
|---|---|
| **Plaintiff**<br>GGCC, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>vs<br><br>**Defendant**<br>DYNAMIC LEDGER SOLUTIONS, INC., A DELAWARE CORPORATION, ET AL. | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br><br>DOCKET NO. 3:17-CV-06779-RS<br><br>**AFFIDAVIT OF SERVICE**<br>(for use by Private Service) |

Person to be served: ARTHUR BREITMAN
C/O HARVARD BUSINESS SERVICES, INC.
Address:
16192 COASTAL HIGHWAY
LEWES DE 19958

Cost of Service pursuant to R4:4-30
$ _____

Attorney:
LITE DEPALMA GREENBERG, LLC
570 BROAD ST. SUITE 1201
NEWARK NJ 07102

Papers Served:
SUMMONS; PRESERVATION LETTER; CLASS ACTION SUBJECT TO PRIVATE SECURITIES; GUIDELINES; STANDING ORDER; STANDING ORDER FOR ALL JUDGES; GUIDELINES; CLASS ACTION COMPLAINT; STIPULATED PROTECTIVE ORDER

**Service Data:**

Served Successfully __X__ Not Served _____ Date: 12/27/17   Time: 2:00pm   Attempts: _____

_____ Delivered a copy to him/her personally

Name of Person Served and relationship/title

_____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

PERSON IN CHARGE AT THE OFFICE OF THE REGISTERED AGENT OF THE CORPORATION.

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

GARY DAMINI

**Description of Person Accepting Service:**

Age: 40   Height: 5'9   Weight: 180   Hair: BRO   Sex: M   Race: W

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                                    Date _____ Time _____
                                    Date _____ Time _____
( ) Other: _____

Comments or Remarks _____

I, GRANVILLE MORRIS, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Subscribed and Sworn to me this
__27th__ day of __DEC. 2017__

_Notary Signature_

Signature of Process Server         Date: 12/27/17

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

DGR - THE SOURCE FOR LEGAL SUPPORT
359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No. 366046
File No. 3:17-CV-06779-RS

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 17-6779 RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ARTHUR BREITMAN C/O HARVARD BUSINESS SERVICES, INC.
was received by me on *(date)* 12/27/17

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* GARY DAMINI PERSONALLY KNOWN TO THE OFFICE OF THE REGISTERED AGENT OF THE COMPANY SERVED, who is
designated by law to accept service of process on behalf of *(name of organization)* ARTHUR BREITMAN C/O HARVARD BUSINESS SERVICES, INC.
C/O HARVARD BUSINESS SERVICES, INC., 16192 COASTAL HIGHWAY, LEWES, DE 19958   on *(date)* 12/27/17   2:00 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/27/17

_____
Server's signature

GRANVILLE MORRIS          PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; PRESERVATION LETTER; CLASS ACTION SUBJECT TO PRIVATE SECURITIES; GUIDELINES; STANDING ORDER; STANDING ORDER FOR ALL JUDGES; GUIDELINES; CLASS ACTION COMPLAINT; STIPULATED PROTECTIVE ORDER

SWORN TO ME ON 12/27/17

*KEVIN DUNN*
*NOTARY PUBLIC*
*STATE OF DELAWARE*
*My Commission Expires September 14, 2020*