‖‖‖‖‖‖‖‖‖‖‖‖‖‖
3 6 6 0 4 5

UNITED STATES DISTRICT
COURT, NORTHERN DISTRICT
OF CALIFORNIA

Plaintiff
GGCC, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED

DOCKET NO.  3:17-CV-06779-RS

vs
Defendant
DYNAMIC LEDGER SOLUTIONS, INC., A DELAWARE CORPORATION, ET AL

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Person to be served: KATHLEEN BREITMAN
 C/O HARVARD BUSINESS SERVICES, INC.
Address:
16192 COASTAL HIGHWAY
LEWES DE 19958

· Cost of Service pursuant to R4:4-30

$ _____

Attorney:
 LITE DEPALMA GREENBERG, LLC
 570 BROAD ST. SUITE 1201
 NEWARK NJ 07102
Papers Served:
SUMMONS; PRESERVATION LETTER; CLASS ACTION SUBJECT TO PRIVATE SECURITIES; GUIDELINES; STANDING ORDER; STANDING ORDER FOR ALL JUDGES;
GUIDELINES; CLASS ACTION COMPLAINT; STIPULATED PROTECTIVE ORDER

Service Data:

Served Successfully __X__   Not Served _____   Date: _12/27/17_   Time: _2:00pm_   Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household
 member over 14 years of age residing therein at place of abode.

Name of Person Served and relationship/title

PERSON IN CHARGE AT THE OFFICE
OF THE _____ AT OF
THE TIME OF SERVICE

__X__ Left a copy with a person authorized to accept
 service, e.g. managing agent, registered agent, etc.

GARY DAMINI

Description of Person Accepting Service:

Age: 40   Height: 5'9   Weight:  180   Hair:  BRO   Sex:  M   Race:  W

Non-Served:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
 _____ Date _____ Time
 _____ Date _____ Time
( ) Other:_____

Comments or Remarks_____

Subscribed and Sworn to me this
 _27th_ day of _DEC. 2017_

I,   GRANVILLE MORRIS   , was at
time of service a competent adult not having a direct
interest in the litigation. I declare under penalty
of perjury that the foregoing is true and correct.

_____
Notary Signature

_____ 12/27/17
Signature of Process Server          Date

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

**DGR - THE SOURCE FOR LEGAL SUPPORT**
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   366045

File No.   3:17-CV-06779-RS

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   CV 17-6779 RS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   KATHLEEN BREITMAN C/O HARVARD BUSINESS SERVICES, INC.
was received by me on *(date)*   12/27/17

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   GARY DAMINI _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*   KATHLEEN BREITMAN C/O HARVARD BUSINESS SERVICES, INC.
C/O HARVARD BUSINESS SERVICES, INC., 16192 COASTAL HIGHWAY, LEWES, DE 19958   on *(date)*   12/27/17      2:00 PM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/27/17

_____
*Server's signature*

GRANVILLE MORRIS                    PROCESS SERVER
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; PRESERVATION LETTER; CLASS ACTION
SUBJECT TO PRIVATE SECURITIES; GUIDELINES; STANDING
ORDER; STANDING ORDER FOR ALL JUDGES; GUIDELINES; CLASS
ACTION COMPLAINT; STIPULATED PROTECTIVE ORDER

SWORN TO ME ON 12/27/17

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020