BAKER MARQUART LLP
BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204)
(smalzahn@bakermarquart.com)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile: (424) 652-7850

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

DANIEL L. SACHS (294478) (dsachs@cooley.com)
1299 Pennsylvania Ave. NW Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile: (202) 842-7899

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC., a
Delaware corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>   v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss foundation, KATHLEEN BREITMAN, an individual, and ARTHUR BREITMAN, an individual,<br><br>             Defendants. | Case No.  3:17-cv-06779-RS<br><br>**NOTICE OF APPEARANCE OF JEFFREY M. KABAN ON BEHALF OF DEFENDANT DYNAMIC LEDGER SOLUTIONS, INC.**<br><br>Judge:    Hon. Richard Seeborg |

1    **PLEASE TAKE NOTICE** that Jeffrey M. Kaban of the law firm Cooley LLP, who is registered for CM/EFC and admitted to the Northern District of California, enters his appearance as counsel of record on behalf of Dynamic Ledger Solutions, Inc. in the above-captioned matter. Effective immediately, please add Jeffrey M. Kaban as an attorney to be noticed on all matters at the following address:

Jeffrey M. Kaban
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Email: jkaban@cooley.com

Dated: January 5, 2018                COOLEY LLP

/s/ Jeffrey M. Kaban
Jeffrey M. Kaban (235743)
Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC., a
Delaware corporation