|   |   |
|---|---|
| 1 | BAKER MARQUART LLP |
|   | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
| 2 | SCOTT M. MALZAHN (229204) |
|   | (smalzahn@bakermarquart.com) |
| 3 | 2029 Century Park East, Suite 1600 |
|   | Los Angeles, CA 90067 |
| 4 | Telephone: (424) 652-7814 |
|   | Facsimile: (424) 652-7850 |
| 5 |   |
|   | COOLEY LLP |
| 6 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
|   | JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 7 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com) |
|   | 3175 Hanover Street |
| 8 | Palo Alto, CA  94304-1130 |
|   | Telephone:    (650) 843-5000 |
| 9 | Facsimile:     (650) 849-7400 |
|   |   |
| 10 | DANIEL L. SACHS (294478) (dsachs@cooley.com) |
|   | 1299 Pennsylvania Ave. NW Suite 700 |
| 11 | Washington, DC 20004 |
|   | Telephone: (202) 728-7114 |
| 12 | Facsimile: (202) 842-7899 |
| 13 | Attorneys for Defendant |
|   | DYNAMIC LEDGER SOLUTIONS, INC., a |
| 14 | Delaware corporation. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated, | Case No.  3:17-cv-06779 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF SAMANTHA A. KIRBY ON BEHALF OF DEFENDANT DYNAMIC LEDGER SOLUTIONS, INC.** |
| v. | Judge:    Hon. Richard Seeborg |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss foundation, KATHLEEN BREITMAN, an individual, and ARTHUR BREITMAN, an individual, |   |
| Defendants. |   |

1  **PLEASE TAKE NOTICE** that Samantha A. Kirby of the law firm Cooley LLP, who is
2  registered for CM/EFC and admitted to the Northern District of California, enters her appearance as
3  counsel of record on behalf of Dynamic Ledger Solutions, Inc. in the above-captioned matter.
4  Effective immediately, please add Samantha A. Kirby as an attorney to be noticed on all matters at the
5  following address:

  Samantha A. Kirby
  COOLEY LLP
  3175 Hanover Street
  Palo Alto, CA  94304-1130
  Telephone:     (650) 843-5000
  Facsimile:      (650) 849-7400

  Email: skirby@cooley.com

Dated: January 5, 2018          COOLEY LLP


                                /s/ Samantha A. Kirby
                                Samantha A. Kirby (307917)
                                Attorneys for Defendant
                                DYNAMIC LEDGER SOLUTIONS, INC., a
                                Delaware corporation