| | |
|---|---|
| 1 | BAKER MARQUART LLP |
|   | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
| 2 | SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com) |
|   | 2029 Century Park East, Suite 1600 |
| 3 | Los Angeles, CA 90067 |
|   | Telephone:   (424) 652-7814 |
| 4 | Facsimile:   (424) 652-7850 |

Attorneys for Defendants
DYNAMIC LEDGER SOLUTIONS, INC., KATHLEEN BREITMAN and ARTHUR BREITMAN

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5355
Facsimile:   (650) 618-0387

COOLEY LLP
DANIEL L. SACHS (294478) (dsachs@cooley.com)
1299 Pennsylvania Ave. NW Suite 700
Washington, DC 20004
Telephone:   (202) 728-7114
Facsimile:   (202) 842-7899

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on behalf of all others similarly situated, | Case No.  3:17-cv-06779-RS |
|   | **NOTICE OF APPEARANCE OF BRIAN E. KLEIN** |
| Plaintiff, |   |
|   | Judge:  Hon. Richard Seeborg |
| v. |   |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an individual, and ARTHUR BREITMAN, an individual, |   |
| Defendants. |   |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Brian E. Klein of the law firm Baker Marquart LLP, who is registered for CM/ECF and admitted to the Northern District of California, enters his appearance as counsel of record on behalf of Dynamic Ledger Solutions, Inc., Kathleen Breitman and Arthur Breitman in the above-captioned matter.  Effective immediately, please add Brian E. Klein as the lead attorney to be noticed on all matters at the following address:

Brian E. Klein

BAKER MARQUART LLP

2029 Century Park East, Sixteenth Floor

Los Angeles, CA 90067

Telephone: (424) 652-7800

Facsmile: (424) 652-7850

E-Mail: bklein@bakermarquart.com

Dated:  January 8, 2018

Respectfully Submitted,

BAKER MARQUART LLP

By:  /s/ Brian E. Klein
Brian E. Klein
Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, KATHLEEN BREITMAN, and ARTHUR BREITMAN