| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
| 2 | SCOTT M. MALZAHN (229204) |
| | (smalzahn@bakermarquart.com) |
| 3 | 2029 Century Park East, Suite 1600 |
| | Los Angeles, CA 90067 |
| 4 | Telephone: (424) 652-7814 |
| | Facsimile: (424) 652-7850 |
| 5 | |
| | COOLEY LLP |
| 6 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| | JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 7 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com) |
| | 3175 Hanover Street |
| 8 | Palo Alto, CA  94304-1130 |
| | Telephone:   (650) 843-5000 |
| 9 | Facsimile:    (650) 849-7400 |
| | |
| 10 | DANIEL L. SACHS (294478) (dsachs@cooley.com) |
| | 1299 Pennsylvania Ave. NW Suite 700 |
| 11 | Washington, DC 20004 |
| | Telephone: (202) 728-7114 |
| 12 | Facsimile: (202) 842-7899 |
| 13 | Attorneys for Defendant |
| | DYNAMIC LEDGER SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated, | Case No.  3:17-cv-06779-RS |
| Plaintiff, | **DYNAMIC LEDGER SOLUTIONS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss foundation, KATHLEEN BREITMAN, an individual, and ARTHUR BREITMAN, an individual, | Judge:    Hon. Richard Seeborg |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DLS' CORPORATE DISCLOSURE STATEMENT
CASE NO.: 5:17-CV-06779-RS

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dynamic Ledger Solutions, Inc. ("DLS") makes the following disclosures through its undersigned counsel:

DLS does not have any parent corporation. No publicly held corporation owns 10 percent or more of DLS' stock.

Dated:   January 9, 2018          BAKER MARQUART

/s/ *Brian E. Klein*
Brian E. Klein (258486)

Dated:   January 9, 2018          COOLEY LLP

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)
Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all signatories above.

Dated:   January 9, 2018

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)