Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GGCC, LLC

           Plaintiff(s),

v.

DYNAMIC LEDGER SOLUTIONS, INC., et al.

           Defendant(s).

Case No: 3:17-cv-6779-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Joseph J. DePalma, an active member in good standing of the bar of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: GGCC, LLC in the above-entitled action. My local co-counsel in this case is William R. Restis, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 570 Broad Street, Suite 1201<br>Newark, New Jersey 07102 | 550 West C St., Suite 1760<br>San Diego, California 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (973) 623-3000 | (619) 270-8383 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jdepalma@litedepalma.com | william@restislaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 002151982.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1/24/2018

                                                                              Joseph J. DePalma
                                                                               APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joseph J. DePalma is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/25/18

                                                        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                         October 2012