ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
    – and –
LUCAS F. OLTS (234843)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
lolts@rgrdlaw.com
dmyers@rgrdlaw.com

SILVER MILLER
DAVID C. SILVER
JASON S. MILLER
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: 954/516-6000
dsilver@silvermillerlaw.com
jmiller@silvermillerlaw.com

[Proposed] Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:17-cv-06779-RS |
| Plaintiff, ) ) | <u>CLASS ACTION</u> |
| vs. ) ) | NOTICE OF APPEARANCE OF COUNSEL |
| DYNAMIC LEDGER SOLUTIONS, INC., et al., ) ) ) | |
| Defendants. ) ) | |

1357723_1

1  Please note the appearance of the undersigned Danielle S. Myers of Robbins Geller Rudman
2  & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, California 92101, phone number 619/231-
3  1058; email: dmyers@rgrdlaw.com as counsel for lead plaintiff movants David Lang, Ryan Coffey,
4  and Alejandro Gaviria in this Action.  The undersigned respectfully requests to be included via e-
5  mail on the Court's notification of all electronic filings in this Action.

DATED:  January 25, 2018            ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                    LUCAS F. OLTS
                                    DANIELLE S. MYERS


                                            s/ Danielle S. Myers
                                          DANIELLE S. MYERS

                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                    SHAWN A. WILLIAMS
                                    Post Montgomery Center
                                    One Montgomery Street, Suite 1800
                                    San Francisco, CA  94104
                                    Telephone:  415/288-4545
                                    415/288-4534 (fax)

                                    SILVER MILLER
                                    DAVID C. SILVER
                                    JASON S. MILLER
                                    11780 W. Sample Road
                                    Coral Springs, FL  33065
                                    Telephone:  954/516-6000
                                    dsilver@silvermillerlaw.com
                                    jmiller@silvermillerlaw.com

                                    [Proposed] Lead Counsel for Plaintiff

                                    WITES LAW FIRM
                                    MARC A. WITES
                                    4400 North Federal Highway
                                    Lighthouse Point, FL 33064
                                    Telephone: 954/933-4400
                                    954-354-0205 (fax)
                                    mwites@witeslaw.com

                                    Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2018.

    s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:dmyers@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-06779-RS GGCC, LLC v. Dynamic Ledger Solutions, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph J. DePalma**
  jdepalma@litedepalma.com,epalomino@litedepalma.com

- **Joel Anderson Fleming**
  joel@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,bgiovannoni@cooley.com

- **Bruce Daniel Greenberg**
  bgreenberg@litedepalma.com,sgreenfogel@litedepalma.com,epalomino@litedepalma.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,eFilingNotice@cooley.com,lalmanza@cooley.com,efiling-notice@ecf.pacerpro.com

- **Samantha Anne Kirby**
  skirby@cooley.com,lsantamaria@cooley.com

- **Brian E. Klein**
  bklein@bakermarquart.com,file@bakermarquart.com,calendar@bakermarquart.com

- **Scott Matthew Malzahn**
  smalzahn@bakermarquart.com,file@bakermarquart.com,calendar@bakermarquart.com

- **Jeremy Nash**
  jnash@litedepalma.com

- **William Richard Restis**
  william@restislaw.com,support@restislaw.com

- **Rosemary M. Rivas**
  rrivas@zlk.com,qroberts@zlk.com,ebigelow@zlk.com

- **Daniel Louis Sachs**
  dsachs@cooley.com,asmith@cooley.com,cmalick@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`