1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., et al.,<br><br>                Defendants. | Case No. 3:17-cv-06779-RS<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |

1357727_1

Having considered David Lang, Ryan Coffey, and Alejandro Gaviria's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *GGCC, LCC v. Dynamic Ledger Solutions, Inc.,* No. 3:17-cv-06779, *Okusko v. Dynamic Ledger Solutions, Inc.*, No. 3:17-cv-06829, and *MacDonald v. Dynamic Ledger Solutions, Inc.*, No. 3:17-cv-07095 are hereby consolidated as:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TEZOS INITIAL COIN OFFERING SECURITIES LITIGATION | ) Case No. 3:17-cv-06779-RS ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:     ALL ACTIONS. | ) ) ) ) |

(a) The file in Case No. 3:17-cv-06779 shall be the master file for every action in the consolidated action. The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b) All securities class actions against any or all of the defendants subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action absent a Court Order. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c) This Order is entered without prejudice to any party's right to apply for severance of any claim or action upon a showing of good cause;

3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B), Messrs. Lang, Coffey, and Gaviria are appointed as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v), Messrs. Lang, Coffey, and Gaviria's selection of Robbins Geller Rudman & Dowd LLP and Silver Miller is approved and the firms are appointed as Lead Counsel.

IT IS SO ORDERED.

DATED:

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUCAS F. OLTS
DANIELLE S. MYERS

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

1357727_1

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL- 3:17-cv-06779-RS - 2 -

| | |
|---|---|
| 1 | |
| 2 | SILVER MILLER<br>DAVID C. SILVER |
| 3 | JASON S. MILLER<br>11780 W. Sample Road |
| 4 | Coral Springs, FL  33065<br>Telephone:  954/516-6000 |
| 5 | dsilver@silvermillerlaw.com<br>jmiller@silvermillerlaw.com |
| 6 | [Proposed] Lead Counsel for Plaintiff |
| 7 | |
| 8 | WITES LAW FIRM<br>MARC A. WITES |
| 9 | 4400 North Federal Highway<br>Lighthouse Point, FL 33064 |
| 10 | Telephone: 954/933-4400<br>954-354-0205 (fax) |
| 11 | mwites@witeslaw.com |
| 12 | Additional Counsel for Plaintiff |

1357727_1

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL- 3:17-cv-06779-RS  - 3 -