# EXHIBIT A

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

DAVID LANG ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint filed and adopts its allegations.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Transaction Date | Contribution | Tokens Expected/Promised for Contribution |
|---|---|---|
| 7/1/17 | 5.1198177 Bitcoin | 30718.91 XTZ |

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17 day of January, 2018.

_David Lang_
DAVID LANG

DYNAMIC LEDGER

## CERTIFICATION OF NAMED PLAINTIFF
### PURSUANT TO FEDERAL SECURITIES LAWS

RYAN COFFEY ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint filed and adopts its allegations.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Transaction Date | Contribution | Tokens Expected/Promised for Contribution |
|---|---|---|
| 7/1/17 | 3.5204997 Bitcoin | 21123.00 XTZ |
| 7/3/17 | 0.976 Bitcoin | 5612.00 XTZ |

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of January, 2018.

_____
RYAN COFFEY

DYNAMIC LEDGER

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

RYAN COFFEY ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint filed and adopts its allegations.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Transaction Date | Contribution | Tokens Expected/Promised for Contribution |
| --- | --- | --- |
| 7/1/17 | 3.5204997 Bitcoin | 21123.00 XTZ |
| 7/3/17 | 0.976 Bitcoin | 5612.00 XTZ |

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of January, 2018.

_____
RYAN COFFEY

DYNAMIC LEDGER