1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | SHAWN A. WILLIAMS (213113)
Post Montgomery Center
3 | One Montgomery Street, Suite 1800
San Francisco, CA  94104
4 | Telephone: 415/288-4545
415/288-4534 (fax)
5 | shawnw@rgrdlaw.com
        – and –
6 | LUCAS F. OLTS (234843)          SILVER MILLER
DANIELLE S. MYERS (259916)     DAVID C. SILVER
7 | 655 West Broadway, Suite 1900  JASON S. MILLER
San Diego, CA  92101              11780 W. Sample Road
8 | Telephone: 619/231-1058        Coral Springs, FL 33065
619/231-7423 (fax)                Telephone: 954/516-6000
9 | lolts@rgrdlaw.com              dsilver@silvermillerlaw.com
dmyers@rgrdlaw.com                jmiller@silvermillerlaw.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 3:17-cv-06779-RS<br><br>CLASS ACTION<br><br>CERTIFICATE OF LUCAS F. OLTS PURSUANT TO LOCAL RULE 3-7(d) |

1357737_1

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, Lucas F. Olts, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed on January 25, 2018.

                                                        s/ Lucas F. Olts
                                                        LUCAS F. OLTS

<pre>
1                        CERTIFICATE OF SERVICE
2       I hereby certify that on January 25, 2018, I authorized the electronic filing of the foregoing
3  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to
4  the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I
5  caused to be mailed the foregoing document or paper via the United States Postal Service to the non-
6  CM/ECF participants indicated on the attached Manual Notice List.
7       I certify under penalty of perjury that the foregoing is true and correct.  Executed on January
8  25, 2018.
</pre>

                                        s/ Lucas F. Olts
                                        LUCAS F. OLTS

                                        ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101-8498
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        E-mail: lolts@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-06779-RS GGCC, LLC v. Dynamic Ledger Solutions, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph J. DePalma**
  jdepalma@litedepalma.com,epalomino@litedepalma.com

- **Joel Anderson Fleming**
  joel@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,bgiovannoni@cooley.com

- **Bruce Daniel Greenberg**
  bgreenberg@litedepalma.com,sgreenfogel@litedepalma.com,epalomino@litedepalma.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,eFilingNotice@cooley.com,lalmanza@cooley.com,efiling-notice@ecf.pacerpro.com

- **Samantha Anne Kirby**
  skirby@cooley.com,lsantamaria@cooley.com

- **Brian E. Klein**
  bklein@bakermarquart.com,file@bakermarquart.com,calendar@bakermarquart.com

- **Scott Matthew Malzahn**
  smalzahn@bakermarquart.com,file@bakermarquart.com,calendar@bakermarquart.com

- **Jeremy Nash**
  jnash@litedepalma.com

- **William Richard Restis**
  william@restislaw.com,support@restislaw.com

- **Rosemary M. Rivas**
  rrivas@zlk.com,qroberts@zlk.com,ebigelow@zlk.com

- **Daniel Louis Sachs**
  dsachs@cooley.com,asmith@cooley.com,cmalick@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`