1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | SHAWN A. WILLIAMS (213113)
  | Post Montgomery Center
3 | One Montgomery Street, Suite 1800
  | San Francisco, CA  94104
4 | Telephone: 415/288-4545
  | 415/288-4534 (fax)
5 | shawnw@rgrdlaw.com
  |        – and –
6 | LUCAS F. OLTS (234843)         SILVER MILLER
  | DANIELLE S. MYERS (259916)     DAVID C. SILVER
7 | 655 West Broadway, Suite 1900  JASON S. MILLER
  | San Diego, CA  92101           11780 W. Sample Road
8 | Telephone: 619/231-1058        Coral Springs, FL 33065
  | 619/231-7423 (fax)             Telephone: 954/516-6000
9 | lolts@rgrdlaw.com              dsilver@silvermillerlaw.com
  | dmyers@rgrdlaw.com             jmiller@silvermillerlaw.com

[Proposed] Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   vs.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., et al.,<br><br>                 Defendants. | Case No. 3:17-cv-06779-RS<br><br><u>CLASS ACTION</u><br><br>NOTICE OF ERRATA TO ECF NO. 39 |

1359050_1

1  PLEASE TAKE NOTICE THAT two copies of Ryan Coffey's Certifications were
2 inadvertently attached as Exhibit A to the Declaration of Danielle S. Myers (ECF No. 39) instead of
3 one Ryan Coffey Certification and one Alejandro Gaviria Certification.  A corrected Exhibit A
4 reflecting all three Certifications is attached hereto.

5 DATED:  January 25, 2018                    Respectfully submitted,

6                                              ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
7                                              LUCAS F. OLTS
                                               DANIELLE S. MYERS
8
                                                   s/ Danielle S. Myers
9                                                DANIELLE S. MYERS

10                                             655 West Broadway, Suite 1900
                                               San Diego, CA  92101
11                                             Telephone:  619/231-1058
                                               619/231-7423 (fax)
12
                                               ROBBINS GELLER RUDMAN
13                                                & DOWD LLP
                                               SHAWN A. WILLIAMS
14                                             Post Montgomery Center
                                               One Montgomery Street, Suite 1800
15                                             San Francisco, CA  94104
                                               Telephone:  415/288-4545
16                                             415/288-4534 (fax)

17                                             SILVER MILLER
                                               DAVID C. SILVER
18                                             JASON S. MILLER
                                               11780 W. Sample Road
19                                             Coral Springs, FL  33065
                                               Telephone:  954/516-6000
20                                             dsilver@silvermillerlaw.com
                                               jmiller@silvermillerlaw.com
21
                                               [Proposed] Lead Counsel for Plaintiff
22
                                               WITES LAW FIRM
23                                             MARC A. WITES
                                               4400 North Federal Highway
24                                             Lighthouse Point, FL 33064
                                               Telephone: 954/933-4400
25                                             954-354-0205 (fax)
                                               mwites@witeslaw.com
26
                                               Additional Counsel for Plaintiff
27

28

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on January 25, 2018.

    s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

1359050_1

# Mailing Information for a Case 3:17-cv-06779-RS GGCC, LLC v. Dynamic Ledger Solutions, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph J. DePalma**
  jdepalma@litedepalma.com,epalomino@litedepalma.com

- **Joel Anderson Fleming**
  joel@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,bgiovannoni@cooley.com

- **Bruce Daniel Greenberg**
  bgreenberg@litedepalma.com,sgreenfogel@litedepalma.com,epalomino@litedepalma.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,eFilingNotice@cooley.com,lalmanza@cooley.com,efiling-notice@ecf.pacerpro.com

- **Samantha Anne Kirby**
  skirby@cooley.com,lsantamaria@cooley.com

- **Brian E. Klein**
  bklein@bakermarquart.com,file@bakermarquart.com,calendar@bakermarquart.com

- **Scott Matthew Malzahn**
  smalzahn@bakermarquart.com,file@bakermarquart.com,calendar@bakermarquart.com

- **Jeremy Nash**
  jnash@litedepalma.com

- **William Richard Restis**
  william@restislaw.com,support@restislaw.com

- **Rosemary M. Rivas**
  rrivas@zlk.com,qroberts@zlk.com,ebigelow@zlk.com

- **Daniel Louis Sachs**
  dsachs@cooley.com,asmith@cooley.com,cmalick@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`