Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Donald J. Enright (admitted *pro hac vice*)
Email: denright@zlk.com
**LEVI & KORSINSKY, LLP**
1101 30th St., NW, Ste. 115
Washington, DC 20007
Telephone: (202) 524-4292
Facsimile: (202) 333-2121

Eduard Korsinsky (to be admitted *pro hac vice*)
Email: ek@zlk.com
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Attorneys for Movants Nicolas Andreasson,
Paul Martin, and Richard Reckenbeil*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, and ARTHUR BREITMAN, an Individual,<br><br>Defendants. | Case No. 3:17-cv-06779-RS<br><br>**THE TEZOS INVESTOR GROUP'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:      March 1, 2018<br>Time:     1:30 p.m.<br>Judge:    Hon. Richard Seeborg<br>Crtrm.:   3, 17th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 1, 2018, at 1:30 p.m., or as soon as the matter may be heard, in Courtroom 3, 17th Floor of the Honorable Richard Seeborg of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, movants Nicolas Andreasson, Paul Martin, and Richard Reckenbeil (the "Tezos Investor Group" or "Group"), by and through their respective attorneys, will and hereby do move this Court pursuant to The Private Securities Litigation Reform Act of 1995, as amended (the "PSLRA"), 15 U.S.C. § 77z-1(a)(3)(B), for an Order:

1. Consolidating the actions entitled *GGCC, LLC v. Dynamic Ledger Solutions, Inc., et al.*, 3:17-cv-06779-RS; *Okusko v. Dynamic Ledger Solutions, Inc., et al.*, 3:17-cv-06829-RS; *Baker v. Dynamic Ledger Solutions, Inc., et al.*, 3:17-cv-06850-RS; and *MacDonald v. Dynamic Ledger Solutions, Inc., et al.*, 3:17-cv-07095-RS;

2. Appointing the Tezos Investor Group as Lead Plaintiff;

3. Approving the Tezos Investor Group's choice of Levi & Korsinsky, LLP as Lead Counsel; and

4. Granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Points and Authorities, the declaration of Donald J. Enright and the exhibits thereto, the proposed order granting consolidation, appointing the Group as Lead Plaintiff, and approving the Group's selection of Levi & Korsinsky, LLP as Lead Counsel, and such other matter, evidence, and argument as may be presented at or prior to a hearing on the Motion.

Respectfully submitted,

Dated: January 25, 2018              **LEVI & KORSINSKY, LLP**

By: */s/ Donald J. Enright*
Donald J. Enright (admitted *pro hac vice*)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Rosemary M. Rivas  
**LEVI & KORSINSKY, LLP**  
44 Montgomery Street, Suite 650  
San Francisco, CA 94104  
Telephone: (415) 291-2420  
Facsimile: (415) 484-1294  

Eduard Korsinsky (to be admitted *pro hac vice*)  
**LEVI & KORSINSKY, LLP**  
30 Broad Street, 24th Floor  
New York, New York 10004  
Telephone: (212) 363-7500  
Facsimile: (212) 636-7171  

*Attorneys for Movants Nicolas Andreasson, Paul Martin, and Richard Reckenbeil*