Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Donald J. Enright (admitted *pro hac vice*)
Email: denright@zlk.com
**LEVI & KORSINSKY, LLP**
1101 30th St., NW, Ste. 115
Washington, DC 20007
Telephone: (202) 524-4292
Facsimile: (202) 333-2121

Eduard Korsinsky (to be admitted *pro hac vice*)
Email: ek@zlk.com
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Attorneys for Movants Nicolas Andreasson, Paul Martin, and Richard Reckenbeil*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, and ARTHUR BREITMAN, an Individual,<br><br>      Defendants. | Case No. 3:17-cv-06779-RS<br><br>**CERTIFICATE OF DONALD J. ENRIGHT PURSUANT TO LOCAL RULE 3-7(d)** |

Case No. 3:17-cv-06779-RS
CERTIFICATE OF DONALD J. ENRIGHT PURSUANT TO LOCAL RULE 3-7(D)

Pursuant to Northern District Local Rule 3-7(d), I Donald J. Enright, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed on January 25, 2018.

> By: */s/ Donald J. Enright*
> Donald J. Enright (admitted *pro hac vice*)
> 1101 30th St., NW, Ste. 115
> Washington, DC 20007
> Telephone: (202) 524-4292
> Facsimile: (202) 333-2121