| | |
|---|---|
| 1 | Rosemary M. Rivas (State Bar No. 209147) |
| | Email: rrivas@zlk.com |
| 2 | **LEVI & KORSINSKY, LLP** |
| | 44 Montgomery Street, Suite 650 |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 291-2420 |
| 4 | Facsimile: (415) 484-1294 |
| 5 | Donald J. Enright (admitted *pro hac vice*) |
| | Email: denright@zlk.com |
| 6 | **LEVI & KORSINSKY, LLP** |
| | 1101 30th St., NW, Ste. 115 |
| 7 | Washington, DC 20007 |
| | Telephone: (202) 524-4292 |
| 8 | Facsimile: (202) 333-2121 |
| 9 | Eduard Korsinsky (to be admitted *pro hac vice*) |
| | Email: ek@zlk.com |
| 10 | **LEVI & KORSINSKY, LLP** |
| | 30 Broad Street, 24th Floor |
| 11 | New York, New York 10004 |
| | Telephone: (212) 363-7500 |
| 12 | Facsimile: (212) 636-7171 |
| 13 | *Attorneys for Movants Nicolas Andreasson,* |
| | *Paul Martin, and Richard Reckenbeil* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-06779-RS |
| Plaintiff, | **CERTIFICATE OF ROSEMARY M. RIVAS PURSUANT TO LOCAL RULE 3-7(d)** |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, and ARTHUR BREITMAN, an Individual, | |
| Defendants. | |

Case No. 3:17-cv-06779-RS
CERTIFICATE OF ROSEMARY M. RIVAS PURSUANT TO LOCAL RULE 3-7(D)

Pursuant to Northern District Local Rule 3-7(d), I Rosemary M. Rivas, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed on January 25, 2018.

By: */s/ Rosemary M. Rivas*
Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294