THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: +1.619.270.8383

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GGCC, LLC,** an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> **DYNAMIC LEDGER SOLUTIONS, INC.,** a Delaware Corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, and **ARTHUR BREITMAN**, an Individual, <br><br> Defendants. | Case No: 3:17-cv-06779-RS <br><br> **JOINT DECLARATION OF GGCC, LLC GROUP IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL SELECTION** <br><br> Date: March 1, 2018 <br> Time: 1:30 p.m. <br> Courtroom: 3 – 17th Floor |
| **ANDREW OKUSKO**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION**, **KATHLEEN BREITMAN, ARTHUR BREITMAN**, and **TIMOTHY DRAPER**, <br><br> Defendants. | Case No: 3:17-cv-06829-RS |

- 1 -

| | | |
|---|---|---|
| 1 | | |
| 2 | **ANDREW BAKER**, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06850-RS |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | **DYNAMIC LEDGER SOLUTIONS, INC.**, aDelaware corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, **ARTHUR BREITMAN**, an Individual, **JOHANN GEVERS**, an individual, **STRANGE BREW STRATEGIES, LLC**, a California limited liability company, and **DOES 1 through 100 inclusive**, | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Defendant. | |
| 11 | | |
| 12 | **BRUCE MACDONALD**, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-07095-JSC |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | **DYNAMIC LEDGER SOLUTIONS, INC.**, a Delaware corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, **ARTHUR BREITMAN**, an Individual, **TIMOTHY COOK DRAPER**, an individual, **DRAPER ASSOCIATES**, **JOHANN GEVERS**, **DIEGO PONZ**, **GUIDO SCHMITZKRUMMACHER**, **BITCOIN SUISSE AG**, **NIKLAS NIKOLAJSEN**, and **DOES 1-100, INCLUSIVE**, | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |

- 2 -

GGCC, LLC GROUP'S JOINT DECL ISO MOTION FOR CONSOLIDATION, LEAD PLAINTIFF, AND LEAD COUNSEL

No. 5:17-cv-06779-RS

713625.1

We, Brian Beeman, as managing member and authorized representative of GGCC, LLC ("Beeman"), Ron Puma as managing member and authorized representative of Pumaro, LLC ("Puma") and Nick Anthony ("Anthony", collectively the "GGCC Group") declare as follows:

1. We respectfully submit this Joint Declaration in support of the GGCC Group's motion for appointment as Lead Plaintiff in the above-captioned action against Dynamic Ledger Solutions, Inc., Arthur Breitman, Kathleen Breitman, and Tezos Stiftung (collectively the "Defendants"). Each of us has personal knowledge about the information relating to us individually in this Joint Declaration.

2. As illustrated in our motion for appointment as Lead Plaintiff and supporting papers, we each suffered substantial losses from our investments in the Tezos ICO. We each understand and accept the responsibilities and obligations with which a lead plaintiff is charged under the PSLRA and are willing to oversee the vigorous prosecution of this litigation.

3. We are each highly incentivized to recover the cryptocurrencies invested into the Tezos ICO, and believe that litigation seeking the option of rescission is important to all U.S. based Tezos investors.

4. In order to ensure adequate representation of the class, we determined that it would be best to seek joint appointment as a lead plaintiff group. In making this determination, we considered, among other things, the factual basis of the claims pending against Defendants and the benefits of joint decision-making on behalf of the class.

5. In pursuit of this goal, we have communicated, separately and together, *via* conference call and email to discuss our duties as lead plaintiffs and the joint prosecution of this litigation. During these discussions, we addressed: the claims against the Defendants, the significance of a small and cohesive group representing the different

types of investors in the Tezos ICO, ways in which we can cooperate to oversee this litigation and our counsel, and reaffirmed our commitment to efficient and zealous prosecution of class claims.

6. We intend to prosecute this litigation against the defendants in an independent and vigorous manner. To this end, we have exchanged contact information and discussed the importance of joint decision-making and regular communication that will enable us to confer, with or without counsel, on short notice to ensure timely decision making.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing statements relating to me are true and correct to the best of my knowledge. Executed this 24th day of January, 2018.

_____Brian Beeman_____   1/24/18

Brian Beeman, as managing member and authorized representative of GGCC, LLC


_____

Ron Puma, as managing member and authorized representative of Pumaro, LLC


_____

Nick Anthony

- 4 -

GGCC, LLC GROUP'S JOINT DECL ISO
MOTION FOR CONSOLIDATION, LEAD PLAINTIFF,
AND LEAD COUNSEL

No. 5:17-cv-06779-RS

713625.1

types of investors in the Tezos ICO, ways in which we can cooperate to oversee this litigation and our counsel, and reaffirmed our commitment to efficient and zealous prosecution of class claims.

6. We intend to prosecute this litigation against the defendants in an independent and vigorous manner. To this end, we have exchanged contact information and discussed the importance of joint decision-making and regular communication that will enable us to confer, with or without counsel, on short notice to ensure timely decision making.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing statements relating to me are true and correct to the best of my knowledge. Executed this 24th day of January, 2018.

_____

Brian Beeman, as managing member and authorized representative of GGCC, LLC

*/s/ Ron Puma*

Ron Puma, as managing member and authorized representative of Pumaro, LLC

_____

Nick Anthony

- 4 -

GGCC, LLC GROUP'S JOINT DECL ISO MOTION FOR CONSOLIDATION, LEAD PLAINTIFF, AND LEAD COUNSEL
713625.1

No. 5:17-cv-06779-RS

1  types of investors in the Tezos ICO, ways in which we can cooperate to oversee this
2  litigation and our counsel, and reaffirmed our commitment to efficient and zealous
3  prosecution of class claims.

4        6.    We intend to prosecute this litigation against the defendants in an
5  independent and vigorous manner. To this end, we have exchanged contact information
6  and discussed the importance of joint decision-making and regular communication that
7  will enable us to confer, with or without counsel, on short notice to ensure timely
8  decision making.

9        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of
10 the United States that the foregoing statements relating to me are true and correct to the
11 best of my knowledge. Executed this 24th day of January, 2018.

_____

Brian Beeman, as managing member and authorized representative of GGCC, LLC

_____

Ron Puma, as managing member and authorized representative of Pumaro, LLC

*[signature]* 1/25/2018

Nick Anthony

- 4 -

GGCC, LLC GROUP'S JOINT DECL ISO MOTION FOR CONSOLIDATION, LEAD PLAINTIFF, AND LEAD COUNSEL

No. 5:17-cv-06779-RS

713625.1