THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: +1.619.270.8383

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GGCC, LLC,** an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.,** a Delaware Corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, and **ARTHUR BREITMAN**, an Individual,<br><br>Defendants. | Case No: 3:17-cv-06779-RS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| **ANDREW OKUSKO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN**, and **TIMOTHY DRAPER**,<br><br>Defendants. | Case No: 3:17-cv-06829-RS |

| | |
|---|---|
| **ANDREW BAKER**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.**, a Delaware corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, **ARTHUR BREITMAN**, an Individual, **JOHANN GEVERS**, an individual, **STRANGE BREW STRATEGIES, LLC**, a California limited liability company, and **DOES 1 through 100 inclusive**,<br><br>                    Defendant. | Case No. 3:17-cv-06850-RS |
| **BRUCE MACDONALD**, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.**, a Delaware corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, **ARTHUR BREITMAN**, an Individual, **TIMOTHY COOK DRAPER**, an individual, **DRAPER ASSOCIATES**, **JOHANN GEVERS**, **DIEGO PONZ**, **GUIDO SCHMITZKRUMMACHER**, **BITCOIN SUISSE AG**, **NIKLAS NIKOLAJSEN**, and **DOES 1-100, INCLUSIVE**,<br><br>                    Defendants. | Case No. 3:17-cv-07095-JSC |

CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)

- 2 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

No. 5:17-cv-06779-RS

713625.1

CERTIFICATION INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following persons have a financial interest in the subject matter in controversy and parties to this proceeding:

Brian Beeman is managing member and sole shareholder of GGCC, LLC;

Ron Puma is managing member and sole shareholder of Pumaro, LLC;

                                                /s/ William R. Restis
                                                William R. Restis, Esq.