Joel A. Fleming (SBN 281264)
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
joel@blockesq.com
jake@blockesq.com

*Attorneys for Movant Trigon Trading Pty. Ltd.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, and ARTHUR BREITMAN, an Individual,<br><br>Defendants. | Case No. 3:17-cv-06779-RS<br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Date:      March 1, 2018<br>Time:      1:30 p.m.<br>Courtroom: 3<br>Judge:     Hon. Richard Seeborg |

DECLARATION OF JACOB A. WALKER ISO MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>Defendants. | Case No. 3:17-cv-06829 |
| ANDREW BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 3:17-cv-06850-RS<br><br>*Removed from San Francisco County Superior Court (Case No. CGC-17-562144)* |

DECLARATION OF JACOB A. WALKER ISO MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL

I, JACOB A. WALKER, hereby declare as follows:

1. I am an attorney licensed to practice in California and in the Northern District of California. I am an attorney at the law firm of Block & Leviton LLP, counsel of record for movant Trigon Trading Pty. Ltd. ("Trigon") in the above-entitled actions. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereof.

2. Trigon seeks an order appointing it as Lead Plaintiff and approval of its selection of Lead Counsel.

3. Attached hereto are true and correct copies of the following documents referenced in Trigon's Motion for Appointment of Lead Plaintiff and Approval of Counsel, filed herewith:

Exhibit A:   Notice of Action, published on Cision PR Newswire November 26, 2017;

Exhibit B:   Certification of Anna Dupont, on behalf of Trigon Trading Pty. Ltd.;

Exhibit C:   Block & Leviton LLP Firm Resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  January 25, 2018              /s/ Jacob A. Walker
                                      JACOB A. WALKER

DECLARATION OF JACOB A. WALKER ISO MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2018, I authorized the electronic filing of the foregoing with the Clark of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<pre>
                                    /s/ Jacob A. Walker
                                    Jacob A. Walker
</pre>