# EXHIBIT B

Case 3:17-cv-06779-RS   Document 56-2   Filed 01/25/18   Page 2 of 2

**Certification of Plaintiff Pursuant to Federal Securities Laws**

I, Anna Dupont, on behalf of Trigon Trading Pty Ltd, declare as to the claims asserted under the federal securities laws, as follows:

1. I have reviewed a copy of the complaint filed in *Okusko v. Dynamic Ledger Solutions, Inc., et al.*, No. 3:17-cv-06829-RS (N.D. Cal.) and *MacDonald v. Dynamic Ledger Solutions, Inc., et al.*, No. 3:17-07095-RS (N.D. Cal.).

2. I did not purchase the securities that are the subject of this complaint at the direction of Plaintiffs' counsel or in order to participate in this litigation.

3. I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. My purchase of Tezos Tokens ("XTZ") are set forth in the chart attached hereto.

5. During the three years prior to the date of this Certification, I have not directly participated, nor have I sought to participate, as a representative in any class action suit in the United States District Courts under the federal securities laws.

6. I have not received, been promised, or offered, and will not accept, any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this action, except for (1) such damages or other relief as the Court may award to me as my pro rata share of any recovery or judgment; (2) such reasonable fees, costs, or other payments as the Court expressly approves to be paid to or on behalf of me; or (3) reimbursement, paid by my attorneys, of actual or reasonable out-of-pocket expenses incurred directly in connection with the prosecution of this action.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed on the 10 day of January, 2018, at Varsity Lakes

[signature]

| Purchase Date | Investment (Currency/Method) | Tezos Tokens Promised |
|---|---|---|
| 3 Jul 2017 | 7.9999 BTC | 45,999.42 |
| 3 Jul 2017 | 10 BTC | 57,500 |
| 3 Jul 2017 | 1 BTC | 5750 |
|  |  |  |
|  |  |  |