Joel A. Fleming (SBN 281264)
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
joel@blockesq.com
jake@blockesq.com

*Attorneys for Movant Trigon Trading Pty. Ltd.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>     v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, and ARTHUR BREITMAN, an Individual,<br><br>Defendants. | Case No. 3:17-cv-06779-RS<br><br>**CERTIFICATE OF JACOB A. WALKER PURSUANT TO LOCAL RULE 3-7(d)** |

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06829 |
| Plaintiff, | |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | |
| Defendants. | |

| | |
|---|---|
| ANDREW BAKER, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06850-RS |
| Plaintiff, | *Removed from San Francisco County Superior Court (Case No. CGC-17-562144)* |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100 inclusive, | |
| Defendants. | |

RULE 3-7(d) CERTIFICATION OF JACOB A. WALKER

1    Pursuant to Northern District Local Rule 3-7(d), I, Jacob A. Walker, hereby declare as
2  follows:
3    I do not directly own or otherwise have a beneficial interest in the securities that are the
4  subject of this action.
5    I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct. If called as a witness, I could and would competently testify
7  thereto.
8  DATED:   January 25, 2018                     /s/ Jacob A. Walker_____
9                                                JACOB A. WALKER
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on January 25, 2018, I authorized the electronic filing of the

3

foregoing with the Clark of the Court using the CM/ECF system. I certify under penalty of

4

perjury under the laws of the United States of America that the foregoing is true and correct.

5

6

                         /s/ Jacob A. Walker
                         Jacob A. Walker

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RULE 3-7(d) CERTIFICATION OF JACOB A. WALKER