THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: +1.619.270.8383

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GGCC, LLC,** an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated, | Case No: 3:17-cv-06779-RS |
| Plaintiffs, | |
| v. | **PROOF OF SERVICE** |
| **DYNAMIC LEDGER SOLUTIONS, INC.,** a Delaware Corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, and **ARTHUR BREITMAN**, an Individual, | |
| Defendants. | |

I, William R. Restis, hereby certify that, on January 25, 2018, I caused the electronic filing of the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List:

(1) GGCC Group's Motion for Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel Selection; Memo of Points and Authorities,

(2) Declaration of William R. Restis in Support of GGCC Group's Motion for Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel Selection,

1     (3) Declaration of Joseph J. DePalma in Support of GGCC Group's Motion for

2         Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel

3         Selection,

4     (4) Joint Declaration of GGCC, LLC Group in Support of GGCC Group's

5         Motion for Consolidation, Appointment of Lead Plaintiff and Approval of

6         Lead Counsel Selection,

7     (5) [Proposed] Order Granting GGCC Group's Motion for Consolidation,

8         Appointment of Lead Plaintiff and Approval of Lead Counsel Selection, and

9     (6) Certification of Interested Entities.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 25, 2018.

                                      /s/ *William R. Restis*

                                       William R. Restis

- 2 -

No. 3:17-cv-06779-RS

723930.1

1 | **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**
2 | I am the ECF user whose ID and password are being used to file this Proof of
3 | Service.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the
4 | concurrence in the filing of this document has been obtained from signatory William
5 | R. Restis.

     /s/ *Jeremy Nash*
     Jeremy Nash

# Mailing Information for a Case 3:17-cv-06779-RS GGCC, LLC v. Dynamic Ledger Solutions, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph J. DePalma**
  jdepalma@litedepalma.com,epalomino@litedepalma.com

- **Joel Anderson Fleming**
  joel@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,bgiovannoni@cooley.com

- **Bruce Daniel Greenberg**
  bgreenberg@litedepalma.com,sgreenfogel@litedepalma.com,epalomino@litedepalma.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,eFilingNotice@cooley.com,lalmanza@cooley.com,efiling-notice@ecf.pacerpro.com

- **Samantha Anne Kirby**
  skirby@cooley.com,lsantamaria@cooley.com

- **Brian E. Klein**
  bklein@bakermarquart.com,file@bakermarquart.com,calendar@bakermarquart.com

- **Scott Matthew Malzahn**
  smalzahn@bakermarquart.com,file@bakermarquart.com,calendar@bakermarquart.com

- **Jeremy Nash**
  jnash@litedepalma.com

- **William Richard Restis**
  william@restislaw.com,support@restislaw.com

- **Rosemary M. Rivas**
  rrivas@zlk.com,qroberts@zlk.com,ebigelow@zlk.com

- **Daniel Louis Sachs**
  dsachs@cooley.com,asmith@cooley.com,cmalick@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)