# Exhibit A

**Source:** Hagens Berman Sobol Shapiro LLP
November 29, 2017 09:30 ET

## Hagens Berman Notifies Tezos (XTZ) Investors of January 25, 2018 Class Action Lead Plaintiff Deadline

SAN FRANCISCO, Nov. 29, 2017 (GLOBE NEWSWIRE) -- Hagens Berman Sobol Shapiro LLP advises crowdfund investors in Tezos (XTZ) that a securities class action on behalf of investors who purchased or otherwise attempted to acquire "Tezzies" or "XTZ" tokens during the Tezos Initial Coin Offering ("ICO") is pending in the U.S. District Court for the Northern District of California.  The **Lead Plaintiff deadline is January 25, 2018**.  If you submitted bitcoin (BTC), Ethereum (ETH) or other consideration in the **July 2017** Tezos offering or crowdsale in order to purchase or otherwise acquire "Tezzies" or "XTZ" tokens contact Hagens Berman Sobol Shapiro LLP.  For more information visit:

https://www.hbsslaw.com/cases/XTZ

or contact Reed Kathrein, who is leading the firm's investigation, by calling **510-725-3000** or emailing

XTZ@hbsslaw.com.

The complaint alleges that Dynamic Ledger Solutions, Inc., Tezos Stiftung (also known as the Tezos Foundation), Kathleen Breitman, and Arthur Breitman engaged in an unregistered offering and sale of securities in violation of Sections 5, 12(a)(1) and 15 of the Securities Act of 1933, 15 U.S.C. §§ 77e, 77l(a)(1) and 77o, and that the Tezos ICO was an offering and sale of "securities" to United States investors.  Defendants conducted the Tezos ICO without filing a Registration Statement or seeking an exemption from registration.  The lawsuit is seeking to recover the bitcoin and Ethereum contributed to the Tezos ICO, along with any corresponding appreciation in value of those invested assets, or the equivalent in monetary damages or restitution.

"We are focused on recovering the consideration paid by Tezos crowdfund investors, and to preserve these assets which have been shuttled away to Zug Switzerland," said Hagens Berman partner Reed Kathrein.

**Whistleblowers:**  Persons with non-public information regarding the Tezos ICO should consider their options to help in the investigation or take advantage of the SEC whistleblower program.  Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC.  For more information, call Reed Kathrein at **510-725-3000** or email XTZ@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with 70+ attorneys in 11 offices across the country.  The firm represents investors, whistleblowers, workers and consumers in complex litigation.  More about the firm and its successes can be found at www.hbsslaw.com.  For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 510-725-3000