# Exhibit B

## CERTIFICATION OF REPRESENTATIVE PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Arman Anvari, declare that:

1. I am familiar with the allegations concerning Tezos in the purported class actions, which are currently pending in this Court.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in Tezos, which are the subject of this action are set forth in the attached Schedule A.

5. I have not sought to serve as a representative party for a class action filed under the federal securities laws within the last three years.

6. I will not, either directly or indirectly, accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 25th day of January 2018 in Chicago, Illinois.

Arman Anvari  /by permission,
_____   Hung Ta.
Arman Anvari

Schedule A -- Contributions into Tezos Initial Coin Offering

| Name | Contribution | Trade Date | Amount of Tezos Promised | Price Per Tezos |
|---|---|---|---|---|
| Arman Anvari | 250 ETH | July 8, 2017 | 133,608.75 | 534.435 |

*[signature]*