# Exhibit C

Bits
MINING
STAKING
INVEST NOW
X

CoinMarketCap(/)

Market Cap: **$564,480,503,640(/charts/)**

#NoFilter #NoRegrets
#SaveMoney GEICO Click to Quote

(ETH)
Ethereum

$1,077.18 USD (-0.65%)
0.09342190 BTC (-0.93%)
Buy / Sell Instantly (http://iqoptioncom.com/a098f337-2e93-43b7-b48d-edcbf97a5522)

| Market Cap | Volume (24h) |
|---|---|
| $104,715,289,453 USD<br>9,081,770 BTC | $4,101,660,000 USD<br>355,731 BTC |

| Circulating Supply |
|---|
| 97,212,434 ETH |

Website(https://www.ethereum.org/)
Announcement(https://bitcointalk.org/index.php?topic=428589.0)
Explorer(https://etherscan.io/)
Explorer 2(https://ethplorer.io/)
Explorer 3(https://etherchain.org/)
Message Board(https://forum.ethereum.org/)
Chat(https://gitter.im/orgs/ethereum/rooms)
Source Code(https://github.com/ethereum)
Rank 2
Mineable Coin

Charts Markets Social Tools Historical Data(/currencies/ethereum/historical-data/)

Ethereum Charts

Linear Scale Log Scale

Don't Buy Bitcoin
Early Investing
These five cryptocurrencies are set to overtake bitcoin. Free investor report.


