**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773

**LTL ATTORNEYS LLP**
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Caleb H. Liang (Bar No. 261920)
caleb.liang@ltlattorneys.com
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
hta@hgtlaw.com
JooYun Kim
jooyun@hgtlaw.com
Natalia D. Williams
natalia@hgtlaw.com
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7290
Fax: 646-453-7289

*Proposed Co-Lead Counsel for Movant Arman Anvari and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an | Case No. 3:17-cv-06779-RS <br><br> Related case: 17-cv-07095-JSC <br><br> **CERTIFICATION OF JAMES M. LEE PURUSANT TO LOCAL RULE 3.7(d)** <br><br> <u>**CLASS ACTION**</u> <br><br> Judge:     Hon. Richard Seeborg <br> Courtroom:  3, 17TH Floor |

1 | Individual, and ARTHUR BREITMAN,
2 | an Individual,
3 |                    Defendants.

**CERTIFICATE PURUSANT TO LOCAL RULE 3-7(d)**

Pursuant to Civil L.R. 3-7(d), I, James M. Lee, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of January, 2018 at Los Angeles, California.

                                         *s/James M. Lee*
                                         James M. Lee