Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
         serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an individual, and ARTHUR BREITMAN, an individual,<br><br>Defendants. | Case No. 3:17-cv-06779-RS<br><br>**NOTICE OF APPEARANCE OF NEAL A. POTISCHMAN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Neal A. Potischman of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of Defendant Tezos Stiftung (the "Foundation").  The Foundation objects to the assertion of personal jurisdiction and the laying of venue in this Court.  Accordingly, the Foundation does not waive, and expressly reserves, all available defenses, including those relating to personal jurisdiction and venue.  The Foundation respectfully requests that all pleadings and other documents be addressed to and served upon Neal A. Potischman using the contact information set forth below.

> Neal A. Potischman
> DAVIS POLK & WARDWELL LLP
> 1600 El Camino Real
> Menlo Park, California 94025
> Telephone: (650) 752-2000
> Facsimile: (650) 752-2111
> Email: neal.potischman@davispolk.com

Dated:  January 29, 2018              Respectfully Submitted,

                                      DAVIS POLK & WARDWELL LLP


                                      By:  /s/ Neal A. Potischman
                                           Neal A. Potischman (SBN 254862)
                                           Serge A. Voronov (SBN 298655)
                                           DAVIS POLK & WARDWELL LLP
                                           1600 El Camino Real
                                           Menlo Park, California  94025
                                           Telephone: (650) 752-2000
                                           Facsimile:  (650) 752-2111
                                           Email:      neal.potischman@davispolk.com
                                                       serge.voronov@davispolk.com

                                           *Attorneys for Defendant Tezos Stiftung*