Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
           serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an individual, and ARTHUR BREITMAN, an individual,<br><br>Defendants. | Case No. 3:17-cv-06779-RS<br><br>**NOTICE OF APPEARANCE OF SERGE A. VORONOV** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Serge A. Voronov of the law firm of Davis Polk &

3  Wardwell LLP hereby appears in this action as counsel on behalf of Defendant Tezos Stiftung (the

4  "Foundation").  The Foundation objects to the assertion of personal jurisdiction and the laying of

5  venue in this Court.  Accordingly, the Foundation does not waive, and expressly reserves, all

6  available defenses, including those relating to personal jurisdiction and venue.  The Foundation

7  respectfully requests that all pleadings and other documents be addressed to and served upon Serge

8  A. Voronov using the contact information set forth below.

>   Serge A. Voronov
>   DAVIS POLK & WARDWELL LLP
>   1600 El Camino Real
>   Menlo Park, California 94025
>   Telephone: (650) 752-2000
>   Facsimile: (650) 752-2111
>   Email: serge.voronov@davispolk.com

Dated:  January 29, 2018                    Respectfully Submitted,

DAVIS POLK & WARDWELL LLP


By:  */s/ Serge A. Voronov*
     Neal A. Potischman (SBN 254862)
     Serge A. Voronov (SBN 298655)
     DAVIS POLK & WARDWELL LLP
     1600 El Camino Real
     Menlo Park, California  94025
     Telephone: (650) 752-2000
     Facsimile:  (650) 752-2111
     Email:      neal.potischman@davispolk.com
                 serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Stiftung*