Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111
Email: neal.potischman@davispolk.com
       serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an individual, and ARTHUR BREITMAN, an individual,<br><br>  Defendants. | Case No. 3:17-cv-06779-RS<br><br>**DEFENDANT TEZOS STIFTUNG'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tezos Stiftung (the "Foundation") makes the following disclosures through its undersigned counsel:

The Foundation is an autonomous legal entity organized under Swiss law and supervised by the Swiss Federal Foundation Supervisory Authority.  A Swiss foundation does not have shareholders or owners.  Hence, the Foundation has no parent company, and no publicly held corporation owns 10% or more of the Foundation.

Dated:  January 29, 2018            Respectfully Submitted,

DAVIS POLK & WARDWELL LLP


By:  */s/ Neal A. Potischman*
    Neal A. Potischman (SBN 254862)
    Serge A. Voronov (SBN 298655)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California  94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email:      neal.potischman@davispolk.com
                 serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Stiftung*