Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
          serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:  (212) 701-5800
Email: edmund.polubinski@davispolk.com
          andrew.gehring@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an individual, and ARTHUR BREITMAN, an individual,<br><br>Defendants. | Case No. 3:17-cv-06779-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

1      Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Defendants, through their counsel,

2  submit the following Joint Stipulation and [Proposed] Order Extending the Date for Continuing

3  the Case Management Conference.

4      WHEREAS, on November 26, 2017, Plaintiff commenced the above-captioned action by

5  filing a putative class action complaint, asserting claims under the Securities Act of 1933;

6      WHEREAS, on November 29, 2017, the Court issued an Order for Class Actions Subject

7  to Private Securities Litigation Reform Act (PSLRA) and ADR Deadlines [ECF. No. 5], setting

8  the Initial Case Management Conference for March 1, 2018, at 10:00 AM and providing that, if

9  the Initial Case Management Conference is continued, the other deadlines are continued

10  accordingly;

11     WHEREAS, on December 4, 2017, the Instant Action was deemed related to actions

12  entitled *Okusko v. Dynamic Ledger Solutions, Inc. et al.*, 17-cv-06829, and *Baker v. Dynamic*

13  *Ledger Solutions, Inc., et al.*, 17-cv-06850 (the "Related Actions"), and such actions were

14  assigned to the Hon. Richard Seeborg;

15     WHEREAS, on January 25 and 26, 2018 four motions to consolidate this action with the

16  Related Actions and five applications to be appointed lead plaintiff were filed with the Court and

17  set for hearing on March 1, 2018 [ECF Nos. 38, 49, 53, 55, 61];

18     WHEREAS, on January 5, 2018, Plaintiff and defendants Dynamic Ledger Solutions,

19  Inc. ("DLS") and Kathleen Breitman and Arthur Breitman (the "Breitman Defendants") agreed

20  and stipulated that DLS and the Breitman Defendants shall not be required to move to dismiss or

21  otherwise respond to the Complaint filed in the Instant Action until 30 days after the Court

22  appoints a lead plaintiff and lead counsel, and lead plaintiff files and serves a consolidated

23  complaint or notice stating that lead plaintiff designates a previously filed complaint as operative

24  [ECF No. 21];

25     WHEREAS, on January 29, 2018, Plaintiff and defendant Tezos Stiftung (the

26  "Foundation") agreed and stipulated that the Foundation should respond to the Complaint on the

27  same schedule as DLS and the Breitman Defendants [ECF No. 66];

28

WHEREAS, the Foundation does not consent to, and in fact contests, the Court's exercise of personal jurisdiction over it as well as the propriety of venue of this action;

WHEREAS, Defendants anticipate moving to dismiss any consolidated or otherwise operative complaint;

WHEREAS, the undersigned have conferred regarding issues of timing;

WHEREAS, in light of the fact that the Court has not yet resolved consolidation of this action with the Related Cases and a lead plaintiff and lead counsel have not yet been appointed and in light of the PSLRA discovery stay, the parties respectfully submit that the Initial Case Management Conference be adjourned, in the interest of judicial economy, to a date at the Court's convenience after the Court rules on the pending motions for consolidation and appoints a lead plaintiff and lead counsel; and

NOW, THEREFORE, in consideration of the foregoing and in the interest of judicial economy and good cause shown, the parties stipulate, subject to the approval of the Court, the following:

1.      The March 1, 2018 Initial Case Management Conference will be adjourned and taken off calendar and will be rescheduled after the Court appoints a lead plaintiff and lead counsel.

2.      Nothing in this stipulation constitutes a waiver of any defenses.

3.      Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

IT IS SO STIPULATED.

1   Dated:  February 5, 2018                   Respectfully submitted,

2                                       DAVIS POLK & WARDWELL LLP

By:  /s/ Neal A. Potischman

Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
neal.potischman@davispolk.com
serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212)-701-5800
edmund.polubinski@davispolk.com
andrew.gehring@davispolk.com

*Attorneys for Defendant*
*Tezos Stiftung*

Dated:  February 5, 2018                   BAKER MARQUART LLP

By:  /s/ Scott M. Malzahn

Brian E. Klein (258486)
Scott M. Malzahn (229204)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile: (424) 652-7850
bklein@bakermarquart.com
smalzahn@bakermarquart.com

*Attorneys for Defendants*
*Dynamic Ledger Solutions, Inc.,*
*Kathleen Breitman and Arthur Breitman*

Joint Stipulation and [Proposed] Order Continuing the Case Management Conference
3:17-cv-06779-RS

Dated: February 5, 2018

COOLEY LLP

By: /s/ Jeffrey M. Kaban
Patrick E. Gibbs (183174)
Jeffrey M. Kaban (235743)
Samantha A. Kirby (307917)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5355
Facsimile: (650) 618-0387
pgibbs@cooley.com
jkaban@cooley.com
skirby@cooley.com

Daniel L. Sachs (294478)
1299 Pennsylvania Ave. NW Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile: (202) 842-7899
dsachs@cooley.com

*Attorneys for Defendant*
*Dynamic Ledger Solutions, Inc.*

Dated: February 5, 2018

LITE DEPALMA GREENBERG, LLC

By: /s/ Jeremy Nash
Joseph J. DePalma, Esq.
Bruce D. Greenberg, Esq.
Jeremy Nash, Esq.
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623.3000
Facsimile: (973) 623.0858
jdepalma@litedepalma.com
bgreenberg@litedepalma.com

William R. Restis, Esq. (SBN 246823)
THE RESTIS LAW FIRM, P.C.
550 West C St., Suite 1760
San Diego, CA 92101
Telephone: (619) 270-8383
Facsimile: (619) 752.1552
william@restislaw.com

*Attorneys for Plaintiff*

4

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Neal A. Potischman, attest that concurrence in filing this document has been obtained from the other signatories.

Dated:  February 5, 2018                              /s/ Neal A. Potischman
                                                                        Neal A. Potischman


                                                *        *        *

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: _____              _____

                                                  HONORABLE RICHARD SEEBORG
                                                  U.S. DISTRICT JUDGE