**Exhibit A**



# Current Company Extract

**Name:** TRIGON TRADING PTY LTD
**ACN:** 610 865 533

Date/Time: 09 February 2018 AEST 05:23:54 AM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

| Organisation Details | | Document Number |
|---|---|---|
| **Current Organisation Details** | | |
| Name: | TRIGON TRADING PTY LTD | 2E3166297 |
| ACN: | 610 865 533 | |
| ABN: | 46610865533 | |
| Registered in: | Queensland | |
| Registration date: | 19/02/2016 | |
| Next review date: | 19/02/2018 | |
| Name start date: | 19/02/2016 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | | Document Number |
|---|---|---|
| **Current** | | |
| Registered address: | SALERNO LAW, Suite 18 Level 2, 240 Varsity Parade, VARSITY LAKES QLD 4227 | 7E9625420 |
| Start date: | 15/11/2017 | |
| Principal Place Of Business address: | Suite 18 Level 2, 240 Varsity Parade, VARSITY LAKES QLD 4227 | 7E9625420 |
| Start date: | 01/11/2017 | |
| **Contact Address** | | |
| Section 146A of the Corporations Act 2001 states 'A contact address is the address to which communications and notices are sent from ASIC to the company'. | | |
| Address: | PO BOX 114, KUNUNURRA WA 6743 | |
| Start date: | 08/11/2017 | |

| Officeholders and Other Roles | | Document Number |
|---|---|---|
| **Director** | | |
| Name: | EMMA SALERNO | 2E3166297 |
| Address: | 2 Corkwood Court, KUNUNURRA WA 6743 | |
| Born: | 13/08/1977, ALICE SPRINGS, NT | |
| Appointment date: | 19/02/2016 | |
| Name: | MATTEO THADE SALERNO | 2E3166297 |
| Address: | 638 Packsaddle Road, KUNUNURRA WA 6743 | |
| Born: | 05/02/1983, MYLOR, SA | |
| Appointment date: | 19/02/2016 | |
| Name: | JAMES GINO SALERNO | 2E3166297 |
| Address: | 638 Packsaddle Road, KUNUNURRA WA 6743 | |
| Born: | 10/11/1984, PORT AUGUSTA, SA | |
| Appointment date: | 19/02/2016 | |
| **Secretary** | | |
| Name: | ANNA LUCIA DUPONT | 7E9625414 |

|  |  |  |
|---|---|---|
| Address: | 9 Maryland Avenue, CARRARA QLD 4211 | |
| Born: | 16/05/1977, ADELAIDE, SA | |
| Appointment date: | 01/11/2017 | |
| **Ultimate Holding Company** | | |
| Name: | SALERNO CONSORTIUM PTY LTD | 2E3166297 |
| ACN: | 604 301 742 | |

## Share Information

### Share Structure

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|---|---|---|---|---|---|
| ORD | ORDINARY | 100 | 100.00 | 0.00 | 2E3166297 |

### Members

Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the top twenty members.  This may, but does not necessarily mean, that they have ceased to be a member of the company.

| | |
|---|---|
| Name: | SALERNO CONSORTIUM PTY LTD |
| ACN: | 604 301 742 |
| Address: | 7 Ebony Street, KUNUNURRA WA 6743 |

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 100 | no | FULLY | 2E3166297 |

## Documents

Note: Where no Date Processed is shown, the document in question has not been processed.  In these instances care should be taken in using information that may be updated by the document when it is processed.  Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---|---|---|---|---|---|
| 19/02/2016 | 201C  Application For Registration As A Proprietary Company | 19/02/2016 | 3 | 19/02/2016 | 2E3166297 |
| 08/11/2017 | 484E  Change To Company Details Appointment Or Cessation Of A Company Officeholder | 08/11/2017 | 2 | 08/11/2017 | 7E9625414 |
| 08/11/2017 | 484  Change To Company Details<br>    484B Change Of Registered | 08/11/2017 | 2 | 08/11/2017 | 7E9625420 |

| | Address<br>484C Change Of Principal Place Of Business<br>(Address) | | | | |
|---|---|---|---|---|---|

***End of Extract of 3 Pages***