1  Reed R. Kathrein (SBN 139304)
   Peter E. Borkon (SBN 212596)
2  Danielle Smith (SBN 291237)
   **HAGENS BERMAN SOBOL SHAPIRO LLP**
3  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
4  Telephone: (510) 725-3000
   Facsimile:  (510) 725-3001
5  reed@hbsslaw.com
   peterb@hbsslaw.com
6  danielles@hbsslaw.com

7  *Attorneys for Bruce MacDonald*

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, and ARTHUR BREITMAN, an Individual,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF BRUCE MACDONALD'S RESPONSE REGARDING MOTIONS TO CONSOLIDATE THE MACDONALD ACTION AND OPPOSITION TO ARMAN ANVARI'S MOTION SEEKING TO LEAD THE MACDONALD ACTION**<br><br>Date:         March 1, 2018<br>Time:         1:30 p.m.<br>Courtroom:  3<br>Judge:        Hon. Richard Seeborg |
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>Defendants. | Case No. 3:17-cv-06829-RS |

010721-11 1014682 V1

| | |
|---|---|
| ANDREW BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 3:17-cv-06850-RS<br><br>*Removed from San Francisco County Superior Court (Case No. CGC-17-562144)* |
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an Individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN, and DOES 1-100, INCLUSIVE<br><br>Defendants. | Case No. 3:17-cv-07095-RS |

I, REED R. KATHREIN, hereby declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the state of California. I am a member of the law firm of Hagens Berman Sobol Shapiro LLP, Counsel of record for Plaintiff Bruce Macdonald in the above-entitled action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereof. I make

1

KATHREIN DECL. ISO MACDONALD'S RESP. RE MOTS. TO CONSOL. THE *MACDONALD* ACTION AND OPP. TO ANVARI'S MOT. SEEKING TO LEAD THE *MACDONALD* ACTION -
Case Nos.: 3:17-cv-06779-RS, 3:17-cv-07095-RS

1  this declaration in support of Bruce Macdonald's Response Regarding Motions to Consolidate the
2  Macdonald Action and Opposition to Arman Anvari's Motion Seeking to lead the Macdonald
3  Action ("Response and Opposition").
4      2.    Attached hereto are true and correct copies of the following documents referenced
5  in Plaintiff Bruce Macdonald's Response and Opposition, filed herewith:
6      Exhibit A:    The firm résumé of Hagens Berman Sobol Shapiro LLP; and
7      Exhibit B:    The firm résumé of Block & Leviton LLP.
8      I declare under penalty of perjury under the laws of the United States of America that the
9  foregoing is true and correct.  Executed this 8th day of February, 2018, at Berkeley, California.
10               By: */s/ Reed R. Kathrein*
11                   REED R. KATHREIN

28

2
KATHREIN DECL. ISO MACDONALD'S RESP. RE MOTS. TO CONSOL. THE *MACDONALD* ACTION AND
OPP. TO ANVARI'S MOT. SEEKING TO LEAD THE *MACDONALD* ACTION -
Case Nos.: 3:17-cv-06779-RS, 3:17-cv-07095-RS

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2018.

By: */s/ Reed R. Kathrein*
Reed R. Kathrein

CERTIFICATE OF SERVICE -
Case Nos.: 3:17-cv-06779-RS, 3:17-cv-07095-RS

1