ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
LUCAS F. OLTS (234843)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
lolts@rgrdlaw.com
dmyers@rgrdlaw.com

SILVER MILLER
DAVID C. SILVER
JASON S. MILLER
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: 954/516-6000
dsilver@silvermillerlaw.com
jmiller@silvermillerlaw.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., et al.,<br><br>  Defendants. | Case No. 3:17-cv-06779-RS<br><br>CLASS ACTION<br><br>DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF OPPOSITION OF DAVID LANG, RYAN COFFEY, AND ALEJANDRO R. GAVIRIA TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>DATE:  March 1, 2018<br>TIME:  1:30 p.m.<br>CTRM:  Courtroom 3 (17th Floor) |

1369125_1

I, DANIELLE S. MYERS, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for David Lang, Ryan Coffey, and Alejandro Gaviria, proposed lead plaintiff in the above-captioned action. I make this declaration in support of the Opposition of David Lang, Ryan Coffey, and Alejandro R. Gaviria to Competing Motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Arman Anvari's LinkedIn Profile;

Exhibit 2: Daniel Cawrey, *How One Law Firm Is Helping Bitcoin Startups Find Success*," (July 8, 2014, 12:25 UTC), https://www.coindesk.com/one-one-firm-helping-bitcoin-startups-find-success;

Exhibit 3: Aaron Stanley, "*Bitcoin Miner Sued for Unregistered Securities After ICO*," (Jan. 3, 2018 at 14:00 UTC), https://www.coindesk.com/bitcoin-miner-sued-securities-fraud-ico;

Exhibit 4: *Freedman v. Weatherford Int'l Ltd.*, No. 1:12-cv-02121-LAK, Order (S.D.N.Y. July 10, 2012); and

Exhibit 5: *Howard v. Arconic, Inc.*, No. 2:17-cv-01057-MRH, Order (W.D. Pa. Feb. 7, 2018).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2018.

    s/ Danielle S. Myers
    DANIELLE S. MYERS

1369125_1

DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL - 3:17-cv-06779-RS

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on February 8, 2018.

    s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

1369125_1

## Mailing Information for a Case 3:17-cv-06779-RS GGCC, LLC v. Dynamic Ledger Solutions, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph J. DePalma**
  jdepalma@litedepalma.com,epalomino@litedepalma.com

- **Donald J. Enright**
  denright@zlk.com

- **Joel Anderson Fleming**
  joel@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Andrew S. Gehring**
  andrew.gehring@davispolk.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,bgiovannoni@cooley.com

- **Bruce Daniel Greenberg**
  bgreenberg@litedepalma.com,sgreenfogel@litedepalma.com,epalomino@litedepalma.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,eFilingNotice@cooley.com,lalmanza@cooley.com,efiling-notice@ecf.pacerpro.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,brianm@hbsslaw.com,sf_filings@hbsslaw.com

- **Samantha Anne Kirby**
  skirby@cooley.com,lsantamaria@cooley.com

- **Brian E. Klein**
  bklein@bakermarquart.com,file@bakermarquart.com,calendar@bakermarquart.com

- **Enoch H Liang**
  enoch.liang@ltlattorneys.com,docket@ltlattorneys.com,gordon.garcia@ltlattorneys.com,lynette.suksnguan@ltlattorneys.com,erica.schoenberg@ltlattorneys.com

- **Scott Matthew Malzahn**
  smalzahn@bakermarquart.com,file@bakermarquart.com,calendar@bakermarquart.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Jeremy Nash**
  jnash@litedepalma.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Edmund Polubinski , III**
  edmund.polubinski@davispolk.com

- **Neal Alan Potischman**
  neal.potischman@dpw.com,ecf.ct.papers@dpw.com,lit.paralegals.mp@davispolk.com,tezos.lit@davispolk.com

- **William Richard Restis**
  william@restislaw.com,support@restislaw.com

- **Rosemary M. Rivas**
  rrivas@zlk.com,qroberts@zlk.com,ebigelow@zlk.com

- **Daniel Louis Sachs**
  dsachs@cooley.com,asmith@cooley.com,cmalick@cooley.com

- **James Quinn Taylor-Copeland**
  james@taylorcopelandlaw.com,docketing@mintz.com,DSJohnson@mintz.com

- **Serge Alexander Voronov**
  serge.voronov@davispolk.com

- **Jacob Allen Walker**
  jake@blockesq.com,4836372420@filings.docketbird.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`