# EXHIBIT 1

# Arman Anvari

Associate at Perkins Coie LLP

## Summary

Portions of this profile may constitute attorney advertising. Any testimonial or endorsement on this profile does not constitute a guarantee, warranty or prediction regarding the outcome of your legal matter. Prior results do not guarantee a similar outcome.

## Experience

**Associate at Perkins Coie LLP**
October 2017  -  Present

**Associate at Baker & McKenzie LLP**
April 2016  -  July 2017 (1 year 4 months)
   Mergers & Acquisitions

**Associate at Latham & Watkins LLP**
September 2010  -  March 2016 (5 years 7 months)
   Debt and equity capital markets and general corporate governance

## Education

**University of Michigan Law School**
Juris Doctor, Banking, Corporate, Finance, and Securities Law, 2007 - 2010
**University of Pennsylvania**
Bachelor of Arts, Economics, History and Political Science, 2000 - 2004
**University of North Carolina**

# Arman Anvari

Associate at Perkins Coie LLP

---



Contact Arman on LinkedIn