# EXHIBIT 3

Case 3:17-cv-06779-RS   Document 78-3   Filed 02/08/18   Page 2 of 6



Blockchain 101    Technology    Markets    Business    Data & Research    Consensus

Join 4,500+ attendees at Consensus 2018. Register Now!



# Bitcoin Miner Sued for Unregistered Securities After ICO

**Which do you think will be live first?**

- Bitcoin's Lightning Network
- Ethereum's Raiden Network
- I don't know what either of these are

**Don't miss a single story**

Subscribe to our free newsletter and follow us



Aaron Stanley

☐ Jan 3, 2018 at 14:00 UTC  |  Updated  Jan 4, 2018 at 15:56 UTC

NEWS

**Features**

How to Help ICOs Go Legit

Giga Watt, a startup that held an initial coin offering (ICO) to raise money to build a cryptocurrency mining facility, is being sued for allegedly conducting an unregistered securities offering.

The complaint was filed by a group of plaintiffs that contributed more than $20 million in cryptocurrency – with a current estimated valuation of $100 million – during the project's token sale in July and August. In return for their contributions, investors were to be issued either Giga Watt tokens that would grant them exclusive rights to use the company's facilities rent-free for 50 years, or mining equipment and supplies to be deployed and set up by the on-site project team.

Asserting that construction deadlines have not been met and promises to refund contributions have not been honored, the plaintiffs are seeking the return of their investments.

The filing states:

> "Many investors [who] have not been issued their Giga Watt tokens or had their machines set up and deployed, fear that they might never be issued their tokens or see their mining machines activated, and are losing valuable time and money as defendants indefinitely delay the further development of the Giga Watt Project."

Founded by well-known bitcoin miner Dave Carlson, Giga Watt aspires to democratize the mining process by creating customized turnkey mining "pods" along with a cheap and stable electricity supply and round-the-clock maintenance at a facility in central Washington.

While the startup worked with the law firm Perkins Coie prior to launch to ensure the tokens would not be considered securities, the plaintiffs are claiming that tokens issued for a pre-functioning network are, by their very nature, securities that must be registered with the U.S. Securities and Exchange Commission, or granted an exemption before they can be sold.

A representative at Perkins Coie declined to comment when contacted by CoinDesk.



Bush Security Advisor Warns Against Blockchain Cold War

Crypto's Price Correction Isn't Killing the Industry High

CoinDesk Releases 2018 Blockchain Industry Report

**Have a breaking story?**
Let us know here »

Filed in U.S. District Court in Eastern Washington, this case – and others, including suits [filed against Tezos](#) – could provide an important barometer for how U.S. courts will treat tokens that will have future "utility," but are issued before a functioning network is in place.

"Just because utility tokens might one day have a consumptive use does not remove them from being a 'security' prior to that use," argued David Silver, a partner at Silver Miller in south Florida, who filed the Giga Watt complaint on behalf of the plaintiffs.

The filing also asserts that investors were clearly provided with the expectation that they would profit financially from their investment.

According to the filing, "[S]everal Giga Watt representatives have overtly and unmistakably stated to investors that between the time of the ICO and the date on which each investor would be issued his/her/its Giga Watt tokens, the value/price of each Giga Watt token was anticipated to increase significantly."

Giga Watt did not immediately respond to a request for comment.

**Correction:** *A previous version of this article incorrectly referenced the subject of the lawsuit.*

[Scales of Justice](#) *image via Shutterstock*

---

*The leader in blockchain news, CoinDesk is an independent media outlet that strives for the highest journalistic standards and abides by a [strict set of editorial policies](#). Have breaking news or a story tip to send to our journalists? Contact us at [news@coindesk.com](mailto:news@coindesk.com).*

[Bitcoin Mining](#)   [Dave Carlson](#)   [Securities](#)   [ICOs](#)   [Giga Watt](#)

| PREVIOUS ARTICLE | NEXT ARTICLE |
|---|---|
|  Bitcoin Cash Is Up, But Correction May Be On Cards |  ECB Official Calls for Tax on Bitcoin Transactions |



SPONSORED FINANCIAL CONTENT

The No. 1 Stock to Buy Right Now (It's Not Pot)
Banyan Hill

Motley Fool Gives Rare "Total Conviction" Buy Sign
The Motley Fool

Crypto-Genius details the coins set to dwarf bitcoin's rise.
Early Investing

California's cannabis explosion could change your life
Money Map Press

My #1 Rule: Don't Buy Options
Investing Daily

Market Prediction: Gold Collapse Will Wipe Out Trillions
Dent Research

This Stock is Being Called a "Game Changer" for the Marijuana Industry
Leafbuyer

The Next Mining Boom!

Pisces Holding

RELATED STORIES



Feb 8, 2018 at 14:00 | Julio Faura

### How to Help ICOs Go Legit

Speculation on utility is a bad idea, but ICOs can be an appealing alternative to venture capital, argues the head of blockchain R&D at Santander.



Feb 8, 2018 at 05:00 | Bailey Reutzel

### Crypto's Price Correction Isn't Killing the Industry High

CoinDesk recap's Yahoo Finance's All Markets Summit, a one-da event that focused on cryptocurrency investing and saw notable industry dialogue.



Feb 6, 2018 at 19:30 | Stan Higgins

### SEC Chief Clayton: 'Every ICO I've Seen Is a Security'

Initial coin offerings were one of several subjects up for discussion during Tuesday's U.S. Senate hearing.

Feb 6, 2018 at 10:00 | Brady Dale

### ICOs Are Already Changing Tech Startups You Know



Crypto tokens are making some companies, especially those with existing virtual currency businesses, rethink the way they make a profit.



About   Press   Events   Editorial policy   Comments policy      Terms & conditions   Privacy policy   Jobs   Advertising   Newsletter