THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: +1.619.270.8383

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GGCC, LLC,** an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.,** a Delaware Corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, and **ARTHUR BREITMAN**, an Individual,<br><br>Defendants. | Case No: 3:17-cv-06779-RS<br><br>**DECLARATION OF WILLIAM R. RESTIS IN SUPPORT OF GGCC GROUP'S CONSOLIDATED RESPONSE TO LEAD PLAINTIFF MOTIONS**<br><br>Date:  March 1, 2018<br>Time: 1:30 p.m.<br>Courtroom: 3 – 17th Floor |
| **ANDREW OKUSKO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN**, and **TIMOTHY DRAPER**,<br><br>Defendants. | Case No: 3:17-cv-06829-RS |

| | |
|---|---|
| **ANDREW BAKER**, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.**, a Delaware corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, **ARTHUR BREITMAN**, an Individual, **JOHANN GEVERS**, an individual, **STRANGE BREW STRATEGIES, LLC**, a California limited liability company, and **DOES 1 through 100 inclusive**,<br><br>　　　　　Defendant. | Case No. 3:17-cv-06850-RS |
| **BRUCE MACDONALD**, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.**, a Delaware corporation, **TEZOS STIFTUNG**, a Swiss Foundation, **KATHLEEN BREITMAN**, an Individual, **ARTHUR BREITMAN**, an Individual, **TIMOTHY COOK DRAPER**, an individual, **DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZKRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN**, and **DOES 1-100, INCLUSIVE**,<br><br>　　　　　Defendants. | Case No. 3:17-cv-07095-JSC |

I, WILLIAM R. RESTIS, declare as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California and this Court. I am managing member of The Restis Law Firm, P.C., counsel for GGCC, LLC, Pumaro, LLC, and Nick Anthony (the "GGCC Group") in the above-captioned action. I make this declaration in support of the GGCC Group's Consolidated Response to Lead Plaintiff Motions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I have consulted my clients, Brian Beeman as Managing Member of GGCC, LLC, Ron Puma, as managing member of Pumaro, LLC, and Nick Anthony about Pumaro and Mr. Anthony potentially serving as additional class representatives should Mr. Arman Anvari be appointed Lead Plaintiff. Messrs. Beeman, Puma, and Anthony agree that such a collaboration is in the best interests of the putative Class, and Pumaro and Mr. Anthony agree to participate as additional class representatives for that reason.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 8th day of February, 2018.

/s/ William R. Restis
William R. Restis, Esq.

- 3 -

RESTIS DECL ISO GGCC GROUP'S MOTION FOR CONSOLIDATION, LEAD PLAINTIFF, AND LEAD COUNSEL

No. 3:17-cv-06779-RS

713625.1