| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| 2 | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)<br>SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com) |
| 3 | 2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067 |
| 4 | Telephone:   (424) 652-7814<br>Facsimile:    (424) 652-7850 |
| 5 | Attorneys for Defendants |
| 6 | DYNAMIC LEDGER SOLUTIONS, INC., KATHLEEN<br>BREITMAN and ARTHUR BREITMAN |
| 7 | COOLEY LLP |
| 8 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com)<br>JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 9 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com)<br>3175 Hanover Street |
| 10 | Palo Alto, CA  94304-1130<br>Telephone:   (650) 843-5355 |
| 11 | Facsimile:    (650) 618-0387 |
| 12 | DANIEL L. SACHS (294478) (dsachs@cooley.com)<br>1299 Pennsylvania Ave. NW Suite 700 |
| 13 | Washington, DC 20004<br>Telephone:   (202) 728-7114 |
| 14 | Facsimile:    (202) 842-7899 |
| 15 | Attorneys for Defendant<br>DYNAMIC LEDGER SOLUTIONS, INC., |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>        v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an individual, and ARTHUR BREITMAN, an individual,<br><br>                        Defendants. | Case No.  3:17-cv-06779-RS<br><br>**DEFENDANTS KATHLEEN BREITMAN, ARTHUR BREITMAN AND DYNAMIC LEDGER SOLUTIONS' NOTICE OF JOINDER AND JOINDER IN TEZOS STIFTUNG'S MEMORANDUM IN SUPPORT OF CONSOLIDATING** *MACDONALD*<br><br>Judge:  Hon. Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINDER IN SUPPORT OF
CONSOLIDATING *MACDONALD*
CASE NO. 3:17-CV-06779-RS

Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman and Arthur Breitman (collectively the "DLS Defendants") agree with and join in Defendant Tezos Stiftung's Memorandum in Support of Consolidating *MacDonald* with the Related Federal Actions (Dkt. 81). For the reasons set forth in Defendant Tezos Stiftung's Memorandum, the DLS Defendants respectfully request that the Court consolidate the *MacDonald* action with the related federal actions also pending before this Court.

Dated: February 9, 2018

**BAKER MARQUART LLP**

*/s/ Brian E. Klein*
Brian E. Klein (258486)

Attorney for Defendants DYNAMIC LEDGER SOLUTIONS, INC., KATHLEEN BREITMAN, and ARTHUR BREITMAN

**COOLEY LLP**

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs (183174)

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.,

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

JOINDER IN SUPPORT OF
CONSOLIDATING *MACDONALD*
CASE NO. 3:17-CV-06779-RS

1  Dated: February 9, 2017				COOLEY LLP

					_____
					*/s/ Patrick E. Gibbs*
					Patrick E. Gibbs

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

**JOINDER IN SUPPORT OF
CONSOLIDATING** *MACDONALD*
**CASE NO. 3:17-CV-06779-RS**