Joel A. Fleming (SBN 281264)
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
joel@blockesq.com
jake@blockesq.com

*Attorneys for Movant Trigon Trading Pty. Ltd.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, and ARTHUR BREITMAN, an Individual,<br><br>Defendants. | Case No. 3:17-cv-06779-RS<br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF TRIGON TRADING PTY. LTD.'S REPLY IN SUPPORT OF MOTION FOR CONSOLIDATION OF PSLRA CASES, APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:        March 1, 2018<br>Time:       1:30 p.m.<br>Courtroom: 3<br>Judge:      Hon. Richard Seeborg |

REPLY DECLARATION OF JACOB WALKER

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06829 |
| Plaintiff, | |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | |
| Defendants. | |
| ANDREW BAKER, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06850-RS |
| Plaintiff, | *Removed from San Francisco County Superior Court (Case No. CGC-17-562144)* |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100 inclusive, | |
| Defendants. | |

REPLY DECLARATION OF JACOB WALKER

I, JACOB A. WALKER, hereby declare as follows:

1. I am an attorney licensed to practice in California and in the Northern District of California. I am an attorney at the law firm of Block & Leviton LLP, counsel of record for movant Trigon Trading Pty. Ltd. ("Trigon") in the above-entitled actions. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereof.

2. Attached hereto are true and correct copies of the following documents referenced in Trigon Trading Pty. Ltd.'s Reply, filed herewith:

Exhibit A:   Amended Certification of Trigon Trading Party, Ltd.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  February 15, 2018              /s/ Jacob A. Walker
                                       JACOB A. WALKER

REPLY DECLARATION OF JACOB WALKER

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2018, I authorized the electronic filing of the foregoing with the Clark of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jacob A. Walker
Jacob A. Walker

REPLY DECLARATION OF JACOB WALKER