# EXHIBIT A

## Amended Certification of Trigon Trading Party, Ltd.

I, Anna Dupont, am the appointed Secretary of Trigon Trading Party, Ltd., an Australian Proprietary Company (hereinafter "Trigon"), and am authorized to sign documents on behalf of Trigon. As such, I declare as to the claims asserted under the United States federal securities laws as follows:

1. I have reviewed copies of the complaints filed in *GGCC, LLC v. Dynamic Ledger Solutions, Inc., et al.*, No. 3:17-cv-06779-RS (N.D. Cal.), *Okusko v. Dynamic Ledger Solutions*, *Inc., et al.*, No. 3:17-cv-06829-RS (N.D. Cal.), and *MacDonald v. Dynamic Ledger Solutions, Inc., et al.*, No. 3:17-cv-07095 RS (N.D. Cal.) and adopt the factual allegations made in the *MacDonald* complaint.

2. Trigon did not purchase the securities that are the subject of these complaints at the direction of Plaintiff's counsel or in order to participate in this litigation.

3. Trigon is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Trigon purchased the following Tezos Tokens ("XTZ"):

| Purchase Date | Investment | Tezos Tokens Promised |
|---|---|---|
| July 3, 2017 | 7.9999 Bitcoin | 45,999.42 |
| July 3, 2017 | 10 Bitcoin | 57,500 |
| July 3, 2017 | 1 Bitcoin | 5,750 |

5. During the three years prior to the date of this Certification, Trigon has not directly participated, nor has it sought to participate, as a representative in any class action suit in the United States District Courts under the federal securities laws.

6. Neither Trigon, nor its officers, directors, or members, nor its parents or subsidiaries, nor any individuals associated with Trigon or those entities, have been promised or offered, and will not accept, any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this action, except for (1) such damages or other relief as the Court may award to Trigon as its pro rata share of any recovery or judgment; (2) such reasonable fees, costs, or other payments as the Court expressly approves to be paid to or on behalf of Trigon; or (3) reimbursement, paid by my attorneys, of actual or reasonable out-of-pocket expenses incurred directly in connection with the prosecution of this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the __i|__ day of February, 2018 in Varsity Lakes, Queensland, Australia.

Anna Dupont
for Trigon Trading Pty Ltd.