| | |
|---|---|
| 1 | **LTL ATTORNEYS LLP** |
| 2 | Enoch H. Liang (SBN 212324) |
|   | enoch.liang@ltlattorneys.com |
| 3 | 601 Gateway Boulevard, Suite 1010 |
|   | South San Francisco, California 94080 |
| 4 | Tel:  650-422-2130 |
|   | Fax:  213-612-3773 |
| 5 | |
| 6 | **LTL ATTORNEYS LLP** |
|   | James M. Lee (SBN 192301) |
| 7 | james.lee@ltlattorneys.com |
|   | Caleb H. Liang (Bar No. 261920) |
| 8 | caleb.liang@ltlattorneys.com |
|   | 300 S. Grand Ave., 14th Floor |
| 9 | Los Angeles, California 90071 |
|   | Tel:  213-612-8900 |
| 10 | Fax:  213-612-3773 |
| 11 | |
|    | **HUNG G. TA, ESQ. PLLC** |
| 12 | Hung G. Ta |
|    | hta@hgtlaw.com |
| 13 | JooYun Kim |
|    | jooyun@hgtlaw.com |
| 14 | Natalia D. Williams |
|    | natalia@hgtlaw.com |
| 15 | 250 Park Avenue, 7th Floor |
| 16 | New York, New York 10177 |
|    | Tel: 646-453-7290 |
| 17 | Fax: 646-453-7289 |
| 18 | *Proposed Co-Lead Counsel for Movant Arman Anvari and the Class* |
| 19 | |
| 20 | **UNITED STATES DISTRICT COURT** |
| 21 | **NORTHERN DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| 22 | GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-06779-RS |
| 23 | | Related case: 3:17-cv-07095-RS |
| 24 | Plaintiff, | |
| 25 | v. | **REPLY DECLARATION OF HUNG G. TA IN FURTHER SUPPORT OF ARMAN ANVARI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| 26 | DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an | |
| 27 | | **CLASS ACTION** |
| 28 | | |

| | | |
|---|---|---|
| 1 | Individual, | |
| 2 | Defendants. | Judge:      Hon. Richard Seeborg |
| 3 | | Courtroom:  3, 17TH Floor |

| | | |
|---|---|---|
| 4 | ANDREW OKUSKO, individually and on behalf of all others similarly situated, | Case No: 3:17-cv-06829-RS |
| 5 | | |
| 6 | Plaintiff,<br>v. | |
| 7 | DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | |
| 8 | | |
| 9 | Defendants. | |
| 10 | | |
| 11 | ANDREW BAKER, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06850-RS |
| 12 | Plaintiff,<br>v. | |
| 13 | | |
| 14 | DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100 inclusive, | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-07095-RS |
| 20 | | |
| 21 | Plaintiff,<br>v. | |
| 22 | DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an Individual, DRAPER ASSOCATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN, and DOES 1-100, INCLUSIVE, | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

REPLY DECLARATION OF HUNG G. TA IN FURTHER SUPPORT OF ARMAN ANVARI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-06779-RS

I, Hung G. Ta, declare under penalty of perjury as follows:

1. I am the principal of the law firm Hung G. Ta, Esq. PLLC ("HGT Law"), proposed Lead Counsel for the putative class in the above-captioned action (the "Action") and counsel to proposed Lead Plaintiff Arman Anvari. I am an active member in good standing of the bar of the State of New York and will apply to be admitted *pro hac vice* in this matter. I submit this declaration in further support of Arman Anvari's Motion for Appointment as Lead Plaintiff and Approval of Counsel.

2. I have practiced law in the United States for approximately 18 years. Immediately prior to practicing law in the United States, I clerked for Justice Mary Gaudron of the High Court of Australia.

3. I founded HGT Law in 2011. Prior to that, I was employed for approximately four years at Grant & Eisenhofer P.A. Before working at Grant & Eisenhofer P.A., I was employed at Milbank Tweed Hadley & McCloy LLP.

4. During my employment at Grant & Eisenhofer P.A., I handled the following securities class actions from inception through obtaining court-approved settlements:

- *In re Am. Dental Partners, Inc. Sec. Litig.*, No. 08-cv-10119-RGS (D. Mass.)
- *In re Shuffle Master, Inc. Sec. Litig.*, No. 2:07-cv-00715-KJD-RJJ (D. Nev.)

5. I also worked on other securities class actions, including *In re Stone & Webster, Inc. Sec. Litig.*, No. 00-10874-RWZ (D. Mass.) and a proposed class action against The Goldman Sachs Group, Inc.

6. Since founding HGT Law, the attorneys of HGT Law have brought direct (opt-out) securities litigation cases on behalf of investors, including the following lawsuits against Dendreon Corporation and Valeant Pharmaceuticals International Inc.:

- *Bolling v. Gold*, No. 13-00872 (W.D. Wash.)
- *Colonial First State Investments Limited v. Valeant Pharmaceuticals International, Inc.*, No. 18-cv-00383 (D. N.J.)
- *Ahuja v. Valeant Pharmaceuticals International, Inc.*, No. 18-cv-00846 (D. N.J.).

7. Additionally, my colleague JooYun Kim and I were both previously employed at

1

REPLY DECLARATION OF HUNG G. TA IN FURTHER SUPPORT OF ARMAN ANVARI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-06779-RS

Milbank Tweed Hadley & McCloy LLP, where we defended multiple securities class actions, including: *In re Bristol-Myers Squibb Sec. Litig.*, No. 02-civ-2251 (S.D.N.Y.); *Sedighim v. Donaldson, Lufkin & Jenrette, Inc.*, No. 00-civ-7351 (S.D.N.Y.); *Franze v. Equitable Assurance*, No. 01-11575 (11th Cir.); *Newby v. Enron Corp. (In re Enron Corp. Sec., Derivative & ERISA Litig.)*, C.A. Nos. H-01-3624 and H-03-2345 (S.D. Tex.); *Liu v. Credit Suisse First Boston Corp. (In re Initial Public Offering Sec. Litig.)*, MDL 1554 (S.D.N.Y.); *In re Salomon Smith Barney Mutual Fund Fees Litig.*, No. 04-4055 (S.D.N.Y.); *Tracinda Corp. v. DaimlerChrysler AG (In re DaimlerChrysler AG Sec. Litig.)*, Nos. 00-993, 00-981, 01-004 (D. Del.); and *Buxbaum v. Deutsche Bank AG*, No. 98 Civ. 8460 (S.D.N.Y.).

8. Attached as Exhibit A is the Hagens Berman webpage discussing the Tezos class action, and specifically referring readers to the *MacDonald* action.

I declare under penalty of perjury that the foregoing is true and correct, this 15th day of February, 2018.

*/s/ Hung G. Ta*
Hung G. Ta