# Exhibit A




(/)

# Tezos (XTZ)

**DEFENDANT NAME:** Dynamic Ledger Solutions, Inc., Tezos Stiftung, Kathleen Breitman, Arthur Breitman, Timothy Cook Draper, Draper Associates, Johan Gebers, Diego Ponz, Guido Schmitz-Krummacher, Bitcoin Suisse AG, Niklas Nikolajsen, and Does 1-100

**STOCK SYMBOL:** XTZ

**CASE NUMBER:** 3:17-cv-07095-JSC

**COURT:** U.S. District Court for the Northern District of California

**PRACTICE AREA:** Investor Fraud (/service/practices/investor-fraud)

**STATUS:** Investigation

**CLASS PERIOD:** July 2017 ICO

**LEAD PLAINTIFF DEADLINE:** January 25, 2018

**DATE FILED:** 12/13/17

**KEY ATTORNEYS:**

Reed R. Kathrein (/attorneys/partner/reed-r-kathrein-partner)

Peter E. Borkon (/attorneys/partner/peter-e-borkon-partner)

Danielle Smith (/attorneys/associate/danielle-smith-associate)

**RELATED DOCUMENTS:**

» Order Regarding Application for Temporary Restraining Order (https://www.hbsslaw.com/uploads/case_downloads/securities/2017-12-14orderregardingapplicationfortemporaryrestratingorder.pdf) 12/14/17

» Exhibit A (https://www.hbsslaw.com/uploads/case_downloads/securities/2017-12-14ex.atocertificationregardingnotice.pdf) 12/14/17

» Ex Parte Application for Temp. Restraining Order & Order to Show Case Why Prelim. Inj. Should Not Issue (https://www.hbsslaw.com/uploads/case_downloads/securities/2017-12-14ex-parteapplicationfortroandordertoshowcausewhyapr....pdf) 12/14/17

» Memo ISO Ex Parte Application & Order (https://www.hbsslaw.com/uploads/case_downloads/securities/2017-12-14mpaisoex-parte applicationfortroandordertoshowcause....pdf) 12/14/17

(/)
» Order Granting Ex Parte Application & Order (https://www.hbsslaw.com/uploads/case_downloads/securities/2017-12-14proposedordergrantingex-parteapplicationfortroandor....pdf) 12/14/17

» Certification Regarding Notice (https://www.hbsslaw.com/uploads/case_downloads/securities/2017-12-14certificationregardingnotice.pdf) 12/14/17

» Complaint (https://www.hbsslaw.com/uploads/case_downloads/securities/2017-12-13-macdonald-v-dynamic-ledger-solutions-hagens-berman-complaint.pdf) 12/13/17

**CONTACT:**

**510-725-3000**

**XTZ@hbsslaw.com (mailto:XTZ@hbsslaw.com)**

## Did you purchase or otherwise acquired the right to purchase TEZOS currency in its initial coin offering?

Hagens Berman has filed a class action in the Northern District of California on behalf of investors to recover the bitcoin (BTC), Ethereum (ETH) and fiat currency paid in the Tezos Initial Coin Offering ("ICO").

The complaint, which names Defendants Dynamic Ledger Solutions, Inc. (DLS), Tezos Stiftung (aka the "Tezos Foundation"), Kathleen Breitman, Arthur Breitman, Timothy Cook Draper, Draper Associates, Johann Gevers, Diego Ponz, Guido Schmitz-Krummacher, Bitcoin Suisse AG, and Niklas Nikolajsen, alleges that Defendants illegally sold unqualified securities in violation of California's Corporate Securities Law of 1968 (Cal. Corp. Code § 25110) and California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 et seq.). In doing so, Defendants collected approximately $232 million USD worth of cryptocurrencies from investors (primarily Bitcoin and Ethereum), now worth over $1.2 billion USD.

If you purchased or otherwise acquired the right to purchase TEZOS currency in the Tezos ICO or would like to aid in the investigation with non-public knowledge, contact Hagens Berman Sobol Shapiro LLP. For more information visit: fill out the form on this page or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing XTZ@hbsslaw.com (mailto:XTZ@hbsslaw.com).

---




*Hagens Berman purchases advertisements on search engines, social media sites and other websites. If you send us information, note that does not create an attorney-client relationship with the firm.*

**Back to all cases (/cases)**

# Contact:

Please fill out the form below and we will get back to you as soon as we can.

First name*

Last name*

Phone

(/)

Email*

Estimated Total Losses

Total Shares Purchased in CP

Total Shares Sold in CP

File Upload

Browse...

Additional Information

Send me:

Email updates about this case

Email updates about new investigations and other cases

Text updates about this case

Text updates about new investigations and other cases

SUBMIT

## CASE TIMELINE

**11/20/17: Investigation**

## RELATED NEWS

Hagens Berman Reminds Tezos (XTZ) Investors of the January 25, 2018 Lead Plaintiff Deadline (/cases/xtz/pressrelease/tezos-xtz-hagens-berman-reminds-tezos-xtz-investors-of-the-january-25-2018-lead-plaintiff-deadline) 01/08/18

Hagens Berman Files Class Action to Prevent Dissipation of Tezos (XTZ) Initial Coin Offering (ICO) Funds (/cases/xtz/pressrelease/tezos-xtz-hagens-berman-files-class-action-to-prevent-dissipation-of-tezos-xtz-initial-coin-offering-ico-funds) 12/14/17

Hagens Berman Files for Temporary Restraining Order to Prevent Dissipation of Tezos (XTZ) Initial Coin Offering (ICO) Funds (/cases/xtz/pressrelease/tezos-xtz-hagens-berman-files-for-temporary-restraining-order-to-prevent-dissipation-of-tezos-xtz-initial-coin-offering-ico-funds) 12/14/17

Hagens Berman Notifies Tezos (XTZ) Investors of January 25, 2018 Class Action Lead Plaintiff Deadline (/cases/xtz/pressrelease/tezos-xtz-hagens-berman-notifies-tezos-xtz-investors-of-january-25-2018-class-action-lead-plaintiff-deadline) 11/29/17

(/)

Hagens Berman Investigates Tezos (XTZ) Initial Coin Offering (ICO) and Notifies Participants of Class Actions (/cases/xtz/pressrelease/tezos-xtz-hagens-berman-investigates-tezos-xtz-initial-coin-offering-ico-and-notifies-participants-of-class-actions) 11/21/17




(/)

Hagens Berman Sobol Shapiro LLP is a class-action litigation firm that seeks to protect the rights of consumers, workers, whistleblowers, investors and others. We work to make a positive difference in the lives of those most vulnerable to negligence, fraud and wrongdoing.

**PRACTICE AREAS:**

Antitrust (/service/practices/antitrust-litigation)
Civil & Human Rights (/service/practices/civil-and-human-rights-litigation)
Anti-Terrorism (/service/practices/anti-terrorism)
Automotive (https://www.hbsslaw.com/service/practices/automotive-litigation)
Consumer Rights (/service/practices/consumer-rights)
Emissions (/service/practices/emissions)
Employment (/service/practices/employment-litigation)
Environmental (/service/practices/environmental-litigation)
Governmental Representation (/service/practices/governmental-representation)
Institutional Investors (/hagens-berman-investor-fraud-center/institutional-investors)
Investor Fraud (/service/practices/investor-fraud)
Intellectual Property (/service/practices/intellectual-property)
Media & Entertainment (/service/practices/media-and-entertainment)
Personal Injury (/service/practices/personal-injury-litigation)
Pharmaceutical Fraud (/service/practices/pharmaceutical-fraud)
Sexual Harassment (https://www.hbsslaw.com/service/practices/sexual-harassment)
Sports Litigation (/service/practices/sports-litigation)
Whistleblower (/service/practices/whistleblower-litigation)

**LOCATIONS:**

Seattle (/location/seattle)
Boston (/location/boston)
Boston, Newton Centre (/location/boston-newton-centre)
Chicago (/location/chicago)
Colorado Springs (/location/colorado-springs)
Los Angeles (/location/los-angeles)
New York City (/location/new-york)
Phoenix (/location/phoenix)
San Francisco (/location/san-francisco)
Washington DC (/location/washington-dc)
San Diego (/location/san-diego)

CONTACT US:

(/)

**Auto Cases (https://www.hbsslaw.com/service/practices/automotive-litigation)**

**1-888-381-2889 (tel:1-888-381-2889)**

**Email (mailto:contactus@hbsslaw.com)**

**Tip Line (/forms/tipline)**

FOLLOW US:

(https://twitter.com/classactionlaw) (https://www.facebook.com/hbsslaw)

(https://www.linkedin.com/company/hagens-berman-sobol-shapiro-llp)

(https://plus.google.com/102080186432672680601/posts) (https://www.youtube.com/channel/UCt_qVrOsA8YeHKS8vxTSsZw)

SIGN UP FOR NEWSLETTER:




Copyright © 2015 Hagens Berman Sobol Shapiro LLP. All Rights Reserved. Attorney advertising. Site Disclaimer (/site-disclaimer)
Privacy Policy (/privacy-policy) l (/sitemap)
Prior results do not guarantee a similar result. This site is regulated by the Washington Rules of Professional Conduct.