**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773

**LTL ATTORNEYS LLP**
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Caleb H. Liang (Bar No. 261920)
caleb.liang@ltlattorneys.com
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
hta@hgtlaw.com
JooYun Kim
jooyun@hgtlaw.com
Natalia D. Williams
natalia@hgtlaw.com
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7290
Fax: 646-453-7289

*Proposed Co-Lead Counsel for Movant Arman Anvari and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an | Case No. 3:17-cv-06779-RS<br><br>Related case: 3:17-cv-07095-RS<br><br>**DECLARATION OF ARMAN ANVARI IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |

| | | |
|---|---|---|
| 1 | Individual, | |
| 2 | Defendants. | Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17TH Floor |
| 3 | | |
| 4 | ANDREW OKUSKO, individually and on behalf of all others similarly situated, | Case No: 3:17-cv-06829-RS |
| 5 | Plaintiff, | |
| 6 | v. | |
| 7 | DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | |
| 8 | | |
| 9 | Defendants. | |
| 10 | | |
| 11 | ANDREW BAKER, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06850-RS |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100 inclusive, | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendant. | |
| 19 | BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-07095-RS |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an Individual, DRAPER ASSOCATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN, and DOES 1-100, INCLUSIVE, | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

DECLARATION OF ARMAN ANVARI IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-06779-RS

I, Arman Anvari, declare under penalty of perjury as follows:

1. I graduated cum laude from the University of Michigan Law School with a Juris Doctor in 2010, where I was an associate editor on the Michigan Law Review.

2. I am an attorney admitted to practice in Texas and Illinois.

3. Over the past seven and half years, I have practiced corporate law continuously, first with Latham & Watkins LLP in Houston, Texas between 2010 and 2016, and then with Baker & McKenzie LLP in Chicago, Illinois between 2016 and 2017.

4. I was briefly employed with Perkins Coie LLP in late 2017. I understand certain movants in this action have suggested that I was employed at Perkins Coie LLP for longer than that timeframe on the basis of my LinkedIn profile. However, that profile, when viewed by the movants, had not been updated to reflect my departure from Perkins Coie LLP in January 2018.

5. While at Perkins Coie LLP, I advised exclusively on private equity mergers and acquisition transactions. I did not advise on any cryptocurrency projects. Perkins Coie LLP did not represent Tezos or any of the Defendants in the above-captioned actions, and I have never worked on any matter related to Tezos or cryptocurrencies as an attorney.

6. My legal practice at Latham & Watkins LLP principally focused on debt and equity capital markets and general corporate governance, as well as mergers and acquisitions. While at Baker & McKenzie LLP and Perkins Coie LLP, I focused on mergers and acquisitions.

7. I have been actively monitoring the cryptocurrency industry since the middle of 2016 and have been investing in cryptocurrencies since late 2016. As a result of my intensive study of the industry, I am well-versed in the dynamics of the cryptocurrency industry and am fully up to date on the latest developments with the Tezos project.

8. The cryptocurrency space is new and has developed very quickly. The ICO market itself has gone through several significant changes in the past year alone, and both the industry and what is considered standard market practice in the marketing of cryptocurrencies are constantly evolving. Complicated, industry-specific issues will be presented before the Court, whose decisions in this matter may have far-reaching ramifications not only for Tezos, but for the industry as a whole.

1

DECLARATION OF ARMAN ANVARI IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-06779-RS

1 As such, my expertise in and understanding of the cryptocurrency industry will be of value in guiding this litigation. Further, as an attorney myself, I believe I am well-placed to supervise counsel in the litigation of this matter.

9. I understand that certain other movants in this action have argued that I did not "personally sign" the Certification I submitted with my initial motion for appointment as lead plaintiff on January 25, 2018. On the evening of January 25, 2018, I flew from Chicago to San Francisco, a five-hour flight that took off from Chicago at approximately 7PM Central Time and landed in San Francisco at approximately midnight Central Time. While I provided my financial interest in the Tezos litigation earlier in the day and personally signed the Schedule A to my Certification setting forth my investments in the Tezos ICO, I was on my way to the airport and did not have access to a scanner when the final draft of my Certification was sent to me for review. I therefore authorized my attorneys to sign on my behalf after I reviewed and approved the final draft.

I declare under penalty of perjury that the foregoing is true and correct, this 15th day of February, 2018.

_____
Arman Anvari

2

DECLARATION OF ARMAN ANVARI IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-06779-RS