**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773

**LTL ATTORNEYS LLP**
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Caleb H. Liang (Bar No. 261920)
caleb.liang@ltlattorneys.com
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
hta@hgtlaw.com
JooYun Kim
jooyun@hgtlaw.com
Natalia D. Williams
natalia@hgtlaw.com
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7290
Fax: 646-453-7289

*Proposed Co-Lead Counsel for Movant Arman Anvari and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-06779-RS |
| | Related case: 3:17-cv-07095-RS |
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF HUNG G. TA IN FURTHER SUPPORT OF ARMAN ANVARI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an | **CLASS ACTION** |

1 | Individual,

2 |                          Defendants.                    Judge:        Hon. Richard Seeborg
3 |                                                         Courtroom:    3, 17TH Floor

4 | ANDREW OKUSKO, individually and on
   | behalf of all others similarly situated,                Case No: 3:17-cv-06829-RS
5 |
   |                          Plaintiff,
6 |        v.

7 | DYNAMIC LEDGER SOLUTIONS, INC.,
   | THE TEZOS FOUNDATION, KATHLEEN
8 | BREITMAN, ARTHUR BREITMAN, and
   | TIMOTHY DRAPER,
9 |
   |                          Defendants.
10 |

11 | ANDREW BAKER, individually and on behalf
   | of all others similarly situated,                       Case No. 3:17-cv-06850-RS

12 |                          Plaintiff,
   |        v.
13 |

14 | DYNAMIC LEDGER SOLUTIONS, INC., a
   | Delaware Corporation, TEZOS STIFTUNG, a
15 | Swiss Foundation, KATHLEEN BREITMAN,
   | an individual, ARTHUR BREITMAN, an
16 | individual, JOHANN GEVERS, an individual,
   | STRANGE BREW STRATEGIES, LLC, a
17 | California limited liability company, and DOES
   | 1 through 100 inclusive,

18 |                          Defendant.

19 | BRUCE MACDONALD, Individually and on
   | Behalf of All Others Similarly Situated,                Case No. 3:17-cv-07095-RS
20 |
   |                          Plaintiff,
21 |        v.

22 | DYNAMIC LEDGER SOLUTIONS, INC., a
   | Delaware corporation, TEZOS STIFTUNG, a
23 | Swiss Foundation, KATHLEEN BREITMAN,
   | an Individual, ARTHUR BREITMAN, an
24 | Individual, TIMOTHY COOK DRAPER, an
   | Individual, DRAPER ASSOCATES, JOHANN
25 | GEVERS, DIEGO PONZ, GUIDO SCHMITZ-
   | KRUMMACHER, BITCOIN SUISSE AG,
26 | NIKLAS NIKOLAJSEN, and DOES 1-100,
   | INCLUSIVE,
27 |
   |                          Defendants.
28 |

---

SUPPLEMENTAL DECLARATION OF HUNG G. TA IN FURTHER SUPPORT OF ARMAN ANVARI'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-06779-RS

1    I, Hung G. Ta, declare under penalty of perjury as follows:

2    1.    I am the principal of the law firm Hung G. Ta, Esq. PLLC ("HGT Law"), counsel to

3    proposed Lead Plaintiff Arman Anvari and proposed Co-Lead Counsel for the putative class in the

4    above-captioned action (the "Action").  I am an active member in good standing of the bar of the

5    State of New York and will apply to be admitted *pro hac vice* in this matter.  I submit this

6    supplemental declaration in further support of Arman Anvari's Motion for Appointment as Lead

7    Plaintiff and Approval of Counsel.

8    2.    On January 25, 2018, Mr. Anvari submitted a Certification disclosing his financial

9    interest in this litigation.  While Mr. Anvari believes the Certification complied with the requirements

10   of N.D. Cal. Local Rule 3-7(c), for the avoidance of doubt, attached as Exhibit A is a true and correct

11   copy of the Supplemental Certification of Arman Anvari, dated February 18, 2018.

12   I declare under penalty of perjury that the foregoing is true and correct, this 20th day of

13   February, 2018.

14

15                                            */s/ Hung G. Ta*
                                             Hung G. Ta
16

17

18

19

20

21

22

23

24

25

26

27

28