# Exhibit A

**SUPPLEMENTAL CERTIFICATION OF ARMAN ANVARI**

Pursuant to N.D. Cal. Local Rule 3-7(c), I, Arman Anvari, certify as follows:

1. I have reviewed copies of the complaints filed in: (a) *GGCC, LLC v. Dynamic Ledger Solutions, Inc., et al.*, No. 17-cv-06799; (b) *Okusko v. Dynamic Ledger Solutions, Inc., et al.*, No. 17-cv-06829; (c) *Baker v. Dynamic Ledger Solutions, Inc., et al.*, No. 17-cv-06850 and (d) *MacDonald v. Dynamic Ledger Solutions, Inc.*, No. 17-cv-07095. I adopt the factual allegations made in the *GGCC* action, but reserve the right to file an amended complaint if appointed Lead Plaintiff.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in Tezos tokens which are the subject of this action are set forth in their entirety in the attached Schedule A.

5. I have not sought to serve and have not served as a representative party for a class action filed under the federal securities laws within the last three years.

6. I will not, either directly or indirectly, accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of February 2018 in Chicago, Illinois.

_____
Arman Anvari

Schedule A -- Contributions into Tezos Initial Coin Offering

| Name | Contribution | Trade Date | Amount of Tezos Promised | Price Per Tezos |
|---|---|---|---|---|
| Arman Anvari | 250 ETH | July 8, 2017 | 133,608.75 | 534.435 |