| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 02/2015) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

**1a. CONTACT PERSON FOR THIS ORDER**
Lilian G. Santamaria

**2a. CONTACT PHONE NUMBER**
(650) 843-5452

**3. CONTACT EMAIL ADDRESS**
lsantamaria@cooley.com

**1b. ATTORNEY NAME (if different)**
Samantha A. Kirby

**2b. ATTORNEY PHONE NUMBER**
(650) 843-5319

**3. ATTORNEY EMAIL ADDRESS**
skirby@cooley.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Cooley LLP
3175 Hanover Street, Palo Alto, CA 94304

**5. CASE NAME**
GGCC, LLC v. Dynamic Ledger Solutions, et al.

**6. CASE NUMBER**
3:17-cv-06779-RS

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR**
Debbie Pas

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☑ CIVIL  CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | c. DELIVERY TYPE (Choose one per line) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE<br>(initials) | TYPE<br>(e.g. CMC) | HEARING(S) (OR PORTIONS OF HEARINGS)<br>PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED<br>(email) | ECF ACCESS<br>(web) | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME |
| 03/15/0218 | RS | Motion | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE**
*/s/ Lilian G. Santamaria*

**12. DATE**
03/15/2018

**DISTRIBUTION:**  ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY