Enoch H. Liang
LTL ATTORNEYS LLP
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax: 213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

Hung G. Ta
JooYun Kim
Natalia D. Williams
HUNG G. TA, ESQ., PLLC
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7290
Fax: 646-453-7289
hta@hgtlaw.com
jooyun@hgtlaw.com
natalia@hgtlaw.com

*Lead Counsel for Court Appointed Lead
Plaintiff Arman Anvari and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER PURSUANT TO MARCH 16, 2018 ORDER (DKT. NO. 101)** |

WHEREAS, on February 6, 2018, the Court continued the case management conference to April 26, 2018 at 10:00 AM in Courtroom 3, 17th Floor, San Francisco (Dkt. No. 72);

WHEREAS, on March 16, 2018, the Court issued an order ("March 16 Order") (Dkt. No. 101) appointing Arman Anvari as Lead Plaintiff, and appointing LTL Attorneys LLP and Hung G. Ta, Esq. PLLC as co-lead counsel;

WHEREAS, in the March 16 Order, the Court consolidated the following cases: (1) *GGCC, LLC, v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 17-cv-6779; (2) *Okusko v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 17-cv-6829; and (3) *MacDonald v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 17-cv-7095;

WHEREAS, in the March 16, Order, the Court directed the parties to meet and confer within ten days of the entry of the order, and file a stipulation and proposed order setting forth a proposed schedule for filing of a consolidated complaint and a briefing schedule for Defendants' anticipated motions in response to the consolidated complaint;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of all parties, as follows:

(a) Lead Plaintiff shall file the consolidated complaint on or before April 3, 2018;

(b) Defendants shall file their motions to dismiss the consolidated complaint on or before May 15, 2018;

(c) Lead Plaintiff shall file his opposition to Defendants' motions to dismiss on or before June 8, 2018;

(d) Defendants shall file any replies in further support of their motions to dismiss on or before June 29, 2018; and

(e) the case management conference currently scheduled for April 26, 2018 shall be continued to a date after the Court rules on Defendants' motions to dismiss.

(f) Nothing in this stipulation constitutes either a waiver of any defense by any Defendant, including as to this Court's personal jurisdiction and venue, or a general appearance by any Defendant.

Stipulated and agreed to by:

Date: March 23, 2018

| LTL ATTORNEYS LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| By: */s/ Enoch H. Liang* | By: */s/ Neal A. Potischman* |
| Enoch H. Liang<br>LTL ATTORNEYS LLP<br>601 Gateway Boulevard, Suite 1010<br>South San Francisco, California 94080<br>Tel: 650-422-2130<br>Fax: 213-612-3773<br>enoch.liang@ltlattorneys.com | Neal A. Potischman<br>Serge A. Voronov<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Tel: (650) 752-2000<br>Fax: (650) 752-2111<br>neal.potischman@davispolk.com<br>serge.voronov@davispolk.com |
| James M. Lee<br>LTL ATTORNEYS LLP<br>300 S. Grand Ave., 14th Floor<br>Los Angeles, California 90071<br>Tel: 213-612-8900<br>Fax: 213-612-3773<br>james.lee@ltlattorneys.com<br>caleb.liang@ltlattorneys.com | Edmund Polubinski, III (*pro hac vice*)<br>Andrew S. Gehring (*pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 450-4000<br>Fax: (212) 701-5800<br>edmund.polubinski@davispolk.com<br>andrew.gehring@davispolk.com |
| Hung G. Ta<br>JooYun Kim<br>Natalia D. Williams<br>HUNG G. TA, ESQ., PLLC<br>250 Park Avenue, 7th Floor<br>New York, New York 10177<br>Tel: 646-453-7290<br>Fax: 646-453-7289<br>hta@hgtlaw.com<br>jooyun@hgtlaw.com<br>natalia@hgtlaw.com | *Counsel for Defendant Tezos Stiftung* |

*Lead Counsel for Court Appointed Lead Plaintiff Arman Anvari and the Class*

| | |
|---|---|
| BAKER MARQUART LLP | MANNATT, PHELPS & PHILLIPS, LLP |
| By: */s/ Brian E. Klein* | By: */s/ Christopher L. Wanger* |
| Brian E. Klein | Christopher L. Wanger |
| Scott M. Malzahn | Ana G. Guardado |
| 2029 Century Park East, Suite 1600 | One Embarcadero Ctr., 30th Floor |
| Los Angeles, CA 90067 | San Francisco, CA 94111 |
| Tel: (424) 652-7814 | (415) 291-7400 |
| Fax: (424) 652-7850 | (415) 291-7474 |
| bklein@bakermarquart.com | cwanger@manatt.com |
| smalzahn@bakermarquart.com | aguardado@manatt.com |
| *Attorneys for Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman, and Arthur Breitman* | *Attorneys for Defendants Draper Associates V Crypto LLC and Timothy C. Draper* |
| COOLEY LLP | LEWIS & LLEWELLYN LLP |
| By: */s/ Patrick E. Gibbs* | By: */s/ Marc R. Lewis* |
| Patrick E. Gibbs | Marc R. Lewis |
| Jeffrey M. Kaban | Rebecca F. Furman |
| Samantha A. Kirby | 505 Montgomery St., Suite 1300 |
| 3175 Hanover Street | San Francisco, CA 94111 |
| Palo Alto, CA 94304-1130 | (415) 800-0590 |
| Tel: (650) 843-5000 | (415) 800-0591 |
| Fax: (650) 849-7400 | mlewis@lewisllewellyn.com |
| pgibbs@cooley.com | bfurman@lewisllewellyn.com |
| jkaban@cooley.com | |
| skirby@cooley.com | *Attorneys for Defendant Diego Olivier Fernandez Pons* |
| Daniel L. Sachs (SBN 294478) | |
| COOLEY LLP | |
| 1299 Pennsylvania Ave. NW Suite 700 | |
| Washington, DC 20004 | |
| Tel: (202) 728-7114 | |
| Fax: (202) 842-7899 | |
| dsachs@cooley.com | |

*Attorneys for Defendant Dynamic Ledger Solutions, Inc.*

3

STIPULATION AND [PROPOSED] ORDER PURSUANT TO MARCH 16, 2018 ORDER (DKT. NO. 101)
MASTER FILE NO. 17-CV-06779-RS

| | |
|---|---|
| SWANSON & MCNAMARA LLP | BROWN RUDNICK LLP |
| By: */s/ Edward W. Swanson* <br> Edward W. Swanson <br> Mary McNamara <br> 300 Montgomery Street, Suite 1100 <br> San Francisco, California 94104 <br> Tel: 415-477-3800 <br> Fax: 415-477-9010 <br> ed@smllp.law <br> mary@smllp.law <br><br> *Counsel for Defendant Johann Gevers* | By: */s/ Leo J. Presiado* <br> Leo J. Presiado <br> BROWN RUDNICK LLP <br> 2211 Michelson Drive, 7th Floor <br> Irvine, CA 92612 <br><br> -and- <br><br> Sigmund S. Wissner-Gross (*pro hac vice*) <br> Jessica N. Meyers (*pro hac vice*) <br> BROWN RUDNICK LLP <br> Seven Times Square <br> New York, NY 10036 <br><br> *Attorneys for BITCOIN SUISSE AG and NIKLAS NIKOLAJSEN* |

COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Rees F. Morgan*
    Rees F. Morgan
    David C. Beach
    One Montgomery Street, Suite 3000
    San Francisco, CA 94104-5500
    Tel: (415) 391-4800
    Fax: (415) 989-1663
    ef-rfm@cpdb.com
    ef-dcb@cpdb.com

*Attorneys for Defendant Guido Schmitz-Krummacher*

### **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: March 23, 2018　　　　　　　　　　*/s/ Enoch H. Liang*
　　　　　　　　　　　　　　　　　　　　　Enoch H. Liang

\*　　\*　　\*

4

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3/26/18

_____
HONORABLE RICHARD SEEBORG
U.S. DISTRICT JUDGE