LEWIS & LLEWELLYN LLP
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Rebecca F. Furman (Bar No. 294082)
bfurman@lewisllewellyn.com
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

Attorneys for Defendant
DIEGO OLIVIER FERNANDEZ PONS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100 INCLUSIVE,<br><br>Defendants. | CASE NO. 3:17-CV-07095 RS<br><br>**NOTICE OF APPEARANCE OF NATHALIE FAYAD FOR DEFENDANT DIEGO OLIVIER FERNANDEZ PONS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nathalie Fayad of Lewis & Llewellyn, LLP who is registered for CM/ECF and admitted to the Northern District of California, enters her appearance as counsel of record on behalf of Defendant Diego Olivier Fernandez Pons in the above-captioned matter.  Mr. Pons does not waive, and expressly reserves, all available defenses, including those relating to personal jurisdiction and venue.

Effective immediately, please add Nathalie Fayad as an attorney to be noticed on all matters at the following address:

> LEWIS & LLEWELLYN LLP
> Nathalie Fayad (Bar No. 312619)
> 505 Montgomery Street, Suite 1300
> San Francisco, California 94111
> Telephone:   (415) 800-0590
> Facsimile:   (415) 390-2127
> Email:        nfayad@lewisllewellyn.com

Dated: March 26, 2018                                            Respectfully submitted,

LEWIS & LLEWELLYN LLP


By:   */s/ Nathalie Fayad*
Nathalie Fayad

Attorneys for Defendant
DIEGO OLIVIER FERNANDEZ PONS

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: March 26, 2018                                                                 */s/ Nathalie Fayad*