**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY THE *BAKER* ACTION** |

Having considered the motion of Lead Plaintiff Arman Anvari for an order staying *Baker v. Dynamic Ledger Solutions, Inc., et al.*, No. 3:17-cv-06850-RS in the event that the action is remanded (the "Motion"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that plaintiff Andrew Baker in the remanded case *Baker v. Dynamic Ledger Solutions, Inc., et al.*, No. CGC-17-562144 pending in the Superior Court of the State of California, for the County of San Francisco ("*Baker* Action"), and all persons, agents, representatives or employees acting in concert with plaintiff Baker are hereby enjoined from prosecuting any claims arising out of or relating to the initial coin offering ("ICO") conducted by, *inter alia*, Dynamic Ledger Solutions, Inc., Tezos Stiftung, Kathleen Breitman, Arthur Breitman, Timothy Cook Draper, Draper Associates V Crypto LLC and Bitcoin Suisse AG in July 2017; and

IT IS FURTHER ORDERED that the Superior Court of the State of California for the County of San Francisco is enjoined from proceeding with the *Baker* Action other than for administrative purposes; and

IT IS FURTHER ORDERED that this injunction and restraint will continue in effect until further action or order of this Court or the entry of final judgment of this class action.

1  SO ORDERED

2  Dated: _____, 2018

3

4  _____
   THE HONORABLE RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER STAYING *BAKER* ACTION
NO. 3:17-CV-06850-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
LEAD PLAINTIFF ANVARI'S MOTION TO STAY *BAKER* ACTION
NO. 3:17-CV-06850-RS