Reed R. Kathrein (State Bar No. 139304)
Peter E. Borkon (State Bar No. 212596)
Danielle Smith (State Bar No. 291237)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: 510-725-3000
Fax: 510-725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Plaintiff*
*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
|---|---|
| This document relates to: 3:17-cv-07095-RS (MacDonald) | <u>CLASS ACTION</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

1  PLEASE TAKE NOTICE:

2  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bruce MacDonald
3  hereby voluntarily dismisses his individual action (3:17-cv-07095-RS), without prejudice, against all
4  Defendants.

5
6
7
   DATED: April 20, 2018         **HAGENS BERMAN SOBOL SHAPIRO LLP**
8
                                  By:   /s/ *Reed R. Kathrein*
9                                 Reed R. Kathrein (139304)
                                  Peter E. Borkon (212596)
10                                Danielle Smith (291237)
                                  715 Hearst Ave., Suite 202
11                                Berkeley, CA 94710
                                  Telephone: (510) 725-3000
12                                Facsimile: (510) 725-3001
                                  Email: reed@hbsslaw.com
13                                       peterb@hbsslaw.com
                                         danielles@hbsslaw.com
14
15
                                  Steve W. Berman
16                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                  1918 Eighth Avenue, Suite 3300
17                                Seattle, WA 98101
                                  Telephone: (206) 623-7292
18                                Facsimile: (206) 623-0594
                                  steve@hbsslaw.com
19
                                  Jason M. Leviton, *pro hac vice to be submitted*
20                                Joel A. Fleming (281264)
                                  Jacob A. Walker (271217)
21                                **BLOCK & LEVITON LLP**
                                  155 Federal Street, Suite 400
22                                Boston, MA 02110
                                  Telephone: (617) 398-5600
23                                Email: jason@blockesq.com
                                         joel@blockesq.com
24                                       jake@blockesq.com
25
                                  *Attorneys for Plaintiff*
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2018.

By: */s/ Reed R. Kathrein*
Reed R. Kathrein (139304)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com