BAKER MARQUART LLP
BRIAN E. KLEIN (258486)
(bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204)
(smalzahn@bakermarquart.com)
DONALD R. PEPPERMAN (109809)
(dpepperman@bakermarquart.com)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
DANIEL L. SACHS (294478) (dsachs@cooley.com)
1299 Pennsylvania Ave. NW Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile: (202) 842-7899

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, THE TEZOS FOUNDATION, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 3:17-cv-06850-RS<br><br>**NOTICE OF APPEARANCE OF DONALD R. PEPPERMAN**<br><br>Judge:   Hon. Richard Seeborg |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Donald R. Pepperman of the law firm Baker Marquart LLP, who is registered for CM/ECF and admitted to the Northern District of California, enters his appearance as counsel of record on behalf of Defendant Dynamic Ledger Solutions, Inc. in the above-captioned matter.  Effective immediately, please add Donald R. Pepperman as an attorney to be noticed on all matters at:

Donald R. Pepperman (Bar No. 109809)
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone:  (424) 652-7800
Facsimile:  (424) 652-7850
E-Mail: dpepperman@bakermarquart.com

DATED:  April 18, 2018                                          Respectfully Submitted,

                                                                                    BAKER MARQUART LLP


                                                                                    By: /s/ Donald R. Pepperman

                                                                                          Donald R. Pepperman
                                                                                          Attorneys for Defendant
                                                                                          Dynamic Ledger Solutions, Inc.