James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
**TAYLOR-COPELAND LAW**
501 W. Broadway Suite 800
San Diego, CA 92101
Tel:   619-400-4944

Attorney for Individual and Representative

Plaintiff Andrew Baker

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
|---|---|
| This document relates to: | |
| ALL ACTIONS. | **[PROPOSED] ORDER GRANTING ANDREW BAKER'S UNOPPOSED MOTION TO INTERVENE** |
| | Date:   June 14, 2018<br>Time:   1:30 p.m.<br>Crtrm:  3<br>Judge:  Hon. Richard Seeborg |

1

1  Andrew Baker's unopposed motion to intervene for the limited purpose of opposing Lead
2  Plaintiff Arman Anvari's ("Anvari") Motion to Stay *Baker v. Dynamic Ledger Solutions*, No. CGC
3  17562144 (Cal. Super. Ct., San Francisco Cty.) ("State Action"), ECF No. 109, and any future
4  motions to stay the State Action came before this court. The Court has considered the moving
5  papers, documents submitted in support thereof, arguments of counsel, and all other maters
6  presented to the Court. The Court **GRANTS** Baker's unopposed motion to intervene for the limited
7  purpose of opposing Anvari's Motion to Stay the State Action and any future motions to stay the
8  State Action, will accept submission of and consider the Opposition Brief attached to Baker's
9  Motion as Exhibit A, and will docket that Opposition Brief as ECF No. 113.

Dated:

By: _____

Honorable Richard Seeborg
United States District Judge