James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway Suite 800
San Diego, CA 92101
Tel:   619-400-4944

Attorney for Individual and Representative

Plaintiff Andrew Baker

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br>This document relates to:<br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>[~~PROPOSED~~] ORDER GRANTING ANDREW BAKER'S UNOPPOSED MOTION TO INTERVENE<br><br>Date:   June 14, 2018<br>Time:  1:30 p.m.<br>Crtrm: 3<br>Judge: Hon. Richard Seeborg |

1

Andrew Baker's unopposed motion to intervene for the limited purpose of opposing Lead Plaintiff Arman Anvari's ("Anvari") Motion to Stay *Baker v. Dynamic Ledger Solutions*, No. CGC 17562144 (Cal. Super. Ct., San Francisco Cty.) ("State Action"), ECF No. 109, and any future motions to stay the State Action came before this court. The Court has considered the moving papers, documents submitted in support thereof, arguments of counsel, and all other maters presented to the Court. The Court **GRANTS** Baker's unopposed motion to intervene for the limited purpose of opposing Anvari's Motion to Stay the State Action and any future motions to stay the State Action, will accept submission of and consider the Opposition Brief attached to Baker's Motion as Exhibit A, and will docket that Opposition Brief as ECF No. 113.

Dated: 5/7/18

By: _____

Honorable Richard Seeborg
United States District Judge