1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to the All Actions. | Master File No. 17-cv-06779-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS TIMOTHY C. DRAPER AND DRAPER ASSOCIATES V CRYPTO LLC TO DISMISS CONSOLIDATED COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6)**<br><br>Date:        July 19, 2018<br>Time:        1:30 pm<br>Courtroom: 3, 17th Floor<br>Judge:       Hon. Richard Seeborg |
|---|---|

**ORDER ON MOTION TO DISMISS**
**CASE NO. 17-CV-06779-RS**

1   The Motion of Defendants Timothy C. Draper and Draper Associates V Crypto LLC (the "Draper Defendants") to dismiss under Fed. Rule Civ. Pro. 12(b)(6) the claims against them in this action for alleged violations of Sections 5, 12(a)(1) and 15(a) of the Securities Act of 1933 came on regularly for hearing.  After consideration of the arguments in favor of and in opposition to the Motion, the Motion is hereby GRANTED.  Plaintiff fails to allege that either Draper Defendant solicited the purchase of securities by Plaintiff as required under Sections 5 and 12(a)(1).  Plaintiff fails to allege that he had any knowledge of or direct contact with either Draper Defendant or that any communication from them had any impact whatsoever on Plaintiff's alleged investment decision.

Plaintiff also fails to allege that either Draper Defendant is a "control person" under Section 15(a).  Plaintiff fails to allege any facts that give rise to an inference that either Draper Defendant had any specific or general control over the actions of the alleged primary violators - Defendants Dynamic Ledger Solutions, Inc. ("DLS") or the Tezos Foundation (the "Foundation") - that form the basis of the alleged securities violations.

Plaintiff's Complaint against the Draper Defendants is hereby dismissed with prejudice.

IT IS SO ORDERED

Dated: _____                    _____
                                          RICHARD SEEBORG
                                          United States District Judge

**ORDER ON MOTION TO DISMISS**           1
**CASE NO. 17-CV-06779-RS**