1  **COOLEY LLP**
   PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
2  JEFFREY M. KABAN (235743) (jkaban@cooley.com)
   SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3  3175 Hanover Street
   Palo Alto, CA 94304-1130
4  Telephone: (650) 843-5000
   Facsimile: (650) 849-7400
5
   Attorneys for Defendant
6  DYNAMIC LEDGER SOLUTIONS, INC.

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10 | IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS

11 |                                    |
   | This document relates to:          | CLASS ACTION
12 |                                    |
13 |                                    |
   | ALL ACTIONS                        | **NOTICE OF WITHDRAWAL OF**
14 |                                    | **COUNSEL**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT attorney Daniel L. Sachs is no longer associated with Cooley LLP and should be removed as counsel of record for Defendant Dynamic Ledger Solutions, Inc. and from the service list. Cooley LLP continues to represent Dynamic Ledger Solutions, Inc. and requests that all future correspondence and papers in this action continue to be directed to them.

Dated: May 15, 2018                                       Respectfully Submitted,

                                                COOLEY LLP

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs (183174)
Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: May 15, 2018

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs