Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
          serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:   (212) 701-5800
Email: edmund.polubinski@davispolk.com
          andrew.gehring@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to: All Actions | Master File No. 17-cv-06779-RS<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TEZOS STIFTUNG'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT** |

1  The Motion to Dismiss the Consolidated Complaint filed by defendant Tezos Stiftung (the
2  "Foundation") and the Request for Judicial Notice, filed by the Foundation, came on for hearing
3  before the Honorable Richard Seeborg on July 19, 2018 at 1:30 p.m. in Courtroom 3.  Having
4  considered these motions and all supporting papers and opposition papers and having heard the
5  argument of counsel, IT IS HEREBY ORDERED that:
6  The Foundation's Request for Judicial Notice of Exhibits B and E through H to the
7  Declaration of Andrew S. Gehring in Support of the Foundation's Motion to Dismiss the
8  Consolidated Complaint is GRANTED.
9  The Foundation's Motion to Dismiss the Consolidated Complaint is GRANTED.

Dated: _____    _____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE