Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
       serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:   (212) 701-5800
Email: edmund.polubinski@davispolk.com
       andrew.gehring@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to: All Actions | Master File No. 17-cv-06779-RS<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF ANDREW S. GEHRING IN SUPPORT OF DEFENDANT TEZOS STIFTUNG'S MOTION TO DISMISS THE CONSOLIDATED COMPLAINT** |

I, Andrew S. Gehring, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm of Davis Polk & Wardwell LLP, counsel for defendant Tezos Stiftung.  I am admitted to the Bar of the State of New York and am admitted to this Court *pro hac vice*.  I submit this declaration in support of the accompanying Memorandum of Points and Authorities in Support of Defendant Tezos Stiftung's Motion to Dismiss the Consolidated Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of the document entitled *Tezos: The self-amending cryptographic ledger*.

3. Attached hereto as Exhibit B is a true and correct copy of the document entitled Tezos Contribution and XTZ Allocation Terms and Explanatory Notes.

4. Attached hereto as Exhibit C is a true and correct copy of the tezos.com domain registrant contact information from ICANN WHOIS, available at https://whois.icann.org/en/lookup?name=tezos.com.

5. Attached hereto as Exhibit D is a true and correct copy of the public LinkedIn profile of Ross Kenyon, available at https://www.linkedin.com/in/rmkenyon.

6. Attached hereto as Exhibit E is a true and correct copy of a screenshot of the tezos.ch website as of July 1, 2017 captured by the Internet Archive, available at https://web.archive.org/web/20170701072438/https://www.tezos.ch/.

7. Attached hereto as Exhibit F is a true and correct copy of a June 30, 2017, 9:15 a.m. tweet made by the Tezos Foundation (@TezosFoundation) Twitter account, available at https://twitter.com/TezosFoundation/status/880822005406343168.

8. Attached hereto as Exhibit G is a true and correct copy of a June 30, 2017 Reddit discussion thread entitled *Tezos Contribution Terms have just been released.*, available at https://www.reddit.com/r/tezos/comments/6kgw2y/tezos_contribution_terms_have_just_been_released/.

9. Attached hereto as Exhibit H is a true and correct copy of a page from a Bitcointalk discussion thread entitled *Tezos Discussion*, including a July 1, 2017, 4:48 a.m. post by user keithers, available at https://bitcointalk.org/index.php?topic=1775132.640.

I declare under penalty of perjury that the foregoing is true and correct.

1 | Executed on this 15th day of May, 2018, at New York, New York.

                                                            */s/ Andrew S. Gehring*
                                                             Andrew S. Gehring