# EXHIBIT C

简体中文    **English**    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

tezos.com        Lookup

## Showing results for: TEZOS.COM

Original Query: tezos.com

## Contact Information

### Registrant Contact
Name: WHOISGUARD PROTECTED
Organization: WHOISGUARD, INC.
Mailing Address: P.O. BOX 0823-03411, PANAMA PANAMA PA
Phone: +507.8365503
Ext:
Fax: +51.17057182
Fax Ext:
Email:4C72CBAE6BB7461FB805C009700E71DF.PROTECT@WHOISGUARD.COM

### Admin Contact
Name: Johann Gevers
Organization: Tezos Foundation
Mailing Address: Gubelstrasse 11 c/o Sielva Management SA, Zug 6300 CH
Phone: +41.290597458
Ext:
Fax:
Fax Ext:
Email:registrar-public@tezos.com

### Tech Contact
Name: Johann Gevers
Organization: Tezos Foundation
Mailing Address: Gubelstrasse 11 c/o Sielva Management SA, Zug 6300 CH
Phone: +41.290597458
Ext:

Fax:
Fax Ext:
Email:registrar-public@tezos.com

## Registrar

WHOIS Server: whois.cloudflare.com
URL: http://www.cloudflare.com/registrar
Registrar: CloudFlare, Inc.
IANA ID: 1910
Abuse Contact Email:registrar-abuse@cloudflare.com
Abuse Contact Phone: +1.6503198930

## Status

Domain Status:clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status:clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status:serverDeleteProhibited https://icann.org/epp#serverDeleteProhibited
Domain Status:serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status:serverUpdateProhibited https://icann.org/epp#serverUpdateProhibited

## Important Dates

Updated Date: 2017-06-20
Created Date: 2014-05-28
Registrar Expiration Date: 2019-05-28

## Name Servers

JEAN.NS.CLOUDFLARE.COM
PAUL.NS.CLOUDFLARE.COM

## Raw WHOIS Record

```
Domain Name: TEZOS.COM
Domain ID: 1860526662_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.cloudflare.com
Registrar URL: http://www.cloudflare.com/registrar
Updated Date: 2017-06-20T14:23:15Z
Creation Date: 2014-05-28T10:54:06Z
Registrar Registration Expiration Date: 2019-05-28T10:54:06Z
Registrar: CloudFlare, Inc.
Registrar IANA ID: 1910
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
https://icann.org/epp#clientUpdateProhibited
Domain Status: serverDeleteProhibited
https://icann.org/epp#serverDeleteProhibited
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Domain Status: serverUpdateProhibited
https://icann.org/epp#serverUpdateProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email:
4C72CBAE6BB7461FB805C009700E71DF.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: Johann Gevers
Admin Organization: Tezos Foundation
Admin Street: Gubelstrasse 11 c/o Sielva Management SA
Admin City: Zug
Admin State/Province:
Admin Postal Code: 6300
Admin Country: CH
Admin Phone: +41.290597458
Admin Phone Ext:
Admin Fax:
```

```
Admin Fax Ext:
Admin Email: registrar-public@tezos.com
Registry Tech ID:
Tech Name: Johann Gevers
Tech Organization: Tezos Foundation
Tech Street: Gubelstrasse 11 c/o Sielva Management SA
Tech City: Zug
Tech State/Province:
Tech Postal Code: 6300
Tech Country: CH
Tech Phone: +41.290597458
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: registrar-public@tezos.com
Name Server: JEAN.NS.CLOUDFLARE.COM
Name Server: PAUL.NS.CLOUDFLARE.COM
DNSSEC: signedDelegation
Registrar Abuse Contact Email: registrar-abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.6503198930
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-06-20T14:23:15Z <<<

"For more information on Whois status codes, please visit
https://icann.org/epp"

Data in the CloudFlare Registrar WHOIS database is provided to you by
CloudFlare
under the terms and conditions at https://www.cloudflare.com/registrar-
terms

By submitting this query, you agree to abide by these terms.

CloudFlare Registrar protects websites from domain hijacking and
provides
a secure foundation, using strict, offline-only change control
for high-value domains.
```

**Submit a Complaint for WHOIS**
[WHOIS Inaccuracy Complaint Form](#)
[WHOIS Service Complaint Form](#)

[WHOIS Compliance FAQs](#)

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

\*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2018 Internet Corporation for Assigned Names and Numbers     [Privacy Policy](#)