# EXHIBIT D

5/9/2018
Ross Kenyon | Professional Lead Growth Strategist | LinkedIn

Linked **in**                                    Sign in        Join now



# Ross Kenyon

Reversing climate change via blockchain and cryptoeconomics

Los Angeles, California | Environmental Services

| | |
|---|---|
| Current | Nori, ZenCashOfficial |
| Previous | Sweetbridge, Inc., Flatland, Liberty Fund |
| Education | University of Arizona |

**500+** connections

## View Ross Kenyon's full profile. It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

View Ross' Full Profile

## Ross Kenyon's Activity

See all activity

Ross Kenyon liked this

 **We had a great conversation with Stacy Smedley, Director of...**

There are quite a few ways to reduce carbon emissions in buildings. Skanska is leading the way, and...

Ross Kenyon shared

 **Nori's Reversing Climate Change podcast talks seasteading,...**

Nori has Blue Frontiers' Joe Quirk on to talk seasteading, climate change, and blockchain.

Ross Kenyon liked this

 **This week on the #ReversingClimateChange podcast, we...**

Ross Kenyon liked this

 **Get to know our CEO Paul Gambill and what inspired him to...**

See more ⌄

## Summary

I aim for antifragility and have created a niche between business+creative+tech. I specialize in strategy, communications, support infrastructure, and business development in the blockchain/cryptocurrency space. Some clients may not be listed below.

## Experience

### Cofounder, Lead Growth Strategist

Nori

August 2017 – Present (10 months) | Greater Seattle Area



I cohost the podcast, am working on the token launch, writing an ebook, and am generally focusing on business development with my fine cofounders.

Nori is a company on a mission to reverse climate change by removing enough carbon dioxide from the atmosphere to lower the overall concentration of $CO_2$ below 350 parts per million. We are doing so by building a platform that enables customers to pay other people to remove carbon dioxide from the atmosphere.

### People Also Viewed

 **Alexsandra Guerra**
Director of Strategic Planning & Co-Founder at Nori

 **Paul Gambill**
CEO at Nori, a startup reversing climate change

 **Cindy Cerquitella**
I work to inspire leaders across the United States to pursue the ideals that create a dynamic and flourishing society.

 **Christophe Jospe**
Building a blockchain company to reverse climate change

 **Rosario Pabst, MSSE, PMP**
Director of Marketing and Operations at ZenCashOfficial

 **Kyle Ducham**
Project Coordinator, CBCI at Regeneron Pharmaceuticals, Inc.

 **Tim Hedberg**
Chief Marketing Officer at CoBuy

 **Alexis Monahan**
Assistant Development Officer at University of Maryland College Park

 **Liya Palagashvili**
Economist | Writer | Tech & Regulation Analyst

### Public profile badge

Include this LinkedIn profile on other websites

View profile badges

### Find a different Ross Kenyon

| First Name | Last Name | 🔍 |
|---|---|---|

Example: Ross Kenyon

 **Ross Kenyon**
Multimedia Marketing Consultant Helping You Grow In A Rapidly Changing Digital World - Let's Connect!
Greater Boston Area

 **Ross Kenyon, P.E.**
Principal Engineer at Regeneron Pharmaceuticals, Inc.
Albany, New York Area

 **Ross Kenyon**
Lead Application Engineer at Index Corporation
Indianapolis, Indiana Area

 **Ross Kenyon**
Owner at Agape Attire LLC
Greater San Diego Area

🌐 View this profile in another language ⌄

Linked in

November 2017 – Present (7 months) | Columbia, South Carolina

zencash

I consult on top level (re)branding strategy and video communication.

Dallas/Fort Worth Area

More professionals named Ross Kenyon

### Director, Customer Support
Sweetbridge, Inc.
September 2017 – February 2018 (6 months) | Phoenix, Arizona Area

I had a contract to lead and build the Customer Experience team and related infrastructure for the token launch and beyond, and to train a colleague to take my place so I could focus on Nori.

Sweetbridge sponsors the development of blockchain-based economic protocols and applications to transform high-friction global supply chains into Liquid Value Networks. The Swiss-based non-profit foundation is gathering interested industry technologists, blockchain projects and open-source contributors from around the world to form a blockchain alliance. The shared goal is to transform brittle, industrial-era commerce through decentralized industry ecosystems that create a faster, fairer value exchange, unleash working capital, better utilize resources and optimize talent for the benefit of all participants. To learn more or get involved visit www.sweetbridge.com.



Your dream job is closer than you think

See jobs

Linked in™

### Producer, Director of Business Development
Flatland
August 2016 – August 2017 (1 year 1 month) | New Orleans, Louisiana

Long-time colleagues of mine and I formed a closer relationship focusing primarily on post-production and animation, as well as production.

In August 2016 we began developing Flatland Productions into a full boutique creative agency, offering market research and message testing for video content to better reach its core audience and target audiences not currently being reached, as well as offering general nonprofit and for-profit product design, strategy, and media relations.

Learn new skills with online courses


WordPress Plugins: SEO
Viewers: 12665


Blockchain: Beyond the Basics
Viewers: 25572


Social Media Marketing: Managing Online Communities
Viewers: 29385

View all online courses ›

### Editorial Assistant
Liberty Fund
February 2012 – July 2017 (5 years 6 months) | Indianapolis, Indiana

I coedited the pamphlets of the Levellers from the English Civil War for systematic online publication at the Online Library of Liberty with David Hart. I did this in HTML via BBEdit.

### Writer/Producer
Curious Sonoran Productions
March 2013 – May 2017 (4 years 3 months) | Greater Los Angeles Area

My website will do a far better job of showing you than this tiny text box: www.rosskenyon.biz.

I spent these years becoming more well-rounded, shooting, editing, producing, writing, script consulting, directing, UPM'ing, line producing, gripping, camera op-ing, 1st AD'ing, 2nd AC'ing, acting, and more on a large variety of projects.

### Associate at The Center for the Philosophy of Freedom
University of Arizona
August 2012 – April 2013 (9 months) | Tucson, Arizona

I produced videos with and between world class philosophers (such as Peter Singer and David Schmidtz) in support of a hybrid course using the Creating Wealth: Ethical and Economic Perspectives anthology.

### Education

### University of Arizona
Non-Program PhD Coursework, Political Philosophy
2012 – 2013

Linked in

2011 – 2011

**Boğaziçi University**
BA, History, Economics
2010 – 2011

Studied abroad in Istanbul, Turkey my final semester of my BA.

**Arizona State University**
Bachelor of Arts (B.A.), History
2008 – 2011

Studied abroad my final semester in Istanbul, Turkey, at Boğaziçi Üniversitesi.

Volunteer Experience & Causes

**Alumni For Liberty Executive Board Member**
Students For Liberty
February 2011 – Present (7 years 4 months) | Human Rights

Fundraising, keeping alumni in the network, mentoring, etc.

**Blockchain Strategic Advisor**
Blue Frontiers
September 2017 – April 2018 (8 months) | Economic Empowerment

Skills

| Research | Writing | Public Policy | Blogging | Editing | Politics | Nonprofits |

| Political Philosophy | Non-profits | Policy Analysis | Public Relations | Fundraising |

| History | Facebook | Publications | See 26+ |

Certifications

**Estonian e-resident** ›
e-Residency
November 2017 – Present

**Series 3** ›
FINRA (Financial Industry Regulatory Authority)
January 2018 – January 2020

Courses

**Curious Sonoran Productions**
• Corey Mandell's Professional Screenwriting and Television Writing Workshop

Honors & Awards

**Linked** in

for Social Impact hackathon
Blockchain for Social Impact (ConsenSys)
November 2017

http://nori.eco/blog/nori-wins-the-blockchain-for-social-impact-hackathon

**Eagle Scout**
Boy Scouts of America
March 2006

## Languages

**French**
Limited working proficiency

**Spanish**
Limited working proficiency

**Lithuanian**
Elementary proficiency

## Projects

**Indiegogo Tokenized Securities Platform**  ›
December 2017 – December 2017

Consulted on cryptocurrency community building and engagement for Indiegogo's tokenized securities/equity platform.

Team members: Ross Kenyon

## Publications

**Social Class and State Power: Exploring an Alternative Radical Tradition**  ›
Palgrave Macmillan
November 2017

This book explores the idea of social class in the liberal tradition. It collects classical and contemporary texts illustrating and examining the liberal origins of class analysis—often associated with Marxism but actually rooted in the work of liberal theorists. Liberal class analysis emphasizes the constitutive connection between state power and class position. Social Class and State Power documents the rich tradition of liberal class theory, its rediscovery in the twentieth century, and the possibilities it opens up for research in the new millenium.

Authors: Ross Kenyon, Gary Chartier, Roderick Long

**Tracts on Liberty by the Levellers and their Critics (1638-1660), 7 volumes.**  ›
Online Library of Liberty
2015

The Levellers, such as John Lilburne (1615-1657), Richard Overton (1631-1664), and William Walwyn (c. 1600-1681), were a group of radical libertarian activists and pamphleteers who were active during the English Revolution. They advocated individual liberty, property rights, constitutionally limited government, religious toleration, and free trade at a time when virtually none of these things existed in England. For their troubles, several of them were repeatedly imprisoned and their publications censored.

Authors: Ross Kenyon

**"Leaving Canada Lawfully, Officer", an essay in Writing with a Thesis: A Rhetoric and Reader by Sarah E. Skwire & David Skwire**  ›
Cengage Learning

