# EXHIBIT H

### Bitcoin Forum

May 10, 2018, 09:25:33 PM

Welcome, **Guest**. Please login or register.

**News**: Latest stable version of Bitcoin Core: 0.16.0 [Torrent]. (**New!**)

Search

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

**Bitcoin Forum** > Alternate cryptocurrencies > Announcements (Altcoins) (Moderator: mprep) > **Tezos discussion**

« previous topic next topic »

Pages: « 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 [**33**] 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 ... 161 »

print

| Author | Topic: Tezos discussion  (Read 162237 times) |

**duke944**
Sr. Member

Activity: 336
Merit: 250



CASHBET



**Re: Tezos discussion**
July 01, 2017, 03:27:01 AM

#641

Quote from: Bopy on July 01, 2017, 02:08:45 AM
> looks like they closed down their slack

Just fills you with confidence, don't it?

     

The Official Cryptocurrency of Arsenal Football Club

♛ FACEBOOK   ♛ LINKEDIN   ♛ TELEGRAM
♛ TWITTER   ♛ MEDIUM

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**monocolor**
Hero Member

Activity: 724
Merit: 551





**Re: Tezos discussion**
July 01, 2017, 03:27:19 AM

#642

uncapped ico... they try to get as much as possible, also locked for a period of time. technically their stuff is like an evolving network, not really attractive. Almost the same as some AI stuff. I'll pass.

**duke944**
Sr. Member

Activity: 336
Merit: 250



CASHBET



**Re: Tezos discussion**
July 01, 2017, 03:29:38 AM

#643

When all eyes are on an ico, it's probably not a bargain. I think I will buy it when it crashes to 1/4 ico price next year.

  

The Official Cryptocurrency of Arsenal Football Club

♛ FACEBOOK   ♛ LINKEDIN   ♛ TELEGRAM
♛ TWITTER   ♛ MEDIUM

**coinmad123**
Newbie

**Re: Tezos discussion**
July 01, 2017, 04:04:02 AM

#644

Quote from: keithers on June 30, 2017, 07:49:55 PM

Activity: 17
Merit: 0



> **Quote from: Roidz on June 30, 2017, 07:27:06 PM**
> really? where can i find the part of 0.1btc minimum investment?
>
> I believe it is in the video where they show you how to create the wallet and send in the initial investment.
>
> Here, I think it says it in the 1st video in the below link:
>
> https://tezos.ch/pages/fundraiser-faq.html

Is tezos.ch the site? I went to https://crowdfund.tezos.com and it also redirect me to tezos.ch

**innergy**
Hero Member

Activity: 672
Merit: 500

### Re: Tezos discussion
July 01, 2017, 04:41:29 AM

#645

**Quote from: Bopy on July 01, 2017, 02:08:45 AM**
looks like they closed down their slack

> **Quote**
> Dear all,
>
> Despite using the most restrictive settings for our Slack channel (a discussion website which was being run for the Tezos community) scammers were able to take advantage of the unrestricted webhook functionality to trigger Slackbot into contacting every slack member with a phishing URL.
>
> The safest option for us, at this point, was to shut down the Slack channel completely. We imported the email addresses of Slack participants into this mailing list so they could be informed. We will resurrect a channel in the future, hosted directly on tezos.com.
>
> In the meantime, as a reminder, always access the tezos.com website by typing in tezos.com directly in your browser. Do not follow links, even if they look like they point to tezos.com or if they look like they came from the Tezos team.



**keithers**
Legendary

Activity: 1386
Merit: 1000



This is the land of wolves now & you're not a wolf

### Re: Tezos discussion
July 01, 2017, 04:48:57 AM

#646

Here are the contribution terms

https://tezos.ch/pages/contribution-terms.html#contribution-terms

The part that confuses me is section 3 states that if you contribute, you aren't guaranteed any XTZ. I thought that is exactly what you are supposed to get when investing BTC or ETH to their crowdsale?



**nguyenhieu.it1409**
Newbie

Activity: 11
Merit: 0

### Re: Tezos discussion
July 01, 2017, 05:11:49 AM

#647

How can I join crowdsale? :-\

**DollaHolla**
Jr. Member

Activity: 46
Merit: 0

### Re: Tezos discussion
July 01, 2017, 05:27:53 AM

#648

Lol it started early?



**Islapdonkey**
Sr. Member

### Re: Tezos discussion
July 01, 2017, 05:43:38 AM

#649

The ICO has commenced. This should be a good one.

Activity: 392
Merit: 271

If i had a dollar for every "had i known"





**High Performance BFT Consensus Blockchain**
**Free Airdrop • Launch Soon**

**DollaHolla**    **Re: Tezos discussion**    #650
Jr. Member    July 01, 2017, 05:45:20 AM

When you have to wait for a bank transfer so you only get 15% bonus 😠

Activity: 46
Merit: 0



**coinmad123**    **Re: Tezos discussion**    #651
Newbie    July 01, 2017, 05:46:32 AM

They started at least 27 minutes earlier

I think they are offering 20% bonus to early contributor. If you can do it yourself, what is the advantage of bitcoinsuisse.ch? Anyone know

Activity: 17
Merit: 0



**BillyBoy**    **Re: Tezos discussion**    #652
Full Member    July 01, 2017, 05:50:56 AM

The price of Ether is fixed at the time of investment or the end of ICO?

Activity: 140
Merit: 100



**keithers**    **Re: Tezos discussion**    #653
Legendary    July 01, 2017, 06:02:01 AM

Yeah, the countdown was supposed to hit 0 at 11:00PM Pacific Standard Time.   They jump started this early.  What is the difference between tezos contribution and using the suisse option?

I didn't know there would be multiple platforms to contribute.   I have friend's money too so I don't want to screw this up..lol

Activity: 1386
Merit: 1000



This is the land of wolves now & you're not a wolf



**BillyBoy**    **Re: Tezos discussion**    #654
Full Member    July 01, 2017, 06:03:47 AM

Bitcoins can be sent from exchange?

Activity: 140
Merit: 100



**DollaHolla**    **Re: Tezos discussion**    #655
Jr. Member    July 01, 2017, 06:04:33 AM

Quote from: BillyBoy on July 01, 2017, 06:03:47 AM
> Bitcoins can be sent from exchange?

Yes but its more risky

Activity: 46
Merit: 0



**coat47**    **Re: Tezos discussion**    #656
Full Member    July 01, 2017, 06:06:46 AM

Activity: 322
Merit: 100



Hum, I don't really understand this ico how to contribute.
The others were simple this one 😕



**vaporeto**
Jr. Member
●

Activity: 67
Merit: 0



**Re: Tezos discussion**
July 01, 2017, 06:08:50 AM

#657

Quote from: MinersExpress on July 01, 2017, 05:27:36 AM
> Quote from: nguyenhieu.it1409 on July 01, 2017, 05:11:49 AM
>> How can I join crowdsale? ❓
>
> By sending eth or bitcoin to the address in the contract on Github 😊. It is on the Tezos Github Repo
>
> eth
> 0xC3E411Dec50509F488a0C2450b887d4660E8386A
>
> btc
> 18XH5LD8BK4KKVL1o3VNBpsY4MoHwU3EWe
>
> Here is their Github Link
>
> https://github.com/tezos/tezos

**SCAM**

You can see the address here.... https://etherscan.io/address/0xb56d622DDF60ec532B5f43B4Ff9B0e7b1FF92dB3

ETH -  0xb56d622DDF60ec532B5f43B4Ff9B0e7b1FF92dB3

**seek4dream**
Hero Member
●●●●●

Activity: 854
Merit: 501



ViValid Every item has a story



**Re: Tezos discussion**
July 01, 2017, 06:12:24 AM

#658

Is this the place of  crowdfund:
https://crowdfund.tezos.com/#!/step/1



**CECVW**
Legendary
●●●●◐

Activity: 961
Merit: 1000



**Re: Tezos discussion**
July 01, 2017, 06:12:31 AM

#659

once you have registered ....what is the link to open your wallet as if you click again to the original link it ask you again to create an account



**keithers**
Legendary
●●●●◐

Activity: 1386
Merit: 1000

**Re: Tezos discussion**
July 01, 2017, 06:16:42 AM

#660

Quote from: coat47 on July 01, 2017, 06:06:46 AM
> Hum, I don't really understand this ico how to contribute.
> The others were simple this one 😕



This is the land of wolves now & you're not a wolf

you have to create a wallet and then send the bitcoins of ethereum to the address they give you



Pages: « 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 [33] 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 ... 161 »     print
« previous topic next topic »

Bitcoin Forum > Alternate cryptocurrencies > Announcements (Altcoins) (Moderator: mprep) > **Tezos discussion**

Jump to: [=> Announcements (Altcoins) ▼]  [go]

    Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines