| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| 2 | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)<br>SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com) |
| 3 | DONALD R. PEPPERMAN (109809) (dpepperman@bakermarquart.com)<br>2029 Century Park East, Suite 1600 |
| 4 | Los Angeles, CA 90067<br>Telephone:   (424) 652-7814 |
| 5 | Facsimile:    (424) 652-7850 |
| 6 | Counsel for Defendants<br>DYNAMIC LEDGER SOLUTIONS, INC., |
| 7 | KATHLEEN BREITMAN and ARTHUR BREITMAN |
| 8 | COOLEY LLP |
| 9 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com)<br>JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 10 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com)<br>3175 Hanover Street |
| 11 | Palo Alto, CA  94304-1130<br>Telephone:   (650) 843-5355 |
| 12 | Facsimile:    (650) 618-0387 |
| 13 | Counsel for Defendant<br>DYNAMIC LEDGER SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
| | <u>CLASS ACTION</u> |
| This document relates to: | **DECLARATION OF SAMANTHA KIRBY IN SUPPORT OF DLS DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S CONSOLIDATED COMPLAINT** |
| ALL ACTIONS | |
| | Date:         July 19, 2018<br>Time:         1:30 p.m.<br>Judge:        Hon. Richard Seeborg<br>Courtroom: 3, 17th Fl.<br>Trial Date:  Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Samantha Kirby, make the following declaration under 28 U.S.C. § 1746:

1. I am an Associate with the law firm of Cooley LLP, counsel of record for Defendant Dynamic Ledger Solutions, Inc. ("DLS" or "the Company"), in the above-captioned matter. I am a member in good standing for the Bar of California. I submit this Declaration in Support of DLS Defendants' Motion to Dismiss Lead Plaintiff's Consolidated Complaint. I have knowledge of the following, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto **Exhibit 1** to this declaration is a true and correct copy of the "Tezos Overview" posted to the Tezos website.[1] Plaintiff quotes this document in paragraphs 17, 47, 48, 87, 97, 100, 103, 118, and 119 of the Consolidated Class Action Complaint ("Complaint").

3. Attached hereto as **Exhibit 2** to this declaration is a true and correct copy of the "Tezos Contribution Terms," available at https://www.tezos.ch/pages/contribution-terms.html. Plaintiff quotes this document in paragraphs 125 and 126 of the Complaint.

4. Attached hereto as **Exhibit 3** to this declaration is a true and correct copy of the "Transparency Memo" posted to the Tezos website.[2] Plaintiff quotes this memorandum in paragraphs 46, 47 and 79 of the Complaint.

5. Attached hereto as **Exhibit 4** to this declaration is a true and correct copy of the Declaration of Woodrow H. Levin, executed on May 4, 2018 in San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 15, 2018 in Palo Alto, California.

*/s/ Samantha A. Kirby*
Samantha A. Kirby

---

[1] Although this document is no longer accessible on the Tezos Website, it can be viewed on the Internet Archive at http://web.archive.org/web/20180327165037/https://tezos.com/static/papers/Tezos_Overview.pdf.

[2] Although this document is no longer accessible on the Tezos Website, it can be viewed on the Internet Archive at http://web.archive.org/web/20170808014830/https://www.tezos.com/dls.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated:  May 15, 2018                             **COOLEY LLP**


                                                                    */s/ Patrick E. Gibbs*
                                                                    Patrick E. Gibbs