Leo Presiado (SBN 166721)
BROWN RUDNICK LLP
2211 Michaelson Drive, 7th Floor
Irvine, CA 92612
Tel: (949) 752-7100
Fax: (949) 252-1514
E-mail: lpresiado@brownrudnick.com

-and-

Sigmund S. Wissner-Gross (*admitted pro hac vice*)
Jessica N. Meyers (*admitted pro hac vice*)
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
E-mail: swissner-gross@brownrudnick.com
        jmeyers@brownrudnick.com

*Attorneys for Defendant Bitcoin Suisse AG*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>**DECLARATION OF NIKLAS NIKOLAJSEN IN SUPPORT OF DEFENDA NT BITCOIN SUISSE AG'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM** |

I, NIKLAS NIKOLAJSEN, do hereby declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct to the best of my knowledge and belief:

1. I am the founding partner and co-CEO of Bitcoin Suisse AG ("Bitcoin Suisse"). This declaration is based on my personal knowledge of matters set forth herein, and, if called as a witness I would testify competently thereto.

2. Bitcoin Suisse is a licensed financial intermediary incorporated in Switzerland and operating under the laws of Switzerland. Bitcoin Suisse is headquartered in Zug, Switzerland, where its sole offices are located.

3. Bitcoin Suisse does not hold any assets in the United States, has no offices or employees in the United States, and conducts no business operations in the United States.

4. In connection with the alleged Tezos ICO, Bitcoin Suisse acted as a crypto-financial service provider and intermediary through which non-U.S. investors could contribute to the alleged ICO. Bitcoin Suisse had no role in the issuance of any tokens in the alleged Tezos ICO. Bitcoin Suisse facilitated approximately 5% of the total contributions to the alleged Tezos ICO, which closed on or about July 13, 2017.

5. In connection with the alleged Tezos ICO, Bitcoin Suisse did not solicit any contributions from U.S. citizens. As of June 15, 2017, approximately a month before Bitcoin Suisse settled any funds collected in connection with the alleged Tezos ICO to Tezos Stiftung (the "Tezos Foundation"), Bitcoin Suisse explicitly stated on its website that "Bitcoin Suisse AG (BTCSAG) can no longer accept US clients, be it natural persons or legal entities, as clients for ICOs or wealth management." *See* http://www.bitcoinsuisse.ch/tezos-4/. As a result, Bitcoin Suisse did not contribute any funds to the Tezos ICO on behalf of any U.S. citizens.

6. Based on a review of Bitcoin Suisse's records, Plaintiff is not, and has never been, a customer of Bitcoin Suisse.

7. After the closing of the alleged Tezos ICO, Bitcoin Suisse provided certain crypto-financial services, in Switzerland, to the Tezos Foundation, including acting as a co-signatory on crypto-asset transactions.

8. All of Bitcoin Suisse's services provided in connection with the Tezos ICO, including those services provided to the Tezos Foundation after the ICO, occurred exclusively in Switzerland.

Executed:   May 9, 2018
            Zug, Switzerland

_____
Niklas Nikolajsen