UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT BITCOIN SUISSE AG TO DISMISS THE CONSOLIDATED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)**<br><br>Hearing Date: July 19, 2018<br>Time: 1:30 p.m.<br>Courtroom: 3, 17th Floor<br>Judge: Honorable Richard Seeborg |

The Motion of Defendant Bitcoin Suisse AG to Dismiss the Consolidated Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) came on for hearing before the Honorable Richard Seeborg on July 19, 2018 at 1:30 p.m. in Courtroom 3.  Having considered the motion and all supporting papers and opposition papers and having heard the arguments of counsel, IT IS HEREBY ORDERED THAT:

The Motion of Defendant Bitcoin Suisse AG to Dismiss the Consolidated Complaint is GRANTED.

Dated: _____

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE