Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
       serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: edmund.polubinski@davispolk.com
       andrew.gehring@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to: All Actions | Master File No. 17-cv-06779-RS<br><br><u>CLASS ACTION</u><br><br>**DEFENDANT TEZOS STIFTUNG'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO LEAD PLAINTIFF ANVARI'S REPLY IN FURTHER SUPPORT OF THE MOTION TO STAY THE *BAKER* ACTION**<br><br>Date: June 21, 2018<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Before the Honorable Richard Seeborg |

## UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE

PLEASE TAKE NOTICE that defendant Tezos Stiftung (the "Foundation") will and hereby moves the Court under Civil Local Rules 7-3(d) and 7-1(a)(1) for leave to file a response ("Response") to lead plaintiff Arman Anvari's Reply ("Reply") [ECF No. 116] in further support of his Motion to Stay the Baker Action ("Motion") [ECF No. 109].  Counsel for the Foundation has met and conferred with counsel for lead plaintiff Anvari regarding the Foundation's request to file a response; Anvari does not oppose this motion.

As set forth in greater detail in the proposed Response, which is attached hereto as Exhibit A, Point III of Anvari's Reply seeks relief against defendants in this action that the original Motion did not seek.  Whereas the Motion sought to enjoin a state court and a state court plaintiff from advancing the action captioned *Baker v. Dynamic Ledger Solutions, Inc.*, No. 3:17-cv-06850-RS, the Reply for the first time seeks as an alternative to enjoin *defendants* in this action from conducting settlement communications with anyone other than Anvari.  Anvari's attempt to alter the thrust of his Motion and the relief sought is procedurally improper.  Moreover, the request to enjoin the defendants' potential future conduct lacks substantive merit.  Accordingly, the Foundation seeks leave of Court to file the attached Response to the arguments raised in Point III of Anvari's Reply.  *See, e.g.*, *Vargas v. Gromko*, 977 F. Supp. 996, 1003 n.10 (N.D. Cal. 1997) (granting leave to file sur-reply because new issues were raised in reply).

## CONCLUSION

For the foregoing reasons, the Foundation respectfully requests that the Court grant this unopposed motion for leave to file a response.  A proposed order accompanies this Motion.

| | |
|---|---|
| Dated: May 17, 2018 | Respectfully submitted,<br><br>DAVIS POLK & WARDWELL LLP<br><br>By: */s/ Neal A. Potischman*<br>    Neal A. Potischman (SBN 254862)<br>    Serge A. Voronov (SBN 298655)<br>    DAVIS POLK & WARDWELL LLP<br>    1600 El Camino Real<br>    Menlo Park, California  94025<br>    Telephone: (650) 752-2000<br>    Facsimile:  (650) 752-2111<br>    Email:       neal.potischman@davispolk.com<br>               serge.voronov@davispolk.com<br><br>    Edmund Polubinski III (*pro hac vice*)<br>    Andrew S. Gehring (*pro hac vice*)<br>    DAVIS POLK & WARDWELL LLP<br>    450 Lexington Avenue<br>    New York, New York 10017<br>    Telephone: (212) 450-4000<br>    Facsimile:  (212) 701-5800<br>    Email:       edmund.polubinski@davispolk.com<br>               andrew.gehring@davispolk.com<br><br>*Attorneys for Defendant Tezos Stiftung* |