Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
 serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: edmund.polubinski@davispolk.com
 andrew.gehring@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| | Master File No. 17-cv-06779-RS |
| | CLASS ACTION |
| IN RE TEZOS SECURITIES LITIGATION | **DECLARATION OF NEAL A. POTISCHMAN IN SUPPORT OF DEFENDANT TEZOS STIFTUNG'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO LEAD PLAINTIFF ANVARI'S REPLY IN FURTHER SUPPORT OF THE MOTION TO STAY THE *BAKER* ACTION** |
| This document relates to: All Actions | |

1    I, Neal A. Potischman, hereby declare:

2    1.    I am a member of the State Bar of California, a partner at the law firm of Davis Polk

3  & Wardwell, LLP, and counsel for defendant Tezos Stiftung (the "Foundation") in this action.  I

4  have personal knowledge of the following facts and, if called to testify, could and would testify

5  competently thereto.

6    2.    Attached hereto as Exhibit B is a true and correct copy of a May 4, 2018 email from

7  lead plaintiff's counsel to me.

8    3.    On May 15-17, 2018, I met and conferred with counsel for lead plaintiff.  On May

9  17, counsel communicated that plaintiff would consent to the Foundation's filing of a response to

10  lead plaintiff's reply brief in further support of the motion to stay the *Baker* action.

11    I declare under penalty of perjury that the foregoing is true and correct.

12    Executed on the 17th of May, 2018 at Menlo Park, California.

13

14                                          */s/ Neal A. Potischman*

15                                          Neal A. Potischman

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NEAL A. POTISCHMAN IN SUPPORT OF DEFENDANT
TEZOS STIFTUNG'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE
MASTER FILE NO. 17-CV-06779-RS