# EXHIBIT B

# Yu, Felicia

| | |
|---|---|
| **From:** | Hung Ta <hta@hgtlaw.com> |
| **Sent:** | Friday, May 4, 2018 9:52 AM |
| **To:** | Potischman, Neal A. |
| **Subject:** | Motion to stay Baker |

Dear Neal,

Just following up to see whether you guys were going to file anything in connection with the motion to stay the Baker action. You guys are a party to the Baker action (service issues aside), so technically, our motion could be construed as "directed" at you as well. Please see the below:

**NDCAL**
**7-3. Opposition; Reply; Supplementary Material**
1. **(a) Opposition.** Any opposition to a motion may include a proposed order, affidavits or declarations, as well as a brief or memorandum under Civil L.R. 7-4. Any evidentiary and procedural objections to the motion must be contained within the brief or memorandum. Pursuant to Civil L.R. 7-4(b), such brief or memorandum may not exceed 25 pages of text. The opposition must be filed and served not more than 14 days after the motion was filed. Fed. R. Civ. P. 6(d), which extends deadlines that are tied to service (as opposed to filing), does not apply and thus does not extend this deadline.
2. ==**(b) Statement of Nonopposition.** If the party against whom the motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition.==

**(c) Reply.** Any reply to an opposition may include affidavits or declarations, as well as a supplemental brief or memorandum under Civil L.R. 7-4. Any evidentiary and procedural objections to the opposition must be contained within the reply brief or memorandum. Pursuant to Civil L.R. 7-4(b), the reply brief or memorandum may not exceed 15 pages of text. The reply to an opposition must be filed and served not more than 7 days after the opposition was due. Fed. R. Civ. P. 6(d), which extends deadlines that are tied to service (as opposed to filing), does not apply and thus does not extend this deadline.



Hung G. Ta
250 Park Avenue, 7th Floor
New York, New York 10177
Tel:     +1 (646) 453-7290
Fax:     +1 (646) 453-7289
Web:    http://secure-web.cisco.com/11XNaxZiswuiaf_vSnBa6ue3jP2fAOAimrvWo6iXAUnhKmhoOx9oAPb2UoUZnhCWkPGq2Zwx-Z5FCQlHSSn94wqltok0PfGvIqf4AN0W09pC-2Mkyb8PHc5ZyLsvEErjq8lsvlMN6I3AT4eEyTjXABD61--oSKSZtVMsrZS7ezvyFsmHrkLzTH2DreyEEvA3IEtPUsdRYqj607jrobJArIlQMAG99xAjqKVRH8XbBGv-M4sSyjvASsgaZtXVt4UWmkCxVNuE5MOpxlr9eZuioZm17xnrwR5E5ej8UpmkQYFrrZyrPuF1-_X1U10T3hYRF7_ic34wzycBnlGdieKFoEg/http%3A%2F%2Fwww.hgtlaw.com

================================================================

*CONFIDENTIALITY NOTICE: This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly*

*prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.*

==================================================================