
Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
       serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:   (212) 701-5800
Email: edmund.polubinski@davispolk.com
       andrew.gehring@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to: All Actions | Master File No. 17-cv-06779-RS<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TEZOS STIFTUNG'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO LEAD PLAINTIFF ANVARI'S REPLY IN FURTHER SUPPORT OF THE MOTION TO STAY THE *BAKER* ACTION** |

1  This matter came to be heard on defendant Tezos Stiftung's Unopposed Motion For Leave
2  to File Response.  The Court has considered the Motion and arguments presented herein, and good
3  cause being shown, therefore
4
5  **IT IS HEREBY ORDERED THAT**, defendant Tezos Stiftung's Motion is **GRANTED**.
6
7
8  DATED: _____

                                                                                       THE HONORABLE RICHARD SEEBORG
                                                                                       UNITED STATES DISTRICT COURT