Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
       serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:   (212) 701-5800
Email: edmund.polubinski@davispolk.com
       andrew.gehring@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to: All Actions | Master File No. 17-cv-06779-RS<br><br>CLASS ACTION<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT TEZOS STIFTUNG'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO LEAD PLAINTIFF ANVARI'S REPLY IN FURTHER SUPPORT OF THE MOTION TO STAY THE *BAKER* ACTION** |

This matter came to be heard on defendant Tezos Stiftung's Unopposed Motion For Leave to File Response. The Court has considered the Motion and arguments presented herein, and good cause being shown, therefore

**IT IS HEREBY ORDERED THAT**, defendant Tezos Stiftung's Motion is **GRANTED**.

DATED: 5/18/2018

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT