**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** 5/25/18 | **Time:** 21 Minutes | **Judge:** RICHARD SEEBORG |
|---|---|---|
| **Case No.**: 17-cv-06779-RS | **Case Name:** GGCC, LLC v. Dynamic Ledger Solutions, Inc. | |

**Attorney for Plaintiff:** Hung G. Ta
**Attorney for Defendant:** Neal A. Potischman/Serge Voronov/Christopher L. Wanger/
Intervenor Counsel James Taylor-Copeland

**Deputy Clerk:** LISA R. CLARK                 **Court Reporter:** Debbie Pas

**PROCEEDINGS**

Motion to Stay - Held
Motion taken under submission and Court will issue order.