**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel: 650-422-2130
Fax: 213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel: 213-612-8900
Fax: 213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
| | **CLASS ACTION** |
| This document relates to:<br><br>ALL ACTIONS. | **DECLARATION OF HUNG G. TA IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:    July 19, 2018<br>Time:   1:30 p.m.<br>Crtrm:  3<br>Judge:  Hon. Richard Seeborg |

I, Hung G. Ta, declare under penalty of perjury as follows:

1. I am the principal of the law firm Hung G. Ta, Esq. PLLC ("HGT Law"), Co-Lead counsel to Lead Plaintiff Arman Anvari and the class in the above-captioned action. I am an active member in good standing of the bar of the State of New York and have been admitted *pro hac vice* in this matter. I submit this declaration in opposition to Defendants' motions to dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the following article: Anna Irrera, Steve Stecklow, Brenna Hughes Neghaiwi, *Special Report: Backroom battle imperils $230 million cryptocurrency venture*, REUTERS (Oct. 18, 2017), available at https://www.reuters.com/article/us-bitcoin-funding-tezos-specialreport/special-report-backroom-battle-imperils-230-million-cryptocurrency-venture-idUSKBN1CN35K. The article is cited in Lead Plaintiff's Consolidated Complaint, ¶ 38, n. 15 (Dkt. No. 108).

3. Attached hereto as Exhibit B is a true and correct copy of Defendant Tezos Stiftung's "September Update," dated September 30, 2017, available at https://www.tezos.ch/september-update.html#september-update.

4. Attached hereto as Exhibit C is a true and correct copy of Defendant Tezos Stiftung's "Update on Contributions to Date," dated July 5, 2017, available at https://www.tezos.ch/update-on-contributions-to-date.html#update-on-contributions-to-date.

I declare under penalty of perjury that the foregoing is true and correct, this 8th day of June, 2018.

*/s/ Hung G. Ta*
Hung G. Ta