Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
1600 El Camino Real
Menlo Park, California 94025
Tel:  (650) 752-2000
Fax:  (650) 752-2111
neal.potischman@davispolk.com
serge.voronov@davispolk.com

Edmund Polubinski, III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
andrew.gehring@davispolk.com

*Counsel for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, the initial case management conference for this matter is set for August 9, 2018 at 10:00 AM in Courtroom 3, 17th Floor, San Francisco (Dkt. No. 105);

WHEREAS, under Federal Rule of Civil Procedure 26(f)(1) and otherwise, certain deadlines tied to the date of the case management conference are approaching;

WHEREAS, in order to promote efficiency, particularly given the upcoming hearing on the defendants' motions to dismiss, the parties wish to adjourn the case management conference and corresponding deadlines;

WHEREAS, the initial case management conference has been rescheduled twice before;

WHEREAS, on February 6, 2018, before the Court had appointed lead plaintiff or his counsel, the Court continued the case management conference to April 26, 2018 at 10:00 AM in Courtroom 3, 17th Floor, San Francisco (Dkt. No. 72);

WHEREAS, on March 26, 2018, the Court so ordered (Dkt. No. 104) a scheduling stipulation submitted by the parties that sought, among other relief, to reschedule the case management conference until after the Court had ruled on motions to dismiss that the defendants anticipated filing (Dkt. No. 103);

WHEREAS, defendants' motions to dismiss are now fully briefed;

WHEREAS, on July 2, 2018, the Court continued the hearing on defendants' motions to August 1, 2018 at 10:00 AM in Courtroom 3, 17th Floor, San Francisco (Dkt. No. 141);

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of all parties, as follows:

(a) The case management conference currently scheduled for August 9, 2018 shall be continued to September 6, 2018, or to a date thereafter that is convenient to the Court.

Stipulated and agreed to by:

Date:   July 18, 2018

| | |
|---|---|
| HUNG G. TA, ESQ., PLLC | DAVIS POLK & WARDWELL LLP |
| By: */s/ Hung G. Ta* | By: */s/ Neal A. Potischman* |
|     Hung G. Ta |     Neal A. Potischman (SBN 254862) |
|     JooYun Kim |     Serge A. Voronov (SBN 298655) |
|     Natalia D. Williams |     1600 El Camino Real |
|     250 Park Avenue, 7th Floor |     Menlo Park, California 94025 |
|     New York, New York 10177 |     Tel:  (650) 752-2000 |
|     Tel: 646-453-7290 |     Fax:  (650) 752-2111 |
|     Fax: 646-453-7289 |     neal.potischman@davispolk.com |
|     hta@hgtlaw.com |     serge.voronov@davispolk.com |
|     jooyun@hgtlaw.com | |
|     natalia@hgtlaw.com |     Edmund Polubinski, III (*pro hac vice*) |
| |     Andrew S. Gehring (*pro hac vice*) |
| Enoch H. Liang | DAVIS POLK & WARDWELL LLP |
| LTL ATTORNEYS LLP | 450 Lexington Avenue |
| 601 Gateway Boulevard, Suite 1010 | New York, New York 10017 |
| South San Francisco, California 94080 | Tel: (212) 450-4000 |
| Tel:   650-422-2130 | Fax: (212) 701-5800 |
| Fax:   213-612-3773 | edmund.polubinski@davispolk.com |
| enoch.liang@ltlattorneys.com | andrew.gehring@davispolk.com |
| | |
| James M. Lee | *Counsel for Defendant Tezos Stiftung* |
| Caleb H. Liang | |
| LTL ATTORNEYS LLP | |
| 300 S. Grand Ave., 14th Floor | |
| Los Angeles, California 90071 | |
| Tel:  213-612-8900 | |
| Fax:  213-612-3773 | |
| james.lee@ltlattorneys.com | |
| caleb.liang@ltlattorneys.com | |
| | |
| *Lead Counsel for Court Appointed Lead Plaintiff Arman Anvari and the Class* | |

| | |
|---|---|
| BAKER MARQUART LLP | MANATT, PHELPS & PHILLIPS, LLP |
| By: */s/ Scott M. Malzahn* | By: */s/ Christopher L. Wanger* |
| Brian E. Klein (SBN 258486) | Christopher L. Wanger (SBN 164751) |
| Scott M. Malzahn (SBN 229204) | Ana G. Guardado (SBN 286732) |
| 2029 Century Park East, Suite 1600 | One Embarcadero Ctr., 30th Floor |
| Los Angeles, CA 90067 | San Francisco, CA 94111 |
| Tel: (424) 652-7814 | (415) 291-7400 |
| Fax: (424) 652-7850 | (415) 291-7474 |
| bklein@bakermarquart.com | cwanger@manatt.com |
| smalzahn@bakermarquart.com | aguardado@manatt.com |
| *Attorneys for Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman, and Arthur Breitman* | *Attorneys for Defendants Draper Associates V Crypto LLC and Timothy C. Draper* |

| | |
|---|---|
| COOLEY LLP | BROWN RUDNICK LLP |
| By: */s/ Patrick E. Gibbs* | By: */s/ Sigmund S. Wissner-Gross* |
| Patrick E. Gibbs (SBN 183174) | Sigmund S. Wissner-Gross (*pro hac vice*) |
| Jeffrey M. Kaban (SBN 235743) | Jessica N. Meyers (*pro hac vice*) |
| Samantha A. Kirby (SBN 307917) | Seven Times Square |
| 3175 Hanover Street | New York, NY 10036 |
| Palo Alto, CA 94304-1130 | |
| Tel: (650) 843-5000 | -and- |
| Fax: (650) 849-7400 | |
| pgibbs@cooley.com | Leo J. Presiado (SBN 166721) |
| jkaban@cooley.com | BROWN RUDNICK LLP |
| skirby@cooley.com | 2211 Michelson Drive, 7th Floor |
| | Irvine, CA 92612 |
| Daniel L. Sachs (SBN 294478) | |
| COOLEY LLP | *Attorneys for BITCOIN SUISSE AG and NIKLAS NIKOLAJSEN* |
| 1299 Pennsylvania Ave. NW Suite 700 | |
| Washington, DC 20004 | |
| Tel: (202) 728-7114 | |
| Fax: (202) 842-7899 | |
| dsachs@cooley.com | |
| *Attorneys for Defendant Dynamic Ledger Solutions, Inc.* | |

3

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
MASTER FILE NO. 17-CV-06779-RS

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  July 18, 2018              /s/ Neal A. Potischman
                                   Neal A. Potischman

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____              _____
                                   HONORABLE RICHARD SEEBORG
                                   U.S. DISTRICT JUDGE