UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** August 1, 2018 | **Time:** 10:03 - 12:14<br>= 2 hours 11 minutes | **Judge:** RICHARD SEEBORG |
|---|---|---|
| **Case No.**: 17-cv-06779-RS | **Case Name:** In Re Tezos Securities Litigation | |

**Attorney for Plaintiff:** Caleb Liang and Hung G. Ta
**Attorney for Defendant (Draper):** Christopher Wanger
**Attorney for Defendant (Tezos Foundation):** Neal Potischman and Serge Voronov
**Attorney for Defendant (DLS):** Brian Klein, Donald Pepperman, Jeffrey Kaban
**Attorney for Defendant (Bitcoin Suisse):** Sigmund Wissner-Gross and Jessica Meyers

**Deputy Clerk:** Tracy Geiger                            **Court Reporter:** Katherine Sullivan

PROCEEDINGS

**Draper Defendants' Motion to Dismiss Consolidated Complaint (Docket # 117)**

**Defendant Tezos Stiftung's Motion to Dismiss Consolidated Complaint (Docket #119)**

**DLS Defendants' Motion to Dismiss Consolidated Complaint (Docket #123)**

**Defendant Bitcoin Suisse AG's Motion to Dismiss Complaint (Docket #126)**

SUMMARY

**MOTION/MATTER**: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                (X) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

**Order to be prepared by:**   ( ) Plaintiff   ( ) Defendant   (X) Court