UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re Tezos Securities Litigation

        Plaintiff(s)

v.

        Defendant(s)

Case No. C 17-cv-06779-RS

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 8-13-18    Signed: _Ryan Joyce_ (Party)

Date: 8/16/2018   Signed: /s/ Neal A. Potischman (Attorney)

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*