Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
1600 El Camino Real
Menlo Park, California 94025
Tel:  (650) 752-2000
Fax:  (650) 752-2111
neal.potischman@davispolk.com
serge.voronov@davispolk.com

Edmund Polubinski, III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
andrew.gehring@davispolk.com

*Counsel for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No.  17-cv-06779-RS |
| | **CLASS ACTION** |
| This document relates to: | |
| ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1    Counsel report that they have met and conferred regarding ADR and have reached the

2    following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to

3    participate in the following ADR process:

4    ☐   **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

5    ☐   **Mediation** (ADR L.R. 6)

6    ☒   **Private ADR** (*specify process and provider*)

7
     | Mediator to be selected in the future. |
8

9    The parties agree to hold the ADR session by:

10   ☐   the presumptive deadline *(90 days from the date of the order referring the case to
         ADR, unless otherwise ordered.)*
11

12   ☒   other requested deadline:   | May 31, 2019 |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
MASTER FILE NO. 17-CV-06779-RS

Date:   August 16, 2018

HUNG G. TA, ESQ., PLLC

DAVIS POLK & WARDWELL LLP

By: */s/ Hung G. Ta*_____
    Hung G. Ta
    JooYun Kim
    Natalia D. Williams
    250 Park Avenue, 7th Floor
    New York, New York 10177
    Tel: 646-453-7290
    Fax: 646-453-7289
    hta@hgtlaw.com
    jooyun@hgtlaw.com
    natalia@hgtlaw.com

    Enoch H. Liang
    LTL ATTORNEYS LLP
    601 Gateway Boulevard, Suite 1010
    South San Francisco, California 94080
    Tel:  650-422-2130
    Fax:  213-612-3773
    enoch.liang@ltlattorneys.com

    James M. Lee
    Caleb H. Liang
    LTL ATTORNEYS LLP
    300 S. Grand Ave., 14th Floor
    Los Angeles, California 90071
    Tel:  213-612-8900
    Fax:  213-612-3773
    james.lee@ltlattorneys.com
    caleb.liang@ltlattorneys.com

*Lead Counsel for Court Appointed Lead
Plaintiff Arman Anvari and the Class*

By: */s/ Neal A. Potischman*_____
    Neal A. Potischman (SBN 254862)
    Serge A. Voronov (SBN 298655)
    1600 El Camino Real
    Menlo Park, California 94025
    Tel:  (650) 752-2000
    Fax:  (650) 752-2111
    neal.potischman@davispolk.com
    serge.voronov@davispolk.com

    Edmund Polubinski, III (*pro hac vice*)
    Andrew S. Gehring (*pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Tel: (212) 450-4000
    Fax: (212) 701-5800
    edmund.polubinski@davispolk.com
    andrew.gehring@davispolk.com

*Counsel for Defendant Tezos Stiftung*

BAKER MARQUART LLP

By: */s/ Brian E. Klein*_ _____
    Brian E. Klein (SBN 258486)
    Scott M. Malzahn (SBN 229204)
    2029 Century Park East, Suite 1600
    Los Angeles, CA 90067
    Tel: (424) 652-7814
    Fax: (424) 652-7850
    bklein@bakermarquart.com
    smalzahn@bakermarquart.com

*Attorneys for Defendants Dynamic Ledger*
*Solutions, Inc., Kathleen Breitman, and Arthur*
*Breitman*

COOLEY LLP

By: */s/ Patrick E. Gibbs*_ _ _____
    Patrick E. Gibbs (SBN 183174)
    Jeffrey M. Kaban (SBN 235743)
    Samantha A. Kirby (SBN 307917)
    3175 Hanover Street
    Palo Alto, CA 94304-1130
    Tel: (650) 843-5000
    Fax: (650) 849-7400
    pgibbs@cooley.com
    jkaban@cooley.com
    skirby@cooley.com

    Daniel L. Sachs (SBN 294478)
    COOLEY LLP
    1299 Pennsylvania Ave. NW Suite 700
    Washington, DC 20004
    Tel: (202) 728-7114
    Fax: (202) 842-7899
    dsachs@cooley.com

*Attorneys for Defendant Dynamic Ledger*
*Solutions, Inc.*

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
MASTER FILE NO. 17-CV-06779-RS

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: __August 16, 2018__          _/s/ Neal A. Potischman_
                                              Neal A. Potischman


*     *     *

**[PROPOSED] ORDER**

☐     IT IS SO ORDERED.

☐     IT IS SO ORDERED WITH MODIFICATIONS:


Date: _____          _____

                                                    U.S. DISTRICT/MAGISTRATE JUDGE