| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
| 2 | SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com) |
| | DONALD R. PEPPERMAN (109809) (dpepperman@bakermarquart.com) |
| 3 | 2029 Century Park East, Suite 1600 |
| | Los Angeles, CA 90067 |
| 4 | Telephone:   (424) 652-7814 |
| | Facsimile:   (424) 652-7850 |
| 5 | |
| | Counsel for Defendants |
| 6 | DYNAMIC LEDGER SOLUTIONS, INC., |
| 7 | |
| | COOLEY LLP |
| 8 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| | JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 9 | DAVID S. HOUSKA (295918) (dhouska@cooley.com) |
| | JESSIE A. R. SIMPSON LAGOY (305257) (jsimpsonlagoy@cooley.com) |
| 10 | 3175 Hanover Street |
| | Palo Alto, CA  94304-1130 |
| 11 | Telephone:   (650) 843-5355 |
| | Facsimile:   (650) 618-0387 |
| 12 | |
| | Counsel for Defendant |
| 13 | DYNAMIC LEDGER SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
| | <u>CLASS ACTION</u> |
| This document relates to: | **NOTICE OF APPEARANCE OF JESSIE SIMPSON LAGOY ON BEHALF OF DEFENDANT DYNAMIC LEDGER SOLUTIONS, INC.** |
| ALL ACTIONS | |
| | Judge:         Hon. Richard Seeborg |
| | Trial Date:   Not yet set |

**PLEASE TAKE NOTICE** that Jessie Simpson LaGoy of the law firm Cooley LLP, who is registered for CM/EFC and admitted to the Northern District of California, enters her appearance as counsel of record on behalf of Dynamic Ledger Solutions, Inc. in the above-captioned matter. Effective immediately, please add Jessie Simpson LaGoy as an attorney to be noticed on all matters at the following address:

> Jessie Simpson LaGoy
> COOLEY LLP
> 3175 Hanover Street
> Palo Alto, CA  94304-1130
> Telephone:    (650) 843-5000
> Facsimile:     (650) 849-7400
> Email: jsimpsonlagoy@cooley.com

Dated:  August 17, 2018                                  **COOLEY LLP**

                                              */s/ Jessie Simpson LaGoy*
                                              JESSIE A. R. SIMPSON LAGOY (305257)

                                              Attorneys for Defendant
                                              DYNAMIC LEDGER SOLUTIONS, INC.,

184123476 v1