| | |
|---|---|
| BAKER MARQUART LLP<br>BRIAN E. KLEIN (258486)<br>(bklein@bakermarquart.com)<br>SCOTT M. MALZAHN (229204)<br>(smalzahn@bakermarquart.com)<br>DONALD R. PEPPERMAN (109809)<br>(dpepperman@bakermarquart.com)<br>TERESA L. HUGGINS (263257)<br>(thuggins@bakermarqaurt.com)<br>2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (424) 652-7800<br>Facsimile: (424) 652-7850 | COOLEY LLP<br>DANIEL L. SACHS (294478)<br>(dsachs@cooley.com)<br>1299 Pennsylvania Ave. NW Suite 700<br>Washington, DC 20004<br>Telephone: (202) 728-7114<br>Facsimile: (202) 842-7899<br><br>Attorneys for Defendant<br>DYNAMIC LEDGER SOLUTIONS, INC. |

Attorneys for Defendants
DYNAMIC LEDGER SOLUTIONS, INC.,
KATHLEEN BREITMAN AND ARTHUR
BREITMAN

COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
JEFFREY M. KABAN (235743)
(jkaban@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No: 3:17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF TERESA L. HUGGINS**<br><br>Judge:   Hon. Richard Seeborg<br>Courtroom 3 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Teresa L. Huggins of the law firm Baker Marquart LLP, who is registered for CM/ECF and admitted to the Northern District of California, enters her appearance as counsel of record on behalf of Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman and Arthur Breitman in the above-captioned matter.  Effective immediately, please add Teresa L. Huggins as an attorney to be noticed on all matters at:

> Teresa L. Huggins (Bar No. 263257)
> BAKER MARQUART LLP
> 2029 Century Park East, Suite 1600
> Los Angeles, California 90067
> Telephone:  (424) 652-7800
> Facsimile:   (424) 652-7850
> E-Mail: thuggins@bakermarquart.com

DATED:  August 17, 2018

Respectfully Submitted,

BAKER MARQUART LLP

By: /s/ Teresa L. Huggins

Teresa L. Huggins
Attorneys for Defendants
Dynamic Ledger Solutions, Inc., Kathleen Breitman and Arthur Breitman