Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
1600 El Camino Real
Menlo Park, California 94025
Tel:  (650) 752-2000
Fax:  (650) 752-2111
neal.potischman@davispolk.com
serge.voronov@davispolk.com

Edmund Polubinski, III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
andrew.gehring@davispolk.com

*Counsel for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
|---|---|
| This document relates to:<br><br>ALL ACTIONS. | **CLASS ACTION**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO THE CONSOLIDATED COMPLAINT AND PROVIDE INITIAL DISCLOSURES** |

Pursuant to Local Rules 6-2 and 7-12, defendants Tezos Stiftung (the "Foundation"), Dynamic Ledger Solutions, Inc. ("DLS"), Kathleen Breitman and Arthur Breitman (the "Breitmans") (collectively with the Foundation and DLS, the "Foundation and DLS Defendants"), Timothy Draper and Draper Associates V Crypto LLC (the "Draper Defendants") and plaintiff Arman Anvari ("Lead Plaintiff") (together with the defendants, the "parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order Extending Time to Respond to the Consolidated Complaint and Provide Initial Disclosures.

WHEREAS, on April 3, 2018, Lead Plaintiff filed a Consolidated Complaint (Dkt. No. 108);

WHEREAS, on May 15, 2018, the Foundation and DLS Defendants and the Draper Defendants filed motions to dismiss the Consolidated Complaint (Dkt. Nos. 119, 123);

WHEREAS, on August 7, 2018 the Court denied the Foundation and DLS Defendants' motions and granted the Draper Defendants' motion with leave to amend (Dkt. No. 148);

WHEREAS, Lead Plaintiff does not intend to amend the Consolidated Complaint in response to the Court's August 7, 2018 Order (Dkt. 148) and hereby gives notice to the Court of his election not to amend;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the Foundation and DLS Defendants' current deadline to respond to the Consolidated Complaint is August 21, 2018;

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(a)(1), the current deadline for the parties to serve initial disclosures is August 29, 2018;

WHEREAS, the Foundation and DLS Defendants have requested to extend their deadline to answer the Consolidated Complaint to September 14, 2018, a request to which Lead Plaintiff has consented;

WHEREAS, Lead Plaintiff and the Foundation and DLS Defendants wish to extend the deadline to serve initial disclosures to coincide with the Foundation and DLS Defendants' deadline to answer the Consolidated Complaint; and

WHEREAS, in order to accommodate consolidation of multiple pending actions, the

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE CONSOLIDATED COMPLAINT AND PROVIDE INITIAL DISCLOSURES
MASTER FILE NO. 17-CV-06779-RS

appointment of a lead plaintiff, and resolution of defendants' motions to dismiss, defendants' time to respond to the complaint has previously been extended twice, and the deadline for initial disclosures has previously been continued three times;

      IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the parties, as follows:

      (a)    The Foundation and DLS Defendants shall answer the Consolidated Complaint on or before September 14, 2018; and

      (b)    Lead Plaintiff and the Foundation and DLS Defendants shall serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before September 14, 2018.

      Stipulated and agreed to by:

2

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE CONSOLIDATED COMPLAINT AND PROVIDE INITIAL DISCLOSURES
MASTER FILE NO. 17-CV-06779-RS

Date:   August 16, 2018

| | |
|---|---|
| HUNG G. TA, ESQ., PLLC | DAVIS POLK & WARDWELL LLP |
| By: */s/ Hung G. Ta* <br>     Hung G. Ta <br>     JooYun Kim <br>     Natalia D. Williams <br>     250 Park Avenue, 7th Floor <br>     New York, New York 10177 <br>     Tel: 646-453-7290 <br>     Fax: 646-453-7289 <br>     hta@hgtlaw.com <br>     jooyun@hgtlaw.com <br>     natalia@hgtlaw.com <br><br>     Enoch H. Liang <br>     LTL ATTORNEYS LLP <br>     601 Gateway Boulevard, Suite 1010 <br>     South San Francisco, California 94080 <br>     Tel:  650-422-2130 <br>     Fax:  213-612-3773 <br>     enoch.liang@ltlattorneys.com <br><br>     James M. Lee <br>     Caleb H. Liang <br>     LTL ATTORNEYS LLP <br>     300 S. Grand Ave., 14th Floor <br>     Los Angeles, California 90071 <br>     Tel:  213-612-8900 <br>     Fax:  213-612-3773 <br>     james.lee@ltlattorneys.com <br>     caleb.liang@ltlattorneys.com <br><br> *Lead Counsel for Court Appointed Lead Plaintiff Arman Anvari and the Class* | By: */s/ Neal A. Potischman* <br>     Neal A. Potischman (SBN 254862) <br>     Serge A. Voronov (SBN 298655) <br>     1600 El Camino Real <br>     Menlo Park, California 94025 <br>     Tel:  (650) 752-2000 <br>     Fax:  (650) 752-2111 <br>     neal.potischman@davispolk.com <br>     serge.voronov@davispolk.com <br><br>     Edmund Polubinski, III (*pro hac vice*) <br>     Andrew S. Gehring (*pro hac vice*) <br>     DAVIS POLK & WARDWELL LLP <br>     450 Lexington Avenue <br>     New York, New York 10017 <br>     Tel: (212) 450-4000 <br>     Fax: (212) 701-5800 <br>     edmund.polubinski@davispolk.com <br>     andrew.gehring@davispolk.com <br><br> *Counsel for Defendant Tezos Stiftung* |

3

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE CONSOLIDATED COMPLAINT AND PROVIDE INITIAL DISCLOSURES
MASTER FILE NO. 17-CV-06779-RS

| | |
|---|---|
| BAKER MARQUART LLP | COOLEY LLP |
| By: */s/ Brian E. Klein* | By: */s/ Patrick E. Gibbs* |
| Brian E. Klein (SBN 258486) | Patrick E. Gibbs (SBN 183174) |
| Scott M. Malzahn (SBN 229204) | Jeffrey M. Kaban (SBN 235743) |
| 2029 Century Park East, Suite 1600 | Samantha A. Kirby (SBN 307917) |
| Los Angeles, CA 90067 | 3175 Hanover Street |
| Tel: (424) 652-7814 | Palo Alto, CA 94304-1130 |
| Fax: (424) 652-7850 | Tel: (650) 843-5000 |
| bklein@bakermarquart.com | Fax: (650) 849-7400 |
| smalzahn@bakermarquart.com | pgibbs@cooley.com |
| | jkaban@cooley.com |
| *Attorneys for Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman, and Arthur Breitman* | skirby@cooley.com |
| | Daniel L. Sachs (SBN 294478) |
| | COOLEY LLP |
| | 1299 Pennsylvania Ave. NW Suite 700 |
| | Washington, DC 20004 |
| | Tel: (202) 728-7114 |
| | Fax: (202) 842-7899 |
| | dsachs@cooley.com |
| | *Attorneys for Defendant Dynamic Ledger Solutions, Inc.* |

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Christopher L. Wanger*
    Christopher L. Wanger
    One Embarcadero Center, 30th Floor
    San Francisco, CA 94111
    Tel: (415) 291-7410
    Fax: (415) 291-7474
    cwanger@manatt.com

*Counsel for Defendants Timothy C. Draper and Draper Associates V Crypto LLC*

4

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE CONSOLIDATED COMPLAINT AND PROVIDE INITIAL DISCLOSURES
MASTER FILE NO. 17-CV-06779-RS

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: August 16, 2018          */s/ Neal A. Potischman*
                                Neal A. Potischman

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 8/20/18                   _____
                                HONORABLE RICHARD SEEBORG
                                U.S. DISTRICT JUDGE

5

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE CONSOLIDATED COMPLAINT AND PROVIDE INITIAL DISCLOSURES
MASTER FILE NO. 17-CV-06779-RS