Christopher L. Wanger (CA Bar No. 164751)
Cwanger@manatt.com
Ana Guardado (CA Bar No. CA 286732)
Aguardado@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center
30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:   (415) 291-7474

Attorneys for Defendants
TIMOTHY C. DRAPER and DRAPER ASSOCIATES V CRYPTO LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to All Actions. | Master File No. 17-cv-06779-RS<br><br>CLASS ACTION<br><br>**UNOPPOSED REQUEST OF DEFENDANTS TIMOTHY C. DRAPER AND DRAPER ASSOCIATES V CRYPTO LLC FOR ENTRY OF ORDER OF DISMISSAL** |

Defendants Timothy Draper and Draper Associates Crypto V LLC (collectively, the "Draper Defendants") hereby respectfully request that the Court enter an order of dismissal of this consolidated action against them with prejudice.  The Draper Defendants moved pursuant to F.R.C.P. Rule 12(b)(6) to dismiss Plaintiff's claims against them in his Consolidated Complaint.  By Order dated August 7, 2018 (Dkt. # 148), the Court granted the Draper Defendants' motion and gave Plaintiff leave to amend his Complaint within 20 days of issuance of the Order.  On August 16, 2018, the parties filed a Stipulation in which Plaintiff notified the Court of his election

1  not to amend his Complaint against the Draper Defendants.  (See Dkt. # 156 at p. 1:14-16.)
2  Accordingly, the Draper Defendants hereby respectfully request that the Court enter an order
3  dismissing with prejudice Plaintiff's claims against the Draper Defendants. *See e.g., Edwards v.*
4  *Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004).  Counsel for the Draper Defendants has
5  notified Plaintiff's counsel of this request and Plaintiff's counsel does not oppose the request.  A
6  proposed order of dismissal is attached hereto as **Exhibit A**.

8  Dated:  August 20, 2018                                  MANATT, PHELPS & PHILLIPS, LLP

10                                                          By: /s/ Christopher L. Wanger
                                                                Christopher L. Wanger
11                                                              Attorneys for Defendants TIMOTHY C.
                                                                DRAPER and DRAPER ASSOCIATES V
12                                                              CRYPTO LLC

13  320812852.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNOPPOSED REQUEST FOR DISMISSAL ORDER          2
CASE NO. 17-CV-06779-RS

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to All Actions. | Master File No. 17-cv-06779-RS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS TIMOTHY C. DRAPER AND DRAPER ASSOCIATES V CRYPTO LLC** |

Defendants Timothy Draper and Draper Associates Crypto V LLC (collectively, the "Draper Defendants") moved pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims of Lead Plaintiff Arman Anvari ("Plaintiff") against them in his Consolidated Complaint. By Order dated August 7, 2018 (Dkt. # 148), the Court granted the Draper Defendants' motion and gave Plaintiff leave to amend his Complaint within 20 days of issuance of the Order. On August 16, 2018, the parties filed a Stipulation in which Plaintiff notified the Court of his election not to amend his Complaint against the Draper Defendants. (See Dkt. # 156 at p. 1:14-16.) Accordingly, the Court hereby dismisses with prejudice Plaintiff's claims in his Consolidated

Complaint against the Draper Defendants. *See e.g., Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004).

**IT IS SO ORDERED**

Dated:  August ___, 2018

_____
RICHARD SEEBORG
United States District Court Judge

320813127.1