UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to All Actions. | Master File No. 17-cv-06779-RS<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL OF DEFENDANTS TIMOTHY C. DRAPER AND DRAPER ASSOCIATES V CRYPTO LLC** |

Defendants Timothy Draper and Draper Associates Crypto V LLC (collectively, the "Draper Defendants") moved pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims of Lead Plaintiff Arman Anvari ("Plaintiff") against them in his Consolidated Complaint. By Order dated August 7, 2018 (Dkt. # 148), the Court granted the Draper Defendants' motion and gave Plaintiff leave to amend his Complaint within 20 days of issuance of the Order. On August 16, 2018, the parties filed a Stipulation in which Plaintiff notified the Court of his election not to amend his Complaint against the Draper Defendants. (See Dkt. # 156 at p. 1:14-16.) Accordingly, the Court hereby dismisses with prejudice Plaintiff's claims in his Consolidated

1  Complaint against the Draper Defendants. *See e.g., Edwards v. Marin Park, Inc.*, 356 F.3d 1058,
2  1064 (9th Cir. 2004).

**IT IS SO ORDERED**

Dated: August  31 , 2018

_____
RICHARD SEEBORG
United States District Court Judge

320813127.1