UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Case No. 17-cv-06779-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 6, 2018. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party. Defendants may take an additional deposition of Lead Plaintiff Arman Anvari focused solely on the forum non conveniens issue. This additional deposition shall be limited to two hours and will not count towards Defendants' deposition limits.

2. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.

1   Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

2   the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter

3   Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that

4   Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or

5   set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further

6   discovery matters shall be filed pursuant to that Judge's procedures.

3. CLASS CERTIFICATION.

   a. Plaintiff's motion for class certification shall be heard on April 24, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

4. CLASS ACTION SETTLEMENTS.

In putative class actions, prior to submitting any motion for approval of a class settlement, the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance and tailor the motion appropriately.

**IT IS SO ORDERED**.

Dated: September 6, 2018

_____
RICHARD SEEBORG
United States District Judge