BAKER MARQUART LLP
BRIAN E. KLEIN (258486)
(bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204)
(smalzahn@bakermarquart.com)
DONALD R. PEPPERMAN (109809)
(dpepperman@bakermarquart.com)
TERESA L. HUGGINS (263257)
(thuggins@bakermarqaurt.com)
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Attorneys for Defendants
DYNAMIC LEDGER SOLUTIONS, INC.,
KATHLEEN BREITMAN AND ARTHUR BREITMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TEZOS SECURITIES LITIGATION | Case No: 3:17-cv-06779-RS |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **CLASS ACTION**<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE, effective immediately, the address for Brain E. Klein, Scott M. Malzahn, Donald R. Pepperman and Teresa L. Huggins, counsel for Defendants Dynamic Ledger Solutions, Kathleen Breitman and Arthur Breitman has changed.  Telephone and facsimile numbers remain the same.

Firm information:

| | |
|---|---|
| OLD ADDRESS: | Baker Marquart LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067<br>Telephone:  (424) 652-7800<br>Facsimile:  (424) 652-7850 |
| NEW ADDRESS: | Baker Marquart LLP<br>777 S. Figueroa Street, Suite 2850<br>Los Angeles, CA 90017<br>Telephone:  (424) 652-7800<br>Facsimile:  (424) 652-7850 |

DATED:  September 7, 2018

Respectfully Submitted,

BAKER MARQUART LLP

By: /s/ Brian E. Klein

Brian E. Klein
Attorneys for Defendants
Dynamic Ledger Solutions, Inc., Kathleen Breitman and Arthur Breitman