Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
       serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: edmund.polubinski@davispolk.com
       andrew.gehring@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Master File No. 17-cv-06779-RS<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Dept.: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |
|---|---|

1  TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Davis Polk & Wardwell LLP, attorneys of record for
3  Defendant Tezos Stiftung (the "Foundation"), hereby associates Goodwin Procter LLP as co-
4  counsel for the Foundation in this action.  The names, office addresses, telephone numbers,
5  facsimile numbers and email addresses of the associated counsel are listed in the signature block
6  below.  Please add the newly associated firm to your service list and to all correspondence.

8  Dated:  September 11, 2018           DAVIS POLK & WARDWELL LLP

10                                       By:  /s/ Neal A. Potischman
                                              Neal A. Potischman (SBN 254862)
11                                            Serge A. Voronov (SBN 298655)
                                              1600 El Camino Real
12                                            Menlo Park, California  94025
                                              Telephone: (650) 752-2000
13                                            Facsimile:  (650) 752-2111
                                              Email:     neal.potischman@davispolk.com
14                                                       serge.voronov@davispolk.com

16                                            Edmund Polubinski III (*pro hac vice*)
                                              Andrew S. Gehring (*pro hac vice*)
17                                            DAVIS POLK & WARDWELL LLP
                                              450 Lexington Avenue
18                                            New York, New York 10017
                                              Telephone: (212) 450-4000
19                                            Facsimile:  (212) 701-5800
                                              Email:     edmund.polubinski@davispolk.com
20                                                       andrew.gehring@davispolk.com

21                                            *Attorneys for Defendant Tezos Stiftung*

---

1

NOTICE OF ASSOCIATION OF COUNSEL
MASTER FILE NO. 17-CV-06779-RS

Dated: September 11, 2018

GOODWIN PROCTER LLP

By: /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
601 Marshall Street
Redwood City, California 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
Email: gfondo@goodwinlaw.com

Nicholas A. Reider (SBN 296440)
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Email: nreider@goodwinlaw.com

Daniel P. Roeser
Charles A. Brown
   (*pro hac vice* applications forthcoming)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: droeser@goodwinlaw.com
cbrown@goodwinlaw.com

*Attorneys for Defendant Tezos Stiftung*

### FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: September 11, 2018

/s/ Neal A. Potischman
Neal A. Potischman