UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re TEZOS Securities Litigation )
) Case No: 17-cv-06779-RS
v.     Plaintiff(s), )
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s). )

I, Daniel P. Roeser, an active member in good standing of the bar of Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Tezos Stiftung in the above-entitled action. My local co-counsel in this case is Grant P. Fondo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goodwin Procter LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405 | Goodwin Procter LLP<br>601 Marshall St.<br>Redwood City, CA 94063 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 813-8800 | (650) 752-3100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| droeser@goodwinlaw.com | gfondo@goodwinlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DR2380.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 9/19/2018                                       /s/ Daniel P. Roeser
                                                             APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Daniel P. Roeser is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    **DANIEL PRUGH ROESER**    </u> , Bar # <u>  **DR2380**  </u>

was duly admitted to practice in this Court on

<u>  **JUNE 1, 2004**  </u> , and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>**JUNE 6, 2018**</u>

<u>Ruby J. Krajick</u>   by   <u>*[signature]*</u>
Clerk                           Deputy Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 19, 2018. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of September, 2018.

/s/ Daniel P. Roeser
Danile P. Roeser