UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re TEZOS Securities Litigation

Plaintiff(s),
v.

Defendant(s).

Case No: 17-cv-06779-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Daniel P. Roeser, an active member in good standing of the bar of Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Tezos Stiftung in the above-entitled action. My local co-counsel in this case is Grant P. Fondo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goodwin Procter LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405 | Goodwin Procter LLP<br>601 Marshall St.<br>Redwood City, CA 94063 |
| MY TELEPHONE # OF RECORD:<br>(212) 813-8800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 752-3100 |
| MY EMAIL ADDRESS OF RECORD:<br>droeser@goodwinlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gfondo@goodwinlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DR2380.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 9/19/2018

/s/ Daniel P. Roeser
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Daniel P. Roeser is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/19/18

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE