1  THE RESTIS LAW FIRM, P.C.
   William R. Restis, Esq. (SBN 246823)
2  william@restislaw.com
   402 W. Broadway, Suite 1520
3  San Diego, California 92101
   Telephone: +1.619.270.8383
4
5
6
7
8
9                    **UNITED STATES DISTRICT COURT**
10                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11
12  IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS
13  This document relates to: ALL ACTIONS | **CLASS ACTION**
14
15                                         | **NOTICE OF CHANGE OF ADDRESS**
16
17
...
28
                                                            No. 5:17-cv-06779-RS
NOTICE OF CHANGE OF ADDRESS

**TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT William R. Restis of The Restis Law Firm, P.C., counsel of record on behalf of Lead Plaintiff Arman Anvari, has changed his address as follows:

> Wiliam R. Restis, Esq.
> The Restis Law Firm, P.C.
> 402 W. Broadway, Suite 1520
> San Diego, CA 92101
> Telephone: (619) 270-8383

The email address is unchanged:  william@restislaw.com

Dated September 25, 2018                              Respectfully submitted,

                                                      THE RESTIS LAW FIRM, P.C.

                                                       /s/ William R. Restis
                                                      William R. Restis, Esq.
                                                      402 W. Broadway, Suite 1520
                                                      San Diego, CA 92101
                                                      Tel: +1.619.270.8383
                                                      Email: william@restislaw.com

                                                      COUNSEL FOR LEAD PLAINTIFF
                                                      ARMAN ANVARI