UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Having considered Lead Plaintiff Arman Anvari's Motion for Leave to File Motion for Reconsideration, and the supporting memorandum of law, declaration and exhibit (the "Motion"), and good cause appearing therefor,

IT IS HEREBY ORDERED that Lead Plaintiff's Motion is granted; and

IT IS FURTHER ORDERED that Lead Plaintiff may file a motion for reconsideration of the September 6, 2018 Case Management Scheduling Order on or before _____, 2018

SO ORDERED

Dated: _____, 2018

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE