UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Case No. 17-cv-06779-RS<br><br>**ORDER DENYING LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Plaintiff's request under Civil Local Rule 7-9 for leave to file a motion for reconsideration (Dkt. No. 179) of the September 6, 2018 Case Management Scheduling Order (Dkt. No. 165) is denied. Lead plaintiff argues that the scheduled deposition should be disallowed in light of an email that purportedly renders the Contribution Terms non-binding. Plaintiff may have certain views about the significance of the email or the candor of counsel, but this is not a sufficient basis to reconsider the utility of scheduled discovery on the forum non conveniens issue.

**IT IS SO ORDERED**.

Dated: November 13, 2018

_____
RICHARD SEEBORG
United States District Judge