**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO ADD NEW PLAINTIFF AND**<br>**WITHDRAW FIRST AMENDED**<br>**COMPLAINT**<br><br>Judge:   Hon. Richard Seeborg |

WHEREAS, Lead Plaintiff Arman Anvari filed a Consolidated Complaint ("Complaint") (Dkt. No. 108) against Dynamic Ledger Solutions, Inc. ("DLS"), Tezos Stiftung, ("Tezos Foundation"), Kathleen Breitman, Arthur Breitman, Timothy Cook Draper ("Draper"), Draper Associates V Crypto LLC ("Draper Associates Crypto") and Bitcoin Suisse AG ("Bitcoin Suisse");

WHEREAS, on August 7, 2018, and August 31, 2018 the Court issued orders (Dkt. Nos. 148 and 163) granting the motions to dismiss the Complaint filed by Draper, Draper Associates Crypto and Bitcoin Suisse (collectively, the "Dismissed Defendants"), and dismissing the Dismissed Defendants from this action with prejudice;

WHEREAS, on September 14, 2018, DLS, the Tezos Foundation, Kathleen Breitman and Arthur Breitman (collectively, "Defendants") filed their answers (Dkt. Nos. 168-171) to the Complaint;

WHEREAS, Lead Plaintiff seeks to add a plaintiff, Pumaro LLC, to the action;

WHEREAS, on November 12, 2018 Lead Plaintiff filed an Amended Consolidated Complaint (Dkt. No. 180) adding Pumaro LLC as a plaintiff;

WHEREAS, on or around November 12, 2018, the Dismissed Defendants objected to being included as named parties in the Amended Consolidated Complaint;

WHEREAS, Lead Plaintiff and Defendants have agreed that Pumaro LLC may be added to the Complaint without the need to file an amended pleading and, therefore, amended answers by Defendants;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of Lead Plaintiff and Defendants that:

(a) The Amended Consolidated Complaint is withdrawn and should be stricken from the Court's docket in the above-captioned matter;

(b) The Complaint is amended to add plaintiff Pumaro LLC and the following allegation as paragraph 14a:

> Plaintiff Pumaro LLC ("Pumaro") is a Texas limited liability company which invested 1.9 Bitcoin in the Tezos ICO on July 1, 2017. Pumaro was promised delivery of 11,400 Tezos tokens upon the conclusion of the Tezos ICO and the launch of the Tezos network.

    (c)    Defendants, and each of them, answer paragraph 14a as follows :

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14a pertaining to the residency of Pumaro and its alleged contribution to the Fundraiser, and on that basis deny them. Except as expressly admitted, Defendants deny each and every remaining allegation of paragraph 14a.

Stipulated and agreed to by:

Date:   November 20, 2018

Respectfully Submitted,

LTL ATTORNEYS LLP

By:   *s/ Enoch H. Liang*
      Enoch H. Liang
      LTL ATTORNEYS LLP
      601 Gateway Boulevard, Suite 1010
      South San Francisco, California 94080
      Tel:  650-422-2130
      Fax: 213-612-3773
      enoch.liang@ltlattorneys.com

James M. Lee
Caleb H. Liang
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

Hung G. Ta
JooYun Kim
HUNG G. TA, ESQ., PLLC
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
Fax: 646-453-7289
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

DAVIS POLK & WARDWELL LLP

By:   */s/ Neal A. Potischman*
      Neal A. Potischman
      Serge A. Voronov
      1600 El Camino Real
      Menlo Park, California 94025
      Tel: (650) 752-2000
      Fax: (650) 752-2111
      neal.potischman@davispolk.com
      serge.voronov@davispolk.com

Edmund Polubinski, III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
andrew.gehring@davispolk.com

*Counsel for Defendant Tezos Stiftung*

STIPULATION AND [PROPOSED] ORDER TO ADD NEW PLAINTIFF AND
WITHDRAW AMENDED COMPLAINT
NO. 3:17-CV-06779-RS

William R. Restis
THE RESTIS LAW FIRM, P.C.
402 West Broadway, Suite 1520
San Diego, California 92101
Tel: 619.270.8383
william@restislaw.com

Joseph J. DePalma
Bruce D. Greenberg
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
Jdepalma@litedepalma.com
bgreenberg@litedepalma.com

*Additional Counsel for the Class*

| BAKER MARQUART LLP | COOLEY LLP |
|---|---|
| By: */s/ Brian E. Klein*<br>Brian E. Klein<br>Scott M. Malzahn<br>777 S. Figueroa, Suite 2850<br>Los Angeles, CA 90017<br>Tel: (424) 652-7814<br>Fax: (424) 652-7850<br>bklein@bakermarquart.com<br>smalzahn@bakermarquart.com | By: */s/ Patrick E. Gibbs*<br>Patrick E. Gibbs<br>Jessica Valenzuela Santamaria<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Tel: (650) 843-5000<br>Fax: (650) 849-7400<br>pgibbs@cooley.com<br>jvs@cooley.com |
| *Attorneys for Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman, and Arthur Breitman* | *Attorneys for Defendant Dynamic Ledger Solutions, Inc.* |

1     IT IS SO ORDERED.  The Clerk of the Court is instructed to strike from the Court's files
2 Docket Entry Number 180.

4 Dated:   November  21 , 2018

                                                The Hon. Richard Seeborg
                                                United States District Judge