**LTL ATTORNEYS LLP**
Enoch H. Liang (Bar No. 212324)
601 Gateway Blvd., Suite 1010
South San Francisco, California 94080
Phone: (650) 422-2130
Fax: (650) 241-2142
enoch.liang@ltlattorneys.com

James M. Lee (Bar No. 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Phone: (213) 612-8900
Fax: (213) 612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Ave., 7th Floor
New York, New York 10177
Phone: (646) 453-7288
Fax: (646) 453-7289
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Case No. 3:17-cv-06779-RS |
| This document relates to:<br><br>ALL ACTIONS. | **PLAINTIFF PUMARO LLC'S L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, Ron Puma, as the sole member of Pumaro LLC, has a financial interest in the subject matter in controversy. Pumaro is a Texas limited liability company. Pumaro has no parent corporation, and no publicly held corporation owns 10% or more of Pumaro.

Date:  December 21, 2018                                  Respectfully Submitted,

By:  /s/ Enoch H. Liang
    Enoch H. Liang
    LTL ATTORNEYS LLP
    601 Gateway Blvd., Suite 1010
    South San Francisco, California 94080
    Phone: (650) 422-2130
    Fax: (650) 241-2142
    enoch.liang@ltlattorneys.com

    James M. Lee
    Caleb H. Liang
    LTL ATTORNEYS LLP
    300 S. Grand Ave., 14th Floor
    Los Angeles, California 90071
    Phone: (213) 612-8900
    Fax: (213) 612-3773
    james.lee@ltlattorneys.com
    caleb.liang@ltlattorneys.com

    Hung G. Ta
    JooYun Kim
    HUNG G. TA, ESQ., PLLC
    250 Park Avenue, 7th Floor
    New York, New York 10177
    Phone: (646) 453-7288
    Fax: (646) 453-7289
    hta@hgtlaw.com
    jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

William R. Restis
THE RESTIS LAW FIRM, P.C.
402 West Broadway, Suite 1520
San Diego, California 92101
Tel: 619.270.8383
william@restislaw.com

Joseph J. DePalma
Bruce D. Greenberg
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com
bgreenberg@litedepalma.com

*Additional Counsel for the Class*

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that the foregoing document has been served on counsel of record via the Court's CM/ECF system.

/s/ Enoch H. Liang