**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta (*pro hac vice*)
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>　　ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADD NEW PLAINTIFF**<br><br>Judge:   Hon. Richard Seeborg |

WHEREAS, Lead Plaintiff Arman Anvari filed a Consolidated Complaint ("Complaint") (Dkt. No. 108) against Dynamic Ledger Solutions, Inc. ("DLS"), Tezos Stiftung, ("Tezos Foundation"), Kathleen Breitman, Arthur Breitman, Timothy Cook Draper ("Draper"), Draper Associates V Crypto LLC ("Draper Associates Crypto") and Bitcoin Suisse AG ("Bitcoin Suisse");

WHEREAS, on August 7, 2018, and August 31, 2018 the Court issued orders (Dkt. Nos. 148 and 163) granting the motions to dismiss the Complaint filed by Draper, Draper Associates Crypto and Bitcoin Suisse, and dismissing these Defendants from this action with prejudice;

WHEREAS, on September 14, 2018, DLS, the Tezos Foundation, Kathleen Breitman and Arthur Breitman (collectively, "Defendants") filed their answers (Dkt. Nos. 168-171) to the Complaint;

WHEREAS, on November 21, 2018, Pumaro LLC ("Pumaro" and together with Arman Anvari, "Plaintiffs") was added as a named plaintiff, pursuant to a stipulation and order (Dkt. No. 183);

WHEREAS, Plaintiffs seek to add Artiom Frunze as a plaintiff to this action; and

WHEREAS, Plaintiffs and Defendants have agreed that Artiom Frunze may be added to the Complaint without the need to file an amended pleading and, therefore, amended answers by Defendants;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of Plaintiffs and Defendants that:

(a) The Complaint is amended to add plaintiff Artiom Frunze and the following allegation as paragraph 14b:

> Plaintiff Artiom Frunze is an individual who invested 238 Ethereum in the Tezos ICO on July 2, 2017 and July 3, 2017. He was promised delivery of 165,607.38 Tezos tokens upon the conclusion of the Tezos ICO and the launch of the Tezos network.

(b) Defendants, and each of them, answer paragraph 14b as follows :

> Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14b pertaining to Artiom Frunze's alleged contribution to the Fundraiser, and on that basis deny them. Except as expressly admitted, Defendants deny each and every remaining allegation of paragraph 14b.

Stipulated and agreed to by:

Dated:   January 4, 2019

|  |  |
|---|---|
| | Respectfully Submitted, |
| LTL ATTORNEYS LLP | DAVIS POLK & WARDWELL LLP |
| By:   *s/ Enoch H. Liang* | By:   */s/ Neal A. Potischman* |
| Enoch H. Liang<br>601 Gateway Boulevard, Suite 1010<br>South San Francisco, California 94080<br>Tel:  650-422-2130<br>Fax: 213-612-3773<br>enoch.liang@ltlattorneys.com | Neal A. Potischman<br>Serge A. Voronov<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Tel: (650) 752-2000<br>Fax: (650) 752-2111<br>neal.potischman@davispolk.com<br>serge.voronov@davispolk.com |
| James M. Lee<br>Caleb H. Liang<br>LTL ATTORNEYS LLP<br>300 S. Grand Ave., 14th Floor<br>Los Angeles, California 90071<br>Tel:  213-612-8900<br>Fax:  213-612-3773<br>james.lee@ltlattorneys.com<br>caleb.liang@ltlattorneys.com | Edmund Polubinski, III (*pro hac vice*)<br>Andrew S. Gehring (*pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 450-4000<br>Fax: (212) 701-5800<br>edmund.polubinski@davispolk.com<br>andrew.gehring@davispolk.com |
| Hung G. Ta (*pro hac vice*)<br>JooYun Kim<br>HUNG G. TA, ESQ., PLLC<br>250 Park Avenue, 7th Floor<br>New York, New York 10177<br>Tel: 646-453-7288<br>Fax: 646-453-7289<br>hta@hgtlaw.com<br>jooyun@hgtlaw.com | Grant P. Fondo (SBN 181530)<br>GOODWIN PROCTER LLP<br>601 Marshall Street<br>Redwood City, California 94063<br>Tel: (650) 752-3100<br>Fax: (650) 853-1038<br>gfondo@goodwinlaw.com |
| *Lead Counsel for Court-Appointed Lead Plaintiff and the Class* | Nicholas A. Reider (SBN 296440)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Tel: (415) 733-6000<br>Fax: (415) 677-9041<br>nreider@goodwinlaw.com |
| William R. Restis<br>THE RESTIS LAW FIRM, P.C.<br>402 West Broadway, Suite 1520<br>San Diego, California 92101<br>Tel: 619.270.8383<br>william@restislaw.com | |
| Joseph J. DePalma<br>Bruce D. Greenberg<br>Jeremy Nash | Daniel P. Roeser (*pro hac vice*)<br>Charles A. Brown (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, New York 10018 |

LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com
bgreenberg@litedepalma.com
jnash@litedepalma.com

Telephone: (212) 813-8800
Facsimile: (212) 355-3333
droeser@goodwinlaw.com
cbrown@goodwinlaw.com

*Counsel for Defendant Tezos Stiftung*

*Additional Counsel for the Class*

BAKER MARQUART LLP

By:   */s/ Brian E. Klein*
      Brian E. Klein
      Scott M. Malzahn
      777 S. Figueroa, Suite 2850
      Los Angeles, CA 90017
      Tel: (424) 652-7814
      Fax: (424) 652-7850
      bklein@bakermarquart.com
      smalzahn@bakermarquart.com

*Attorneys for Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman, and Arthur Breitman*

COOLEY LLP

By:   */s/ Patrick E. Gibbs*
      Patrick E. Gibbs
      Jessica Valenzuela Santamaria
      3175 Hanover Street
      Palo Alto, CA 94304-1130
      Tel: (650) 843-5000
      Fax: (650) 849-7400
      pgibbs@cooley.com
      jsantamaria@cooley.com

*Attorneys for Defendant Dynamic Ledger Solutions, Inc.*

SO ORDERED:

Dated:   January __, 2019

_____
The Hon. Richard Seeborg
United States District Judge