**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>   ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Hon. Richard Seeborg |

1    Pursuant to Civil Local Rules 7-11 and 79-5(e), named plaintiffs Artiom Frunze and Pumaro
2  LLC (collectively, "Plaintiffs") hereby submit this administrative motion ("Administrative Motion")
3  for an order permitting Plaintiffs to file under seal the following materials filed in connection with
4  Plaintiffs' Motion for Class Certification:  (1) Plaintiffs' Memorandum of Law in Support of their
5  Motion for Class Certification (the "Motion"); and (2) Exhibits J, M, O, R, and W to the Declaration
6  of Hung G. Ta  in Support of Plaintiffs' Motion for Class Certification (collectively, the "Exhibits").

7    The basis of the Administrative Motion is that the Exhibits consist of documents designated
8  "Confidential" by Defendant Dynamic Ledger Solutions, Inc. pursuant to the Stipulated Protective
9  Order, so ordered by this Court on October 22, 2018 (Dkt. No. 178), and the Motion discusses those
10 designated materials in support thereof.

11   Local Rule 79-5(e) provides: "If the Submitting Party [*i.e.,* a party seeking to file a document,
12 or portions thereof, under seal] is seeking to file under seal a document designated as confidential by
13 the opposing party or a non-party pursuant to a protective order, or a document containing information
14 so designated by an opposing party or a non-party, the Submitting Party's declaration in support of
15 the Administrative Motion to File Under Seal must identify the document or portions thereof which
16 contain the designated confidential material and identify the party that has designated the material as
17 confidential ('the Designating Party')."  Plaintiffs identify in the accompanying declaration the
18 materials at issue that have been designated as "Confidential" in this action.  However, this
19 Administrative Motion should not be construed as Plaintiffs' agreement that the documents marked
20 "Confidential" are confidential or that such documents should be filed under seal.

22  Date: January 9, 2019              LTL ATTORNEYS LLP

23                          By: *s/ Enoch H. Liang*
24                              Enoch H. Liang
                                LTL ATTORNEYS LLP
25                              601 Gatewa y Boulevard, Suite 1010
                                South San Francisco, California 94080
26                              Tel:  650-422-2130
                                Fax:  213-612-3773
27                              enoch.liang@ltlattorneys.com
28

|   |   |
|---|---|
| 1 | |
| 2 | James M. Lee |
|   | Caleb H. Liang |
|   | LTL ATTORNEYS LLP |
| 3 | 300 S. Grand Ave., 14th Floor |
|   | Los Angeles, California 90071 |
| 4 | Tel:  213-612-8900 |
|   | Fax:  213-612-3773 |
| 5 | james.lee@ltlattorneys.com |
|   | caleb.liang@ltlattorneys.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James M. Lee
Caleb H. Liang
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

Hung G. Ta
JooYun Kim
HUNG G. TA, ESQ., PLLC
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
Fax: 646-453-7289
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

William R. Restis
THE RESTIS LAW FIRM, P.C.
550 West C Street, Suite 1760
San Diego, California 92101
Tel: 619.270.8383
william@restislaw.com

Joe J. DePalma
Bruce D. Greenberg
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
Jdepalma@litedepalma.com
bgreenberg@litedepalma.com

*Additional Counsel for the Class*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CLASS CERTIFICATION MOTION UNDER SEAL
NO. 3:17-CV-06779-RS