| | |
|---|---|
| 1 | **LTL ATTORNEYS LLP** |
| 2 | Enoch H. Liang (SBN 212324) |
|   | 601 Gateway Boulevard, Suite 1010 |
| 3 | South San Francisco, California 94080 |
|   | Tel:  650-422-2130 |
| 4 | Fax:  213-612-3773 |
|   | enoch.liang@ltlattorneys.com |
| 5 | |
|   | James M. Lee (SBN 192301) |
| 6 | Caleb H. Liang (Bar No. 261920) |
| 7 | 300 S. Grand Ave., 14th Floor |
|   | Los Angeles, California 90071 |
| 8 | Tel:  213-612-8900 |
|   | Fax:  213-612-3773 |
| 9 | james.lee@ltlattorneys.com |
|   | caleb.liang@ltlattorneys.com |
| 10 | |
| 11 | **HUNG G. TA, ESQ. PLLC** |
|    | Hung G. Ta |
| 12 | JooYun Kim |
|    | 250 Park Avenue, 7th Floor |
| 13 | New York, New York 10177 |
|    | Tel: 646-453-7288 |
| 14 | hta@hgtlaw.com |
| 15 | jooyun@hgtlaw.com |
| 16 | *Lead Counsel for Court-Appointed Lead Plaintiff and the Class* |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No.  17-cv-06779-RS |
| | **CLASS ACTION** |
| This document relates to: | **DECLARATION OF HUNG G. TA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ALL ACTIONS. | |
| | Judge:   Hon. Richard Seeborg |

DECLARATION OF HUNG G. TA IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:17-CV-06779-RS

I, HUNG G. TA, declare under penalty of perjury as follows:

1. I am the principal of the law firm Hung G. Ta, Esq. PLLC ("HGT Law"), counsel for named plaintiffs Pumaro LLC and Artiom Frunze ("Plaintiffs"). I am an active member in good standing of the bar of the State of New York and have been admitted *pro hac vice* in this matter. I submit this declaration in support of Plaintiffs' Administrative Motion to File their Motion for Class Certification Under Seal ("Administrative Motion").

2. Counsel for Plaintiffs and the Class, and counsel for Defendants Tezos Stiftung, Dynamic Ledger Solutions, Inc. ("DLS"), Kathleen Breitman and Arthur Breitman, entered into a Stipulated Protective Order, so ordered by this Court on October 22, 2018 (Dkt. No. 178) ("Protective Order").

3. DLS produced documents in this action, designating certain documents as "Confidential" pursuant to the Protective Order.

4. As part of Plaintiffs' Motion for Class Certification, Plaintiffs are relying on certain documents produced by DLS and designated as "Confidential." These documents are Exhibits J, M, O, R and W to the Declaration of Hung G. Ta in Support of Plaintiffs' Motion for Class Certification, dated January 9, 2019 (collectively, the "Exhibits"). Plaintiffs also refer to and quote from the Exhibits in Plaintiffs' Memorandum of Law in Support of their Motion for Class Certification (the "Motion").

5. Accordingly, pursuant to the Protective Order, Plaintiffs seek to file under seal the Exhibits and the redacted portions of the Motion.

6. By making this Administrative Motion, Plaintiffs do not necessarily agree to the "Confidential" designation of DLS' documents or to the filing of these documents under seal.

I declare under penalty of perjury that the foregoing is true and correct, this 9th day of January, 2019.

*/s/ Hung G. Ta*
Hung G. Ta