# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
|---|---|
| | **CLASS ACTION** |
| This document relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTATIVE MOTION TO FILE UNDER SEAL** |
| ALL ACTIONS. | |

Named Plaintiffs Pumaro LLC and Artiom Frunze ("Plaintiffs") have submitted an Administrative Motion to File their Motion for Class Certification Under Seal (the "Administrative Motion").

Having considered Plaintiffs' Administrative Motion, and good cause having been shown, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the documents listed below be sealed:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Memorandum of Law in Support of Plaintiffs' Motion for Class Certification | The portions highlighted in the version of the document filed with the Court indicating the portions that Defendant Dynamic Ledger Solutions, Inc. ("DLS") claims are confidential. |
| Exhibit J to the Declaration of Hung G. Ta in Support of Plaintiffs' Motion for Class Certification | Entirety. |
| Exhibit M to the Declaration of Hung G. Ta in Support of Plaintiffs' Motion for Class Certification | Entirety. |
| Exhibit O to the Declaration of Hung G. Ta in Support of Plaintiffs' Motion for Class Certification | Entirety. |
| Exhibit R to the Declaration of Hung G. Ta in Support of Plaintiffs' Motion for Class Certification | Entirety. |
| Exhibit W to the Declaration of Hung G. Ta in Support of Plaintiffs' Motion for Class Certification | Entirety. |

**IT IS SO ORDERED.**

Dated: _____       _____

The Honorable Richard Seeborg
United States District Judge