# EXHIBIT E

1  **LTL ATTORNEYS LLP**
   Enoch H. Liang (SBN 212324)
2  601 Gateway Boulevard, Suite 1010
3  South San Francisco, California 94080 Tel: 650-422-2130
4  Fax: 213-612-3773 enoch.liang@ltlattorneys.com
5
   James M. Lee (SBN 192301)
6  Caleb H. Liang (Bar No. 261920)
7  300 S. Grand Ave., 14th Floor Los Angeles, California 90071
8  Tel: 213-612-8900 Fax: 213-612-3773
9  james.lee@ltlattorneys.com
   caleb.liang@ltlattorneys.com
10
11 **HUNG G. TA, ESQ. PLLC** Hung
   G. Ta
12 JooYun Kim
   250 Park Avenue, 7th Floor
13 New York, New York 10177 Tel: 646-453-7288
14 hta@hgtlaw.com
15 jooyun@hgtlaw.com

16 *Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

17
18                **UNITED STATES DISTRICT COURT**

19                **NORTHERN DISTRICT OF CALIFORNIA**

| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
|---|---|
| | **CLASS ACTION** |
| This document relates to: | **DECLARATION OF RONALD R. PUMA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ALL ACTIONS. | |
| | Date: April 24, 2019<br>Time: 1:30 p.m.<br>Crtrm: 3<br>Judge: Hon. Richard Seeborg |

DECLARATION OF RONALD R. PUMA IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 3:17-CV-06779-RS

**DECLARATION OF RONALD R. PUMA**

I, Ronald R. Puma, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a competent adult, over eighteen years of age, and at all times material to this action I have been a citizen of the United States and a resident of the State of Texas. I make this Declaration in support of Plaintiffs' Motion for Class Certification and for Pumaro, LLC ("Pumaro") to be appointed as a Class Representative in the above-caption action against

1

Dynamic Ledger 7 Solutions, Inc., Tezos Stiftung, Arthur Breitman and Kathleen Breitman (the "Action").

2. I am the sole and managing member of Pumaro, a Texas Limited Liability Company.

3. Pumaro has agreed to act as a Class Representative in this Action, if so appointed by the Court. Pumaro is seeking to be appointed by this Court as a Class Representative for the following Class:

> All persons and entities who, directly or indirectly through an intermediary, contributed Bitcoin, Ethereum or U.S. dollars to the Tezos Initial Coin Offering conducted in July 2017. Excluded from the Class are Defendants, and any person, firm, trust, corporation, or other entity related to or affiliated with any Defendant.

4. Like other members of the Class Pumaro seeks to represent, Pumaro invested in the Tezos Initial Coin Offering that occurred between July 1, through July 14, 2017 (the "Tezos ICO"). On July 1, 2017, in my capacity as managing member of Pumaro, I caused Pumaro to invest 1.9 Bitcoin into the Tezos ICO. Pumaro was promised 11,400 XTZ tokens in return. Pumaro did not purchase XTZ tokens in the ICO at the direction of counsel or in order to participate in this Action.

5. As I understand it, the lawsuit seeks to remedy violations of the Securities Act of 1933 (the "Securities Act") in connection with the Tezos ICO. As I understand it, the lawsuit alleges that the Tezos ICO was an illegal, unregistered sale of securities in violation of the Securities Act.

6. I understand that as a Class Representative, Pumaro's responsibilities and duties include periodically monitoring and being familiar with matters occurring during the course of this litigation, which I am able and willing to do on behalf of Pumaro and the Class. I know of no reason why Pumaro would or could not do so in the future, and as managing member, I intend to vigilantly protect and advance the rights of other members of the Class.

7. Pumaro previously sought to be appointed as Co-Lead Plaintiff over this Action pursuant to the Private Securities Litigation Reform Act. *See* Dkt No. 53. As part of that process, I received and reviewed a copy of the original complaint filed in this Action by GGCC, LLC. *See* Dkt. No. 1.

8. Since Pumaro moved for Co-Lead Plaintiff, I have continued to monitor this litigation through periodic telephone and email communications with counsel. Through this process, I have kept myself apprised of case developments and particular issues in the litigation, such as whether any terms and conditions governed the Tezos ICO.

9. Before moving to appoint Pumaro as a Class Representative, I received and reviewed Lead Plaintiff's Consolidated Complaint, filed April 3, 2018 (Dkt. No. 108) as amended pursuant to stipulation and order, entered November 21, 2018 (Dkt. No. 183).

10. I have neither been promised, nor have accepted, nor expect to receive, directly or indirectly, any compensation in connection with Pumaro's role as a Class Representative in this Action other than Pumaro's *pro rata* share of any recovery on behalf of the Class, and such reasonable costs and expenses (including lost wages) directly relating to representation of the Class as ordered or approved by the Court.

11. I further understand that a class representative is not permitted to compromise, undermine, or dismiss the Action in return for any special consideration not provided to other members of the Class, nor do I intend to do so in this Action.

12. I am aware of no conflicts of interest that would render Pumaro unqualified to carry out its duties and responsibilities as a Class Representative in this Action.

13. I have communicated with the other proposed Class Representative Artiom Frunze *via* conference call to discuss our duties as Class Representatives and the joint prosecution of this litigation. During this discussion, we addressed the ways we can cooperate to oversee this Action and our counsel. To this end, we have exchanged contact information to enable us to confer, with or without counsel, on short notice to ensure timely decision making.

DECLARATION OF RONALD R. PUMA IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1 I declare under penalty of perjury under the laws of the United States of America that the 2 foregoing is true and correct.

3   Executed this 9, January, 2019 at Richmond, Texas.

4   By *[signature]*
Ron Puma, as managing member of
5   Pumaro, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

4

DECLARATION OF RONALD R. PUMA IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION