# EXHIBIT G



**Buy & Sell Pre-IPO Companies**

AdChoices ▷

Crunchbase

Advertise

More

**Search** 🔍

# Behind the scenes with blockchain upstart

1 year ago

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

**Login / Sign up**

AdChoices 



Crunchbase

Advertise

More

Search 🔍

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

Odds are you have at least one buddy who bought bitcoin a year or two back. Odds are that they are giddy about their good fortunes. And they should be–since Satoshi launched the network in 2009 bitcoin has risen to a market cap of $40 billion. The cryptocurrency saw a 200% surge this year to a record high just shy of $3000 in June.

But beneath these numbers, the feuds among core developers over resolving longstanding issues have simmered on, most critically how to increase block size. Under the current 1MB block capacity, congestion of the network has put bitcoin under strain, resulting in higher

**Al**
Co

A
a
F
c

**Login / Sign up**

frontier technology.

More posts by this contributor

• Thomas Reardon and CTRL-Labs are building an API for the brain
• Solving the mystery of sleep

struggling to amend their core rules. Math may be math

Bitcoin will no doubt get through these trials and and hit
But the civil wars raise important questions. Enter Tezos
designed with an eye towards avoiding these flaws by b
protocol itself, allowing for formal coordination and upgr

In an interview for Flux I sat down with Kathleen Breitm
Tezos, which is nearing the end of it's two week fundrai

With a whopping $200m raised (at current btc and eth p
Coin Offering records to date. That's saying something
gone into ICOs (Kickstarters on steroids) in 2017. Exube
perhaps–but that doesn't mean there is no real value ur
projects raising funds, or in the underlying crypto-token

RRE is not involved with the company and this interview
participate in their fundraiser, or in any ICO, but hopefully, it will take you beyond the
headlines and into the live thinking of a startup on the forefront of this trend.  In the
interview Kathleen discusses the rationale around doing an uncapped fundraise, how
the team is navigating a landscape with no existing regulatory framework, why they
chose to set up a non-profit in Switzerland to receive the funds, and how they have
responded to DDOS and phishing attacks. Kathleen also discussed her identification
as an anarchist-capitalist and its roots in cypherpunk, her love of Milton Friedman, and
the quirks of being a husband-wife founding team.

An excerpt of our conversation is published below.

AdChoices ▷

Crunchbase
Advertise
More

Search

2018 Year in Review
Google
Asia
Facebook

Login / Sign up

AdChoices ▷

make protocol decisions is the formula for earning trust and generating widespread adoption on the blockchain.

Crunchbase

Advertise

More

Search 🔍

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

**AMLG: I guess we should start at the beginning and
You're the CEO and co-founder along with your hus
team and he's the CTO, the architect. You told me y
anarchist meetup in New York in 2010. What is the s
pickup lines does one hear at an anarchist meetup?**

KB: It all starts off in a in a bar near NYU in 2010. I was
team. We had just lost mightily to a better school in a de
on at the bar and I was 20 years old and was very temp
flowing beer, a hot commodity for 20 year olds. I met thi
Tennyson and I got along just fine and he insisted I com
day. He left out a lot of details. The deal-breaker probab
crypto anarchist lunch—minor detail. The theme of the

**Login / Sign up**

AdChoices ▷



*Arthur and Kathleen Breitman*

Crunchbase

Advertise

More

**Search** 🔍

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

So I went in and this guy made a bee-line at me. I was a
Tennyson had told Arthur all about me prior to this and I
be a good match. So shout out to Tennyson. He said "h
to the media." He was friendly and gregarious and tried
would like and not like. He name-dropped that he knew
when I mentioned I liked Milton Friedman. We just kept
speaking to him and he seemed smart and nice and fur
rest of my Saturday the way I would normally. Then he t
and we wound up meeting at another bar. Then we wou

Login / Sign up

**AMLG: And you covered all of Milton Friedman?**

KB: Oh yes it was a rich intellectual history of the Friedmans. Basically we just started
talking and we haven't stopped.

**AMLG: And Arthur was a quant right. He was at some high frequency trading
shops, shops being Goldman.**

KB: Yes. He studied math and computer science and physics over in France. Then he
wanted to work in finance. France isn't a great place to make a living if you're under
the age of like 50. So instead of going to London which he didn't really care for he

AdChoices ▷

**ALMG: Could you explain what happened there, wit**

Crunchbase

Advertise

More

**Search**

**2018 Year in Review**

**Google**

**Asia**

**Facebook**



**Login / Sign up**



*14% of all Ether was deposited into the DAO, a smart contract (computer program) running on Ethereum. It became at risk due to a flaw in the contract*

as to whether or not there ought to be a do over. Call it ɑ whole DAO fiasco. That led to a split in the chain of Eth two versions: Ethereum Classic which is favored by son because it didn't unwind this transaction—it forced peop consequences of this heist. And then regular Ethereum today, which basically called a do over. This was ultimat the whole nexus of Tezos is—governance is very much divorce the math and computer science aspect from the So this forced a conversation.

**AMLG: So when there's a fork and a community has there's basically an informal process that's determin perception of which fork seems most authoritative constituents shout the loudest which is what we sa the problem you're trying to solve with Tezos—you process of how one upgrades a protocol?**

KB: So the Tezos position paper examines the potential threats to bitcoin. Ethereum was not factored into the analysis in the initial white paper or position paper, but yes essentially the idea is that ultimately these systems are very fragile in the sense that if you have undue influence over the protocol on this soft level you can render different results at the protocol level.

You see this with bitcoin. You have core developers who have personalities and it kind of becomes a cult of personality over who you're with and people taking sides on Twitter. But there's no meaningful way to enact change. In the sense that ultimately

AdChoices ▷

Crunchbase

Advertise

More

Search ⌕

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

Login **/** Sign up

AdChoices ▷

Crunchbase

Advertise

More

**Search** 🔍

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

technical, the more technical stakeholders who are

**anything that you would vote to change? What do y**

**technically-savvy tokenholders?**

KB: That's a good question. We have what's called dele

system. Essentially what this means is that everyone wl

validator in the network. Or they can actually assign tha

that person can vote on their behalf. So there is going t

politicking, but at least it'll be something where people c

more legitimate way than just saying that that guy's righ

**AMLG: So sort of a proxy vote.**

KB: It's a proxy vote yes. Some people call it liquid dem

**AMLG: But you can never really remove the elemen**

**other humans' ideas right, it's just the voting piece?**

Login **/** Sign up

KB: Most definitely. That's an important caveat. That's why it's an experimental piece

of technology. Ultimately this is still going by people's judgment, which is of course

always subject to some sort of fallacy. The main innovation with Tezos is giving a way

to air legitimacy on the chain. Right now it's sinuous as to how decisions are made. By

making things more explicit we hope that we can get more useful conversations going.

**AMLG: It's super relevant now since we're seeing this play out with massive**

**battles over block size in bitcoin, whether to go with bip-148 or SegWit2, all**

**these different things. Maybe you could just fit Tezos into the landscape for the**

**listeners. You've said previously that the Bitcoin model is so decentralized that**

AdChoices ▷

and they all have different tradeoffs, what we want to d
for the protocol. What's the proposition here.

Crunchbase
Advertise
More

**AMLG: Then that proposition has to pass a thresho**

KB: Yes after testing. We'll spin up a testnet. It will say f
this preserves privacy but we actually found that it does

Search 🔍

2018 Year in Review

**AMLG: What happens if you don't get people over a
DAO propositions won only 5 or 6% the votes.**

Google

Asia

KB: One way of approaching that is delegation—makin
critically about every proposal. If you take a vacation yo
much about the network.

Facebook

**AMLG: Right and it's very easy to bash every optior**

KB: But we also adjust the quorum every time. For insta
two people making all the decisions. That's a weird outc

Login / Sign up

**AMLG: Is it possible that Ethereum could change its governance structure?**

KB: They could introduce different roles for people. They could introduce something
like a representative democracy. But the innovation with Tezos is that we can actually
iterate on our governance model. We can adjust it at the meta level. That's something
you have to bake into the protocol at the base layer.

**AMLG: They really can't bake it in at this stage—it's done?**

AdChoices ▷



Crunchbase

Advertise

More

**Search** 🔍

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

KB: Yes. It's called a hot swap on the protocol.

**AMLG: Hot swap on the protocol. Well Vitalik is a br
fact that your smart contract language is Michelson**

KB: *Michelson*. At least that's how French developers p
know, I mispronounce everything—

**AMLG: How's your blockchain French?**

**Login / Sign up**

KB: Better than my blockchain English.

**AMLG: But so it's a reference to the Michelson-Morley experiment, which
disproved Aether right? Not to be confused with Ether. That's hilarious. I love
that you guys throw those little things in.**

KB: It's the only cheeky thing we've done.

**AMLG: The other interesting thing is that you've built in incentives for
developers—bounties and invoice potential on the chain.**

AdChoices ▷

**AMLG: For the mercenary engineers out there.**

KB: There are many of them.

**AMLG: Really you guys have been working on this f
you're just making your entrance onto the scene m
course it's still very early, but surely many of the fol
have already taken stakes in other competing ledge
these existing vested interests and converted peopl
know you've said that community building has turn
hardest parts.**

KB: It's genuinely really tough. I think that's part of the r
crowd sale. When we were thinking of the best way to g
it wasn't obvious to us how to do it. But one way is to m
ability to take part in the ecosystem. People having an i
to your fundraiser is a way to get them interested in the

**AMLG: You really opened it up broadly with the fundraiser.**

KB: Absolutely.

**AMLG: Should we not be saying ICO?**

KB: I mean it is a fundraiser. People call it an ICO. But it is a fundraiser. I was thinking
of making tote bags like PBS tote bags.

AMLG: **Because we're donating to a nonprofit.**

Crunchbase

Advertise

More

Search

2018 Year in Review

Google

Asia

Facebook

Login / Sign up

AdChoices ▷



Crunchbase

Advertise

More

**Search** 🔍

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

Source: Smith & Crown

**Login** / **Sign up**

*Roughly ~$1.3b billion cumulative dollars have gone into ICOs in 2017, with over $600 million in June alone. [For more data see Smith + Crown.]*

**AMLG: Let's step back for a second and lay out the landscape for people who haven't seen all the headlines on ICOs. What's a quick explainer on an initial coin offering and what have you done so far.**

KB: Basically there are a number of new projects in this space and one way to distribute the token is to simply receive donations to their blockchain and then in return you get the token. And typically they'll price it at a certain number of Bitcoin or

AdChoices ▷

Crunchbase

Advertise

More

Search 🔍

2018 Year in Review

Google

Asia

Facebook

skeptical. It's easy to fall into cynicism. There's all t

Reddit throwing out one liners. But the papers you'

and well-thought out answers to some of these main

want to get into a few of them. The first thing I want

pushback over the fact that the fundraiser is uncap

there's no upper limit on the funds you can raise. Th

window in which you're raising—two weeks. In the

reason for this which I will read here:

> "There is no cap on the amount of contributions that wil
> order to ensure that participation is not limited only to in
> The Tezos team believes that an uncapped fundraiser wi
> distribution of the tokens a necessary prerequisite to lau

So that inclusive argument instinctively makes sens

problem with democracy is democracy. The system

get things right and in this case your crowd may be

Login / Sign up

lot of speculative buying in China for instance. Do you worry about who the

tokenholders are and whether their incentives are aligned with Tezos?

KB: It's tough. We didn't do much marketing outside of the U.S. Well rather Arthur and

I are based in the U.S. and we talk about the technology in mainstream U.S. press

outlets and sometimes it's picked up in Asian outlets. We mostly have just been

evangelizing about the technology. But certainly there are a lot of people who are

interested in the more speculative aspects. I think there's a lot of fervor and froth in the

marketplace right now. That does make it a bit odd to launch something that's more

community-based on some level when there's a lot of people who are just profit-

AdChoices ▷

Crunchbase

Advertise

More

Search 🔍

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

promote the use of the Tezos protocol. So participa
to the Swiss Foundation which in turn provides the
allocation. You've said the Foundation will spend or
funding developers. If your director decided he wan
Caribbean who votes on that? How does the corpor

KB: That's a good question. Part of the reason this is no
have no claim on the revenue and that includes the reve
Tezos Foundation is at the behest of the Swiss nonprofi
directive to adhere to whatever the Tezos foundation se
wants to buy a Caribbean island where there there's a t
that's kosher if Johann wants—

**AMLG: So if they program better there it's OK—as I**

KB: Ha yes. If Johann wants to buy a Caribbean island
the Tezos blockchain in some way, I guess that falls in li
it because—well he's quite pale so I don't know if he wants to go tanning—but if he
wants to go on vacation and buy an island that would not be OK. You could
theoretically hold him accountable under Swiss law. And I think that the Foundation
ought to survey the community for major decisions to reflect their will better. But there's
no explicit voting mechanism on it. Part of the reason that's not such a bad thing is that
anyone can contribute to the protocol. There's the Foundation which has veto power
for one year, but other than that they don't have any favored status in the protocol.

Login / Sign up

**AMLG: It's amazing how you're paving the way and there doesn't seem to be**
**any regulatory framework for what you're doing. What was your thinking on**

AdChoices ▷

KB: I think so. There are other a few other places — Crk
prediction market token I think they had their token sale
to do work around this. I think the Ethereum foundation
right now. So there's all sorts of accommodating usually
to work with you.

Crunchbase

Advertise

More

**Search** 🔍

2018 Year in Review

Google

Asia

Facebook

**AMLG: Why is it there so much nastiness in the blo
just smart people with opinions strongly held? Or is**

KB: I think people are just naturally inclined towards tak
politics too. "I'm team Ethereum. Ethereum is going up ‹
ethereum, why do you think you're better than Ethereum

**AMLG: But actually it seems like you cooperate with
the space. I mean Zcash, Zooko—he's one of your a**

Login / Sign up

KB: Oh yes Zooko. In general we have a good working relationship with most of the
people in the space that we admire. It's really folks who can't evaluate our technology
who get really upset with us and start to caterwaul. You can't let that get to you.
Honestly if you look back at Ethereum people were much more vicious. So we got off
pretty easy on the vilification front. Most of the attacks have been very personal. But
I've been on the internet since I was 12. And I worked at Bridgewater so I have thick
skin.

**AMLG: All the character building you needed.**

AdChoices ▷

Crunchbase

Advertise

More

**Search** 🔍

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

**AMLG: What is your go to bad TV?**

KB: The new like 24 spin off, Designated Survivor. It's ju

**AMLG: Your brain doesn't even need to be switched**

KB: It's just its so stupid. It's really fantastic because it's conspiracy theory and you can't quite trace it.

**AMLG: And your parents now know that you're doir were "a financial software engineer" for a while.**

KB: Yeah I was doing "accounting software." Now they'i unfortunately has learned what Reddit is like. But she st doesn't seem to be assuaged by the arguments that I'm terrible. So I've got that going. My mother still loves me.

**AMLG: I'm curious to zoom out for a minute on you Cap. What exactly is an anarchist capitalist, in roug**

Login / Sign up

KB: In general its someone who believes that markets do a better job of distributing goods than the government. They tend to have a preference against government aggression in any form.

**AMLG: You put at the top of your white paper "*laissez faire les proprietaires*" *w*hich sums up a lot of this. You've said the whole cypherpunk movement is about using the Internet to free people both informationally but also financially. It's interesting to think about how Tezos and the work you've been doing builds upon decades of thinking. Privacy advocates have been organizing in Silicon**

AdChoices 



Crunchbase

Advertise

More

**Search**

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

**That was 1988—20 or so odd years before Bitcoin.**
**a long time and then cryptocurrencies raised their h**
**and then boom Satoshi. Where do you see yourself fitting into this long history**
**of crypto anarchist capitalists?**

Login / Sign up

KB: To your point it's been a series of failures and a series of people who are a bit too far ahead of their time. So I hope my timing is right. It is just massively experimental. So we have to take that into account. Bitcoin is the new fad. It's the new fashion. People like to talk about it because it invites people to think about a world without intermediaries as they know it. That's cool. Maybe bitcoin isn't the end game. Maybe it's some other application that's built. But I think it's a very inspirational piece of technology.

AdChoices ▷

mundane types like being told to go to class.

**AMLG: I was on Twitter this morning and I thought y**
**that Andy Weissman of USV tweeted out. So a prom**
**Yaneer Bar-Yam, who crunches big data and genera**
**systems—he actually accurately predicted the Arab**
**mathematical frameworks from quantum field theor**
**government. He found something that we have alrea**
**that hierarchal systems no longer work given how c**
**and how globally interconnected we are. Hierarchie**
**kingdoms but since the 1980s there's been a breakc**
**crisis or environmental issues or diseases, it's just**
**entities or people at the top to respond to and decic**
**this analysis he proposed a shift to "horizontal distr**
**to me points straight to you.**

KB: Why didn't he publish this like six weeks ago.

**AMLG: He also looks at the brain. If you think about the brain there isn't one**
**neuron telling the other neurons what to do. There's a collective behavior that's**
**responsible for how we think and decide. As you read this research you think**
**OK this makes sense, everything is too complex, but then what's the**
**mechanism?**

KB: Yeah part of the reason that we set up Tezos the way we did—and we could have
been way more prescriptive with the initial governance model—the reason we chose a
vanilla two-phase vote was because we didn't want to be too prescriptive. It took

Crunchbase
Advertise
More

Search 🔍

2018 Year in Review
Google
Asia
Facebook

**Login / Sign up**

AdChoices ▷

optimize for one thing and you're not always super care
you're building in. One of my favorite anecdotes is that i
used to give money out for rat pelts. The idea was they
cities. What happened instead was that there were elab
always fine tune human behavior. You never quite know
best to take a wait and see approach and see how com
self-organize.

**AMLG: Why the name Tezos?**

KB: When we were coming up with the name Arthur wa
wrote an algorithm to find an unclaimed .com that was p
Apparently it's slang in Colombian teenager speak on T
massive freebie.

📷 **Image Credits:** Matt Lyon / Getty Images

Crunchbase
Advertise
More

Search 🔍

**2018 Year in Review**
**Google**
**Asia**
**Facebook**

**Login / Sign up**

┌─────────────────────────┐
│                         │
│    **Add a Comment**    │
│                         │
└─────────────────────────┘

## Sessions: Robotics + AI 2019
## Tickets on sale now

**Berkeley**
Apr 18

AdChoices [>



Crunchbase

Advertise

More

**Search** ○

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

**Login / Sign up**

# Sign up for Newsletters

See all newsletters

☐ **The Daily Crunch**

☐ **The Weekly Roundup**

☐ **Crunchbase Daily**

**Subscribe**

AdChoices ▷

# Gfycat's 'GIFs' can now keep the sound on

13 mins ago   **Sarah Perez**

Crunchbase

Advertise

More

Search 🔍

2018 Year in Review

Google

Asia

Facebook

Login / Sign up



# Epic Games, the creator of Fortnite, banked a $3 billion profit in 2018

18 mins ago   **Jon Russell**

# The best tech books of 2018

33 mins ago   **John Biggs**

AdChoices ▷

Crunchbase

Advertise

More

**Netflix releases a trailer for 'Bandersnatch'**
**the mysterious new episode of 'Black Mirror'**

57 mins ago    **Anthony Ha**

**Search** 🔍

**2018 Year in Review**

**Google**

**Asia**

**Facebook**

## Google & Facebook fed ad dollars to child
## porn discovery apps

1 hour ago    **Josh Constine**



**Login** / **Sign up**

## Moggie is an activity and health tracker for cats

2 hours ago    **TC Video**

AdChoices ▷

## Alibaba just gave Chinese youth another reason to never leave their desk

8 hours ago    **Rita Liao**

Crunchbase
Advertise
More

**Search** 🔍

**2018 Year in Review**
**Google**
**Asia**
**Facebook**

## Let your new Roomba build a Doom level of your house with DOOMBA

17 hours ago    **Devin Coldewey**

## Fortnite players report queue issues as Ep experiences a 'minor service outage'

19 hours ago    **Taylor Hatmaker**

**Login / Sign up**



## SpaceX's Starship goes sci-fi shiny with stainless steel skin

19 hours ago    **Devin Coldewey**



## Cyber breaches abound in 2019

19 hours ago    **Robert Ackerman**

AdChoices ▷

# The 10 largest US venture rounds of 2018

20 hours ago    **Kate Clark**

Crunchbase

Advertise

More

Search 🔍

2018 Year in Review

Google

Asia

Facebook

# A new solar technology could be the next big boost for renewable energy

21 hours ago    **Jonathan Shieber**



Login **/** Sign up

# Passbase helps you create a verified digital identity

21 hours ago    **TC Video**

AdChoices ▷

Crunchbase

## As Bitcoin sinks, industry startups are for
## to cut back

Advertise

22 hours ago   **Kate Clark**

More

Search ⌕

**Google**

**Asia**

**Privacy Policy**    **About Our Ads**    **Code of Conduct**    **Terms of Service**

© 2013-2018 Oath Tech Network. All rights reserved.  Powered by WordPress VIP . Fo

**Facebook**

Login **/** Sign up