# EXHIBIT K

**From:** "Kathleen Breitman" &lt;kathleen@tezos.com&gt;
**Sent:** Fri, 10 Mar 2017 17:19:24 +0000 (UTC)
**To:** "Andrew Moroz" &lt;amoroz@gmail.com&gt;
**Subject:** QQ

Hey Andrew,
QQ: Have you decided if you'd like to invest in the crowdsale? No hard feelings if you aren't but I have a media opportunity for you if you are.

Best,
Kathleen
--
Kathleen Breitman
**Redacted**

DLS00007719