# EXHIBIT S

| | |
|---|---|
| From: | "Arthur Breitman" <arthurb@tezos.com> |
| Sent: | Sat, 1 Jul 2017 16:17:21 +0000 (UTC) |
| To: | "Bruce Seymour" <brucedseymour@gmail.com> |
| Subject: | Re: 2nd Transfer Issue |

Ah yes, that's weird. We had some issue with the DB early in the morning and we are still trying to reconstruct the missing bit. The good news is that your transactions are clearly on the Ethereum blockchain so we'll be able to get it in. I'm really sorry for the inconvenience but rest assured that both contributions will be reflected once we manage to resync the db with the Ethereum blockchain.

On Sat, Jul 1, 2017 at 9:02 AM Bruce Seymour <brucedseymour@gmail.com> wrote:

> Thanks Arthur,
> Public Key Hash
>
> [Redacted]
>
> Best,
> Bruce
>
>
> On Jul 1, 2017, at 12:00 PM, Arthur Breitman <arthurb@tezos.com> wrote:
>
> Sorry about what, I can try to help, what's your tz1 public key hash?
>
> On Sat, Jul 1, 2017 at 8:58 AM Bruce Seymour <brucedseymour@gmail.com> wrote:
>
>> Hello Tezos Team,  Foremost, congratulations on the successful launch!  I woke up at 2am to participate early.
>>
>> Over 9 hours ago, I transfered an initial 10 ETH to the crowdsale contract followed by a second 20 ETH. https://check.tezos.com shows only the 10 ETH balance.  Both transactions have verified.  Below are the TX ID'S.  Can you please advise what's happened?
>>
>> Best,
>> Bruce Seymour
>>
>> FIRST TRANSMISSION TX ID:
>> [Redacted]
>>
>> SECOND TRANSMISSION TX ID:
>> [Redacted]
>>
>> FROM:
>> [Redacted]
>>
>> TO:
>> [Redacted]