# EXHIBIT V

Sponsored (mailto:contact@tzscan.io)　　OCamlPro (http://ocamlpro.com)　　Need a development on Tezos ?

Connected (network?state=running)　　All (network?state=all)



JS map by amCharts (http://www.amcharts.com/svg-maps/)

United States runs 3606 nodes

1　　　　　　　　　　3606

### Network Stats (6428 Peers) ?

Rows: 50　　«　1　2　…　129　»

| Peer | Point | Country | trusted | Score | State | Total Sent | Total Recv | Inflow | Outflow |
|---|---|---|---|---|---|---|---|---|---|
| idrfFtvBzgZepxsWqUWzV53cKWs2wr | ::ffff:104.248.16.76:9732 | United States | false | 1. | Running | 371901 | 6933171 | 0 | 0 |
| idrVgHHUWE3pK9MX4UgN6NRK3Sctc6 | ::ffff:176.9.31.115:9732 | Germany | false | 1. | Running | 4768426 | 2499018 | 2 | 213 |
| idt9Ykz6AKSCBqQXYMEniBp1AtjvpB | ::ffff:83.46.167.252:9732 | Spain | false | 1. | Running | 347518 | 3675692 | 0 | 0 |
| idsyb2SKZ1dfkxYxVh2rn5wYU2K1LH | ::ffff:78.107.251.238:9732 | Russian Federation | false | 1. | Running | 222510 | 3753376 | 0 | 0 |
| idtpi6zhUhuPdrkXNev8Swh7DbUXAK | ::ffff:202.182.111.67:9732 | Australia | false | 1. | Running | 153343 | 2909667 | 0 | 0 |
| idtJrxFrGMwujSWx4qwKWEKRvJst7T | ::ffff:178.57.81.247:9732 | Russian Federation | false | 1. | Running | 161573 | 2881892 | 0 | 0 |
| idsKM7SbHzxiqJ13RHb1jvYavF7oiv | ::ffff:66.175.217.74:9732 | United States | false | 1. | Running | 140458 | 2658885 | 0 | 0 |
| idqfpVvR2opqhptooE3vtvZerUFBLd | ::ffff:35.231.253.102:9732 | United States | false | 1. | Running | 150612 | 2623728 | 0 | 0 |
| idrw7h5cpwYVW2e79rXCeRDRcqpy5A | 2a05:d018:619:5803:e823:8d86:7ef4:ef5d:9732 | | false | 1. | Running | 141825 | 2360716 | 0 | 0 |
| idrYFQheWjF645W2qm2XyAQRdyhQvN | ::ffff:91.121.135.50:28731 | France | false | 1. | Running | 119138 | 2141206 | 0 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ids19fKZagwzqr2VKGHETkKrYgEEAZ | ::ffff:23.99.222.54:9732 | United States | false | 1. | Running | 128724 | 2048946 | 0 | 0 |
| idrVNFBPBaxrJaNMtSaeAMQcfAY6oH | ::ffff:35.200.6.146:9732 | United States | false | 1. | Running | 108517 | 1988787 | 0 | 0 |
| idtxL84Zjnj1vuRdpijtMDiok2E8cF | ::ffff:18.182.132.42:9732 | United States | false | 1. | Running | 104454 | 1833401 | 0 | 0 |
| idrVTvSV33Hd8EuSL4pvucwtjfFLc8 | ::ffff:173.255.252.151:9732 | United States | false | 1. | Running | 91708 | 1650762 | 0 | 0 |
| idsT4KFiPMtbbakAn9AoML4kPAbrkU | ::ffff:18.182.168.120:9732 | United States | false | 1. | Running | 97569 | 1617634 | 0 | 0 |
| idsgoeBQos9jL6j3FyKHd7Hb5G5gRd | ::ffff:174.138.10.157:9732 | United States | false | 1. | Running | 91669 | 1620015 | 0 | 0 |
| idsMwfkFJFTXSEAP23zAmam8s8QLxU | ::ffff:34.246.245.155:9732 | United States | false | 1. | Running | 87492 | 1507973 | 0 | 0 |
| idr9ZCQxiGjnTaPfDPpXdPCj1hprph | ::ffff:18.185.162.144:9732 | United States | false | 1. | Running | 86404 | 1443946 | 0 | 0 |
| idtteYz1JA3FJcwSArwut7B896ECDN | ::ffff:82.69.152.198:9732 | United Kingdom | false | 1. | Running | 86235 | 1411336 | 0 | 0 |
| idquCbpnbxf6EbNhgVuiUv3jCGMgYC | ::ffff:173.230.131.229:9732 | United States | false | 1. | Running | 80682 | 1400375 | 0 | 0 |
| idsDFSCTpViwdhmPGECmSTjoUBZTRu | ::ffff:54.36.165.116:8732 | United States | false | 1. | Running | 105211 | 1073889 | 0 | 0 |
| idrpzWsjFTPyadhLsmjWA4EzNS4jDJ | ::ffff:52.214.211.246:9732 | Ireland | false | 1. | Running | 69494 | 1079114 | 0 | 0 |
| idsxfM6hsZpDfcQutr1YhR37Aw6Wrg | ::ffff:206.189.162.255:9732 | United States | false | 1. | Running | 65703 | 1049297 | 0 | 0 |
| idrbSNr6JJtkqritj7cWHDPuAfmDmi | ::ffff:178.128.7.30:9732 | Greece | false | 1. | Running | 64517 | 1026191 | 0 | 0 |
| idqbFKVEupHtxD99wdXXepF6JYbQ7G | ::ffff:52.35.49.208:9732 | United States | false | 1. | Running | 63723 | 989620 | 0 | 0 |
| idt2Q5sXqvVzxC6ou2zRwU9xLn5UMD | ::ffff:52.58.96.180:9732 | Germany | false | 1. | Running | 54395 | 852060 | 0 | 0 |
| idqcHGqdETPQ7bwcBDe6VfgcmcPqGW | ::ffff:188.166.127.27:9732 | Netherlands | false | 1. | Running | 55963 | 777061 | 0 | 0 |
| idsJTEvKLmiZVYW5d9VYgzMeJzsyXw | ::ffff:52.70.12.104:9732 | United States | false | 1. | Running | 49557 | 690932 | 0 | 0 |
| idsjyEGWeWsoWxM7eaoBRB9ZQQUrcK | ::ffff:35.241.150.233:9732 | United States | false | 1. | Running | 46337 | 689325 | 0 | 0 |
| idtVBzzoWMz6jmeKr4CB2bKKQAB1Jb | ::ffff:85.131.69.239:9732 | Finland | false | 1. | Running | 45357 | 643571 | 0 | 0 |
| idt3HrLa4GJaVV5cBaCVzHnF5erqWF | ::ffff:45.77.108.128:9732 | United States | false | 1. | Running | 41945 | 582776 | 0 | 0 |
| idsNPXZ1CUQW5VkaeVcPcFx11ER7Rk | ::ffff:177.133.126.57:9732 | Brazil | false | 1. | Running | 51013 | 539035 | 0 | 0 |
| idsYZHsYBB2N6iZYjpfAjvf1KkdvxQ | ::ffff:95.179.133.57:9732 | Greece | false | 1. | Running | 39639 | 542358 | 0 | 0 |
| idquD9a3xZnW9npBe3BM69fX32d7vw | ::ffff:52.19.153.13:9732 | Ireland | false | 1. | Running | 271199 | 299137 | 0 | 94 |
| idsQdpv5oJhsvKH2KuY4JWxWW6XLCG | ::ffff:18.223.225.86:9732 | United States | false | 1. | Running | 39325 | 515495 | 0 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| idsU7sZxS49SrRqrgDfrEVnsp9nxFH | ::ffff:54.187.185.6:9732 | United States | false | 1. | Running | 252669 | 272809 | 0 | 94 |
| idsQjBRF4J2DvxcmGhMk3bgqHwCb5t | ::ffff:104.40.143.102:9732 | Netherlands | false | 1. | Running | 84797 | 432053 | 0 | 0 |
| idr9kp224MYBqgCvq5Pa6wXvCKCfxu | ::ffff:18.179.219.134:9732 | United States | false | 1. | Running | 39844 | 469126 | 0 | 0 |
| idqtDiAMReZBx9vr83M3VrBhkcHPX2 | ::ffff:14.52.104.167:9732 | Korea, Republic of | false | 1. | Running | 46866 | 460217 | 0 | 0 |
| idsmfGLeMkoHaU6Tvgcp2amFjQX6gP | ::ffff:54.36.165.116:8732 | United States | false | 1. | Running | 45432 | 427137 | 0 | 0 |
| idsPMtSWsuQv88JHdj8tGqjnsSassu | ::ffff:45.79.68.75:9732 | United States | false | 1. | Running | 35398 | 424737 | 0 | 0 |
| ids743pTsait7LtcShwRS4cNWmAFYE | ::ffff:125.190.154.74:9732 | Korea, Republic of | false | 1. | Running | 35236 | 357094 | 0 | 0 |
| idqyTPHuzQU4MroxVGjwUtZqWnDtww | ::ffff:23.239.5.46:9732 | United States | false | 1. | Running | 30101 | 343291 | 0 | 0 |
| idtLh6UQs4KwRwNHXrSYQbDBdui8D5 | ::ffff:13.251.146.136:9732 | United States | false | 1. | Running | 31299 | 342082 | 0 | 0 |
| idqm82fau1wDKjk6RPkUuWmeeY8iey | ::ffff:59.13.219.101:9732 | Korea, Republic of | false | 1. | Running | 30760 | 311783 | 0 | 0 |
| idrwiJG3sGBPq1vZirAgXw2CGahLnk | ::ffff:13.251.135.60:9732 | United States | false | 1. | Running | 30772 | 303671 | 0 | 0 |
| idrfebr4yxPgFayPWKSy9uuoLS7ic3 | ::ffff:219.73.99.203:9732 | Hong Kong | false | 1. | Running | 37972 | 281765 | 0 | 0 |
| idqjJ7wzodkTgr1w86GkhTJtYUto8L | ::ffff:52.53.90.143:9732 | United States | false | 1. | Running | 29197 | 282375 | 0 | 0 |
| idtggWWWt3biFccAwhde96Utk8bsLf | ::ffff:40.113.229.233:9732 | United States | false | 1. | Running | 29985 | 261709 | 0 | 0 |
| idqkkjbw2Coh6qvgYfibLTn8yjzfVu | ::ffff:192.52.250.72:9732 | United States | false | 1. | Running | 26601 | 262605 | 0 | 0 |

« | 1 | 2 | ... | 129 | »

Liquidity (http://www.liquidity-lang.org/)

Tezos (https://www.tezos.com/)

API (/api)
Glossary (/glossary)
FAQ (/faq)
News (/news)

Terms of Service (/terms-of-services)
Legal (http://www.ocamlpro.com/mentions-legales/)

(https://twitter.com/tzscan) (mailto:contact@tzscan.io)

(mailto:contact@tzscan.io)

Support us : KT1Ko8AWfxqEhqvhZqdnuAeBm5XTW3eFti2b (KT1Ko8AWfxqEhqvhZqdnuAeBm5XTW3eFti2b)
©2017-2018 OCamlPro