# EXHIBIT X

# THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

## MINUTES

Date entered: December 19, 2018

COORDINATION PROCEEDING
SPECIAL TITLE [RULE 1550(b)]

TEZOS ICO CASES

Department: 305

Judicial Council Coordination
Proceeding No.: CJC-18-004978

Nature of Cause: Case Management Conference

Present:

Judge: MARY E. WISS
Reporter: NONE

Clerk: SEAN KANE
Bailiff: NONE

APPEARANCES:

Danielle Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: 510-725-3000

*for Trigon Trading Pty. Ltd*

Lucas F. Olts
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058

*for Andrew Baker*

Case No.: CJC-18-004978
Case Title: TEZOS ICO CASES

Jessica Valenzuela Santamaria
David Houska
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: 650-843-5000

*for Dynamic Ledger Solutions, Inc.*

Christopher L. Wanger
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111
Tel: 415-291-7400

*for Timothy C. Draper and Draper Associates V Crypto LLC*

Date: December 19, 2018

Old Form: MC001000                - 1 -                Form: C001001

The above-entitled coordination proceeding comes on calendar having been set for hearing an Case Management Conference. Court personnel and counsel for parties are present as listed above.

The Court and counsel discuss the issues of neither a protective order nor an ESI protocol having been put in place for this coordination proceeding yet, and the disagreements amongst the parties thereon.

The Court and counsel discuss the status of the related federal action. The Court requests counsel provide the Court with copies of the orders Judge Seeborg issues in the federal action. Counsel inform the Court that a motion to quash the deposition subpoena of plaintiff Mr. Anvari has been denied by Judge Seeborg and that Mr. Anvari's deposition is now proceeding. Counsel indicate there is an issue in the federal action of a new lead plaintiff being proposed.

The Court and counsel discuss Trigon Trading's request for publication of service regarding the Tezos Foundation and the Breitmans. The Court indicates that Trigon Trading must either effect service through the Hague Convention if necessary or demonstrate publication of service is permitted.

The Court indicates that in order to move this coordination proceeding forward, the Court intends to lift the stay on discovery. The Court indicates, however, that defendants will not be required to respond to any prior discovery requests or forthcoming discovery requests until a protective order is first put in place. The Court indicates that if the parties are not able to agree on a protective order, a party will need to bring forth a motion for protective order.

The Court encourages the parties to develop a numbering system for documents at the outset of discovery and to stick with that numbering system throughout the taking of depositions.

The Court indicates that an ESI protocol needs to be put in place for this coordination proceeding and that if the parties are not able to agree on a protocol, a party will need to bring forth a motion on the issue.

The Court indicates that there appears to be ongoing maneuvering in the federal action and it remains unclear at this time who the lead plaintiff in the federal action will be. As such, the Court indicates it sees no reason why this coordination proceeding should not go forward.

The Court and counsel possible motions to stay being brought by defendants. The Court indicates that defendants may do so but that plaintiffs are now permitted to serve discovery requests.

With the agreement of counsel, the Court sets the next CMC in this coordination proceeding for February 15, 2019 at 2:30 p.m. The Court instructs the parties to submit an updated joint CMC statement three court days prior to the next CMC.

The Court indicates that any motions brought by the parties on the outstanding issues addressed today may be noticed for February 15, 2019 at 2:30 p.m. as well.

Case No.: CJC-18-004978
Case Title: TEZOS ICO CASES

Date: December 19, 2018

The Court encourages the parties in this coordination proceeding to coordinate if at all possible with the federal action on discovery and depositions in order to avoid duplication.

The Court stands adjourned.