# EXHIBIT Y



# FIRM RESUME

LTL Attorneys LLP ("LTL") is an AV-Rated litigation-only firm with three offices in California (Los Angeles, San Francisco, and Orange County).  As the first spin-off of the international firm Quinn Emanuel Urquhart & Sullivan, LLP, our practice is devoted solely to trials, litigation and arbitrations in the areas of intellectual property, commercial disputes and class actions. With over 40 attorneys, LTL is believed to be the largest minority-owned litigation-only firm in the country, serving global clients with their most complex matters.

LTL has been recognized for its outstanding and innovative legal work. We were named to the 2018 US News & World Report's Best Lawyers List; selected to the National Law Journal's 2017 Elite Boutiques Trailblazers List (one of 18 firms nationally); named as One of the Best Firms at Developing and Implementing Alternative Fee Arrangements and as a 2016 Client Service A-Team (BTI Consulting); named the 2015 Law Firm of the Year by the National Asian Pacific American Bar Association; and selected to the 2014 National Law Journal Litigation Boutiques Hot List (one of ten firms nationally).  Our attorneys have been honored as among the "Top 20" in California, "Best Lawyers...in America" and "Super Lawyers" by leading legal publications and organizations.  Clients and opposing counsel have referred to us as "the finest trial lawyers in the country," "outstanding, tenacious, and cost effective," and "creative."

Our professional and academic credentials are second to none, and our attorneys are heavily involved with several organizations including AIPLA, Asian American Bar Associations, Women's Intellectual Property Association, Inn of Court, and several others, where their involvement insures that our attorneys stay on the forefront of the most pressing legal issues and developments.

LTL's attorneys have extensive complex class-action litigation experience at every level of the state and federal court systems. We have successfully litigated and continue to litigate class disputes, including the following:

- Obtained $11.5 million class settlement as class counsel representing class of over three thousand technicians in a wage and hour class action against a dental laboratories company (*Huynh v. James R. Glidewell Dental Ceramics, Inc.*, Case No. 30-2009-00180107-CU-OE-CXC, OC Superior Court).

- Successfully represented global network equipment manufacturer TP-Link USA Corporation in consumer class action for alleged violations of California Consumer Legal Remedies Act, California Business and Professions Code Sections 17200 *et seq*., and California Business and Professions Code Sections 17500 *et seq*. involving advertised data transmission speeds of powerline communication devices. Obtained dismissal with prejudice without class certification (*Joe Arroyo v. TP-Link USA Corporation et al.*, Case No. 2:16-CV-01044, U.S. District Court, Central District of California).



LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

- Appointed class counsel, through final approval, in obtaining class settlement valued at over $5 million against a nationwide calling card company (*Sabaj v. Nobel*, Case No. BC 435467, LA Superior Court).

- Represented plaintiffs in a consumer class action alleging false advertising against Diamond Foods, Inc. (*Wise v. Diamond Foods Inc.*, Case No. 39-2010-00249819-CU-MT-STK, San Joaquin Superior Court).

- Defeated class certification in wage and hour class action involving manufacturing and recycling employees (*Magana v. Guangyi Group*, Case No. BC432188, LA Superior Court).

- Defeated two separate class certification motions in wage and hour class actions involving various types of nursing employees (*Kimani v. Healthcare Investments, Inc.*, Case No. BC432360, LA Superior Court).

- Obtained an Order Dismissing Class Allegations in several wage and hour class actions against a property management company (*Anthony v. AMC LLC*, Case No. BC470800, LA Superior Court; *Delgado v. Apartment Management Consultants, LLC*, Case No. BC470626, LA Superior Court; *Nicole Danileian v. AMC LLC*, Case No. BC470859, LA Superior Court; *Anthony v. AMC LLC*, Case No. BC473723, LA Superior Court).

- Obtained favorable settlement defending an insurance claims administrator against a class action lawsuit alleging employee misclassification (*Gaa v. Intercare Holdings*, Case No. BC489800, LA Superior Court).

- Successfully defended Wal-Mart Stores against wage & hour class action lawsuit alleging unpaid overtime pay related to off-the-clock activities. Obtained dismissal with prejudice. (*German v. Wal-Mart Stores, Inc.*, Case No. 5:14-cv-00945-TJH (SPx), U.S. District Court, Central District of California).

- Obtained $995,000.00 class settlement representing more than 9,000 individuals in consumer class action regarding infant and toddler car seat products (*Kopin v. Orbit Baby, Inc., et al.*, Case No. RG16813239, Alameda Superior Court

LTL's attorneys currently include the following:

### **James M. Lee – Co-Managing Partner**
James Lee serves as LTL's co-managing partner and heads the firm's complex commercial litigation and business contingency practices. He has handled complex litigation matters at both Quinn Emanuel and Morgan Lewis before co-founding the firm. James has extensive experience litigating intellectual property matters, software related litigation, fraud cases, commercial disputes, class actions, privacy and cybercrime matters, antitrust, and other complex claims.

He has most recently obtained several seven figure awards in trials and arbitration matters and has favorably settled a number of other cases with several matters in which combined recoveries were well over $300 million.



James is a graduate of Stanford Law School where he has taught trial advocacy. James is AV-rated by Martindale-Hubbell.

**Representative Experience**
- Served as co-lead counsel to the founder of social media app Snapchat in lawsuit over ownership claims against co-founders and company. Case settled for $157 million.
- Prevailed in a six-day jury trial regarding trademark infringement claims brought by Lush Cosmetics in which they sought $30 million in damages.
- Obtained $100 million settlement in breach of contract dispute on behalf of publicly traded Taiwanese energy company against U.S. NYSE company.
- Obtained $1.7 million in federal trial in breach of contract action on behalf of VIZIO against contract manufacturer for manufacturing defects.
- Settled complex adulterated food product matter on behalf of Herbalife against various suppliers for confidential terms.
- Successfully defended client against $18 million breach of contract claim brought by subsidiaries of a $1.4 billion Japanese conglomerate, where plaintiffs walked away with NO net monetary damages.
- Defense verdict in an investment fraud and breach of fiduciary duty trial.
- Settled bad faith insurance claim for $27 million on behalf of plaintiffs.
- Represented Actuate Corporation (now part of OpenText) in various copyright infringement and licensing dispute matters across the country resulting in combined recoveries in the 8 figures.
- Obtained $3 million award in a joint venture/fraud dispute.
- Obtained $1.2 million settlement in Ponzi-scheme case against international bank.
- Obtained a $2.7 million victory before the Court of Appeal in connection with the 1998 landslide in Orange County.
- Obtained $1.6 million award in shareholder's dispute.
- Obtained $1.4 million in a real estate transaction litigation matter.
- Represented LAUSD in a multi-million dollar breach of contract/commercial dispute.
- Obtained settlement valued at over $4.1 million in international arbitration against NASDAQ company involving breach of buyout agreement.
- Represented one of Korea's largest electronic companies involving the theft of one of the largest trade secrets cases to hit the company. The former employee fled and avoided legal process after transmitting highly confidential strategic plans.
- Represented one of America's largest and fastest growing companies against insurance company for bad faith denial of coverage in connection to a trademark lawsuit. After discovery and successful motions to compel, obtained critical documents demonstrating bad faith denial of benefits. Insurance company immediately settled for a confidential six figure sum in excess of actual loss.
- Represented NYSE traded software publisher's copyrights and related intellectual property against infringers in a number of matters.
- Represented a government contractor in a $10 million breach of contract action in United States District Court for the Eastern District of Virginia. Prevailed on motion to dismiss.
- Successfully opposed a TRO request to take over company on behalf of minority shareholder. Settled case on confidential terms immediately thereafter.
- Represented NASDAQ listed company in a $2.6 million breach of contract dispute involving long term lease agreement. Settled case on favorable terms after mediation.



LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

- Represented large cable station in a copyright infringement action. Prepared successful summary adjudication motions and reduced scope of case from six potential infringements to only one.
- Obtained summary judgment in breach of contract action where plaintiff sought $5 million in damages. Settled remaining fraud claim with no payment of money.

**Speaking Engagements**
- *Managing Multi-Jurisdictional Trademark Disputes*, panel speaker, IPBA, Kuala Lumpur, April 16, 2016
- *Leading Change: Two Smaller Firms' Success Stories*, Thomson Reuters (April 27, 2016)
- *Global IP Litigation,* panel speaker, IAKL, Washington D.C., September 30, 2016
- *Business Development for Litigators: Best Practice and Innovative Techniques*, October 27, 2016, Practical Law by Thomson Reuters
- BCLT Berkeley Law, Berkley Center Law & Technology, *Impact of Artificial Intelligence & Technological Innovation on the Practice of Law,* March 2, 2017
- *Managing Litigation Using Creative Methods and Efficient Tools*, IP Law Summit, Las Vegas, March 27, 2017
- *Age of A.I.: How is Artificial Intelligence Transforming and Disrupting the Practice of Law*, MCCA Global TEC Form (G-TEC), June 19, 2017
- *Artificial Intelligence and the Law*, panel speaker, IAKL, Seoul, Korea, September 2017
- *Artificial Intelligence and the Future of Litigation*, Law.com, Podcast, October 2, 2017

**Enoch H. Liang – Managing Partner**

Enoch Liang is the firm's Managing Partner and also heads the firm's Intellectual Property (IP) litigation practice. He is an experienced IP attorney, and has litigated all facets of IP disputes (including patents, copyrights, trademarks, trade dress, trade secrets and idea theft claims). Enoch has served clients across numerous industries including in technology, retail, cosmetics, automotive, and entertainment, in cases venued in California, Delaware, Texas, Ohio, and New York, as well as in China and Hong Kong.

Enoch is AV-rated by Martindale-Hubbell and in 2016, the BTI Consulting Group honored Enoch as a "Client Service All-Star," one of only 30 IP attorneys nationwide in the entire report. He has been named a *"Super Lawyer"* by Thomson Reuters multiple times. Enoch was also recently selected by his peers for inclusion on the 2018 list of *The Best Lawyers in America©*, after being named a "Recommended Expert" in trademark litigation by the World Trademark Review. American Law Media and Martindale-Hubbell also rated him as a "2014 Top Rated Lawyer in Intellectual Property Law."

In addition to IP matters, Enoch has successfully represented clients in business litigation, including in partnership disputes, breach of contract disputes, and consumer class actions. Since mid-2010, Enoch has argued (and won) all the appeals he has handled, including four in the Ninth Circuit and several more in California state courts. In that same timeframe, Enoch served as the first chair trial lawyer in seven trials or arbitrations – winning all of them.

Enoch also has had the unique distinction of practicing commercial and IP litigation with leading law firms in both the United States and China. This provides him with rare experience and perspective regarding the legal systems of the world's 2 largest economies, as well as an extensive network of contacts in both countries. In China and in Hong Kong, Enoch focused his practice on IP matters, including the acquisition and enforcement of IP rights. He has also personally attended numerous trials



in China. With this background, Enoch is well-positioned to counsel clients engaged in cross-border business—either from the US going to China, or vice versa—as well as the attendant litigation that often arises.

Enoch is a graduate of Columbia Law School where he was a Harlan Fiske Stone Scholar.

### Representative Experience
- Acted for defendant in complex, multi-jurisdictional trademark dispute where trademark owner requested $30M in damages in the US case; complete defense verdict after 6-day jury and bench trial in CDCAL; appeal to the Ninth Circuit pending.
- Lead trial counsel for defendant in AAA arbitration over distributorship contract in Turkey; complete defense verdict.
- Lead trial counsel for defendant in bench trial over patent ownership dispute; complete defense verdict.
- Lead trial counsel for plaintiff in 2-week jury trial over dispute over dilution of minority shareholder's shares by majority shareholder; 12-0 jury verdict for plaintiff, including punitive damages.
- Lead trial counsel for defendant in 2-week jury trial over construction dispute; jury returned verdict of less than 13% of plaintiffs request for damages; verdict was much less than what client offered to settle the case.
- Lead counsel for two defendants in federal court copyright and trade dress infringement action; obtained summary judgment less than one week from trial.
- Lead counsel for leading Taiwanese entertainers in breach of contract case where entertainers did not perform at a concert; substituted in only 21 days before trial and obtained very favorable settlement.
- Argued and won complex 9th Circuit trademark appeal overturning district court ruling; substituted in as counsel for oral argument after briefs were already completed.
- Argued and won 9th Circuit copyright/trade dress appeal with novel issues; 9th Circuit affirmed two weeks after oral argument.
- Represented bank in 3-week arbitration over failed sub-prime credit card business; plaintiff sought over $100 million in damages; resulted in complete defense verdict and award of costs to client.
- Defended one of world's largest sporting shoes and apparel companies in design patent case where plaintiff sought over $60 million in damages; resulted in summary judgment for client; affirmed on appeal by the Federal Circuit.
- Coordinated defense of nationwide class actions over failed hard disk drives; resulted in very favorable settlement for client hard disk drive manufacturer.
- Handled over 50 copyright, trademark, and trade secret matters for numerous clients, including leading toy company in California, famous entertainment institutions, and companies spanning all industries, ranging from insurance to video games to cosmetics to arts & crafts to tiles, etc.

### Awards
- BTI Consulting Group "Client Service All-Star 2016" (only 312 attorneys selected nationwide; only 30 attorneys were focused on practicing IP)
- AV-rated by Martindale-Hubbell
- Named by his peers to the 2018 list of *Best Lawyers in America*©



- World Trademark Review "Recommended Expert in Trademark Litigation" for 2015 to 2017
- *"Super Lawyers"* list by Thomson Reuters in 2011, 2012, 2013, 2014, 2016 and 2017 (both Southern and Northern California)
- "2014 Top Rated Lawyer in Intellectual Property Law" by American Law Media and Martindale-Hubbell

**Damian Martinez – Partner**
Damian J. Martinez is an experienced litigator in complex civil, white collar criminal, and regulatory matters. He has represented corporate officers and directors against the Department of Justice and the Securities and Exchange Commission in matters involving subprime lending, stock options pricing, stock sales by corporate insiders and international antitrust investigations. He has also represented senior officers of a major regional bank in receivership litigation in federal court and companies and corporate employees in municipal regulatory matters.

Damian served as an Assistant United States Attorney in Los Angeles, and as a federal prosecutor, conducted grand jury investigations, tried numerous cases to verdict, and handled multiple appeals before the U.S. Ninth Circuit Court of Appeals. Damian also responded to multiple extradition requests from foreign nations. Following the US Attorney's Office, Damian served as in-house litigation counsel for an entertainment and consumer products company where he managed outside counsel in domestic and international cases.

Damian is a graduate of Columbia Law School

**Representative Matters**
- Lead attorney representing public company in a malpractice action against a national law firm. Matter settled without litigation being initiated in court.
- Lead attorney representing president of a lending division of a financial institution in federal action brought by the FDIC. Matter settled favorably.
- Co-lead attorney representing partner of an algorithmic trading company in a breach of contract action the partner brought against the company. After one week of arbitration, matter settled favorably.
- Lead attorney representing an entertainment company in litigation brought by an international shipper. Case proceeded to trial and plaintiff recovered a fraction of the amount demanded in pre-trial settlement.
- Mr. Martinez has represented general counsel of public and private companies in internal investigations, investigations by the Department of Justice, and in shareholder litigations. Mr. Martinez has recently represented a general counsel in a false claims act case brought by the Manhattan U.S. Attorney's Office.
- Mr. Martinez has high-level corporate executives in investigations by the Department of Justice antitrust division. Mr. Martinez recently represented the senior most executive of a manufacturer in a DOJ antitrust investigation and parallel civil action.
- Represented the senior most officer of a public mortgage originator company in litigation brought by the Securities and Exchange Commission. Also represented the officer in an investigation by the bankruptcy examiner.
- Represented witnesses in an unfair competition action brought by the District Attorney's Office against a high-tech ride sharing company.



- Lead attorney in an internal investigation on behalf of a public company. In the investigation, Mr. Martinez interviewed over 15 witnesses in Spanish and reviewed Spanish-language communications. At the end of the investigation, Mr. Martinez reported the findings and conclusions to the senior executives of the corporation.
- Lead attorney for a high-tech startup in internal investigation related to a personnel matter.
- Conducted an internal investigation in multiple Asian countries into potential violations of the Foreign Corrupt Practices Act as part of a merger of two public companies.

### Kevin Bringuel - Partner

Kevin Bringuel brings impressive trial and appellate experience to the firm. Kevin was formerly associated with Quinn Emanuel Urqhart & Sullivan where he worked in several litigation areas including intellectual property, employment, contractual disputes, and "white collar" criminal defense. Following Quinn Emanuel, Kevin served for four years as a federal public defender, followed by nine years handling capital cases in habeas corpus proceedings, after which he joined LTL. As a result, Kevin is among the few attorneys who is a seasoned specialist in both trial and appellate advocacy.

Kevin is a graduate of the University of Michigan Law School and serves as an adjunct professor at Berkeley Law, where he teaches legal research and writing in the LL.M. program.

#### Representative Experience

- TRIALS: 20 trials to verdict. Achieved several prominent victories, including acquittals in cases with false confessions, and securing an appropriate sentence of 6 months/time served versus the 19 years that the government vigorously sought.
- APPEALS: 21 appeals, with 9 Ninth Circuit arguments. Achieved affirmances of LTL victories in California Court of Appeals.
- Co-lead counsel in seven-day federal jury trial in trademark case, prevailing on the verdict and post-trial motions.
- Co-lead counsel in five-day federal bench trial in patent and breach-of-contract case, prevailing on all claims.
- Co-lead counsel in three-day contempt proceeding in state court, earning acquittal of LTL's client on all charges.
- Achieved appellate reversals from the Ninth Circuit as well as the U.S. Supreme Court, as well as published victories regarding discovery from the California Court of Appeal and the California Supreme Court. In one case, Kevin's appellate brief persuaded the prosecutor to vacate the client's conviction and settle for the defense's pre-trial plea offer.
- Handled complex litigation in capital habeas proceedings, managing cases with thousands of witnesses and millions of pages of documents.

### Caleb H. Liang – Partner

Caleb Liang is a partner in the business contingency practice group. He specializes in employment litigation, complex litigation and class actions. He has successfully represented and defended Fortune 500 companies in various employment and commercial disputes. He's also represented plaintiffs and class members in consumer and employment class/representative actions. From 2013 to 2018, Thompson Reuters recognized Caleb as a "Super Lawyers Rising Star." He serves on the board of directors for the Southern California Chinese Lawyers Association and the Asian Pacific Alumni of UCLA.



Prior to joining LTL, Caleb worked at Kingsley & Kingsley APC in Los Angeles, California, a well-known plaintiffs' firm specializing in employment and class action litigation.  He is a graduate of the University of California, Davis – School of Law.

**Representative Experience**
- Obtained class settlement and class counsel designation in a wage and hour class action against a catering company.
- Obtained a significant six-figure class settlement and class counsel designation in a wage and hour class action against a steel manufacturing company.
- Obtained a significant six-figure class settlement and class counsel designation in a wage and hour class action against a car rental and service company.
- Obtained class settlement valued at over $5 million and class counsel designation in a consumer class action against a nationwide calling card company.
- Lead trial counsel obtaining full recovery of all requested damages after a five-day trial in an individual action recovering unpaid wages for overtime and breaks.
- Obtained confidential resolutions for two separate employees in individual actions against an export import company for unpaid wages and sexual harassment.
- Represented plaintiffs in a consumer class action alleging false advertising against Diamond Foods, Inc.
- Defeated class certification in wage and hour class action involving manufacturing and recycling employees.
- Defeated two separate class certification motions in wage and hour class actions involving types of nursing employees.
- Obtained an Order Dismissing Class Allegations in several wage and hour class actions against a property management company.
- Defended an insurance claims administrator against a class action lawsuit alleging employee misclassification that resulted in a favorable settlement.
- Obtained $11.5 million class settlement and class counsel designation in a wage and hour class action against a dental laboratories company.
- Trial counsel defending a well-known healthcare provider where plaintiff alleged a novel FEHA discrimination claim based upon her association with her disabled son and requested nearly $8 million in damages in a fourteen-day jury trial, but recovered just 6% of the requested amount in a split jury verdict (8-3).

**Steven Gonzalez – Partner**
Steven Gonzalez heads LTL's employment practice group. He serves as managing partner in both single-plaintiff/non-class employment defense cases as well as complex class action defense matters. Before joining LTL, Steve practiced for fifteen years at Perkins Coie LLP, focusing on employment litigation throughout that time. Steve's extensive experience includes all aspects of employment matters, including class actions. In addition to defending employers against claims involving wrongful termination, discrimination, defamation, breach of contract, and other employment claims, Steve has represented employers in numerous wage and hour class actions throughout California in matters involving alleged misclassification, unpaid overtime, unpaid rest and meal breaks, and related claims. He represents and has represented well-known industry leaders including Wal-Mart, The Home Depot,



LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Southern California Edison, Kaiser Permanente, Taco Bell, Panda Restaurant Group, Smart & Final, Safeco Corporation, and Shurgard Storage Centers.

Steve earned his J.D. from Stanford Law School, and his B.A. from the University of California, Los Angeles. He is admitted to practice in all state and federal courts throughout California.

### Representative Matters – Class Actions

- Currently representing global retailer in multiple wage & hour class action matters.
- Successfully represented global retailer in wage & hour class action matter involving alleged off-the-clock compensable time. Obtained dismissal with prejudice.
- Successfully represented Southern California Edison in wage & hour class action matter involving alleged off-the-clock compensable time, as well as related violations of meal and rest break periods.
- Represented Smart & Final in a wage and hour case where a class of retail managers and assistant managers in California brought claims for overtime based on alleged misclassification of exempt and nonexempt employees. Planned and implemented a strategy to collect defensive declarations adverse to the class claims, then successfully marshaled these to negotiate a favorable settlement.
- Represented Smart & Final in California class action (with multiple subclasses) brought against employer-client alleging a myriad of wage and hour claims (including those pertaining to meal and rest period violations and so-called "off-the-clock" work), and seeking in excess of $100 million in purported damages and penalties. After filing multiple motions for summary adjudication, case was settled on terms favorable to the Company.
- Represented Smart & Final in a case where the plaintiff alleged his employer had improperly deducted impermissible costs from his wages, and sought class action status. Before class certification issue was decided, the case was successfully disposed on terms favorable to the employer.
- Lead counsel in nationwide FLSA collective action (together with supplemental state law class claims), alleging numerous federal and state wage and hour violations. After provisional collective action status was established, case was settled on terms very favorable to the employer.

### Patricia Kinaga – Partner

Patricia Kinaga is widely regarded for her extensive first chair jury trial work in both state and federal courts. For over 20 years, Ms. Kinaga has focused her practice on employment litigation, including class actions, representing private and public employers in high-profile cases. Her successful first chair trial experience in sensitive cases, including defending a discrimination case brought by a quadriplegic LAUSD school teacher, prosecuting a disciplinary arbitration against a police officer accused of homicide, and defending a large national clothing retailer in a Muslim religious discrimination case, has resulted in her reputation as a preeminent employment trial attorney. Her clients have included companies in the retail, manufacturing, banking, high tech, healthcare, restaurant and real estate industries, as well as non-profit corporations.

Patricia earned her J.D. from Georgetown University Law Center, her M.A. in City Planning from the University of California, Berkeley, and her B.A. from the University of California, Los Angeles. She is admitted to practice in all state and federal courts throughout California.



**Representative Experience**

- Represented film director in federal case involving copyright infringement, breach of contract, breach of covenant of good faith and fair dealing, promissory fraud, intentional interference with contractual relations, and unfair competition.
- Represented plaintiffs in property and personal injury case against homeowners and homeowner association.
- Represented corporation in suit alleging failure to pay overtime compensation, provide meal and rest periods, and maintain records; case settled during trial.
- Represented plaintiff in Federal copyright infringement case; settled shortly before trial.
- Represented employer in wrongful termination suit alleging disability discrimination and failure to accommodate; case was successfully mediated.
- Represented employer in wrongful termination suit alleging disability discrimination and failure to accommodate; case was settled following limited discovery.
- Conducted numerous workplace investigations on behalf of the water district, including allegations of retaliation and race and gender discrimination.

### David Ammons – Partner

David Ammons is a partner in the firm's commercial litigation and employment group.  David is an experienced trial attorney having first chaired 23 jury trials to verdict. As a former Deputy San Francisco City Attorney, David has handled all facets of commercial and employment claims, including several high-profile cases.  Prior to joining the San Francisco City Attorney's Office, David was an associate at Schiff Hardin, Manatt Phelps, and Baker & Hostetler LLP.  He was also an adjunct professor at Golden Gate University School of Law.

David earned his J.D. from the University of Michigan and his B.A. from the University of Southern California.

**Representative Experience**

- Lead counsel in breach of contract suit in which plaintiffs sought $2 million in damages; jury ruled 12-1 in Airport's favor.
- Prevailed in bench trial against commercial tenant resulting in six-figure damages and attorney's fees award.
- Obtained defense verdict in serious motor vehicle accident in which plaintiff sought more than $800,000 in damages.
- Obtained defense verdict personal injury suit in which the Plaintiff sought more than $1 million in damages.
- Obtained defense verdict personal injury suit in which the Plaintiff sought in excess of $1 million in damages.

### Eugene Hahm - Partner

Eugene Hahm is a partner in the intellectual property and commercial litigation practice groups. He is an experienced litigator whose practice focuses on a broad range of civil litigation and arbitration disputes, including business torts, unfair competition, antitrust, and intellectual property matters.



His substantial experience includes litigating matters in state and federal courts throughout the country at both the trial and appellate levels. Eugene is active in all phases of litigation disputes, including pre-litigation counseling, law and motion practice, complex discovery, and jury and bench trials.

In addition, Eugene has cultivated wide expertise in representing non-profit organizations and charitable foundations in trust and fiduciary litigation between fiduciaries, beneficiaries, and creditors. He has successfully handled multiple will and trust contest disputes on behalf of his charitable beneficiary clients and routinely represents corporate trustees in claims involving breaches of fiduciary duty.

Prior to joining LTL, Eugene worked at Manatt Phelps & Phillips for over 12 years where he was an associate and later a partner in the intellectual property and complex commercial litigation groups.  He is a graduate of the University of Virginia Law School.

### Representative Experience
- Successfully defended flash memory storage manufacturer in international arbitration over distributorship contract in Turkey.
- Successfully defended two Fortune 100 software companies in breach of contract and patent infringement lawsuits filed in filed in multiple federal courts.
- Represented Fortune 100 software company as plaintiff in breach of licensing agreement and copyright infringement lawsuit.
- Represented developer/licensor of ID card software in breach of licensing agreement lawsuit.
- Represented leading retailer of crafts and fabric products in trademark infringement dispute.
- Represented founders of closely-held manufacturing company in breach of fiduciary duty and corporate dissolution lawsuit filed by co-founder.
- Successfully represented telecommunications company in antitrust lawsuit regarding licenses of federally regulated radio spectrum.

### Activities
- Instructor – Trial Advocacy Clinic, Stanford Law School (2012 – present)
- Coach – Honors Moot Court External Program, Santa Clara University School of Law (2009 – 2014)
- Pro Bono Counsel – San Mateo County Legal Aid Society and Stanford Law Clinic (2009-2014)
- Mentor – Students Rising Above (non-profit organization assisting economically challenged students attend college) (2014 – present)
- Member – Edward J. McFetridge American Inn of Court (2014 – present)

### Prashanth Chennakesavan – Senior Associate
Prashanth Chennakesavan is a senior associate in the firm's complex commercial litigation practice group. He has represented clients in federal and state courts, and before arbitration panels, throughout the country in a broad range of cases, including trade secrets, antitrust, intellectual property, and other complex commercial litigation.  Prashanth has managed all stages of litigation; he has developed strategies and drafted initial complaints, prepared and responded to motions targeting the pleadings, taken and defended depositions and coordinated discovery, prepared and responded to dispositive motions, prepared examination outlines for trial, and prepared post-trial and appellate briefs.  He has also provided pre-litigation counseling to clients and successfully avoided disputes.



LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Before joining the firm, Prashanth was a litigation associate in the New York and Los Angeles offices of Quinn Emanuel Urquhart & Sullivan, LLP.

### Representative Experience
- Obtained complete dismissal with prejudice of antitrust, contract, and unfair competition claims in the District of Oregon for a nationwide radio broadcaster.
- Obtained summary judgment, and affirmance on appeal, of antitrust claim in California state court for a satellite television distributor.
- Obtained favorable settlement in a trade secrets misappropriation action in Florida state court for a roofing supply distributor.
- Successfully represented smartphone manufacturer in complex, multi-year intellectual property litigations in the Northern District of California.

### Alex Hu – Senior Associate

Alex Hu is an associate in the firm's intellectual property and complex commercial litigation groups. Alex has handled all facets of intellectual property (with particular emphasis on patent infringement cases) and commercial matters. Prior to joining LTL, Alex served two years as a law clerk to Hon. Charlene Honeywell of the United States District Court for the Middle District of Florida. He started his career as a litigation associate at Quinn Emanuel's Los Angeles office and then served as a litigation associate at Davis Polk & Wardwell's Menlo Park (Silicon Valley) office.

Alex is a graduate of Columbia Law School where he was a Harlan Fiske Scholar. He obtained his B.S. in Biological and Environmental and Mechanical Engineering from Cornell University.

### Representative Experience
- Worked on several patent lawsuits representing large telecommunications company
- Part of trial team that obtained favorable verdict for client in a commercial dispute, including an award of attorneys' fees
- Worked on a shareholder derivative lawsuit representing board of directors of Fortune 500 company

### Casey Kemper – Senior Associate

Casey Kempner is an associate with the firm's intellectual property litigation group, specializing in patent litigation. Casey has experience in all aspects of litigation and patent prosecution. He possesses a Bachelor of Science degree in Physics/Biophysics with significant experience in the biotechnology industry developing medical devices. Recently, his work has focused on patent cases involving electronics. Casey has extensive experience conducting patent infringement and validity analysis, taking and defending depositions, including technical deposition of expert witnesses, key fact witnesses, and 30(b)(6) designees. He also has extensive experience working with joint defense groups, managing local counsel, and overseeing large volume eDiscovery.

Prior to law school, Casey worked as a Scientist and Research Associate at medical device companies including PerGenix, LLC, FasTraQ, and BioSite Diagnostics. Prior to joining LTL, Casey was an Intellectual Property associate at Haynes and Boone, LLP where he worked on both patent litigation and prosecution matters. Casey is admitted to practice before the United States Patent & Trademark Office. Casey is a graduate of the University of California, Davis School of Law. He obtained his B.S. in Physics/Biophysics from the University of California, San Diego.