**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>    ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' CERTIFICATE OF SERVICE**<br><br>Judge:   Hon. Richard Seeborg |

**CERTIFICATE OF SERVICE**

I, Wendy Wagner, declare as follows:

I am over the age of eighteen years and not a party to the instant action; my business address is LTL Attorneys LLP, 300 South Grand Avenue, 14th Floor, Los Angeles, California 90071.

On January 9, 2019, I caused the document described as: Administrative Motion to File Under Seal Motion for Class Certification filed by Pumaro LLC. (Attachments: # (1) Declaration, # (2) Proposed Order, # (3) Redacted Version of Motion for Class Certification, # (4) Unredacted Version of Motion for Class Certification, # (5) Declaration, # (6) Exhibit Exh A to Dec of Ta In Support of Motion for Class Certification, # (7) Exhibit Exh B to Dec of Ta In Support of Motion for Class Certification, # (8) Exhibit Exh C to Dec of Ta In Support of Motion for Class Certification, # (9) Exhibit Exh D to Dec of Ta In Support of Motion for Class Certification, # (10) Exhibit Exh E to Dec of Ta In Support of Motion for Class Certification, # (11) Exhibit Exh F to Dec of Ta In Support of Motion for Class Certification, # (12) Exhibit Exh G to Dec of Ta In Support of Motion for Class Certification, # (13) Exhibit Exh H to Dec of Ta In Support of Motion for Class Certification, # (14) Exhibit Exh I to Dec of Ta In Support of Motion for Class Certification, # (15) Exhibit Redacted Version Exh J to Dec of Ta In Support of Motion for Class Certification, # (16) Exhibit Unredacted Version Exh J to Dec of Ta In Support of Motion for Class Certification, # (17) Exhibit Exh K to Dec of Ta In Support of Motion for Class Certification, # (18) Exhibit Exh L to Dec of Ta In Support of Motion for Class Certification, # (19) Exhibit Redacted Version Exh M to Dec of Ta In Support of Motion for Class Certification, # (20) Exhibit Unredacted Version Exh M to Dec of Ta In Support of Motion for Class Certification, # (21) Exhibit Exh N to Dec of Ta In Support of Motion for Class Certification, # (22) Exhibit Redacted Version Exh O to Dec of Ta In Support of Motion for Class Certification, # (23) Exhibit Unredacted Version Exh O to Dec of Ta In Support of Motion for Class Certification, # (24) Exhibit Exh P to Dec of Ta In Support of Motion for Class Certification, # (25) Exhibit Exh Q to Dec of Ta In Support of Motion for Class Certification, # (26) Exhibit Redacted Version Exh R to Dec of Ta In Support of Motion to be transmitted by electronic mail to the individuals set forth below:

| | |
|---|---|
| Neal A. Potischman<br>Serge A. Voronov<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California  94025<br>Telephone: (650) 752-2000<br>Facsimile:  (650) 752-2111<br>Email:  neal.potischman@davispolk.com<br>            serge.voronov@davispolk.com | Edmund Polubinski III<br>Andrew S. Gehring<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile:   (212) 701-5800<br>Email:  edmund.polubinski@davispolk.com<br>             andrew.gehring@davispolk.com |
| Patrick E. Gibbs<br>Jeffrey M. Kaban<br>David S. Houska<br>Jessie A.R. Simpson Lagoy<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Email:  pgibbs@cooley.com<br>             jkaban@cooley.com<br>             dhouska@cooley.com<br>             jsimpsonlagoy@cooley.com | Brian E. Klein<br>Scott M. Malzahn<br>Donald R. Pepperman<br>Teresa L. Huggins<br>BAKER MARQUART LLP<br>777 S. Figueroa St., Suite 2850<br>Los Angeles, CA 90017<br>Email:bklein@bakermarquart.com<br>smalzahn@bakermarquart.com<br>dpepperman@bakermarquart.com<br>thuggins@bakermarquart.com |
| Grant P. Fondo<br>GOODWIN PROCTER LLP<br>601 Marshall Street<br>Redwood City, California 94063<br>Telephone:  (650) 752-3100<br>Fax: (650) 853-1038<br>Email:  gfondo@goodwinlaw.com | Nicholas A. Reider<br>GOODWIN PROCTER LLP<br>Three Embarcardero Center<br>San Francisco, California 94111<br>Telephone:  (415) 733-6000<br>Fax: (415) 677-9041<br>Email:  nreider@goodwinlaw.com |
| Daniel P. Roeser<br>Charles A. Brown<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone:  (212) 813-8800<br>Email:  droeser@goodwinlaw.com<br>             cbrown@goodwinlaw.com | |

PLAINTIFFS' CERTIFICATE OF SERVICE