1  BAKER MARQUART LLP
   BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
2  SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com)
   DONALD R. PEPPERMAN (109809) (dpepperman@bakermarquart.com)
3  TERESA L. HUGGINS (263257) (thuggins@bakermarquart.com)
   2029 Century Park East, Suite 1600
4  Los Angeles, CA 90067
   Telephone:   (424) 652-7814
5  Facsimile:    (424) 652-7850

6  Counsel for Defendants
   DYNAMIC LEDGER SOLUTIONS, INC.,
7  KATHLEEN BREITMAN and ARTHUR BREITMAN

8

   COOLEY LLP
9  PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
   JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
10 DAVID S. HOUSKA (295918) (dhouska@cooley.com)
   JESSIE A. R. SIMPSON LAGOY (305257) (jsimpsonlagoy@cooley.com)
11 3175 Hanover Street
   Palo Alto, CA  94304-1130
12 Telephone:   (650) 843-5355
   Facsimile:    (650) 618-0387
13
   Counsel for Defendant
14 DYNAMIC LEDGER SOLUTIONS, INC.

15

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18

| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
|---|---|
|  | CLASS ACTION |
| This document relates to: | **NOTICE OF APPEARANCE OF JESSICA VALENZUELA SANTAMARIA ON BEHALF OF DEFENDANT DYNAMIC LEDGER SOLUTIONS, INC.** |
| ALL ACTIONS |  |
|  | Judge:       Hon. Richard Seeborg<br>Trial Date:  Not yet set |

196555480 v1

1  **PLEASE TAKE NOTICE** that Jessica Valenzuela Santamaria of the law firm Cooley LLP, who is registered for CM/EFC and admitted to the Northern District of California, enters her appearance as counsel of record on behalf of Dynamic Ledger Solutions, Inc. in the above-captioned matter.  Effective immediately, please add Jessica Valenzuela Santamaria as an attorney to be noticed on all matters at the following address:

> Jessica Valenzuela Santamaria
> COOLEY LLP
> 3175 Hanover Street
> Palo Alto, CA  94304-1130
> Telephone:   (650) 843-5000
> Facsimile:   (650) 849-7400
> Email: jvs@cooley.com

Dated:  January 10, 2019                                          **COOLEY LLP**


                                                            */s/ Jessica Valenzuela Santamaria*
                                                       JESSICA VALENZUELA SANTAMARIA
                                                                    (220934)

                                                       Attorneys for Defendant
                                                       DYNAMIC LEDGER SOLUTIONS, INC.,