BAKER MARQUART LLP
BRIAN E. KLEIN (258486)
(bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204)
(smalzahn@bakermarquart.com)
DONALD R. PEPPERMAN (109809)
(dpepperman@bakermarquart.com)
TERESA L. HUGGINS (263257)
(thuggins@bakermarqaurt.com)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Attorneys for Defendants
DYNAMIC LEDGER SOLUTIONS, INC.,
KATHLEEN BREITMAN AND ARTHUR
BREITMAN

COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
JESSICA VALENZUELA SANTAMARIA
(220934) (jvs@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No: 3:17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KATHLEEN BREITMAN PURSUANT TO CIVIL LOCAL RULE 79-5(e)**<br><br>Judge:   Hon. Richard Seeborg<br>Courtroom 3 |

I, Kathleen Breitman, hereby declare as follows:

1.  I am the Chief Executive Officer of Dynamic Ledger Solutions, the entity named as a defendant in this lawsuit. Unless otherwise stated I have personal knowledge of the facts contained herein and if called to testify could and would testify competently thereto.

2.  Exhibits M and W to the Declaration of Hung Ta, submitted in support of Plaintiffs' Motion for Class Certification in the above-captioned action contain my personal telephone number. Putting this number into the public record could cause me harm.

3.  I and my husband Arthur Breitman (the Chief Technology Officer of Dynamic Ledger Solutions) are well known figures in the crypto-currency and blockchain fields. There are accordingly numerous persons who, if given the opportunity, would seek to harass, embarrass, threaten, or harm us personally. While there are a wide range of possible motivations for such conduct, many malicious actors seek to target us and our associates simply for sport or to obtain fame and recognition online.

4.  My husband and I have been subjected to such harassment in the past, particularly at times when the Tezos Project or Dynamic Ledger Solutions were the subject of media attention. In the most extreme cases, people threatened to kill us or otherwise cause us physical harm. I have attached two examples of such threats, one directed at myself and the second directed at Arthur Breitman as Exhibits 1 and 2 to this declaration respectively. Additionally, I am aware that the lead plaintiff in this lawsuit Arman Anvari once posted what I took as a threat directed at me me on a public message board, writing "pretty lady,,,, please send tezos or I kill u."

5.  Based on our past experiences and my own knowledge, disclosing my personal phone number could and very likely would be used to harm us. For instance, knowing our phone numbers could be used to flood us with spam voicemails or to issue direct threats.

6.  Exhibit R contains the phone number associated with one of our associates at the Digital Currency Group ("DCG"). I understand that this is not a public number. I believe that

BAKER MARQUART LLP
777 S. FIGUEROA STREET, SUITE 2850
LOS ANGELES, CA 90017
Tel: (424) 652-7800 • Fax: (424) 652-7850

putting this number into the public record could cause harm to DCG based on their affiliation with us as our business partners and associates have been targeted in the past much as we have.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on January 14, 2019 in ____Miami, Florida____.

_____
Kathleen Breitman

BAKER MARQUART LLP
777 S. FIGUEROA STREET, SUITE 2850
LOS ANGELES, CA 90017
Tel: (424) 652-7800 • Fax: (424) 652-7850