# EXHIBIT 2





← u/CryptoKink

# You will get yours

u/CryptoKink • 7mo

Remember to always have one eye over your shoulder...

Reply to message