**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No.  17-cv-06779-RS |
| | **CLASS ACTION** |
| This document relates to: | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 187)** |
| ALL ACTIONS. | |
| | Judge:   Hon. Richard Seeborg |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, pursuant to Local Civil Rule 7-7(e), Plaintiffs Pumaro LLC and Artiom Frunze (collectively, "Plaintiffs"), by and through their undersigned attorneys, hereby withdraw their Administrative Motion to File Under Seal, filed on January 9, 2019 (Dkt. No. 187) ("Administrative Motion"). The Administrative Motion sought to file under seal certain portions of Plaintiffs' Motion for Class Certification as well as Exhibits J, M, O, R, and W to the Declaration of Hung G. Ta in support of the Motion for Class Certification, due to defendant Dynamic Ledger Solutions, Inc.'s ("DLS") designation of these documents as "Confidential" pursuant to the operative Protective Order. These documents were provisionally filed under seal at Dkt. Nos. 187-04, 187-16, 187-20, 187-23, 187-27, and 187-33, respectively. On January 14, 2019, defendant Kathleen Breitman filed a Declaration Pursuant to Civil Local Rule 79-5(e) in response to the Administrative Motion (Dkt. No. 190) ("Breitman Declaration").

Subsequent to the filing of the Administrative Motion and the Breitman Declaration, the parties met and conferred. DLS agreed to re-produce all of the documents that were the subject of the Administrative Motion with appropriate redactions so as to alleviate any confidentiality concerns. These re-produced documents thus need not be filed under seal. Plaintiffs no longer intend to rely on the versions of Exhibits J, M, O, R, and W previously filed provisionally under seal at Dkt. Nos. 187-16, 187-20, 187-23, 187-27, and 187-33, respectively, and instead intend to rely on the re-produced versions of these documents. Accordingly, Plaintiffs withdraw their Administrative Motion.

Date: January 22, 2019

LTL ATTORNEYS LLP

By: /s/ *Enoch H. Liang*
    Enoch H. Liang
    LTL ATTORNEYS LLP
    601 Gateway Boulevard, Suite 1010
    South San Francisco, California 94080
    Tel:  650-422-2130
    Fax:  213-612-3773
    enoch.liang@ltlattorneys.com

    James M. Lee
    Caleb H. Liang
    LTL ATTORNEYS LLP

|     |     |
| --- | --- |
| 1   | 300 S. Grand Ave., 14th Floor |
| 2   | Los Angeles, California 90071 |
|     | Tel:  213-612-8900 |
| 3   | Fax:  213-612-3773 |
|     | james.lee@ltlattorneys.com |
| 4   | caleb.liang@ltlattorneys.com |


1  
2  300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
3  Fax:  213-612-3773
james.lee@ltlattorneys.com
4  caleb.liang@ltlattorneys.com

5  Hung G. Ta
JooYun Kim
6  HUNG G. TA, ESQ., PLLC
250 Park Avenue, 7th Floor
7  New York, New York 10177
Tel: 646-453-7288
8  Fax: 646-453-7289
hta@hgtlaw.com
9  jooyun@hgtlaw.com

10  

11  *Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

12  

13  William R. Restis
THE RESTIS LAW FIRM, P.C.
14  402 West Broadway, Suite 1520
San Diego, CA 92101
15  Tel: 619.270.8383
william@restislaw.com

16  

17  Joseph J. DePalma
Bruce D. Greenberg
18  Jeremy Nash
LITE DEPALMA GREENBERG, LLC
19  
570 Broad Street, Suite 1201
20  Newark, NJ 07102
Tel: (973) 623-3000
21  Fax: (973) 623-0858
jdepalma@litedepalma.com
22  bgreenberg@litedepalma.com
jnash@litedepalma.com
23  

24  *Additional Counsel for the Class*

25  

26  

27  

28  

2