# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFFS' TO RE-FILE THEIR MOTION FOR CLASS CERTIFICATION** *NUNC PRO TUNC* |

Having considered Plaintiffs' Notice of Withdrawal of Motion, and good cause having been shown, the Court hereby:

DIRECTS the Clerk of the Court to strike from the Court's files, Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 187); and

ORDERS Plaintiffs to file their Motion for Class Certification, without redactions and without sealing, *nunc pro tunc*, as of January 9, 2019, the date on which the Motion for Class Certification was originally filed with Plaintiffs' Administrative Motion to File Under Seal.

**SO ORDERED**

Dated: _____        _____
                                                                                     The Honorable Richard Seeborg
                                                                                     United States District Judge