1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE TEZOS SECURITIES LITIGATION

This document relates to:

    ALL ACTIONS.

Master File No.  17-cv-06779-RS

**CLASS ACTION**

**[PROPOSED] ORDER ALLOWING PLAINTIFFS' TO RE-FILE THEIR MOTION FOR CLASS CERTIFICATION** *NUNC PRO TUNC*

    Having considered Plaintiffs' Notice of Withdrawal of Motion, and good cause having been shown, the Court hereby:

    DIRECTS the Clerk of the Court to strike from the Court's files, Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 187); and

    ORDERS Plaintiffs to file their Motion for Class Certification, without redactions and without sealing, *nunc pro tunc*, as of January 9, 2019, the date on which the Motion for Class Certification was originally filed with Plaintiffs' Administrative Motion to File Under Seal.

**SO ORDERED**

Dated:  1/24/19

The Honorable Richard Seeborg
United States District Judge