**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No.  17-cv-06779-RS |
| | **CLASS ACTION** |
| This document relates to: | **DECLARATION OF HUNG G. TA IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| ALL ACTIONS. | |
| | Date:     April 14, 2019<br>Time:    1:30 p.m.<br>Crtrm:   3<br>Judge:   Hon. Richard Seeborg |

DECLARATION OF HUNG G. TA IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
3:17-CV-06779-RS

I, Hung G. Ta, declare under penalty of perjury as follows:

1. I am the principal of the law firm Hung G. Ta, Esq. PLLC ("HGT Law"), counsel for named plaintiffs Pumaro LLC and Artiom Frunze ("Plaintiffs"). I am an active member in good standing of the bar of the State of New York and have been admitted *pro hac vice* in this matter. I submit this declaration in support of Plaintiffs' motion for class certification.

2. Attached hereto as Exhibit A is a true and correct copy of a July 24, 2017 update from the Tezos Foundation.

3. Attached hereto as Exhibit B is a true and correct copy of the Tezos Overview.

4. Attached hereto as Exhibit C is a true and correct copy of a thread on reddit.com bearing the bates range DLS00000409-DLS00000421, produced by Defendant Dynamic Ledger Solutions, Inc. ("DLS").

5. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Artiom Frunze, dated January 9, 2019.

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Pumaro LLC, dated January 9, 2019.

7. Attached hereto as Exhibit F is a true and correct copy of an article by Rebecca Campbell, entitled *Tezos Receives Funding for Smart Contract System from Polychain Capital's Digital Currency Fund*, Bitcoin Magazine (Feb. 17, 2017), available at https://bitcoinmagazine.com/articles/tezos-receives-investment-smart-contact-system-polychain-capitals-digital-currency-fund/.

8. Attached hereto as Exhibit G is a true and correct copy of an article entitled *Behind the scenes with blockchain upstart*, Tech Crunch, available at http://tcrn.ch/2tKD9P3.

9. Attached hereto as Exhibit H is a true and correct copy of an article by Gertrude Chavez-Dreyfuss, entitled *Exclusive: Billionaire investor Draper to participate in blockchain yoken sale for first time*, Reuters (May 5, 2017), available at https://www.reuters.com/article/us-tezos-blockchain-draper/exclusive-billionaire-investor-draper-to-participate-in-blockchain-token-sale-for-first-time-idUSKBN181250.

10. Attached hereto as Exhibit I is a true and correct copy of an article entitled *Tim Draper:*

*There Was Nothing Secretive About Our Purchase of Tezos*, Cointelegraph (Oct. 23, 2017), available at https://cointelegraph.com/news/tim-draper-there-was-nothing-secretive-about-our-purchase-of-tezos.

11. Attached hereto as Exhibit J is a true and correct copy of a January 10, 2017 email from Arthur Breitman bearing the bates number DLS00007715, produced by DLS.

12. Attached hereto as Exhibit K is a true and correct copy of a March 10, 2017 email from Kathleen Breitman bearing the bates number DLS00007719, produced by DLS.

13. Attached hereto as Exhibit L is a true and correct copy of a May 23, 2017 email from Kathleen Breitman bearing the bates range DLS00007231-DLS00007232, produced by DLS.

14. Attached hereto as Exhibit M is a true and correct copy of a July 1, 2017 email from Kathleen Breitman bearing the bates range DLS00007391-DLS00007397, produced by DLS.

15. Attached hereto as Exhibit N is a true and correct copy of a June 15, 2017 email from Defendants Tezos Stiftung ("Tezos Foundation").

16. Attached hereto as Exhibit O is a true and correct copy of a June 27, 2017 email from Johann Gevers of the Tezos Foundation bearing the bates range DLS00004804-DLS00004806, produced by DLS.

17. Attached hereto as Exhibit P is a true and correct copy of a July 5, 2017 update from the Tezos Foundation.

18. Attached hereto as Exhibit Q is a true and correct copy of a September 30, 2017 update from the Tezos Foundation.

19. Attached hereto as Exhibit R is a true and correct copy of a January 15, 2017 email from Arthur Breitman bearing the bates range DLS00006989-DLS00006990, produced by DLS.

20. Attached hereto as Exhibit S is a true and correct copy of a July 1, 2017 email from Arthur Breitman bearing the bates number DLS00005061, produced by DLS.

21. Attached hereto as Exhibit T is a true and correct copy of a July 2, 2017 email from Arthur Breitman bearing the bates number DLS00005395, produced by DLS.

22. Attached hereto as Exhibit U is a true and correct copy of a document entitled the *Tezos Contribution and XTZ Allocation Terms and Explanatory Notes* ("Contribution Terms").

23. Attached hereto as <u>Exhibit V</u> is a true and correct copy of a December 29, 2018 excerpt from the Tezos Block Explorer, available at https://tzscan.io/network?r=50&state=all, show the number of Tezos nodes run in the United States.

24. Attached hereto as <u>Exhibit W</u> is a true and correct copy of an April 13, 2017 email from Arthur Breitman bearing bates range DLS00007116-DLS00007124, produced by DLS.

25. Attached hereto as <u>Exhibit X</u> is a true and correct copy of the Minutes of the December 19, 2018 case management conference in the state court action, *Tezos ICO Cases*, No. CJC-18-004978, Superior Court of California, County of San Francisco.

26. Attached hereto as <u>Exhibit Y</u> is the Firm Resume for LTL Attorneys.

27. Attached hereto as <u>Exhibit Z</u> is the Attorney and Law Firm Resume for Hung G. Ta, Esq. PLLC.

I declare under penalty of perjury that the foregoing is true and correct, this 9th day of January, 2019.

*/s/ Hung G. Ta*
Hung G. Ta