# EXHIBIT K

| | |
|---|---|
| **From:** | "Kathleen Breitman" <kathleen@tezos.com> |
| **Sent:** | Fri, 10 Mar 2017 17:19:24 +0000 (UTC) |
| **To:** | "Andrew Moroz" <amoroz@gmail.com> |
| **Subject:** | QQ |

Hey Andrew,
QQ: Have you decided if you'd like to invest in the crowdsale? No hard feelings if you aren't but I have a media opportunity for you if you are.

Best,
Kathleen
--
Kathleen Breitman

**Redacted**

DLS00007719