# EXHIBIT N



**Tezos Fundraiser scheduled for July 1**
1 message

---

**Tezos Foundation** <tezos-list@tezos.com>  Thu, Jun 15, 2017 at 7:44 AM
Reply-to: Tezos Foundation <tezos-list@tezos.com>
To: pumaro@gmail.com

# Tezos Fundraiser scheduled for July 1

*This is a message from the Tezos foundation.*

The Tezos Foundation is pleased to announce that the legal structure of the Tezos Foundation, its fundraiser, and related contracts have been approved by the Swiss Foundation Supervisory Authority.

**With this regulatory stamp of approval, we are now excited to announce the official start of the Tezos fundraiser on Saturday, July 1, 2017 at 6 am UTC.** We chose this date to give everyone enough time to complete their funding arrangements.

We believe it's important to do things right and protect our contributors and users from risk, which is why we went beyond current industry practice and waited to receive official approval before accepting contributions. We expect this high level of care to serve our technology, our community, and the world as we continue to build and grow this essential infrastructure for a free and prosperous society.

**For technical information on how to participate in the Tezos fundraiser, please always refer exclusively to the Tezos website at** https://tezos.com

Contributions will open at https://tezos.com on July 1 at 6 am UTC. In addition, we have approved our broker, Bitcoin Suisse, to offer its customers participation in the Tezos fundraiser for a fee. Note that only Bitcoin Suisse and no other service has been approved to do so, and that using such a service requires you to trust the service provider with your private keys.

If you would like to contribute, only do so through our own website https://tezos.com once the fundraiser opens, or through https://www.bitcoinsuisse.ch/tezos starting today.

**No other websites are authorized to provide information on Tezos or accept contributions to the Tezos fundraiser.**

To stay updated with developments, sign up for the mailing list at https://tezos.com.

The Tezos Foundation is extremely pleased with the fantastic community that is starting to sprout around the Tezos project. The interest in the Tezos fundraiser has been electrifying. It is an amazing vote of confidence in decentralized governance and in the world class team developing the project. That interest has been matched by engineering development resulting in a testnet that has been operating for several months already and a production version that is expected to ship later this year.

Many thanks
Johann, Guido, Diego, and the Tezos Foundation team

*Note: If you intend to participate through Bitcoin Suisse rather than directly through* https://tezos.com, *bear in mind that funding arrangements can take longer than expected - in some cases, two weeks or longer. So if you want to ensure your participation, you should start the process immediately.*

[Find Out More]



Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list