# EXHIBIT T

| | |
|---|---|
| From: | "Arthur Breitman" <arthurb@tezos.com> |
| Sent: | Mon, 3 Jul 2017 04:06:36 +0000 (UTC) |
| To: | "alain.mebsout@ocamlpro.com" <alain.mebsout@ocamlpro.com>; "benjamin canou" <benjamin.canou@ocamlpro.com> |
| Subject: | Fwd: Please tezos crowdfunding help. |

One more user with missing Ethereum transaction

---------- Forwarded message ----------
From: Arthur Breitman <arthurb@tezos.com>
Date: Sun, Jul 2, 2017 at 9:05 PM
Subject: Re: Please tezos crowdfunding help.
To: 김우겸 <smal1024@naver.com>

Hello,

We had an issue with the db early on and are working on restoring it. As long as your transactions appear on the blockchain, they are safe. The outage affected only a couple hundred people out of tens of thousands, but unfortunately you are one of them, I apologize for the inconvenience.

Could you send me your public key hash and we'll look into your contribution. Once again, rest assured that this is a display issue, the Ethereum blockchain is the authoritative record for your contribution.

Best,
Arthur

On Sun, Jul 2, 2017 at 8:51 PM 김우겸 <smal1024@naver.com> wrote:

> Dear
>
> My token is not being viewed at tezos fundraiser(check.tezos.com)
>
> Sent 3 times in total: 0.1ETH, 20ETH, 1ETH
> Only 0.1ETH and 1ETH can be viewed
>
> My wallet address is
> [Redacted]
>
> Please confirm that I will send the transaction information together.
>
> **Redacted**
>
> My public key hash is sent if necessary.
>
> Thank you.

https://ci4.googleusercontent.com/proxy
https://ci3.googleusercontent.com/proxy

DLS00005395