**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Having considered Plaintiffs' Motion for Class Certification, and the supporting memorandum of law, declaration and exhibits thereto ("Motion"), and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted;

IT IS FURTHER ORDERED that the following Class proposed by Plaintiffs is certified:

> All persons and entities who, directly or indirectly, contributed Bitcoin or Ethereum to the Tezos Initial Coin Offering conducted in July 2017. Excluded from the Class are Defendants, and any person, firm, trust, corporation, or other entity related to or affiliated with any Defendant.

IT IS FURTHER ORDERED that Artiom Frunze and Pumaro LLC are appointed Class Representatives;

IT IS FURTHER ORDERED that LTL Attorneys and Hung G. Ta, Esq. PLLC are appointed Class Counsel; and

IT IS FURTHER ORDERED that the case may proceed as a class action pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3).

SO ORDERED

Dated: _____, 2019

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE