1 | **LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>    ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF HUNG G. TA IN SUPPORT OF PLAINTIFFS' MOTION TO SUBSTITUTE LEAD PLAINTIFF**<br><br>Date:     March 7, 2019<br>Time:    1:30 p.m.<br>Crtrm:   3<br>Judge:   Hon. Richard Seeborg |

---

DECLARATION OF HUNG G. TA IN SUPPORT OF MOTION TO SUBSTITUTE LEAD PLAINTIFF
3:17-CV-06779-RS

I, HUNG G. TA, declare under penalty of perjury as follows:

1. I am the principal of the law firm Hung G. Ta, Esq. PLLC ("HGT Law"), Co-Lead Counsel in this action. I am an active member in good standing of the bar of the State of New York and have been admitted *pro hac vice* in this matter. I submit this declaration in support of Plaintiffs' Motion to Substitute Lead Plaintiff.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Arman Anvari, dated January 23, 2019.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Artiom Frunze, dated January 22, 2019.

I declare under penalty of perjury that the foregoing is true and correct, this 25th day of January, 2019.

*/s/ Hung G. Ta*
Hung G. Ta