# EXHIBIT A

**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ARMAN ANVARI IN SUPPORT OF MOTION TO WITHDRAW AS LEAD PLAINTIFF**<br><br>Date:  \_\_March 7\_\_, 2019<br>Time:  1:30 p.m.<br>Crtrm:  3<br><br>Judge:  Hon. Richard Seeborg |

I, Arman Anvari, declare as follows pursuant to 28 U.S.C. § 1746:

1. On March 6, 2018, the Court appointed me as the Lead Plaintiff in this action, and my attorneys as the Co-Lead Counsel. Dkt. No. 101.

2. Since my appointment as Lead Plaintiff, I have actively participated in the litigation of this lawsuit, including:

- reviewing, commenting on and revising drafts of the Consolidated Class Action Complaint filed on April 3, 2018 (Dkt. No. 108);

- reviewing the motions to dismiss filed by the Defendants (Dkt. Nos. 117, 119, 123, 126), and commenting on and revising drafts of the opposition briefs filed by my attorneys in response to each of those motions to dismiss (Dkt. Nos. 132-135);

- engaging in substantial discovery efforts, including searching for and producing documents to Defendants in response to their document requests, and providing other discovery such as written responses to interrogatories and requests for admissions served by Defendants;

- numerous and regular meetings/communications in person and via telephone and email with my attorneys;

- involving myself in the one-day mediation between the parties that was conducted on December 14, 2018 by reviewing and commenting on the written mediation submissions and providing instructions to my attorneys during the mediation;

- approving the addition of named plaintiffs Pumaro LLC ("Pumaro") and Artiom Frunze to this lawsuit (Dkt. Nos. 183 and 186);

- causing the filing of the Motion for Class Certification on January 9, 2019 (Dkt. No. 187), which seeks the appointment of Mr. Frunze and Pumaro as Class Representatives; and

- providing input into the strategy and direction of this case generally.

3. Based on various legal arguments which Defendants intend to make, however, I believe I will not be able to adequately represent the putative Class, and have instructed my attorneys to seek my withdrawal as Lead Plaintiff. I believe that Pumaro and Mr. Frunze, if appointed as Class Representatives, will capably represent the interests of the Class.

4. Until my withdrawal, I will continue to comply with my responsibilities as Lead Plaintiff, including agreeing to make myself available for a deposition, as Defendants have requested.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.
3  Executed this 23rd day of January, 2019 in Chicago, Illinois.

Arman Anvari