**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
| | **CLASS ACTION** |
| This document relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE LEAD PLAINTIFF** |
| ALL ACTIONS. | |

Having considered Plaintiffs' Motion to Substitute Lead Plaintiff, and the supporting memorandum of points and authorities ("Motion"), and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted;

IT IS FURTHER ORDERED that Arman Anvari is allowed to withdraw as Lead Plaintiff pursuant to Fed R. Civ. P. 21; and

IT IS FURTHER ORDERED that Artiom Frunze is appointed to serve as Lead Plaintiff pursuant to 15 U.S.C. § 77z-1(a)(3)(B).

SO ORDERED

Dated: _____, 2019

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE