Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
1600 El Camino Real
Menlo Park, California 94025
Tel:  (650) 752-2000
Fax:  (650) 752-2111
neal.potischman@davispolk.com
serge.voronov@davispolk.com

Edmund Polubinski, III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
andrew.gehring@davispolk.com

*Counsel for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION** |

WHEREAS, on March 16, 2018, this Court appointed Arman Anvari lead plaintiff in this action (Dkt. No. 101);

WHEREAS, on September 6, 2018, this Court set April 24, 2019 as the hearing date for lead plaintiff's motion for class certification (Dkt. No. 165);

WHEREAS, the parties have propounded discovery requests on each other, and such discovery is ongoing;

WHEREAS, on November 21, 2018, lead plaintiff added Pumaro LLC ("Pumaro") as an additional named plaintiff (Dkt. No. 183), and defendants thereafter propounded discovery requests to Pumaro;

WHEREAS, on January 7, 2019, plaintiffs added Artiom Frunze ("Frunze") as an additional named plaintiff (Dkt. No. 186), and defendants thereafter propounded discovery requests to Frunze;

WHEREAS, on January 23, 2019, plaintiffs filed a motion for class certification, seeking the appointment of Pumaro and Frunze as class representatives (the "Class Certification Motion") (Dkt. No. 193);

WHEREAS, the current deadlines for defendants to file opposition papers and for plaintiffs to file reply papers in connection with the Class Certification Motion are, respectively, February 6, 2019 and February 13, 2019;

WHEREAS, on January 25, 2019, plaintiffs filed a motion to withdraw Anvari as lead plaintiff and to substitute Frunze as lead plaintiff (the "Substitution Motion") (Dkt. No. 196);

WHEREAS, in light of the recent addition of named plaintiffs, the proposed withdrawal of lead plaintiff Anvari, the pendency of the Substitution Motion, and the ongoing nature of discovery that the parties have served, the parties believe that it would be appropriate to continue the hearing on the Class Certification Motion and to set a briefing schedule that will allow the parties adequate time to complete relevant discovery and to brief relevant issues in advance of the hearing date; and

WHEREAS, this is the parties' first request to modify the schedule in connection with plaintiffs' Class Certification Motion;

1

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING
HEARING ON MOTION FOR CLASS CERTIFICATION – MASTER FILE NO. 17-CV-06779-RS

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by the undersigned counsel on behalf of all parties as follows:

1. Defendants shall file their opposition to the Class Certification Motion on or before May 15, 2019;
2. Plaintiffs shall file their reply in support of the Class Certification Motion on or before July 15, 2019;
3. The hearing on the Class Certification Motion shall be continued to July 31, 2019, at 1:30 p.m., or such other date as is convenient for the Court; and
4. Except as expressly set forth herein, nothing in this stipulation shall be construed as waiving any of the parties' rights, including in connection with the Substitution Motion.

2

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING
HEARING ON MOTION FOR CLASS CERTIFICATION – MASTER FILE NO. 17-CV-06779-RS

Dated: January 30, 2019

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: */s/ Neal A. Potischman*

Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: edmund.polubinski@davispolk.com
andrew.gehring@davispolk.com

Grant P. Fondo (SBN 181530)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, California 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
Email: gfondo@goodwinlaw.com

Nicholas A. Reider (SBN 296440)
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Email: nreider@goodwinlaw.com

Daniel P. Roeser (*pro hac vice*)
Charles A. Brown (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: droeser@goodwinlaw.com
cbrown@goodwinlaw.com

*Attorneys for Defendant Tezos Stiftung*

3

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION – MASTER FILE NO. 17-CV-06779-RS

Dated: January 30, 2019

LTL ATTORNEYS LLP

By: */s/ Hung G. Ta*

Enoch H. Liang
LTL ATTORNEYS LLP
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel: 650-422-2130
Fax: 213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee
Caleb H. Liang
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel: 213-612-8900
Fax: 213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

Hung G. Ta
JooYun Kim
HUNG G. TA, ESQ., PLLC
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
Fax: 646-453-7289
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

William R. Restis
THE RESTIS LAW FIRM, P.C.
550 West C Street, Suite 1760
San Diego, California 92101
Tel: 619.270.8383
william@restislaw.com

Joe J. DePalma
Bruce D. Greenberg
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
Jdepalma@litedepalma.com
bgreenberg@litedepalma.com

*Additional Counsel for the Class*

Dated: January 30, 2019                         COOLEY LLP

                                                By:   */s/ Patrick E. Gibbs*
                                                      Patrick E. Gibbs (SBN 183174)
                                                      Jessica Valenzuela Santamaria (SBN 220934)
                                                      David S. Houska (SBN 295918)
                                                      Jessie A.R. Simpson Lagoy (SBN 305257)
                                                      3175 Hanover Street
                                                      Palo Alto, CA 94304-1130
                                                      Telephone: (650) 843-5000
                                                      Facsimile:  (650) 849-7400
                                                      Email:       pgibbs@cooley.com
                                                                   jvs@cooley.com
                                                                   dhouska@cooley.com
                                                                   jsimpsonlagoy@cooley.com

                                                      *Attorneys for Defendant*
                                                      *Dynamic Ledger Solutions, Inc.*

Dated: January 30, 2019                         BAKER MARQUART LLP

                                                By:   */s/ Brian E. Klein*
                                                      Brian E. Klein (SBN 258486)
                                                      Scott M. Malzahn (SBN 229204)
                                                      Donald R. Pepperman (SBN 109809)
                                                      Teresa L. Huggins (SBN 263257)
                                                      BAKER MARQUART LLP
                                                      777 S. Figueroa St., Suite 2850
                                                      Los Angeles, CA 90017
                                                      Telephone: (424) 652-7800
                                                      Facsimile:  (424) 652-7850
                                                      Email:       bklein@bakermarquart.com
                                                                   smalzahn@bakermarquart.com
                                                                   dpepperman@bakermarquart.com
                                                                   thuggins@bakermarquart.com

                                                      *Attorneys for Defendants*
                                                      *Dynamic Ledger Solutions, Inc.,*
                                                      *Arthur Breitman, and Kathleen Breitman*

5

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING
HEARING ON MOTION FOR CLASS CERTIFICATION – MASTER FILE NO. 17-CV-06779-RS

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Neal A. Potischman hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: January 30, 2019

*/s/ Neal A. Potischman*
Neal A. Potischman

* * *

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: ____________________

HONORABLE RICHARD SEEBORG
U.S. DISTRICT JUDGE

6

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION – MASTER FILE NO. 17-CV-06779-RS