Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
1600 El Camino Real
Menlo Park, California 94025
Tel: (650) 752-2000
Fax: (650) 752-2111
neal.potischman@davispolk.com
serge.voronov@davispolk.com

Edmund Polubinski, III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
andrew.gehring@davispolk.com

*Counsel for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION** |

| | |
|---|---|
| 1 | WHEREAS, on March 16, 2018, this Court appointed Arman Anvari lead plaintiff in this |
| 2 | action (Dkt. No. 101); |
| 3 | WHEREAS, on September 6, 2018, this Court set April 24, 2019 as the hearing date for |
| 4 | lead plaintiff's motion for class certification (Dkt. No. 165); |
| 5 | WHEREAS, the parties have propounded discovery requests on each other, and such |
| 6 | discovery is ongoing; |
| 7 | WHEREAS, on November 21, 2018, lead plaintiff added Pumaro LLC ("Pumaro") as an |
| 8 | additional named plaintiff (Dkt. No. 183), and defendants thereafter propounded discovery |
| 9 | requests to Pumaro; |
| 10 | WHEREAS, on January 7, 2019, plaintiffs added Artiom Frunze ("Frunze") as an |
| 11 | additional named plaintiff (Dkt. No. 186), and defendants thereafter propounded discovery |
| 12 | requests to Frunze; |
| 13 | WHEREAS, on January 23, 2019, plaintiffs filed a motion for class certification, seeking |
| 14 | the appointment of Pumaro and Frunze as class representatives (the "Class Certification |
| 15 | Motion") (Dkt. No. 193); |
| 16 | WHEREAS, the current deadlines for defendants to file opposition papers and for |
| 17 | plaintiffs to file reply papers in connection with the Class Certification Motion are, respectively, |
| 18 | February 6, 2019 and February 13, 2019; |
| 19 | WHEREAS, on January 25, 2019, plaintiffs filed a motion to withdraw Anvari as lead |
| 20 | plaintiff and to substitute Frunze as lead plaintiff (the "Substitution Motion") (Dkt. No. 196); |
| 21 | WHEREAS, in light of the recent addition of named plaintiffs, the proposed withdrawal |
| 22 | of lead plaintiff Anvari, the pendency of the Substitution Motion, and the ongoing nature of |
| 23 | discovery that the parties have served, the parties believe that it would be appropriate to continue |
| 24 | the hearing on the Class Certification Motion and to set a briefing schedule that will allow the |
| 25 | parties adequate time to complete relevant discovery and to brief relevant issues in advance of |
| 26 | the hearing date; and |
| 27 | WHEREAS, this is the parties' first request to modify the schedule in connection with |
| 28 | plaintiffs' Class Certification Motion; |

1

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING
HEARING ON MOTION FOR CLASS CERTIFICATION – MASTER FILE NO. 17-CV-06779-RS

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by the undersigned counsel on behalf of all parties as follows:

1. Defendants shall file their opposition to the Class Certification Motion on or before May 15, 2019;
2. Plaintiffs shall file their reply in support of the Class Certification Motion on or before July 15, 2019;
3. The hearing on the Class Certification Motion shall be continued to July 31, 2019, at 1:30 p.m., or such other date as is convenient for the Court; and
4. Except as expressly set forth herein, nothing in this stipulation shall be construed as waiving any of the parties' rights, including in connection with the Substitution Motion.

2

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING
HEARING ON MOTION FOR CLASS CERTIFICATION – MASTER FILE NO. 17-CV-06779-RS

| | | |
|---|---|---|
| 1 | Dated: January 30, 2019 | Respectfully submitted,<br>DAVIS POLK & WARDWELL LLP |
| 2 | | |
| 3 | | By: */s/ Neal A. Potischman*<br>Neal A. Potischman (SBN 254862) |
| 4 | | Serge A. Voronov (SBN 298655)<br>1600 El Camino Real |
| 5 | | Menlo Park, California 94025<br>Telephone: (650) 752-2000 |
| 6 | | Facsimile: (650) 752-2111<br>Email: neal.potischman@davispolk.com |
| 7 | | serge.voronov@davispolk.com |
| 8 | | Edmund Polubinski III (*pro hac vice*)<br>Andrew S. Gehring (*pro hac vice*) |
| 9 | | DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue |
| 10 | | New York, New York 10017<br>Telephone: (212) 450-4000 |
| 11 | | Facsimile: (212) 701-5800<br>Email: edmund.polubinski@davispolk.com |
| 12 | | andrew.gehring@davispolk.com |
| 13 | | Grant P. Fondo (SBN 181530) |
| 14 | | GOODWIN PROCTER LLP<br>601 Marshall Street |
| 15 | | Redwood City, California 94063<br>Telephone: (650) 752-3100 |
| 16 | | Facsimile: (650) 853-1038<br>Email: gfondo@goodwinlaw.com |
| 17 | | |
| 18 | | Nicholas A. Reider (SBN 296440)<br>GOODWIN PROCTER LLP |
| 19 | | Three Embarcadero Center<br>San Francisco, California 94111 |
| 20 | | Telephone: (415) 733-6000<br>Facsimile: (415) 677-9041 |
| 21 | | Email: nreider@goodwinlaw.com |
| 22 | | Daniel P. Roeser (*pro hac vice*)<br>Charles A. Brown (*pro hac vice*) |
| 23 | | GOODWIN PROCTER LLP<br>620 Eighth Avenue |
| 24 | | New York, New York 10018<br>Telephone: (212) 813-8800 |
| 25 | | Facsimile: (212) 355-3333<br>Email: droeser@goodwinlaw.com |
| 26 | | cbrown@goodwinlaw.com |
| 27 | | |
| 28 | | *Attorneys for Defendant Tezos Stiftung* |

3
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING
HEARING ON MOTION FOR CLASS CERTIFICATION – MASTER FILE NO. 17-CV-06779-RS

| | | |
|---|---|---|
| 1 | Dated: January 30, 2019 | LTL ATTORNEYS LLP |
| 2 | | |
| | | By: */s/ Hung G. Ta* |
| 3 | | Enoch H. Liang |
| | | LTL ATTORNEYS LLP |
| 4 | | 601 Gateway Boulevard, Suite 1010 |
| | | South San Francisco, California 94080 |
| 5 | | Tel: 650-422-2130 |
| | | Fax: 213-612-3773 |
| 6 | | enoch.liang@ltlattorneys.com |

James M. Lee
Caleb H. Liang
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel: 213-612-8900
Fax: 213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

Hung G. Ta
JooYun Kim
HUNG G. TA, ESQ., PLLC
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
Fax: 646-453-7289
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

William R. Restis
THE RESTIS LAW FIRM, P.C.
550 West C Street, Suite 1760
San Diego, California 92101
Tel: 619.270.8383
william@restislaw.com

Joe J. DePalma
Bruce D. Greenberg
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
Jdepalma@litedepalma.com
bgreenberg@litedepalma.com

*Additional Counsel for the Class*

4

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING
HEARING ON MOTION FOR CLASS CERTIFICATION – MASTER FILE NO. 17-CV-06779-RS

| | | |
|---|---|---|
| Dated: January 30, 2019 | | COOLEY LLP |
| | By: | */s/ Patrick E. Gibbs* |
| | | Patrick E. Gibbs (SBN 183174) |
| | | Jessica Valenzuela Santamaria (SBN 220934) |
| | | David S. Houska (SBN 295918) |
| | | Jessie A.R. Simpson Lagoy (SBN 305257) |
| | | 3175 Hanover Street |
| | | Palo Alto, CA 94304-1130 |
| | | Telephone: (650) 843-5000 |
| | | Facsimile: (650) 849-7400 |
| | | Email: pgibbs@cooley.com |
| | | jvs@cooley.com |
| | | dhouska@cooley.com |
| | | jsimpsonlagoy@cooley.com |

*Attorneys for Defendant*
*Dynamic Ledger Solutions, Inc.*

| | | |
|---|---|---|
| Dated: January 30, 2019 | | BAKER MARQUART LLP |
| | By: | */s/ Brian E. Klein* |
| | | Brian E. Klein (SBN 258486) |
| | | Scott M. Malzahn (SBN 229204) |
| | | Donald R. Pepperman (SBN 109809) |
| | | Teresa L. Huggins (SBN 263257) |
| | | BAKER MARQUART LLP |
| | | 777 S. Figueroa St., Suite 2850 |
| | | Los Angeles, CA 90017 |
| | | Telephone: (424) 652-7800 |
| | | Facsimile: (424) 652-7850 |
| | | Email: bklein@bakermarquart.com |
| | | smalzahn@bakermarquart.com |
| | | dpepperman@bakermarquart.com |
| | | thuggins@bakermarquart.com |

*Attorneys for Defendants*
*Dynamic Ledger Solutions, Inc.,*
*Arthur Breitman, and Kathleen Breitman*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Neal A. Potischman hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: January 30, 2019

/s/ *Neal A. Potischman*
Neal A. Potischman

\* \* \*

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 1/31/19

HONORABLE RICHARD SEEBORG
U.S. DISTRICT JUDGE