**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE TEZOS SECURITIES LITIGATION | Master File No.  17-cv-06779-RS |
|---|---|
| | **CLASS ACTION** |
| This document relates to: | **NOTICE OF APPEARANCE OF ALEXANDER H. HU** |
| ALL ACTIONS. | Judge:   Hon. Richard Seeborg |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Alexander H. Hu of the law firm LTL Attorneys LLP, who is registered for CM/ECF and admitted to the Northern District of California, hereby appears in this action as counsel on behalf of Lead Plaintiff and the Class.  Effective immediately, please add Alexander H. Hu as an attorney to be noticed on all matters at:

Alexander H. Hu
LTL ATTORNEYS LLP
300 S. Grand Ave., Floor 14
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773
E-mail: alex.hu@ltlattorneys.com

Date: January 31, 2019                          LTL ATTORNEYS LLP

By:  /s/ *Alexander H. Hu*
    Alexander H. Hu
    James M. Lee
    Caleb H. Liang
    LTL ATTORNEYS LLP
    300 S. Grand Ave., 14th Floor
    Los Angeles, California 90071
    Tel:  213-612-8900
    Fax:  213-612-3773
    james.lee@ltlattorneys.com
    caleb.liang@ltlattorneys.com
    alex.hu@ltlattorneys.com

    Enoch H. Liang
    LTL ATTORNEYS LLP
    601 Gateway Boulevard, Suite 1010
    South San Francisco, California 94080
    Tel:   650-422-2130
    Fax:  213-612-3773
    enoch.liang@ltlattorneys.com

    Hung G. Ta
    JooYun Kim
    HUNG G. TA, ESQ., PLLC
    250 Park Avenue, 7th Floor
    New York, New York 10177
    Tel: 646-453-7288
    Fax: 646-453-7289
    hta@hgtlaw.com
    jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

William R. Restis
THE RESTIS LAW FIRM, P.C.
402 West Broadway, Suite 1520
San Diego, CA 92101
Tel: 619.270.8383
william@restislaw.com

Joseph J. DePalma
Bruce D. Greenberg
Jeremy Nash
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com
bgreenberg@litedepalma.com
jnash@litedepalma.com

*Additional Counsel for the Class*