```
 1  BAKER MARQUART LLP
    BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
 2  SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com)
    777 S. Figueroa Street, Suite 2850
 3  Los Angeles, CA 90017
    Telephone:    (424) 652-7814
 4  Facsimile:    (424) 652-7850

 5  Counsel for Defendants
    DYNAMIC LEDGER SOLUTIONS, INC.
 6  ARTHUR BREITMAN
    KATHLEEN BREITMAN
 7
    COOLEY LLP
 8  PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
    JESSICA VALENZUELA SANTAMARIA (220934)
 9  (jvs@cooley.com)
    DAVID S. HOUSKA (295918) (dhouska@cooley.com)
10  JESSIE A.R. SIMPSON LAGOY (305257)
    (jsimpsonlagoy@cooley.com)
11  3175 Hanover Street
    Palo Alto, CA  94304-1130
12  Telephone:    (650) 843-5355
    Facsimile:    (650) 618-0387
13
    Counsel for Defendant
14  DYNAMIC LEDGER SOLUTIONS, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
| | <u>CLASS ACTION</u> |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF SCOTT M. MALZAHN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SUBSTITUTE NEW LEAD PLAINTIFF**<br><br>Date: March 7, 2019<br>Time: 1:30 p.m.<br>Crtrm: 3<br>Judge:    Hon. Richard Seeborg<br>Trial Date:    Not yet set |

I, Scott M. Malzahn, hereby declare:

1. I am a member of the State Bar of California, a partner at the law of Baker Marquart LLP, and counsel for defendants Dynamic Ledger Solutions ("DLS"), Arthur Breitman and Kathleen Breitman in this action. I have personal knowledge of the following facts and, if called to testify, could and would testify competently thereto.

2. On or about August 2, 2018, my office sent a preservation demand letter to Lead Plaintiff Arman Anvari's counsel in this action, a true and correct copy of which is attached as Exhibit A.

3. Attached as Exhibit B is a true and correct copy of a social media post referenced in the letter attached as Exhibit A.

4. Attached as Exhibit C is a true and correct copy of a social media post referenced in the letter attached as Exhibit A.

5. Attached as Exhibit D is a true and correct copy of a social media post referenced in the letter attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed this 7th day of February 2019, at Sacramento, California.

By: /s/ Scott M. Malzahn
Scott M. Malzahn