# EXHIBIT B

VISIT NEW REDDIT    MY SUBREDDITS ▼   HOME   POPULAR   ALL   RANDOM   USERS   TECHNOLOGY   BITCOIN   CRYPTOCURRENCY    EDIT »

REDDIT.COM

CRYPT0HORIZON (1)

# TEZOS
## COMMENTS

**Tezos Betanet Launch**    **Developer Tools**    **Baking Guidance**

Warning: Be careful of Phishing attempts. Never give out or enter your Tezos 15 secret key words into a...

this post was submitted on 24 Oct 2017

**8** points (72% upvoted)

shortlink: https://redd.it/78bzki

an archived post. You won't be able to vote or comment.

### If anybody is looking to unload the Tezos they bought at ICO, please read this (self.tezos)

submitted 7 months ago by [deleted]

8

SUBMIT A NEW LINK

SUBMIT A NEW TEXT POST

## TEZOS

SUBSCRIBE    8,375 readers    462 users here now

Show my flair on this subreddit. It looks like:



Crypt0Horizon

If you are looking to either dispose of or reduce your exposure to Tezos, I would be interested in taking them off your hands for the price you paid for them. Now I dont think they are transerrable yet as tokens qua tokens so the only way to literally conduct a sale at this time is to enter into a valid/binding contract to either (i) agree to sell your entire stash (i.e. provide the private key / password) in exchange for payment or (ii) agree to execute the transaction when the tokens become transferrable down the road. Obviously I think (i) is preferable, assuming the amount you acquired at ICO is within the limits of what I'm looking to buy.

Happy to hear thoughts/comments from anybody on the feasibility of this and whether there are other actions/steps to be taken to properly consummate this sort of

Tezos is a new decentralized blockchain that governs itself by establishing a true digital commonwealth. It facilitates formal verification, a technique which mathematically proves the correctness of the code governing transactions and boosts the security of the most sensitive or financially weighted smart contracts.

**If your Reddit account is less than one day old, or your comment karma is less than 5, your posts will automatically be embargoed by the automoderator robot for manual approval by moderators. It is not an indication that you have been censored.**

- Official Website
- Resources
- Tezos Development Progress
- Technical questions
- Official Tezos Developer Documentation
- Fundraiser announcements
- The Deck
- Position paper
- White paper
- YouTube

DLS00008138

> transaction. But if people are genuinely interested in what I'm proposing, please send me a personal messsage. Thank you.

16 comments   share   save   hide   report   crosspost

- Twitter
- Public Moderation Log (mirror)
- r/tezostrader
- riot.im chat room
- The Michelson Language
- Getting started with Tezos
- Tezos Brainstorm Foundry
- Tezos Commons Foundation
- Tezos merchandise

created by 1DrK44np3gMKuvcGeFVv    a community for 1 year

**MESSAGE THE MODERATORS**

### all 16 comments

sorted by: **best** ▼

**MODERATORS**

[–] **AS_Empire**   5 points   7 months ago

I would also buy tokens at ico price but it's very risky when the other person has access to the private key as well.

I highly doubt anyone will sell their Tezos at ico price when the tokens are distributed.

permalink   embed   save   give gold

1DrK44np3gMKuvcGeFVv
murbard   founder
breitwoman
nucensorship
publicmodlogs
ZHZ000
TezosReddit
tezexInfo
Reviken
AS_Empire

[–] **internetkr2017**   3 points   7 months ago

I'm very interested in purchasing large amount of Tezos too, let me know anybody interested selling tokens .

permalink   embed   save   give gold

...and 8 more »

[–] **btcinsight_**   1 point   7 months ago

Hi I am selling tezos, you can contact me on PM.

permalink   embed   save   parent   give gold

**ACCOUNT ACTIVITY**

CSS via /r/Structura by /u/Cereal_Addict, /u/Abell68


[–] **btcinsight_**   1 point   7 months ago

I am looking to sell up to 80k XTZ.

In my view, your option 1 is not feasible as even if one surrenders the key, he will still be able to claim later and I guess the faster one will get the tezzies.

Option 2 is feasible if seller locks a sufficient amount of money in escrow to guarantee he will fulfill the contract later.

I also came up with this idea, which involves (minimal) foundation cooperation though: The seller signs a message with its tezos private key saying he gives up his tezos contribution in favor of a given Tezos address, and includes it in the bitcoin blockchain. Afterwards he can surrender the keys to the buyer. Once the network launches:

- If both parties behave properly, buyer claims tokens and transaction is done.
- If seller tries to claim anyway, buyer submits the seller's signed message as a proof he is the legitimate claimant.
- If both parties submit a signed message as proof (both parties can sign anything), the one with the oldest proof of inclusion is the legitimate.

permalink   embed   save   give gold

[–] [deleted] 1 point 7 months ago

i'm interested but before we go too much further, what price would you be asking for the 80k XTZ? The same price they sold for at ICO?

permalink embed save parent

[–] **btcinsight_** 1 point 7 months ago

I would sell it at ICO price (0.0002 BTC per XTZ)

permalink embed save parent give gold

[–] [deleted] 1 point 7 months ago

Sounds good. Where are you located geographically?

permalink embed save parent

[–] **btcinsight_** 1 point 7 months ago

I am located in Switzerland. We can discuss details via PM.

permalink embed save parent give gold

[–] [deleted] 1 point 7 months ago

please email me - airspeakers@gmail.com

permalink embed save parent

[–] **HarryTz** 1 point 7 months ago

I will sell 60k xtz at 85c each

permalink embed save give gold

[–] [deleted] 1 point 7 months ago

Sounds good. Where are you located geographically?

permalink embed save parent

[–] **HarryTz** 1 point 7 months ago

Australia. How can I pm you?

permalink embed save parent give gold

[–] [deleted] 1 point 7 months ago

Email me at airspeakers at gmail

permalink embed save parent

[–] **rdnkjdi** 1 point 7 months ago

I sent you a PM. I've been working with an Escrow agent to set this up. I can do 7btc using Escrow for the full sale or buy 1btc off of you at full asking price.

permalink embed save parent give gold

[–] **HarryTz** 1 point 7 months ago

New here so not sure how to do the pm can anyone tell me?

permalink embed save give gold

[–] **HarryTz** 1 point 7 months ago

Emailed you thanks

permalink embed save give gold

DLS00008140

## ABOUT

blog

about

advertising

careers

## HELP

site rules

Reddit help center

wiki

reddiquette

mod guidelines

contact us

## APPS & TOOLS

Reddit for iPhone

Reddit for Android

mobile website

<3

**reddit gold**

redditgifts

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2018 reddit inc. All rights reserved.

REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π

DLS00008141