# EXHIBIT C

# AutoAdmit

The most prestigious law school admissions discussion board in the world.

Back ▶Refresh ▶Options ★Favorite

## Tezos has yet to liquidate any of their ETH...

| Thread | Author | Date |
|---|---|---|
| All 271,000 ETH (and counting): https://etherscan.io/address... | +5% discipline | 07/05/17 |
| └ Holy shit What if they sell it all on gdax with one marke... | brave little chandler | 07/05/17 |
| └ it would be idiotic for them to keep all contributed funds i... | ,.,.,.,.,.,.,.,.,.,.,.,.,.,.,. | 07/07/17 |
|    └ Sure, but it doesn't change the fact they haven't yet transf... | +5% discipline | 07/07/17 |
| with that volume you would expect tezos to conduct a trade O... | Mr. Eeyore, Esq. | 07/05/17 |
| └ ... | ,,,:;;,;;;,;;;,;;;,;;;,;;;,;;;,;;;,;;;,;;;,;;;,;;;,;;;,;;;,;;;;; | 07/07/17 |
| ... | +5% discipline | 07/05/17 |
| What about BTC? | ,.,.,.,.,.,.,:,.:,.,,,:::,....,:,.,::.,:::, | 07/05/17 |
| └ they're probably slowly liquidating the btc. unlike with ... | rawman8 | 07/05/17 |
| Just a reminder, contributions to the Tezos' foundation's fu... | """"""""" | 07/05/17 |
| └ ... | boomerboat | 07/05/17 |
| └ ... | ,.,.,.,.,.,.,.,.,.,.,.,.,.,.,. | 07/07/17 |
| This is great news for those of us who have sold. I have ... | lawman8 | 07/05/17 |
| Anyone who claims to be interested in ETH should be followin... | lawman8 | 07/07/17 |
| └ Fuckkkkkkk | .;:..;:.:.,,,,.:.,;;;;;..; | 07/07/17 |
| Now at 308,000 ETH. Also, it's ljl that Tezos' total fund... | +5% discipline | 07/07/17 |
| └ yeah i noticed that. FUCK the breitkikes. | ,.,.,.,.,.,.,.,.,.,.,.,.,.,.,. | 07/07/17 |
| └ Those fucking scammers don't deserve Status money | .;:..;:.:.,,,,.:.,;;;;;..; | 07/07/17 |

Poast new message in this thread



---

⦿ Top ⦿ Reply ★ Favorite

**Date:** July 5th, 2017 1:30 AM
**Author:** +5% discipline

All 271,000 ETH (and counting):
https://etherscan.io/address/0xb56d622ddf60ec532b5f43b4ff9b0e7b1ff92db3

FMA whenever this "progressive selloff" occurs.

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33705256)

---

⦿ Top ⦿ Parent ⦿ Reply ★ Favorite

**Date:** July 5th, 2017 1:30 AM
**Author:** brave little chandler

Holy shit

What if they sell it all on gdax with one market order wipe out the books and your limit buys at 2 dollars each hit and u become a millionaire

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33705259)



● Top  ● Parent  ● Reply                                                                ★ Favorite

**Date:** July 7th, 2017 7:56 PM
**Author:** .,.,,,,.,,.,.,,,.,.,.,.,,,.,.,.

it would be idiotic for them to keep all contributed funds in that wallet and then start selling from it. im sure they will move the eth elsewhere and then sell on their own timeframe so that they can time their sales opportunistically.

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33725554)

● Top  ● Parent  ● Reply                                                                ★ Favorite

**Date:** July 7th, 2017 7:57 PM
**Author:** +5% discipline

Sure, but it doesn't change the fact they haven't yet transferred any ETH out, which as you say is the first step to liquidating.

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33725564)

● Top  ● Previous  ● Reply                                                              ★ Favorite

**Date:** July 5th, 2017 1:40 AM
**Author:** Mr. Eeyore, Esq. (blackbeltinboredom@gmail.com)

with that volume you would expect tezos to conduct a trade OTC rather than through an exchange

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33705315)

● Top  ● Parent  ● Reply                                                                ★ Favorite

**Date:** July 7th, 2017 8:14 PM
**Author:** ,,.,:;:.,;::.,;;,.,:;.,;:.,;:.,;;,.:;,.,;:..,;: (¡Adios, America!)

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33725675)

● Top  ● Previous  ● Reply                                                              ★ Favorite

**Date:** July 5th, 2017 2:02 PM
**Author:** +5% discipline

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33708066)

6/18/2018    Case 3:17-cv-06779-RS    Tezos has yet to liquidate any of their ETH - AutoAdmit.com    Document 201-4    Filed 02/07/19    Page 4 of 6

⦿ Top    ⦿ Previous    ⦿ Reply        ★ Favorite

**Date:** July 5th, 2017 2:03 PM
**Author:** ,.,....,..,.,.,:,.:,.,.,:::,....,:,.,.::.,:::,

What about BTC?

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33708077)

---

⦿ Top    ⦿ Parent    ⦿ Reply        ★ Favorite

**Date:** July 5th, 2017 2:04 PM
**Author:** rawman8 (*0x6c542c3a976e324ccb84d594cbc084bd57597849*)

they're probably slowly liquidating the btc.

unlike with eth, there's no single btc address they're using to collect all the contributions. so far they haven't moved any of the btc in the address i sent to the ico, but that's likely not true of all the addresses.

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33708081)

---

⦿ Top    ⦿ Previous    ⦿ Reply        ★ Favorite

**Date:** July 5th, 2017 2:21 PM
**Author:** """""""""""

Just a reminder, contributions to the Tezos' foundation's fundraiser are not "investments". The foundation will recommend allocation of tokens in the genesis block based on contributions.

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33708217)

---

⦿ Top    ⦿ Parent    ⦿ Reply        ★ Favorite

**Date:** July 5th, 2017 2:32 PM
**Author:** boomerboat

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33708326)

---

⦿ Top    ⦿ Parent    ⦿ Reply        ★ Favorite

**Date:** July 7th, 2017 7:55 PM
**Author:** .,.,.,,,,.,,.,.,,,.,.,.,.,,,.,.,.

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33725542)

http://www.autoadmit.com/thread.php?thread_id=3665986&mc=18&forum_id=2      3/5

Tezos has yet to liquidate any of their ETH - AutoAdmit.com

---

Top · Previous · Reply     ★ Favorite

**Date:** July 5th, 2017 2:38 PM
**Author:** lawman8

This is great news for those of us who have sold.

I have to expect the price to drop moderately to substantially once Tezos begins selling. I'm surprised because I figured that's why the price had already fallen.

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33708368)

---

Top · Previous · Reply     ★ Favorite

**Date:** July 7th, 2017 1:23 PM
**Author:** lawman8

Anyone who claims to be interested in ETH should be following this.

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33722574)

---

Top · Parent · Reply     ★ Favorite

**Date:** July 7th, 2017 7:59 PM
**Author:** .;...;:;.:;.,,,,.:;.;;,;;;..;;

Fuckkkkkkk

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33725578)

---

Top · Previous · Reply     ★ Favorite

**Date:** July 7th, 2017 7:54 PM
**Author:** +5% discipline

Now at 308,000 ETH.

Also, it's ljl that Tezos' total funds raised can't seem to break $215M. Every time it comes close, ETH takes another wallop that brings it back down. https://tezos.000webhostapp.com/

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33725541)

---

Top · Parent · Reply     ★ Favorite

**Date:** July 7th, 2017 7:56 PM
**Author:** .,.,.,,,.,,.,.,.,,.,.,.,.,,.,.,.

yeah i noticed that. FUCK the breitkikes.

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33725558)

---

◉ Top  ◉ Parent  ◉ Reply                                                                 ☆ Favorite

**Date:** July 7th, 2017 7:59 PM
**Author:** .;...;:;.:.;.,,,.,.:,.;;,;;;..;,

Those fucking scammers don't deserve Status money

(http://www.autoadmit.com/thread.php?thread_id=3665986&forum_id=2#33725575)