# EXHIBIT D

\

 *The most prestigious law school admissions discussion board in the world.*

Indian vows to murder Arthur and rape Kathleen if Tezos is not released

| | | |
|---|---|---|
| https://imgur.com/a/fWGus probably a more credible thre... | jared kushner | 12/28/17 |
| They are going to be in jail. Hope he has connections on the... | Everything is Flame | 12/28/17 |
| ↳ he'll be lucky if he makes it to jail tbh | jared kushner | 12/28/17 |
| ... | HoldUpHoldUpWhat | 12/28/17 |
| ↳ this is bullish | jared kushner | 12/28/17 |
| ↳ ... | HoldUpHoldUpWhat | 12/28/17 |
| ↳ ... | xo kav | 01/01/18 |
| ↳ ... | ESPRIT.wav | 03/19/18 |
| pretty lady,,,,please send tezos or i kill u | .,.,.,,.,.,.,,.,.,.,.,,.,.,. | 12/28/17 |
| ↳ this guy poasts about tezos at least 3 times a day. glad to ... | jared kushner | 12/28/17 |
| ... | jared kushner | 12/28/17 |
| ... | jared kushner | 12/29/17 |
| ... | jared kushner | 01/01/18 |
| You shouldn't scam people or fuck them over, otherwise thing... | lawman8 | 01/01/18 |
| ↳ (((Breitman))) | load bearing gash | 01/01/18 |
| ... | jared kushner | 03/19/18 |

Poast new message in this thread



---

🔘 Top   🔘 Reply                                                                                               ⭐ Favorite

**Date:** December 28th, 2017 9:56 PM
**Author:** jared kushner

https://imgur.com/a/fWGus

probably a more credible threat than any lawsuit tbh

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35030388)

---

🔘 Top   🔘 Previous   🔘 Reply                                                                                  ⭐ Favorite

**Date:** December 28th, 2017 9:57 PM
**Author:** Everything is Flame

They are going to be in jail. Hope he has connections on the inside.

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35030404)

🔵 Top   🔵 Parent   🔵 Reply                                                                        ⭐ Favorite

**Date:** December 28th, 2017 9:59 PM
**Author:** jared kushner

he'll be lucky if he makes it to jail tbh

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35030417)

🔵 Top   🔵 Previous   🔵 Reply                                                                      ⭐ Favorite

**Date:** December 28th, 2017 9:59 PM
**Author:** HoldUpHoldUpWhat

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35030419)

🔵 Top   🔵 Parent   🔵 Reply                                                                        ⭐ Favorite

**Date:** December 28th, 2017 9:59 PM
**Author:** jared kushner

this is bullish

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35030420)

🔵 Top   🔵 Parent   🔵 Reply                                                                        ⭐ Favorite

**Date:** December 28th, 2017 10:43 PM
**Author:** HoldUpHoldUpWhat

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35030802)

🔵 Top   🔵 Parent   🔵 Reply                                                                        ⭐ Favorite

**Date:** January 1st, 2018 8:51 PM
**Author:** xo kav

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35058883)

**Date:** March 19th, 2018 11:36 AM
**Author:** ESPRIT.wav (*u$po*)

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35637262)

**Date:** December 28th, 2017 9:59 PM
**Author:** .,.,.,,,.,,.,.,.,,.,.,.,.,,.,.,.

pretty lady,,,,please send tezos or i kill u

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35030421)

**Date:** December 28th, 2017 10:14 PM
**Author:** jared kushner

this guy poasts about tezos at least 3 times a day. glad to see Tommy found a pastime poast zozo

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35030546)

**Date:** December 28th, 2017 10:27 PM
**Author:** jared kushner

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35030666)

**Date:** December 29th, 2017 5:06 PM
**Author:** jared kushner

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35036750)

**Date:** January 1st, 2018 7:59 PM
**Author:** jared kushner (*Straight to the Moon!*)

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35058477)

**Date:** January 1st, 2018 8:01 PM
**Author:** lawman8

You shouldn't scam people or fuck them over, otherwise things like this will happen.

The Breitmans better hope they aren't pulling a scam.

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35058488)

**Date:** January 1st, 2018 8:44 PM
**Author:** load bearing gash

(((Breitman)))

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35058830)

**Date:** March 19th, 2018 11:34 AM
**Author:** jared kushner

(http://www.autoadmit.com/thread.php?thread_id=3842900&forum_id=2#35637251)