Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
1600 El Camino Real
Menlo Park, California 94025
Tel:  (650) 752-2000
Fax:  (650) 752-2111
neal.potischman@davispolk.com
serge.voronov@davispolk.com

Edmund Polubinski, III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
andrew.gehring@davispolk.com

*Counsel for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**DEFENDANT TEZOS STIFTUNG'S RESPONSE TO PLAINTIFFS' MOTION TO SUBSTITUTE LEAD PLAINTIFF**<br><br>Date:     March 7, 2019<br>Time:    1:30 p.m.<br>Dept.:    Courtroom 3, 17th Floor<br>Judge:   Hon. Richard Seeborg |

1   Defendant Tezos Stiftung (the "Tezos Foundation") hereby joins in the relief requested by Defendants Arthur Breitman, Kathleen Breitman, and Dynamic Ledger Solutions Inc. [Dkt. No. 201] that the Court (1) reopen the Private Securities Litigation Reform Act lead plaintiff selection process, (2) require the substitute lead plaintiff or plaintiffs to file an amended complaint that sets forth their residency, their location at the time of any contribution to the July 2017 fundraiser, and their knowledge of the Contribution Terms prior to making such contribution, permitting the defendants an opportunity to respond to such amended pleading pursuant to Federal Rule of Civil Procedure 12, and (3) deny the pending motion for class certification without prejudice.  The Tezos Foundation believes that such an approach would be most efficient for the Court and all parties.  The Tezos Foundation takes no position on which lead plaintiff or plaintiffs, or plaintiffs' counsel, the Court should appoint to prosecute this matter.

| | | |
|---|---|---|
| 1 | Dated: February 8, 2019 | DAVIS POLK & WARDWELL LLP |
| 2 | | By: */s/ Neal A. Potischman* |
| | | Neal A. Potischman (SBN 254862) |
| 3 | | Serge A. Voronov (SBN 298655) |
| 4 | | 1600 El Camino Real |
| | | Menlo Park, California  94025 |
| 5 | | Telephone: (650) 752-2000 |
| | | Facsimile:  (650) 752-2111 |
| 6 | | Email:     neal.potischman@davispolk.com |
| | | serge.voronov@davispolk.com |
| 7 | | |
| 8 | | Edmund Polubinski III (*pro hac vice*) |
| | | Andrew S. Gehring (*pro hac vice*) |
| 9 | | DAVIS POLK & WARDWELL LLP |
| | | 450 Lexington Avenue |
| 10 | | New York, New York 10017 |
| | | Telephone: (212) 450-4000 |
| 11 | | Facsimile: (212) 701-5800 |
| | | Email:     edmund.polubinski@davispolk.com |
| 12 | | andrew.gehring@davispolk.com |
| 13 | | Grant P. Fondo (SBN 181530) |
| 14 | | GOODWIN PROCTER LLP |
| | | 601 Marshall Street |
| 15 | | Redwood City, California 94063 |
| | | Telephone: (650) 752-3100 |
| 16 | | Facsimile:  (650) 853-1038 |
| | | Email:     gfondo@goodwinlaw.com |
| 17 | | |
| 18 | | Nicholas A. Reider (SBN 296440) |
| | | GOODWIN PROCTER LLP |
| 19 | | Three Embarcadero Center |
| | | San Francisco, California 94111 |
| 20 | | Telephone: (415) 733-6000 |
| | | Facsimile:  (415) 677-9041 |
| 21 | | Email:     nreider@goodwinlaw.com |
| 22 | | |
| | | Daniel P. Roeser  (*pro hac vice*) |
| 23 | | Charles A. Brown (*pro hac vice*) |
| | | GOODWIN PROCTER LLP |
| 24 | | 620 Eighth Avenue |
| | | New York, New York 10018 |
| 25 | | Telephone: (212) 813-8800 |
| | | Facsimile:  (212) 355-3333 |
| 26 | | Email:     droeser@goodwinlaw.com |
| | | cbrown@goodwinlaw.com |
| 27 | | |
| 28 | | *Attorneys for Defendant Tezos Stiftung* |