**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:  650-422-2130
Fax:  213-612-3773
enoch.liang@ltlattorneys.com

James M. Lee (SBN 192301)
Caleb H. Liang (Bar No. 261920)
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:  213-612-8900
Fax:  213-612-3773
james.lee@ltlattorneys.com
caleb.liang@ltlattorneys.com

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Lead Counsel for Court-Appointed Lead Plaintiff and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No.  17-cv-06779-RS |
| This document relates to: | **CLASS ACTION** |
| ALL ACTIONS. | **DECLARATION OF HUNG G. TA IN OPPOSITION TO TRIGON TRADING'S MOTION TO SUBSTITUTE** |
| | Date:     March 7, 2019<br>Time:     1:30 p.m.<br>Crtrm:    3<br>Judge:    Hon. Richard Seeborg |

I, HUNG G. TA, declare under penalty of perjury as follows:

1.      I am the principal of the law firm Hung G. Ta, Esq. PLLC ("HGT Law"), Co-Lead Counsel in this action.  I am an active member in good standing of the bar of the State of New York and have been admitted *pro hac vice* in this matter.  I submit this declaration in opposition to Trigon Trading's Motion to Substitute.

2.      Attached hereto as Exhibit A is a true and correct copy of the Joint Case Management Statement filed on December 14, 2018 in the *Tezos ICO Cases*, No. CJC-18-004978, Superior Court of California, San Francisco (Dkt. No. 27).

3.      Attached hereto as Exhibit B is a true and correct copy of the complaint filed on April 24, 2018 in *Trigon Trading Pty. Ltd, et. al. v. Dynamic Ledger Solutions, Inc., et al.*, No. 18CIV20145, Superior Court for the State of California, County of San Mateo (Dkt. No. 1).

4.      Attached hereto as Exhibit C is a true and correct copy of Defendants' Opposition to Plaintiffs' Request for Leave to Add Plaintiff or, in the Alternative, The City of Dearborn Heights Act 345 Police & Retirement Systems' Request to Intervene, filed on November 28, 2007 in *In re Impax Labs, Inc. Sec. Litig.*, No. C-04-4802-JW, United States District Court, Northern District of California (Dkt. No. 151).

5.      Attached hereto as Exhibit D are true and correct copies of the following, filed on December 14, 2004 in *Morgan v. AXT, Inc.*, No. C04-04362 (MJJ), United States District Court, Northern District of California:

 a. Notice of Motion and Motion for Consolidation, Appointment of Thomas O. Morgan as Lead Plaintiff and Approval of Selection of Lead Counsel and Memorandum of Points and Authorities in Support Thereof (Dkt. No. 6);

 b. Notice of Motion and Motion of the Behm Plaintiffs Group for Consolidation of Related Actions, for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Co-Lead Counsel, without accompanying exhibits (Dkt. No. 9); and

 c. Notice of Non-Opposition to Thomas O. Morgan's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, without the accompanying proposed order (Dkt. No. 12).

6.      Attached hereto as Exhibit E is a true and correct copy of the Non-Opposition to Christel Billhofer's Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead

1   Counsel, filed on January 25, 2008 in *Billhofer v. Flamel Techs, SA*, No. 07-cv-09920, United States

2   District Court, Southern District of New York (Dkt. No. 8).

3

4          I declare under penalty of perjury that the foregoing is true and correct, this 13th day of

5   February, 2019.

6

7                                                          */s/ Hung G. Ta*

8                                                          Hung G. Ta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF HUNG G. TA IN OPPOSITION TO TRIGON TRADING'S MOTION TO SUBSTITUTE
3:17-CV-06779-RS