# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHRISTEL BILLHOFER, On Behalf of Herself and All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-09920-CSH |
| Plaintiff, | : : | <u>CLASS ACTION</u> |
| vs. | : : : | NOTICE OF NON-OPPOSITION TO CHRISTEL BILLHOFER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |
| FLAMEL TECHNOLOGIES, SA, et al., | : : | |
| Defendants. | : : | |

On January 8, 2008, within 60 days of the publication of the requisite notice on November 9, 2007, class member Christel Billhofer ("Billhofer") timely filed a Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel.  No other motions were filed. Therefore, Billhofer respectfully submits this notice to inform the Court that her motion is unopposed.

As set forth in her prior submission, Billhofer: (i) timely filed her motion; (ii) has the largest financial interest in the relief sought by the class (having suffered losses of $18,289.00); and (iii) satisfies Federal Rule of Civil Procedure 23.

Accordingly, pursuant to the Private Securities Litigation Reform Act of 1995, Billhofer is the "most adequate plaintiff" to lead this litigation on behalf of the class and her selection of lead counsel should be approved.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii); *see also Fitzgerald v. Citigroup Inc.*, No. 03 Civ. 4305 (DAB), 2004 U.S. Dist. LEXIS 5066, at *12-*13 (S.D.N.Y. Mar. 26, 2004) (granting unopposed lead plaintiff motion); *Martingano v. Am. Int'l Group, Inc.*, No. 06-CV-1625 (JG) (JMA), 2006 U.S. Dist. LEXIS 47855, at *10-*11 (E.D.N.Y. July 11, 2006) (same); *In re Symbol Techs. Sec. Litig.*, No. 05-CV-3923 (DRH)(JO), 2006 U.S. Dist. LEXIS 24776 (E.D.N.Y. Apr. 26, 2006) (same).

DATED:  January 25, 2008         COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

        */s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

- 1 -

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on January 25, 2008, caused a true and correct copy of the attached:

> Notice of Non-Opposition to Christel Billhofer's Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ David A. Rosenfeld*
David A. Rosenfeld

FLAMEL

Service List - 1/7/2008    (07-0241)

Page 1 of 1

### Counsel For Defendant(s)

David F. Wertheimer
Peter J. Dennin
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
  212/918-3000
  212/918-3100(Fax)

### Counsel For Plaintiff(s)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173(Fax)