Joel A. Fleming (SBN 281264)
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
joel@blockesq.com
jake@blockesq.com

*Attorneys for Movant Trigon Trading Pty. Ltd.*

[Additional counsel listed on signature block]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Case No. 3:17-cv-06779-RS |
| This document relates to:<br><br>ALL ACTIONS | **PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION** |

Having considered Trigon Trading Party Ltd.'s ("Trigon") motion for leave to file a motion for partial reconsideration of the Court's April 8, 2019 Order On Plaintiffs' Motions to Substitute Lead Plaintiffs ("the Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;
2. Trigon is granted leave to file a motion for reconsideration of the Court's April 8, 2019 Order On Plaintiffs' Motions to Substitute Lead Plaintiffs.

IT IS SO ORDERED.

DATED:_____

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Submitted by:

**BLOCK & LEVITON LLP**

/s/ Joel Fleming
Joel A. Fleming (SBN 281264)
Jacob A. Walker (SBN 271217)
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600  phone
(617) 507-6020  fax
joel@blockesq.com
jake@blockesq.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (139304)
Michael W. Stocker (179083)
Danielle Smith (291237)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  510-725-3000
510-725-3001 (fax)
reed@hbsslaw.com
mikes@hbsslaw.com
danielles@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206-623-7292
206-623-0594 (fax)
steve@hbsslaw.com

*Counsel to Trigon Trading Pty. Ltd.*