UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Case No. 17-cv-06779-RS<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION** |

Trigon's motion for leave to file its motion for partial reconsideration (Dkt. 215) is denied.

**IT IS SO ORDERED**.

Dated: April 17, 2019

_____
RICHARD SEEBORG
United States District Judge