BAKER MARQUART LLP
BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com)
DONALD R. PEPPERMAN (109809) (dpepperman@bakermarquart.com)
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Telephone:   (424) 652-7814
Facsimile:   (424) 652-7850

Counsel for Defendants
DYNAMIC LEDGER SOLUTIONS, INC.,
ARTHUR BREITMAN AND KATHLEEN BREITMAN


COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
DAVID S. HOUSKA (295918) (dhouska@cooley.com)
JESSIE A.R. SIMPSON LAGOY (305257) (jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5355
Facsimile:   (650) 618-0387

Counsel for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
| | CLASS ACTION |
| This document relates to: | **JOINT STIPULATION AND ORDER RE PROTECTIVE ORDER** |
| ALL ACTIONS | Judge:   Hon. Richard Seeborg<br>Trial Date:   Not yet set |

Lead Plaintiff Trigon Trading Party Ltd. ("Trigon"), and Defendants Tezos Stiftung, Dynamic Ledger Solutions, Inc., Arthur Breitman, and Kathleen Breitman (collectively, "Defendants"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on October 22, 2018, the Court entered an Order granting the parties' Stipulated Protective Order (Dkt. No. 178);

WHEREAS, on January 25, 2019, former lead plaintiff Arman Anvari moved to withdraw as lead plaintiff in the present action and to substitute Artium Frunze as the new lead plaintiff (Dkt. No. 196);

WHEREAS, on January 30, 2019, Trigon moved to substitute itself as lead plaintiff in the present action (Dkt. No. 198);

WHEREAS, on March 7, 2019, the Court held a hearing on the competing motions to substitute;

WHEREAS, on April 8, 2019, the Court issued an Order granting Anvari's motion to withdraw as lead plaintiff, denying Anvari's motion to substitute Frunze as lead plaintiff, granted Trigon's motion to substitute as lead plaintiff, and appointed Block & Leviton LLP and Hung G. Ta, Esq. PLLC as co-lead counsel (Dkt. No. 213);

NOW THEREFORE THE PARTIES STIPULATE AND AGREE THAT:
Lead Plaintiff Trigon and its counsel agree to be bound by the Stipulated Protective Order in the present action (Dkt. No. 178).

**IT IS SO STIPULATED.**

Dated:  May 6, 2019         COOLEY LLP

                            By: /s/ Jessica Valenzuela Santamaria
                                Patrick E. Gibbs (183174)
                                Jessica Valenzuela Santamaria (220934)
                                David S. Houska (295918)
                                Jessie A.R. Simpson LaGoy (305257)
                                3175 Hanover Street
                                Palo Alto, CA 94304-1130
                                Telephone: (650) 843-5355
                                Facsimile: (650) 618-0387
                                Email: pgibbs@cooley.com
                                    jvs@cooley.com
                                    dhouska@cooley.com
                                    jsimpsonlagoy@cooley.com

                            *Attorneys for Defendant Dynamic Ledger Solutions, Inc.*

Dated:  May 6, 2019         BAKER MARQUART LLP

                            By: /s/ Scott M. Malzahn
                                Brian E. Klein (258486)
                                Scott M. Malzahn (229204)
                                Donald R. Pepperman (109809)
                                777 S. Figueroa Street, Suite 2850
                                Los Angeles, CA 90017
                                Telephone: (424) 652-7814
                                Facsimile: (424) 652-7850
                                Email: bklein@bakermarquart.com
                                    smalzahn@bakermarquart.com
                                    dpepperman@bakermarquart.com

                            *Attorneys for Defendants Dynamic Ledger Solutions, Inc.,
                            Kathleen Breitman, and Arthur Breitman*

**JOINT STIPULATION RE PROTECTIVE ORDER**
CASE NO.  17-cv-06779-RS

Dated: May 6, 2019     DAVIS POLK & WARDWELL LLP

By: */s/ Neal A. Potischman*
    Neal A. Potischman (SBN 254862)
    Serge A. Voronov (SBN 298655)
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone: (650) 752-2000
    Facsimile: (650) 752-2111
    Email: neal.potischman@davispolk.com
        serge.voronov@davispolk.com

    Edmund Polubinski III (pro hac vice)
    Andrew S. Gehring (pro hac vice)
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: edmund.polubinski@davispolk.com
        andrew.gehring@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

Dated: May 6, 2019     BLOCK & LEVITON LLP

By: */s/ Jacob A. Walker*
    Joel A. Fleming (281264)
    Jacob A. Walker (271217)
    260 Franklin Street, Suite 1860
    Boston, MA 02110
    Telephone: 617-398-5600
    617-507-6020 (fax)
    joel@blockesq.com
    jake@blockesq.com

*Co-Lead Counsel and Counsel to Lead Plaintiff Trigon Trading Pty. Ltd.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 6, 2019     _____
    United States District Judge

203256246

**JOINT STIPULATION RE PROTECTIVE ORDER**
**CASE NO. 17-cv-06779-RS**