UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TEZOS SECURITIES LITIGATION

Case No. 17-cv-06779-RS

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Northern District Local Rule 72-1, the Court hereby refers this discovery dispute, raised in Docket No. 219, and any further discovery disputes, to a randomly assigned Magistrate Judge for resolution.

**IT IS SO ORDERED**.

Dated: June 4, 2019

RICHARD SEEBORG
United States District Judge