**HUNG G. TA, ESQ. PLLC**
Hung G. Ta (*pro hac vice*)
JooYun Kim (*pro hac vice*)
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

**BLOCK & LEVITON LLP**
Jacob A. Walker (SBN 271217)
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: 617-398-5600
Fax: 617-507-6020
jake@blockesq.com

*Court-Appointed Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
|---|---|
| | **CLASS ACTION** |
| This document relates to:<br><br>    ALL ACTIONS. | **JOINT STATEMENT VERIFYING COMPLIANCE WITH MEET AND CONFER REQUIREMENT PRIOR TO FILING JOINT LETTER BRIEF CONCERNING DISCOVERY DISPUTE (DKT. NO. 219)**<br><br>**Honorable Sallie Kim** |

The parties submit this joint statement pursuant to the Court's Notice of Referral for Discovery (Dkt. No. 221). The parties hereby verify that they have complied with the meet and confer requirement of the Standing Order prior to filing the joint statement relating to discovery dispute that was referred by the District Court (Dkt Nos. 219, 220).

                            Respectfully Submitted,

Date: June 7, 2019                    HUNG G. TA, ESQ. PLLC

                                          By:  /s/ Hung G. Ta

                                          BLOCK & LEVITON LLP

                                          By:  /s/ Jacob A. Walker

                                          *Court-Appointed Co-Lead Counsel*

Date: June 7, 2019                    BAKER MARQUART

                                          By:  /s/ Scott M. Malzahn
                                               Scott M. Malzahn
                                          *Counsel for Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman, and Arthur Breitman*

Date: June 7, 2019                    COOLEY LLP

                                          By:  /s/ Jessica Valenzuela Santamaria
                                               Jessica Valenzuela Santamaria
                                          *Counsel for Defendant Dynamic Ledger Solutions, Inc.*

**<u>FILER'S ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, Enoch H. Liang hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Date: June 7, 2019  */s/ Enoch H. Liang*

Enoch H. Liang