
BAKER MARQUART LLP
BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com)
DONALD R. PEPPERMAN (109809) (dpepperman@bakermarquart.com)
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Counsel for Defendants
DYNAMIC LEDGER SOLUTIONS, INC.,
KATHLEEN BREITMAN and ARTHUR BREITMAN

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
DAVID S. HOUSKA (295918) (dhouska@cooley.com)
JESSIE A. R. SIMPSON LAGOY (305257) (jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5355
Facsimile:    (650) 618-0387

Counsel for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
| | CLASS ACTION |
| This document relates to: | **JOINT STIPULATION RE AMENDED PROTECTIVE ORDER** |
| ALL ACTIONS | Judge:      Hon. Richard Seeborg<br>Trial Date: Not yet set |

1.

JOINT STIPULATION RE AMENDED
PROTECTIVE ORDER
CASE NO. 17-CV-06779-RS

WHEREAS, the parties to this action originally agreed to a Stipulated Protective Order in this action on October 17, 2018 (ECF No. 177);

WHEREAS, the Court entered the Stipulated Protective Order on October 22, 2018 (ECF No. 178);

WHEREAS, the parties now wish to amend the Stipulated Protective Order to add an additional "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" designation;

IT IS HEREBY STIPULTED AND AGREED, by the undersigned counsel on behalf of all parties that the Court should enter the Proposed Amended Protective Order filed concurrently herewith. A redline showing the changes from the original Stipulated Protective Order is attached to this Stipulation as Exhibit A.

Stipulated and agreed to by:

Dated: June 21, 2019  **BAKER MARQUART LLP**

*/s/ Brian E. Klein*
Brian E. Klein (258486)

Counsel for Defendants
DYNAMIC LEDGER SOLUTIONS, INC.,
KATHLEEN BREITMAN, and ARTHUR BREITMAN

Dated: June 21, 2019  **COOLEY LLP**

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs (183174)

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.,

Dated: June 21, 2019  **DAVIS POLK & WARDWELL LLP**

*/s/ Neal A. Potischman*
Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
1600 El Camino Real

|   |   |
|---|---|
| 1 | Menlo Park, California 94025<br>Telephone: (650) 752-2000 |
| 2 | Facsimile: (650) 752-2111<br>Email: neal.potischman@davispolk.com |
| 3 | serge.voronov@davispolk.com |
| 4 | Edmund Polubinski III (pro hac vice) |
| 5 | Andrew S. Gehring (pro hac vice)<br>450 Lexington Avenue |
| 6 | New York, New York 10017<br>Telephone: (212) 450-4000 |
| 7 | Facsimile: (212) 701-5800<br>Email: edmund.polubinski@davispolk.com |
|   | andrew.gehring@davispolk.com |

Attorneys for Defendant
TEZOS STIFTUNG

Dated: June 21, 2019                **GOODWIN PROCTER LLP**

*/s/ Grant P. Fondo*
Grant P. Fondo (SBN 181530)
601 Marshall Street
Redwood City, California 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
Email: gfondo@goodwinlaw.com

Nicholas A. Reider (SBN 296440)
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Email: nreider@goodwinlaw.com

Daniel P. Roeser (*pro hac vice*)
Charles A. Brown (*pro hac vice*)
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: droeser@goodwinlaw.com
cbrown@goodwinlaw.com

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

**STIPULATION RE: AMENDED
PROTECTIVE ORDER**
CASE NO. 17-CV-06779-RS

|   |   |   |
|---|---|---|
| 1 |   | Jacob A. Walker |
| 2 |   | Joel A. Fleming (SBN 281264)<br>Jacob A. Walker (SBN 271217) |
| 3 |   | **Block & Leviton LLP**<br>260 Franklin Street, Suite 1860 |
| 4 |   | Boston, Massachusetts 02110<br>(617) 398-5600 phone |
| 5 | Dated:  June 21, 2019 | joel@blockesq.com<br>jake@blockesq.com |

*Co-Lead Counsel and Counsel to Lead Plaintiff Trigon Trading Pty. Ltd.*

/s/ Hung G. Ta

Hung G. Ta, *pro hac vice*
JooYun Kim, *pro hac vice*
**Hung G. Ta., Esq. PLLC**
250 Park Avenue, 7th Floor
New York, NY 10177
(646) 453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Co-Lead Counsel and Counsel to Plaintiffs and Proposed Plaintiffs Pumaro LLC, Artiom Frunze, Ryan Fee, and Gijs Matser*

Cooley LLP
Attorneys At Law
San Francisco

4.

STIPULATION RE: AMENDED
PROTECTIVE ORDER
Case No.  17-cv-06779-RS

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Jessica Valenzuela Santamaria, attest that concurrence in the filing of this document has been obtained from each of the other signatories. Executed on June 21, 2019 in San Francisco, California.

/s/ *Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria