Joel A. Fleming (SBN 281264)
Jacob A. Walker (SBN 271217)
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
joel@blockesq.com
jake@blockesq.com

Hung G. Ta, *pro hac vice*
JooYun Kim, *pro hac vice*
**Hung G. Ta., Esq. PLLC**
250 Park Avenue, 7th Floor
New York, NY 10177
(646) 453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
| | Class Action |
| This document relates to: | Judge: Hon. Richard Seeborg |
| ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER ADDING NEW PLAINTIFFS** |

1    WHEREAS, on April 3, 2018, Arman Anvari filed an Amended Consolidated Complaint
2  (ECF No. 108) (the "Complaint") against Dynamic Ledger Solutions, Inc. ("DLS"), Tezos Stiftung
3  ("Tezos Foundation"), Kathleen Breitman, Arthur Breitman, Timothy Cook Draper ("Draper"),
4  Draper Associates V Crypto LLC ("Draper Associates Crypto") and Bitcoin Suisse AG ("Bitcoin
5  Suisse");
6    WHEREAS, on August 7, 2018 and August 31, 2018, the Court issued orders (ECF Nos.
7  148 and 163) granting the motions to dismiss the Complaint filed by Draper, Draper Associates
8  Crypto, and Bitcoin Suisse;
9    WHEREAS, on September 14, 2018, DLS, the Tezos Foundation, Kathleen Breitman, and
10  Arthur Breitman (collectively "Defendants") filed answers (ECF Nos. 168-171) to the Complaint;
11    WHEREAS, on November 21, 2018, the Court entered a stipulation adding Pumaro LLC as
12  a named plaintiff to the Complaint (ECF No. 183);
13    WHREAS, on January 7, 2019, the Court entered a stipulation adding Artiom Frunze as a
14  named plaintiff to the Complaint (ECF No. 186);
15    WHEREAS, on April 8, 2019, the Court ordered Anvari withdrawn as Lead Plaintiff, and
16  appointed Trigon Trading Pty. Ltd. ("Trigon") as Lead Plaintiff (ECF No. 213);
17    WHEREAS, Lead Plaintiff Trigon and Defendants have agreed that additional named
18  plaintiffs may be added to the Complaint without the need to file an amended pleading or amended
19  answers by Defendants;
20    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel on behalf of
21  Lead Plaintiff Trigon and Defendants that:
22    (a) The Complaint (ECF No. 108, as amended by ECF Nos. 183, 186, and 213) is amended
23  to add Lead Plaintiff Trigon and the following allegation as paragraph 14c:

> Trigon Trading Pty. Ltd. ("Trigon") is an Australian proprietary company which invested 18.9999 Bitcoin in the Tezos ICO on or around July 3, 2017. Trigon was promised delivery of 109,249.42 Tezos tokens upon the conclusion of the Tezos ICO and the launch of the Tezos network. Trigon sold its Tezos tokens at a loss in early December 2018.

(b) Hayden Hsiung is added as an additional plaintiff and the following allegation is added to the Complaint as paragraph 14d:

> Plaintiff Hayden Hsiung is a U.S. citizen who invested 0.5 Bitcoin in the Tezos ICO on July 1, 2017.

(c) Gijs Matser is added as an additional plaintiff and the following allegation is added to the Complaint as paragraph 14e:

> Plaintiff Gijs Matser is a citizen of the Netherlands who invested 31.2 Ethereum in the Tezos ICO on July 3, 2017.

(d) Defendants, and each of them, answer paragraph 14c as follows:

> Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14c pertaining to Trigon Trading Pty. Ltd.'s alleged contribution to the Fundraiser, and on that basis deny them. Except as expressly admitted, Defendants deny each and every remaining allegation of paragraph 14c.

(e) Defendants, and each of them, answer paragraph 14d as follows:

> Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14d pertaining to Hayden Hsiung's alleged contribution to the Fundraiser, and on that basis deny them. Except as expressly admitted, Defendants deny each and every remaining allegation of paragraph 14d.

(f) Defendants, and each of them, answer paragraph 14e as follows:

> Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14e pertaining to Gijs Matser's alleged contribution to the Fundraiser, and on that basis deny them. Except as expressly admitted, Defendants deny each and every remaining allegation of paragraph 14e.

Stipulated and agreed to by:

June 21, 2019

/s/ Jacob A. Walker
Joel A. Fleming (SBN 281264)
Jacob A. Walker (SBN 271217)
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600 phone
joel@blockesq.com
jake@blockesq.com

*Co-Lead Counsel and Counsel to Lead Plaintiff Trigon Trading Pty. Ltd.*

|   |   |
|---|---|
| 1 | /s/ Hung G. Ta |
|   | Hung G. Ta, *pro hac vice* |
| 2 | JooYun Kim, *pro hac vice* |
|   | **Hung G. Ta., Esq. PLLC** |
| 3 | 250 Park Avenue, 7th Floor |
|   | New York, NY 10177 |
| 4 | (646) 453-7288 |
|   | hta@hgtlaw.com |
| 5 | jooyun@hgtlaw.com |

*Co-Lead Counsel and Counsel to Plaintiffs and Proposed Plaintiffs Pumaro LLC, Artiom Frunze, Hayden Hsiung, and Gijs Matser*

/s/ Patrick E. Gibbs
Patrick E. Gibbs (183174)
Jessica Valenzuela Santamaria (220934)
David S. Houska (295918)
Jessie A.R. Simpson LaGoy (305257)
**Cooley LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
 (650) 843-5355 phone
pgibbs@cooley.com
jvs@cooley.com
dhouska@cooley.com
jsimpsonlagoy@cooley.com

*Attorneys for Defendant Dynamic Ledger Solutions Inc.*

/s/ Brian E. Klein
Brian E. Klein (258486)
Scott M. Malzahn (229204)
Donald R. Pepperman (109809)
**Baker Marquart LLP**
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
(424) 652-7814 phone
bklein@bakermarquart.com
smalzahn@bakermarquart.com
dpepperman@bakermarquart.com

*Attorneys for Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman, and Arthur Breitman*

/s/ Neal A. Potischman
Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
**Davis Polk & Wardwell LLP**
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 phone
neal.potischman@davispolk.com
serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 phone
edmund.polubinski@davispolk.com

*Attorneys for Tezos Stiftung*

1 | SO ORDERED.

_____
June 24, 2019

_____
The Hon. Richard Seeborg
United States District Judge