# EXHIBIT B



777 South Figueroa Street
Suite 2850
Los Angeles, California 90017
424.652.7800
bakermarquart.com

WRITER'S DIRECT DIAL NO.
**(424) 652-7821**

WRITER'S EMAIL ADDRESS
**smalzahn@bakermarquart.com**

**<u>VIA EMAIL DELIVERY</u>**

June 27, 2019

Hung G. Ta
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
hta@hgtlaw.com
jooyun@hgtlaw.com

Joel Fleming
Jacob Walker
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, Massachusetts 02110
joel@blockesq.com
jake@blockesq.com

Re:     *In re Tezos Securities Litigation*
        Master File No. 17-cv-06779-RS

Dear Counsel:

Pursuant to our meet and confer call on June 20, 2019, enclosed is an updated marital communications privilege log for Kathleen and Arthur Breitman in the above-referenced action.

This log includes documents that have been withheld solely on the basis of the marital communications privilege.  We updated the log to include a subject matter description of the withheld documents.  We also removed certain documents from the earlier version of the log and will produce those documents shortly.

The document and privilege review are on-going at this time, and it is expected that this log will be supplemented at a later date.  Kathleen and Arthur Breitman expressly reserve and do not waive the right to make additions, revisions, or other changes to this privilege log or the privilege designations.

Sincerely,

Scott Malzahn
Baker Marquart LLP
*Attorneys for Kathleen and Arthur Breitman*

Enclosure

# EXHIBIT A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *In re Tezos Securities Litigation* , No. 17-cv-06779-RS (N.D. Cal.) Amended Marital Privilege Log (6/27/19) | | | | | | | | |
| Doc. No. | Date | Record Type | Author | Recipient(s) | CC(s) | BCC(s) | Subject Matter | Privilege |
| 1 | 9/11/2016 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen.breitman@gmail.com> | | | Email from Arthur to Kathleen consisting of a draft email to a third party about early backers and the fundraiser | Marital communications privilege |
| 2 | 9/11/2016 | Email | Kathleen Breitman <kathleen.breitman@gmail.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur reflecting Kathleen's comments on a draft email to a third party about early backers and the fundraiser | Marital communications privilege |
| 3 | 5/8/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur reflecting her reaction to travel-related issues | Marital communications privilege |
| 4 | 7/12/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur with details on scheduling of a call | Marital communications privilege |

| 5 | 7/12/2017 | Email_Attachment | | | | | Attachment reflecting conference call details | Marital communications privilege |
|---|---|---|---|---|---|---|---|---|
| 6 | 7/12/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re emails with third party about development opportunities | Marital communications privilege |
| 7 | 7/12/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur with details on scheduling of a call | Marital communications privilege |
| 8 | 7/12/2017 | Email_Attachment | | | | | Attachment reflecting conference call details | Marital communications privilege |
| 9 | 7/13/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re potential response to press inquiry | Marital communications privilege |
| 10 | 9/10/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re emails from third party about fundraiser and development | Marital communications privilege |
| 11 | 9/10/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re emails from third party about fundraiser and development | Marital communications privilege |
| 12 | 9/10/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur re emails from third party about fundraiser and development | Marital communications privilege |
| 13 | 10/12/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re emails about the Foundation hiring personnel | Marital communications privilege |

| 14 | 10/16/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re a draft public statement about fundraiser | Marital communications privilege |
|---|---|---|---|---|---|---|---|---|
| 15 | 10/17/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re a draft public statement about fundraiser | Marital communications privilege |
| 16 | 10/17/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re a draft public statement about fundraiser | Marital communications privilege |
| 17 | 10/17/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re a draft public statement about fundraiser | Marital communications privilege |
| 18 | 10/17/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re a draft public statement about fundraiser | Marital communications privilege |
| 19 | 10/17/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re a draft public statement about fundraiser | Marital communications privilege |
| 20 | 11/2/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re communications with a third party about community involvement | Marital communications privilege |
| 21 | 11/2/2017 | Email_Attachment | | | | | Attachment consisting of a pictorial image reflecting Arthur's reaction | Marital communications privilege |
| 22 | 11/2/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re pictorial image sent by him | Marital communications privilege |
| 23 | 11/15/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a response to an inquiry re allocation of tokens | Marital communications privilege |
| 24 | 4/7/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re budget | Marital communications privilege |

| 25 | 4/7/2017 | Email_Attachment | | | | Attachment reflecting budget | Marital communications privilege |
|---|---|---|---|---|---|---|---|
| 26 | 4/10/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen re emails about development of Tezos website | Marital communications privilege |
| 27 | 4/10/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen re website content | Marital communications privilege |
| 28 | 4/10/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen re website content | Marital communications privilege |
| 29 | 4/24/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur re website content | Marital communications privilege |
| 30 | 4/24/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur reflecting reaction to feedback from a meeting with a third party | Marital communications privilege |
| 31 | 4/24/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen reflecting reaction to feedback from a meeting with a third party | Marital communications privilege |
| 32 | 4/24/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | Email from Kathleen to Arthur reflecting reaction to feedback from a meeting with a third party | Marital communications privilege |
| 33 | 4/24/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | Email from Kathleen to Arthur reflecting reaction to feedback from a meeting with a third party | Marital communications privilege |
| 34 | 4/24/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen reflecting reaction to feedback from a meeting with a third party | Marital communications privilege |
| 35 | 4/24/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | Email from Kathleen to Arthur reflecting reaction to feedback from a meeting with a third party | Marital communications privilege |

| 36 | 4/24/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen reflecting reaction to feedback from a meeting with a third party | Marital communications privilege |
|----|-----------|-------|-------------------------------------|----------------------------------------|---|---|---|---|
| 37 | 4/25/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re email about meeting with Timothy Draper | Marital communications privilege |
| 38 | 4/25/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re email about meeting with Timothy Draper | Marital communications privilege |
| 39 | 4/25/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to Timothy Draper | Marital communications privilege |
| 40 | 4/25/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to Timothy Draper | Marital communications privilege |
| 41 | 4/25/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing draft email to Timothy Draper | Marital communications privilege |
| 42 | 4/25/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to Timothy Draper | Marital communications privilege |
| 43 | 4/27/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to Timothy Draper | Marital communications privilege |
| 44 | 4/27/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re email response from Timothy Draper | Marital communications privilege |
| 45 | 4/27/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing draft email to Timothy Draper | Marital communications privilege |
| 46 | 4/28/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing draft email to Timothy Draper | Marital communications privilege |

| 47 | 4/28/2017 | . | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing draft email to Timothy Draper | Marital communications privilege |
|----|-----------|---|----------------------------------------|-------------------------------------|---|---|--------------------------------------------------------------------------|----------------------------------|
| 48 | 4/28/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing draft email to Timothy Draper | Marital communications privilege |
| 49 | 4/30/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re a powerpoint in draft form | Marital communications privilege |
| 50 | 4/30/2017 | Email_Attachment | | | | | Attachment reflecting a powerpoint in draft form | Marital communications privilege |
| 51 | 4/30/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen with edits and comments to powerpoint in draft form | Marital communications privilege |
| 52 | 5/1/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing draft email to Billy Draper | Marital communications privilege |
| 53 | 5/1/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re edits to website design | Marital communications privilege |
| 54 | 5/1/2017 | Email_Attachment | | | | | Attachment reflecting draft of website design | Marital communications privilege |
| 55 | 5/1/2017 | Email_Attachment | | | | | Attachment reflecting draft of website design | Marital communications privilege |
| 56 | 5/1/2017 | Email_Attachment | | | | | Attachment reflecting draft of website design | Marital communications privilege |
| 57 | 5/1/2017 | Email_Attachment | | | | | Attachment reflecting draft of website design | Marital communications privilege |

| 58 | 5/1/2017 | Email_Attachment | | | | | Attachment reflecting draft of website design | Marital communications privilege |
|----|----------|------------------|---|---|---|---|--------------------------------------------|----------------------------------|
| 59 | 5/1/2017 | Email_Attachment | | | | | Attachment reflecting draft of website design | Marital communications privilege |
| 60 | 5/1/2017 | Email | "Kathleen McCaffrey" <kathleen.mccaffrey@gmail.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re communications with third party about fundraiser | Marital communications privilege |
| 61 | 5/1/2017 | Email | Arthur Breitman <arthurb@tezos.com> | "Kathleen McCaffrey" <kathleen.mccaffrey@gmail.com> | | | Email from Arthur to Kathleen reflecting reaction to communications with third party about fundraiser | Marital communications privilege |
| 62 | 5/1/2017 | Email | "Kathleen McCaffrey" <kathleen.mccaffrey@gmail.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur reflecting reaction to communications with third party about fundraiser | Marital communications privilege |
| 63 | 5/1/2017 | Email | Arthur Breitman <arthurb@tezos.com> | "Kathleen McCaffrey" <kathleen.mccaffrey@gmail.com> | | | Email from Arthur to Kathleen reflecting reaction to communications with third party about fundraiser | Marital communications privilege |
| 64 | 5/1/2017 | Email | "Kathleen McCaffrey" <kathleen.mccaffrey@gmail.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur reflecting reaction to communications with third party about fundraiser | Marital communications privilege |
| 65 | 5/1/2017 | Email | Arthur Breitman <arthurb@tezos.com> | "Kathleen McCaffrey" <kathleen.mccaffrey@gmail.com> | | | Email from Arthur to Kathleen reflecting reaction to communications with third party about fundraiser | Marital communications privilege |
| 66 | 5/1/2017 | Email | "Kathleen McCaffrey" <kathleen.mccaffrey@gmail.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur re draft response to third party about fundraiser | Marital communications privilege |

| 67 | 5/1/2017 | Email | Arthur Breitman <arthurb@tezos.com> | "Kathleen McCaffrey" <kathleen.mccaffrey@gmail.com> | | | Email from Arthur to Kathleen re draft response to third party about fundraiser | Marital communications privilege |
|---|---|---|---|---|---|---|---|---|
| 68 | 5/2/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to Timothy Draper | Marital communications privilege |
| 69 | 5/2/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to Timothy Draper | Marital communications privilege |
| 70 | 5/4/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft of the website design | Marital communications privilege |
| 71 | 5/5/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to early backers about fundraiser | Marital communications privilege |
| 72 | 5/5/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to early backers about fundraiser | Marital communications privilege |
| 73 | 5/5/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to early backers about fundraiser | Marital communications privilege |
| 74 | 5/5/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to early backers about fundraiser | Marital communications privilege |
| 75 | 5/5/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to early backers about fundraiser | Marital communications privilege |
| 76 | 5/5/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to early backers about fundraiser | Marital communications privilege |
| 77 | 5/5/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to early backers about fundraiser | Marital communications privilege |

| 78 | 5/5/2017 | Email_Attachment | | | | Attachment reflecting draft of information to be sent to early backers about fundraiser | Marital communications privilege |
|---|---|---|---|---|---|---|---|
| 79 | 5/5/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen discussing a draft email to early backers about fundraiser | Marital communications privilege |
| 80 | 5/8/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur reflecting reaction to travel complications | Marital communications privilege |
| 81 | 5/18/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur discussing a draft email to Timothy Draper | Marital communications privilege |
| 82 | 5/18/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen discussing a draft email to Timothy Draper | Marital communications privilege |
| 83 | 5/20/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen discussing a draft email about appearing on a show | Marital communications privilege |
| 84 | 6/29/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur reflecting reaction to email from early backer | Marital communications privilege |
| 85 | 7/7/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur re email about a published article | Marital communications privilege |
| 86 | 7/7/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur re email about a  third party potentially participating in fundraiser | Marital communications privilege |
| 87 | 7/16/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen sharing messages with a third party | Marital communications privilege |
| 88 | 7/18/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur re a potential response to press inquiry | Marital communications privilege |

| 89 | 7/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re a press inquiry | Marital communications privilege |
|---|---|---|---|---|---|---|---|---|
| 90 | 7/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re press inquiry | Marital communications privilege |
| 91 | 7/20/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a potential response to press inquiry | Marital communications privilege |
| 92 | 7/26/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to a contributor to the fundraiser | Marital communications privilege |
| 93 | 8/3/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re email about a published website article | Marital communications privilege |
| 94 | 8/7/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing email about the Foundation's branding | Marital communications privilege |
| 95 | 8/7/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing email about the Foundation's branding | Marital communications privilege |
| 96 | 8/10/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re email from early backer | Marital communications privilege |
| 97 | 8/10/2017 | Email_Atta chment | | | | | Attachment to inquiry | Marital communications privilege |
| 98 | 8/14/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur about potential website article | Marital communications privilege |
| 99 | 8/14/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen about potential website article | Marital communications privilege |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100 | 8/16/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing potential response to inquiry from third party developer | Marital communications privilege |
| 101 | 8/19/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re emails about technology expertise | Marital communications privilege |
| 102 | 8/28/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re emails about potential presentation on Tezos | Marital communications privilege |
| 103 | 9/11/2016 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen.breitman@gmail.com> | | | Email from Arthur to Kathleen re a draft email to potential early backer | Marital communications privilege |
| 104 | 9/11/2016 | Email | Kathleen Breitman <kathleen.breitman@gmail.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to potential early backer | Marital communications privilege |
| 105 | 10/29/2016 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to an advisor | Marital communications privilege |
| 106 | 1/2/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re draft email to third party about potential presentations on Tezos | Marital communications privilege |
| 107 | 1/2/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re draft email to third party about potential presentations on Tezos | Marital communications privilege |
| 108 | 1/10/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re draft email to third party about fundraiser | Marital communications privilege |
| 109 | 1/17/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing draft powerpoint presentation slides | Marital communications privilege |
| 110 | 1/17/2017 | Email_Attachment | | | | | Attachment reflecting draft of powerpoint slides for presentation | Marital communications privilege |

| 111 | 1/17/2017 | Email_Attachment | | | | Attachment reflecting draft of powerpoint slides for presentation | Marital communications privilege |
|---|---|---|---|---|---|---|---|
| 112 | 1/17/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur reflecting reaction to draft powerpoint slides for presentation | Marital communications privilege |
| 113 | 1/17/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen discussing draft of powerpoint slides for presentation | Marital communications privilege |
| 114 | 1/17/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | Email from Kathleen to Arthur discussing draft of powerpoint slides for presentation | Marital communications privilege |
| 115 | 1/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 116 | 1/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 117 | 1/20/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen discussing a draft public statement | Marital communications privilege |
| 118 | 1/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 119 | 1/20/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen discussing a draft public statement | Marital communications privilege |
| 120 | 1/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 121 | 1/20/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen discussing a draft public statement | Marital communications privilege |

| 122 | 1/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
|---|---|---|---|---|---|---|---|---|
| 123 | 1/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 124 | 1/20/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft public statement | Marital communications privilege |
| 125 | 1/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 126 | 1/20/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft public statement | Marital communications privilege |
| 127 | 1/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 128 | 1/20/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft public statement | Marital communications privilege |
| 129 | 1/20/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 130 | 1/20/2017 | Email_Attachment | | | | | Attachment reflecting a draft public statement | Marital communications privilege |
| 131 | 1/27/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur about a press inquiry | Marital communications privilege |
| 132 | 2/1/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re agreement with a third party | Marital communications privilege |

| 133 | 2/1/2017 | Email_Attachment | | | | Attachment reflecting agreement with third party relating to publication of article | Marital communications privilege |
|---|---|---|---|---|---|---|---|
| 134 | 2/4/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 135 | 2/4/2017 | Email | | | | Attachment image reflecting Kathleen's reaction to draft public statement | Marital communications privilege |
| 136 | 2/5/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Kathleen to Arthur re email with potential third party contributor | Marital communications privilege |
| 137 | 2/6/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur re a draft email invitation about a Tezos event | Marital communications privilege |
| 138 | 2/6/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen discussing a draft email to potential contributor | Marital communications privilege |
| 139 | 2/7/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen discussing a draft email to potential contributor | Marital communications privilege |
| 140 | 2/7/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | Email from Kathleen to Arthur discussing a draft email to potential contributor | Marital communications privilege |
| 141 | 2/7/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur re press coverage | Marital communications privilege |
| 142 | 2/10/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | Email from Kathleen to Arthur discussing a draft email update to early backers | Marital communications privilege |
| 143 | 2/10/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | Email from Arthur to Kathleen discussing a draft email update to early backers | Marital communications privilege |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 144 | 2/10/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email update to early backers | Marital communications privilege |
| 145 | 2/10/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email update to early backers | Marital communications privilege |
| 146 | 2/10/2017 | Email_Attachment | | | | | Attachment reflecting informational update to early backers in draft form | Marital communications privilege |
| 147 | 2/10/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur reflecting draft responses to inquiries from a potential contributor | Marital communications privilege |
| 148 | 2/12/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re a podcast interview | Marital communications privilege |
| 149 | 2/16/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 150 | 2/17/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to a potential early backer | Marital communications privilege |
| 151 | 2/17/2017 | Email_Attachment | | | | | Attachment reflecting draft agreement for early backer | Marital communications privilege |
| 152 | 2/17/2017 | Email_Attachment | | | | | Attachment reflecting project information | Marital communications privilege |
| 153 | 2/17/2017 | Email_Attachment | | | | | Attachment reflecting project information | Marital communications privilege |
| 154 | 2/17/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to a potential early backer | Marital communications privilege |

| 155 | 2/21/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft statement for newsletter | Marital communications privilege |
|---|---|---|---|---|---|---|---|---|
| 156 | 2/27/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft public statement | Marital communications privilege |
| 157 | 2/27/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft public statement | Marital communications privilege |
| 158 | 2/27/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 159 | 2/28/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re email about potential press coverage and public statements | Marital communications privilege |
| 160 | 3/1/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to potential early backer or advisor | Marital communications privilege |
| 161 | 3/1/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to a potential early backer or advisor | Marital communications privilege |
| 162 | 3/2/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to a potential early backer or advisor | Marital communications privilege |
| 163 | 3/2/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to a potential early backer or advisor | Marital communications privilege |
| 164 | 3/2/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to a potential early backer or advisor | Marital communications privilege |
| 165 | 3/2/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to a potential early backer or advisor | Marital communications privilege |

| 166 | 3/2/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email to a potential early backer or advisor | Marital communications privilege |
|---|---|---|---|---|---|---|---|---|
| 167 | 3/2/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft email to a potential early backer or advisor | Marital communications privilege |
| 168 | 3/5/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 169 | 3/23/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re email about press coverage | Marital communications privilege |
| 170 | 3/23/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re response to a press inquiry | Marital communications privilege |
| 171 | 3/24/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re draft email in response to a press inquiry | Marital communications privilege |
| 172 | 3/27/2017 | › | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re email about a response to a press inquiry | Marital communications privilege |
| 173 | 3/27/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re email about a published article | Marital communications privilege |
| 174 | 3/29/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re email from third party about website | Marital communications privilege |
| 175 | 3/29/2017 | Email_Attachment | | | | | Attachment reflecting draft of content on website | Marital communications privilege |
| 176 | 3/29/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re information in draft form for a possible public posting | Marital communications privilege |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 177 | 3/29/2017 | Email_Attachment | | | | | Attachment reflecting information in draft form for possible public posting | Marital communications privilege |
| 178 | 3/29/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft public statement | Marital communications privilege |
| 179 | 3/29/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft public statement | Marital communications privilege |
| 180 | 3/29/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen to Arthur discussing a draft public statement | Marital communications privilege |
| 181 | 3/31/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Kathleen and Arthur re submission from third party | Marital communications privilege |
| 182 | 4/2/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re a draft public statement | Marital communications privilege |
| 183 | 4/2/2017 | Email_Attachment | | | | | Attachment reflecting information in draft form for possible public statement | Marital communications privilege |
| 184 | 4/2/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re a draft public statement | Marital communications privilege |
| 185 | 4/2/2017 | Email_Attachment | | | | | Attachment reflecting information in draft form for possible public statement | Marital communications privilege |
| 186 | 4/13/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen re message from potential contributor and a draft response | Marital communications privilege |
| 187 | 4/13/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <arthurb@tezos.com> | | | Email from Kathleen and Arthur discussing message from potential contributor and a draft response | Marital communications privilege |

| 188 | 4/13/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing message from potential contributor and a draft response | Marital communications privilege |
|---|---|---|---|---|---|---|---|---|
| 189 | 4/14/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing draft email to early backer | Marital communications privilege |
| 190 | 4/14/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur discussing networking opportunities | Marital communications privilege |
| 191 | 4/14/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing networking opportunities | Marital communications privilege |
| 192 | 11/1/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments on a shared document re Foundation | Marital communications privilege |
| 193 | 5/16/2017 | Email | Arthur Breitman <arthurb@tezos.com> | Kathleen Breitman <kathleen@tezos.com> | | | Email from Arthur to Kathleen discussing a draft email update to early backers | Marital communications privilege |
| 194 | 6/6/2017 | Email | Kathleen Breitman <kathleen@tezos.com> | Arthur Breitman <ArthurB@tezos.com> | | | Email from Kathleen to Arthur re email inquiry from financial institution | Marital communications privilege |
| 195 | 6/6/2017 | Email_Attachment | | | | | Attachment provided by financial institution | Marital communications privilege |
| 196 | 6/6/2017 | Email_Attachment | | | | | Attachment provided by financial institution | Marital communications privilege |
| 197 | 6/6/2017 | Email_Attachment | | | | | Attachment provided by financial institution | Marital communications privilege |

| 198 | 6/6/2017 | Email_Attachment | | | | Attachment provided by financial institution | Marital communications privilege |
| 199 | 6/6/2017 | Email_Attachment | | | | Attachment provided by financial institution | Marital communications privilege |
| 200 | 8/10/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the technology | Marital communications privilege |
| 201 | 9/5/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the technology | Marital communications privilege |
| 202 | 9/30/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about press issues | Marital communications privilege |
| 203 | 1/16/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the technology | Marital communications privilege |

| 204 | 2/12/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the technology | Marital communications privilege |
| 205 | 2/13/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the technology | Marital communications privilege |
| 206 | 2/17/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the technology | Marital communications privilege |
| 207 | 2/17/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the technology | Marital communications privilege |

| 208 | 2/17/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 209 | 3/3/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 210 | 3/9/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 211 | 3/9/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the technology | Marital communications privilege |

| 212 | 3/9/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the technology | Marital communications privilege |
| 213 | 3/19/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 214 | 3/19/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 215 | 3/19/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |

| 216 | 3/19/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 217 | 3/19/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the fundraiser | Marital communications privilege |
| 218 | 3/20/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the fundraiser | Marital communications privilege |
| 219 | 3/20/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |

| 220 | 3/20/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 221 | 3/31/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 222 | 4/1/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 223 | 4/1/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |

| 224 | 4/1/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
|---|---|---|---|---|---|---|---|---|
| 225 | 4/1/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 226 | 4/1/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 227 | 4/1/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |

| 228 | 4/6/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 229 | 4/6/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Arthur's edits and comments to Kathleen on a shared document in draft form about the fundraiser | Marital communications privilege |
| 230 | 4/6/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the fundraiser | Marital communications privilege |
| 231 | 4/6/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the fundraiser | Marital communications privilege |

| 232 | 4/13/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the fundraiser | Marital communications privilege |
| 233 | 4/13/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the fundraiser | Marital communications privilege |
| 234 | 4/13/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the fundraiser | Marital communications privilege |
| 235 | 4/13/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the fundraiser | Marital communications privilege |

| 236 | 4/13/2017 | Email | "Arthur Breitman (Google Docs)" <d+MTEyMDM2NjA3NzMxODk5NTExNTQ5-MTA2OTYzODkxNjQ4NjI5OTUxMDk0@docs.google.com> | Kathleen Breitman kathleen@tezos.com | | | Automatic notification reflecting Kathleen and Arthur's edits and comments to each other on a shared document in draft form about the fundraiser | Marital communications privilege |