**HUNG G. TA, ESQ. PLLC**
Hung G. Ta (*pro hac vice*)
JooYun Kim (*pro hac vice*)
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

**BLOCK & LEVITON LLP**
Jacob A. Walker (SBN 271217)
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: 617-398-5600
Fax: 617-507-6020
jake@blockesq.com

*Court-Appointed Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO THE DECLARATIONS OF ARTHUR BREITMAN AND KATHLEEN BREITMAN CONCERNING ASSERTION OF MARITAL COMMUNICATIONS PRIVILEGE**<br><br>[*Proposed Order and Declaration of Hung G. Ta filed concurrently herewith*]<br><br>Judge:     Hon. Sallie Kim<br>Trial Date:  Not Yet Set |

Pursuant to Civil Local Rule 7-11, Plaintiffs hereby submit this administrative motion ("Administrative Motion") for an order permitting Plaintiffs to file a response to the declarations of Arthur Breitman and Kathleen Breitman concerning the assertion of the marital communications privilege. *See* Dkt. Nos. 233 ("AB Decl."); 234 ("KB Decl.") (collectively, the "Declarations").

The basis of this Administrative Motion is that the Declarations raise numerous unanswered questions concerning the alleged confidentiality of the communications exchanged by the Breitmans using their work email addresses. Among other things:

- The Declarations state that the Breitmans were the only directors, officers, or employees of DLS, and that DLS was a "two-person operation." *See* AB Decl. ¶¶ 4, 7; KB Decl. ¶¶ 4, 7. However, DLS's document production reveals that a number of other individuals possessed or otherwise had access to "@tezos.com" email addresses, including but not limited to: "Ross Kenyon," listed next to the "support@tezos.com" email address; Charlie Wiser, with an email address charlie.wiser@tezos.com, and Alison Mangiero, with an email address alison.mangiero@tezos.com.

- The Declarations state that the Chief Security Officer of a *third-party* organization, the Tezos Foundation, had access to the Breitmans' DLS email accounts. *See* AB Decl. ¶ 5, KB Decl. ¶ 5.

- Arthur Breitman's declaration states that there is an alleged agreement with the Tezos Foundation not to access his or Kathleen Breitman's emails, but fails to attach any documentary evidence of such agreement. *See* AB Decl. ¶ 5.

Plaintiffs believe that they should be given a fair opportunity to respond to the Declarations and address the above, as well as other, issues raised by the conclusory statements set forth therein. Plaintiffs believe these issues are highly relevant to the determination of whether the Breitmans' work email communications were confidential. Accordingly, Plaintiffs respectfully request that the Court grant them permission to file a response no longer than 5 pages within 5 days of the issuance of its order.

As set forth in the accompanying declaration of Hung G. Ta, Plaintiffs could not obtain a stipulation concerning this administrative motion because the Court's order permitting the Breitmans

to submit the Declarations (Dkt. No. 232) does not afford Plaintiffs an opportunity to respond and no other rule or statute otherwise permits a response.

Respectfully Submitted,

Date: July 25, 2019                             HUNG G. TA, ESQ. PLLC

By: */s/ Hung G. Ta*

*Court-Appointed Co-Lead Counsel*

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, Enoch H. Liang hereby attests that concurrence in the filing of the documents has been obtained from the signatories above.

Date: July 25, 2019                             By: */s/ Enoch H. Liang*
                                                Enoch H. Liang