**HUNG G. TA, ESQ. PLLC**
Hung G. Ta (*pro hac vice*)
JooYun Kim (*pro hac vice*)
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

**BLOCK & LEVITON LLP**
Jacob A. Walker (SBN 271217)
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: 617-398-5600
Fax: 617-507-6020
jake@blockesq.com

*Court-Appointed Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF HUNG G. TA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO THE DECLARATIONS OF ARTHUR BREITMAN AND KATHLEEN BREITMAN CONCERNING ASSERTION OF MARITAL COMMUNICATIONS PRIVILEGE**<br><br>Judge:   Hon. Sallie Kim |

I, HUNG G. TA, declare under penalty of perjury as follows:

1. I am the principal of the law firm Hung G. Ta, Esq. PLLC ("HGT Law"), court-appointed co-lead counsel in this matter. I am an active member in good standing of the bar of the State of New York and have been admitted *pro hac vice* in this matter. I submit this declaration in support of Plaintiffs' Administrative Motion for Leave to File a Response to the Declarations of Arthur Breitman and Kathleen Breitman Concerning Assertion of Martial Communications Privilege ("Administrative Motion").

2. Plaintiffs could not obtain a stipulation concerning the subject matter of the Administrative Motion because the Court's order on discovery permitting the Breitmans to submit declarations in support of their assertion of the marital communications privilege (Dkt. No. 232) does not afford Plaintiffs an opportunity to respond. I am not aware of any other rule or statute that otherwise permits a response.

I declare under penalty of perjury that the foregoing is true and correct, this 25th day of July, 2019.

                                        */s/ Hung G. Ta*
                                        Hung G. Ta

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, Enoch H. Liang hereby attests that concurrence in the filing of the documents has been obtained from the signatories above.

Date: July 25, 2019                                 By: */s/ Enoch H. Liang*
                                                                      Enoch H. Liang