| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **NORTHERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
| | **CLASS ACTION** |
| This document relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO THE DECLARATIONS OF ARTHUR BREITMAN AND KATHLEEN BREITMAN CONCERNING ASSERTION OF MARITAL COMMUNICATIONS PRIVILEGE** |
| ALL ACTIONS. | |

1  Plaintiffs have submitted an Administrative Motion for Leave to File a Response to the
2  Declarations of Arthur Breitman and Kathleen Breitman Concerning Assertion of Martial
3  Communications Privilege. Having considered Plaintiffs' Administrative Motion, and good cause
4  having been shown, the Court hereby GRANTS Plaintiffs' Administrative Motion.
5  Plaintiffs shall have 5 days from the date of this order to submit a response to the declarations
6  of Arthur Breitman (Dkt. No. 233) and Kathleen Breitman (Dkt. No. 234) no longer than 5 pages in
7  length.
8  **IT IS SO ORDERED.**

10 Dated: _____    _____
11                                              The Honorable Sallie Kim
                                                 United States Magistrate Judge