Whitney E. Street (SBN 223870)
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 968-1852 phone
(617) 507-6020 fax
whitney@blockesq.com

*Attorneys for Lead Plaintiff Trigon Trading Pty. Ltd.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| IN RE TEZOS SECURITIES LITIGATION | Case No. 3:17-cv-06779-RS <br><br> **NOTICE OF APPEARANCE OF WHITNEY E. STREET** |
|---|---|

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Whitney E. Street of the law firm Block & Leviton LLP hereby enters her appearance in the above-captioned matter on behalf of Lead Plaintiff Trigon Trading Party Ltd.

DATED: September 18, 2019

By: /s/ Whitney E. Street
Whitney E. Street (223870)
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 968-1852 phone
(617) 507-6020 fax
whitney@blockesq.com

*Counsel to Lead Plaintiff*