Exhibit A-2

*In re Tezos Securities Litigation*
c/o Epiq
P.O. Box 3770
Portland, OR 97208-3770
U.S & Canada Toll-Free Number: (866)-977-1042
International Number: (503) 597-7670
Email: info@TezosFoundationSettlement.com
Website: www.TezosFoundationSettlement.com

## PROOF OF CLAIM AND RELEASE

TO BE ELIGIBLE TO RECEIVE A SHARE OF THE NET SETTLEMENT FUND IN CONNECTION WITH THE PROPOSED SETTLEMENT OF THIS ACTION, YOU MUST EITHER (A) MAIL A COMPLETED AND SIGNED PROOF OF CLAIM AND RELEASE FORM ("CLAIM FORM") TO THE ABOVE-ADDRESS VIA PREPAID, FIRST CLASS MAIL, POSTMARKED BEFORE _____, OR (B) COMPLETE AND SUBMIT THE PROOF OF CLAIM THROUGH THE SETTLEMENT WEBSITE, WWW.TEZOSFOUNDATIONSETTLEMENT.COM, BEFORE _____.

FAILURE TO MAIL OR SUBMIT YOUR CLAIM FORM BY THE DATE SPECIFIED WILL SUBJECT YOUR CLAIM TO REJECTION AND MAY PRECLUDE YOU FROM BEING ELIGIBLE TO RECEIVE ANY MONEY IN CONNECTION WITH THE PROPOSED SETTLEMENT.

**DO NOT MAIL OR DELIVER YOUR CLAIM FORM TO THE COURT, THE PARTIES TO THE ACTION, OR THEIR COUNSEL. SUBMIT YOUR CLAIM FORM ONLY TO THE CLAIMS ADMINISTRATOR AT THE ADDRESS SET FORTH ABOVE OR THROUGH THE WEBSITE AT WWW.TEZOSFOUNDATIONSETTLEMENT.COM.**

## PART I – GENERAL INSTRUCTIONS

1. It is important that you completely read and understand the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice. The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

2. By submitting this Claim Form, you will be making a request to share in the proceeds of the Settlement described in the Notice. IF YOU ARE NOT A SETTLEMENT CLASS MEMBER (see the definition of the Settlement Class on page ___ of the Notice, which sets forth who is included in and who is excluded from the Settlement Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE SETTLEMENT CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER.** THUS, IF YOU ARE EXCLUDED FROM THE SETTLEMENT CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

3. **Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

4. Use Part III of this form to set forth your transactions related to your July 2017 Tezos Contributions. Provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of XTZ, whether such

Exhibit A-2

transactions resulted in a profit or a loss.  **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

5. You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of XTZ set forth in the Schedule of Transactions in Part III of this Claim Form.  The Parties and the Claims Administrator do not independently have information about your interests in XTZ, other than what is available through the blockchain.  IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT DOCUMENTS FROM YOUR BROKER.  FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM.  DO NOT SEND ORIGINAL DOCUMENTS.  **Please keep a copy of all documents that you send to the Claims Administrator.  Also, please do not highlight any portion of the Claim Form or any supporting documents.**

6. Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions of just one of the joint owners).  Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts or transactions that entity has.

7. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

   (a) expressly state the capacity in which they are acting;

   (b) identify the name, account number, Social Security Number (or taxpayer identification number), address and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the XTZ; and

   (c) furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting.

8. By submitting a signed Claim Form, you will be swearing that you:

   (a) own(ed) the XTZ you have listed in the Claim Form; or

   (b) are expressly authorized to act on behalf of the owner thereof.

9. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America.  The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

10. If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after any appeals are resolved, and after the completion of all claims processing.  The claims process will take substantial time to complete fully and fairly.  Please be patient.

11. **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her or its *pro rata* share of the Net Settlement Fund.  If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

12. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, Epiq, at the above address, by email at info@TezosFoundationSettlement.com, by toll-free phone from the U.S. and Canada at (866) 977-1042, by toll-free phone from outside of the U.S. and Canada at (503) 597-7670, or you can visit the Settlement website, www.TezosFoundationSettlement.com, where copies of the Claim Form and Notice are available for downloading.

Exhibit A-2

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT EMAIL. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY EMAIL, WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT EMAIL WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA AT (503) 597-7670.**

The Claims Administrator will use this information for all communications regarding this Claim Form. If the information changes, you MUST notify the Claims Administrator at the address above.

## PART II – CLAMANT IDENTIFICATION

**PLEASE COMPLETE THIS PART II IN ITS ENTIRETY. THE CLAIMS ADMINISTRATOR WILL USE THIS INFORMATION FOR ALL COMMUNICATIONS REGARDING THIS CLAIM FORM. IF THIS INFORMATION CHANGES, YOU MUST NOTIFY THE CLAIMS ADMINISTRATOR IN WRITING AT THE ADDRESS ABOVE.**

Beneficial Owner's First Name        MI    Beneficial Owner's Last Name

Co-Beneficial Owner's First Name     MI    Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner)

Owner(s) (listed above) Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City                                                                State    ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Primary Phone Number                                Alternate Phone Number

Email Address

Claimant Account Type

☐ Individual (includes joint owner accounts)        ☐ Other (please specify _____)

☐ Corporation

| | In Re Tezos Payment Election Form | | | | |
|---|---|---|---|---|---|
| **A. Payment by Check** | | | | | |
| Complete this section if you want to receive any potential payment via Check. | | | | | |
| **Name and Address to Appear on Checks:** | Name | | | | |
| | Street | | | | |
| | City | State | Zip | | Country |
| **B. Payment by Wire Transfer** | | | | | |
| Complete this section if you want to receive any potential payment via Wire transfer. | | | | | |
| **Bank Name to Which Wires Are to be Sent:** | | | | | |
| **Bank Telephone Number:** | (\_\_\_|\_\_\_) \_\_\_|\_\_\_|\_\_\_ - \_\_\_|\_\_\_|\_\_\_|\_\_\_ | | | | |
| **Bank ABA Wire Transfer Number:** | | | | | |
| **Account Name:** | | | | | |
| **Account Number:** | | | | | |
| **Beneficiary Address:** | | | | | |
| **IBAN:** | | | | | |
| **SWIFT Code:** | | | | | |
| **For Further Credit (if any):** | | | | | |
| **Intermediary Bank (if any):** | | | | | |
| **Intermediary Bank ABA Wire Transfer Number or SWIFT** | | | | | |
| **C. Payment by PayPal** | | | | | |
| Complete this section if you want to receive any potential payment via PayPal transfer. | | | | | |
| **PayPal Customer Information:** | Recipient ID (Email Address) | | | | |

Exhibit A-2

## PART III – TEZOS TRANSACTIONS

Complete this Part III, if and only if, you contributed digital currencies to what the defendants describe as a fundraiser and what the plaintiffs describe as an initial coin offering or ICO conducted by the Tezos Foundation in July 2017. During the Claims Process, the Claims Administrator may e-mail you with instructions to confirm your ownership of the BTC or ETH address which made the July 2017 Tezos Contribution. If you no longer have ownership or control of this address, please provide documentation sufficient to trace the purchase of the BTC or ETH that was used to make your July 2017 Tezos Contribution back to a fiat account owned or controlled by you, along with evidence of such ownership or control.

By submitting this Proof of Claim and Release, you consent to the Claims Administrator sharing the information provided pursuant to this Part III with the Tezos Foundation for purposes of validating your claim. You also consent to the Tezos Foundation sharing information that it may have concerning your contribution and/or XTZ account with the Claims Administrator.

**STEP 1:**

**PLEASE SET FORTH YOUR JULY 2017 TEZOS CONTRIBUTIONS IN THE TABLE BELOW.**

| Date of Contribution | Type of Crypto Contributed (BTC or ETH) | Amount of Crypto Contribution |
|---|---|---|
| | | |

**Address from Which Crypto was Contributed**

**TZ1 Address for Allocation**

| Amount of XTZ Allocated | Do you Have Access to the Address from which Crypto was Contributed? (Y/N) |
|---|---|
| | |

**Step 2.**

**INDICATE HOW MANY OF THE XTZ YOU WERE ALLOCATED AS PART OF YOUR JULY 2017 TEZOS CONTRIBUTIONS ARE IN THE FOLLOWING CATEGORIES:**

XTZ you sold on or before 6:32 a.m. PST on November 25, 2019 (If you enter a number greater than 0, please fill out Step 3A.)

XTZ you continued to hold at 6:32 a.m. PST on November 25, 2019 (If you enter a number greater than 0, please fill out Step 3B.)

Exhibit A-2

XTZ you never accessed and do not intend to access due to a lost private key or password, or due to an objection to providing "Know Your Customer" information to the Tezos Foundation. (If you enter a number greater than 0, please fill out Step 3C.)

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

**THE TOTAL XTZ IN THE ABOVE THREE FIELDS SHOULD EQUAL THE TOTAL NUMBER OF XTZ DESCRIBED IN STEP 1.**

**STEP 3A.**

**PLEASE PROVIDE INFORMATION INDICATING THE DATE AND TIME YOU SOLD XTZ AND DOCUMENTATON SHOWING EVIDENCE OF EACH SALE TRANSACTION**

| Date | Number of XYZ Sold | Currency of Transaction (BTC, ETC, USD, other) | Total Consideration Received |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**STEP 3B.**

**PLEASE PROVIDE DOCUMENTATION SUFFICIENT TO SHOW EVIDENCE THAT YOU HELD THESE XTZ ON NOVEMBER 25, 2019 AT 6:32 A.M. PST.**

Exhibit A-2

**STEP 3C.**

**IMPORTANT:**

**PLEASE READ THE FOLLOWING CAREFULLY.  THIS DECLARATION AFFECTS YOUR LEGAL RIGHTS.  IN ORDER TO CLAIM A RECOGNIZED LOSS IN THIS CATEGORY, YOU MUST ATTEST TO THE FOLLOWING:**

I, _____ ("Claimant"), hereby declare:

(1) that Claimant has not claimed, activated, used, delegated, sold or transferred ("accessed"), and does not intend to access, the XTZ at issue, either due to a lost private key or password or due to an objection to providing "Know Your Customer" information to the Tezos Foundation, and that no other entity has or has ever had access to their private key or password;
(2) Claimant agrees
   a. to destroy all copies of the private key for the XTZ at issue, and
   b. to never access the XTZ at issue;
(3) Claimant acknowledges that he, she or it forfeits any rights to the XTZ at issue and understands that the Tezos community may vote to destroy such tokens;
(4) Claimant agrees that, if the Claimant subsequently accesses the XTZ at issue in violation of Claimant's agreement not to do so, that the ***Claimant shall be liable to the Tezos Foundation for damages*** in the amount of the USD value of the XTZ at the time of such access, plus any amounts expended by the Tezos Foundation in seeking to enforce this provision, including without limitation attorneys' fees, court costs, and other expenses, all plus interest, to the maximum extent permitted by law; and
(5) ***Claimant consents to the jurisdiction of the courts of California (for U.S. residents) or Switzerland (for non-U.S. residents) with respect to any dispute arising out of or relating to this declaration.***

> I declare under penalty of perjury under the laws of the United States of America, Switzerland, and the country in which this declaration is made that the foregoing is true and correct.
>
> Executed on _____ .
>
> _____
> Signature
>
> _____
> Country of Execution

Note that the Tezos Foundation will monitor the accounts of Claimants who claim under this provision, and, in the event of a violation of this provision, has and reserves all rights to pursue legal claims against the Claimant.  To facilitate that monitoring, a copy of this Proof of Claim and Release will be provided to the Tezos Foundation.

Exhibit A-2

## PART IV – RELEASE OF CLAIMS AND SIGNATURE

**YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE [__] OF THIS CLAIM FORM.**

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves), and my (our) heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every one of the Released Claims (including, without limitation, any Unknown Claims) against the Defendants and the other Released Defendants, and shall forever be barred and enjoined from prosecuting any or all of the Released Claims against any of the Released Defendants.

**CERTIFICATION**

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1. that I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2. that the claimant(s) is a (are) Settlement Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Settlement Class as set forth in the Notice;

3. that the claimant has **not** submitted a request for exclusion from the Settlement Class;

4. that I (we) own(ed) the XTZ identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5. that the claimant(s) has (have) not submitted any other claim covering the same XTZ allocations and knows (know) of no other person having done so on the claimant's (claimants') behalf;

6. that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's claim and for purposes of enforcing the releases set forth herein;

7. that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator or the Court may require;

8. that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the Court's summary disposition of the determination of the validity or amount of the claim made by this Claim Form;

9. that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10. that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the claimant(s) is (are) exempt from backup withholding or (b) the claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the claimant(s) that he/she/it is no longer subject to backup withholding.  **If the IRS has notified the**

Exhibit A-2

claimant(s) that he/she/it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

| Signature of Claimant | | Date | | | |
|---|---|---|---|---|---|

| Print Claimant Name Here | |
|---|---|

| Signature of Joint Claimant (if any) | | Date | | | |
|---|---|---|---|---|---|

| Print Name of Joint Claimant | |
|---|---|

*If the claimant is other than an individual, or is not the person completing this form, the following must also be provided:*

| Signature of person signing on behalf of Claimant | | Date | | | |
|---|---|---|---|---|---|

| Print name of person signing on behalf of Claimant | |
|---|---|

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant.)

| |
|---|

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before _____, 2020 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.