Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jake@blockesq.com

*Co-Lead Counsel and Counsel to*
*Lead Plaintiff Trigon Trading Pty. Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
| This document relates to: | <u>CLASS ACTION</u> |
| ALL ACTIONS | **DECLARATION OF JACOB A. WALKER IN SUPPORT OF LEAD PLAINTIFF'S NOTICE OF MOTION, UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| | Date:        April 30, 2020<br>Time:        1:30 p.m.<br>Courtroom: 3, 17th Floor<br>Judge:       Hon. Richard Seeborg |

I, JACOB A. WALKER, hereby declare as follows:

1. I am an attorney licensed to practice in California and in the Northern District of California. I am an attorney at the law firm of Block & Leviton LLP, Co-Lead Counsel and Counsel to Lead Plaintiff Trigon Trading Pty. Ltd. in the above-entitled action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereof.

2. Attached hereto are true and correct copies of the following documents referenced in Lead Plaintiff's Motion for Preliminary Approval of Settlement, filed herewith:

| | |
|---|---|
| Exhibit A: | Firm Resume of Block & Leviton LLP |
| Exhibit B: | Firm Resume of Hung G. Ta, Esq. PLLC |
| Exhibit C: | Firm Resume of Hagens Berman Sobol Shapiro LLP |
| Exhibit D: | Firm Resume of LTL Attorneys LLP |
| Exhibit E: | Firm Resume of Robbins Geller Rudman & Dowd LLP |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  March 20, 2020                          /s/ Jacob A. Walker
                                                JACOB A. WALKER

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jacob A. Walker
Jacob A. Walker