**17-cv-6779 RS IN RE TEZOS SECURITIES LITIGATION**

CLERK'S NOTICE CONVERTING MOTION FOR SETTLEMENT HEARING SCHEDULED ON **APRIL 30, 2020 AT 1:30 PM** TO A ZOOM WEBINAR.

Thank you for pre-registering for your upcoming hearing. In advance of the hearing, preferably a day before, be sure to test your computer's sound, mic, and camera features to ensure that you will be able to actively participate in the Zoom Webinar. Follow this link to the court's webpage regarding proceedings being held by Zoom: https://cand.uscourts.gov/zoom/.

Counsel must be ready and logged into Zoom **ten minutes** before the calendar is scheduled to start. The link to access the hearing is on the docket and in Judge Seeborg's "scheduling notes" on his webpage.

In order for the Court to be able to see who is waiting to participate in their hearing on the Zoom Webinar, counsel should be sure their first and last name are visible by including their name when registering for a Zoom account. Ex: Counsel should register as Sally Smith, not S. Smith or by just their initials.

Members of the press and public may attend the webinar as non-participating attendees at the following link:

**You are invited to a Zoom webinar.**

**When: Apr 30, 2020 01:30 PM Pacific Time (US and Canada)**

**Topic: 17-cv-6779 RS**

**Please click the link below to join the webinar:**

https://us02web.zoom.us/j/99899971068?pwd=cDRNdDFtN3QzWmhTSUNndW5OOXJNUT09

**Password: 525013**

**Or iPhone one-tap :**

　　US: +12532158782,,99899971068#  or +13017158592,,99899971068#

**Or Telephone:**

　　**Dial(for higher quality, dial a number based on your current location):**

　　　US: +1 253 215 8782  or +1 301 715 8592  or +1 312 626 6799  or +1 346 248 7799  or +1 669 900 6833  or +1 929 205 6099

　　Webinar ID: 998 9997 1068

　　Password: 525013

　　International numbers available: https://us02web.zoom.us/u/kc9gLOxqF7

**Or an H.323/SIP room system:**

   **H.323: 162.255.37.11 (US West) or 162.255.36.11 (US East)**

   **Meeting ID: 998 9997 1068**

   **Password: 525013**

   **SIP: 99899971068@zoomcrc.com**

   **Password: 525013**

**PLEASE NOTE:**

Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or videoconference). See General Order 58 at Paragraph III. Any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court.

Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing. Please note that this Zoom Webinar will be limited to 100 participants at a time.