# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE TEZOS SECURITIES LITIGATION

CASE NO. 17-cv-06779-RS

**DECLARATION OF NICHOLAS SCHMIDT**
**REGARDING (A) ELECTRONIC MAILING OF NOTICE AND**
**CLAIM FORM; (B) PUBLICATION OF SUMMARY NOTICE; (C) ONLINE**
**CASE WEBSITE ADVERTISEMENTS; (D) CALL CENTER SERVICES;**
**(E) POSTING OF NOTICE AND CLAIM FORM ON SETTLEMENT**
**WEBSITE; AND (F) REPORT ON OBJECTIONS OR REQUESTS**
**FOR EXCLUSION RECEIVED TO DATE**

I, Nicholas Schmidt, declare and state as follows:

1.      I am a Client Service Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice dated May 1, 2020 (Dkt. No. 251) (the "Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1]

2.      The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

3.      I submit this Declaration in order to provide the Court and the Parties to the Settlement with information regarding, among other things, the mailing of the Court-approved Notice of (I) Proposed Settlement and Plan of Allocation; (II) Settlement Fairness Hearing; and

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation and Agreement of Settlement, dated March 20, 2020 (Dkt. No. 246-1) (the "Stipulation") and/or the Preliminary Approval Order.

(III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") and the Claim Form (together, the "Notice Packet"), as well as the publication and transmission of the Summary Notice, and establishment of the website and toll-free number dedicated to this class action, in accordance with the Preliminary Approval Order.

## I. DISSEMINATION OF THE NOTICE

4. Pursuant to the Preliminary Approval Order, Epiq was responsible for disseminating the Notice Packet to potential Settlement Class Members to the email addresses set forth in the records provided by the Tezos Stiftung (the "Tezos Foundation"). By definition, Settlement Class Members are all persons and entities who directly or through an intermediary, contributed bitcoin and/or ether to what the Defendants describe as a fundraiser and what the Plaintiffs describe as an initial coin offering conducted by the Tezos Foundation between July 1, 2017 and July 13, 2017, inclusive.

5. On May 18, 2020, Epiq received from the Tezos Foundation, the email addresses (the "Email List") of potential members of the Settlement Class (as required by Paragraph 7(a) of the Preliminary Approval Order), identifying potential contributors to the fundraiser during the Settlement Class Period. The data received resulted in 59,489 unique electronic mailing records. On May 29, 2020 (the "Initial Mailing"), Epiq emailed the Electronic Notice (the "E-Notice") to the 59,489 unique electronic mailing records contained in the data provided by the Tezos Foundation in a manner that was calculated to avoid being caught and excluded by spam filters or other devices intended to block mass email. Ultimately, 52,036 of the 59,489 E-Notices sent were not returned as undeliverable. Epiq could not deliver a total of 7,532 E-Notices sent by email because the email address no longer existed, the email account was closed, the email address had a bad domain name or address error, an inactive or disabled account, the recipient's mailbox was

full, technical auto-replies, or the email addresses were invalid. A copy of the E-Notice is attached hereto as Exhibit A.  The E-Notice included a link to the Settlement website where Settlement Class Members could download a copy of the Notice and Claim Form or submit their claim online. A copy of the Notice and Claims Form is attached hereto as Exhibit B.

6.     On June 1, 2020, pursuant to paragraph 7(d) of the Preliminary Approval Order, Epiq commenced the publication of banner advertisements linking to the Tezos Foundation Settlement Website on websites associated with Tezos and Cryptocurrency generally.  These websites included Twitter, Reddit, the Google Display Network and the Baidu Display Network. A list of the website impression totals for the banner advertisements on each of the websites are attached hereto as Exhibit C.

7.     On June 18, 2020, pursuant to paragraph 7(b) of the Preliminary Approval Order, Epiq caused the Notice to be electrically mailed to the 59,490 email addresses to which the May 29 notice was sent.[2]  Ultimately, 54,637 of the 59,490 Notices sent were not returned as undeliverable.  Between the two mailings, Epiq could not deliver a total of 4,609 Notices sent by email because the email address no longer existed, the email account was closed, the email address had a bad domain name or address error, an inactive or disabled account, the recipient's mailbox was full, technical auto-replies, or the email addresses were invalid.

## II.    PUBLICATION OF THE SUMMARY NOTICE

8.     In accordance with Paragraph 7(e) of the Preliminary Approval Order, Epiq caused the Summary Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of

---

[2] An additional E-Notice was requested via the toll-free number and was sent on June 18, 2020.

Attorneys' Fees and Reimbursement of Litigation Expenses (the "Summary Notice") to be disseminated via the PR Newswire on June 1, 2020.

### III.   TOLL-FREE TELEPHONE NUMBER AND SETTLEMENT WEBSITE

9.   Epiq reserved a toll-free phone number for the Settlement, (866) 977-1042, and published that toll-free number in the Notice and on the Settlement Website.  The toll-free number became operational on May 29, 2020.  The toll-free number connects callers with an Interactive Voice Recording ("IVR"). The IVR provides potential Settlement Class Members and others who call the toll-free telephone number access to additional information that has been pre-recorded. The toll-free telephone line with pre-recorded information is available 24 hours a day, 7 days a week. Specifically, the pre-recorded message provides callers with a brief summary of the Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions. The IVR also allows callers to request that a copy of the Notice and Claim Form be mailed to them or the caller may opt to speak live with a trained operator. Callers are able to speak to a live operator regarding the status of the Settlement and/or obtain answers to questions they may have, Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern Time (excluding official holidays). During other hours, callers may leave a message for an agent to call them back. Epiq has promptly responded to each telephone inquiry and will continue to address potential Settlement Class Members' inquiries.

10.   In accordance with Paragraph 7(c) of the Preliminary Approval Order, Epiq, in coordination with Lead Counsel, designed, implemented and currently maintains a website dedicated to the Action (www.TezosFoundationSettlement.com) (the "Settlement Website").  The address for the Settlement Website is set forth in the Notice and in the Banner Advertisements.

11.     The Settlement Website became operational on May 29, 2020, and is accessible 24 hours a day, 7 days a week. Among other things, the Settlement website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim-filing deadlines and the date and time of the Court's Settlement Hearing.  In addition, copies of the Notice, Claim Form, Stipulation, Preliminary Approval Order, and other documents related to the Action are posted on the Settlement Website and are available for downloading.  Epiq will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

12.     On July 23, 2020, Epiq updated the Settlement Website to include information that Federal Lead Counsel and State Lead Counsel intend to ask the Court for permission to name the San Francisco Food Bank (d/b/a SF-Marin Food Bank) as the 501(c)(3) non-profit organization which would receive "any balance not economically feasible to otherwise distribute which still remains in the Net Settlement Fund."

## IV.     REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE

13.     The Notice informs Settlement Class Members that requests for exclusion from the Settlement Class must be received by August 6, 2020.  The Notice directs Settlement Class Members who wish to request exclusion to mail their request to In re Tezos Securities Litigation, EXCLUSIONS, c/o Epiq, P.O. Box 3770, Portland, OR 97208-370.  The Notice also sets forth the information that must be included in each request for exclusion.  Epiq monitors all mail delivered to this P.O. Box.

14.     As of July 28, 2020, Epiq has received two (2) requests for exclusion for  individual retail investors who contributed 2.0 BTC and 9.9994 ETH and were allocated a total of 18,707.04 XTZ during the Class Period.  Epiq will submit a supplemental declaration after the August 6, 2020 deadline addressing all requests for exclusion received.

1    15.    The Notice also informed Settlement Class Members that they may object to the

2  Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys'

3  fees and reimbursement of Litigation Expenses; the objection must be in writing, and filed with

4  the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that

5  they are received on or before August 6, 2020.

6    16.    Through July 28, 2020, Epiq has not been informed of any objections to the

7
   Settlement, the Plan of Allocation, or Lead Counsel's motion for attorneys' fees and
8
   reimbursement of Litigation Expenses.
9

10    I declare under penalty of perjury that the foregoing is true and correct.

11    Executed on July 28, 2020.

12

13                                         Nicholas Schmidt

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# EXHIBIT A

From:          In re Tezos Securities Litigation Claims Administrator
               <info@TezosFoundationSettlement.com>
Subject:       Proposed Tezos Foundation Class Action Settlement – Legal Notice

Message:

This message has been authorized by Order of the United States District Court, Northern District of California in the matter *In re Tezos Securities Litigation*, No. 3:17-cv-06779-RS.

**Please read this notice carefully.**

**If you contributed money or cryptocurrency to the Tezos Foundation between July 1, 2017 and July 13, 2017, you may be entitled to share in a $25 million settlement.**

**Your rights will be affected by a class action lawsuit pending in the United States District Court, Northern District of California.**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California, the matter *In re Tezos Securities Litigation*, No. 3:17-cv-06779-RS (the "Action") has been certified as a class action on behalf of a Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full Notice of Pendency of Class Action and Proposed Settlement; Settlement Fairness Hearing; and Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses (available at www.TezosFoundationSettlement.com) (the "Notice").

Lead Plaintiff has reached a proposed settlement of the Action for $25,000,000 in cash (the "Settlement") that, if approved, will resolve all claims in the Action.

A hearing will be held on August 27, 2020, at 1:30 p.m., before the Honorable Richard G. Seeborg at the United States District Court, Northern District of California, San Francisco Courthouse, Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, to determine (i) whether the Proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated March 16, 2020, should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Federal and State Lead Counsel's application for an award of attorneys' fees and expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** You should visit www.TezosFoundationSettlement.com to review the full Notice and download or fill out the Proof of Claim and Release Form ("Claim Form"). You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at *In re Tezos Securities Litigation*, c/o Epiq, P.O. Box 3770, Portland, OR 97208-3770, 1-866-977-1042 or 1-503-597-7670.

**IMPORTANT DEADLINES**

| OCTOBER 16, 2020 | **To receive a payment under the Proposed Settlement:** If you are a Settlement Class Member, you must submit a Claim Form through www.TezosFoundationSettlement.com on or before **October 16, 2020,** or through the mail with a postmark no later than **October 16, 2020.** If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action. |
|---|---|
| AUGUST 6, 2020 | **To exclude yourself from the Proposed Settlement:** If you are a member of the Settlement Class, you may exclude yourself by submitting a request for exclusion such that it is ***received*** **no later than August 6, 2020**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and will not be eligible to share in the proceeds of the Settlement. |
| AUGUST 6, 2020 | **To object to the Proposed Settlement, the Plan of Allocation, or Federal and State Lead Counsel's Motion for Attorneys' Fees and Expenses:** Any objections to the Proposed Settlement, the proposed Plan of Allocation, or to Federal and State Lead Counsel's Motion for Attorneys' Fees and Expenses must be filed with the Court and delivered to Federal and State Lead Counsel and Defendants' Counsel such that they are ***received*** **no later than August 6, 2020,** in accordance with the instructions set forth in the notice. |

**Please do not contact the Court, the Clerk's Office, the Tezos Foundation, or its counsel regarding this notice. All questions about the notice, the Proposed Settlement, or your eligibility to participate in the Settlement should be directed to Federal Lead Counsel or to the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Federal Lead Counsel:

**Block & Leviton LLP**
Jacob A. Walker
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
tezos-settlement@blockesq.com

The Notice, Claim Form, and additional information can be found at www.TezosFoundationSettlement.com or by contacting the Claims Administrator at:

*In re Tezos Securities Litigation*
c/o Epiq
P.O. Box 3770
Portland, OR 97208-3770
U.S. & Canada Toll-Free Number: (866) 977-1042
International Number: (503) 597-7670
Email: info@TezosFoundationSettlement.com
Website: www.TezosFoundationSettlement.com

*By Order of the Court*

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Tezos Securities Litigation* | Case No. 17-cv-06779-RS |
| | Class Action |

**Notice of:**
**(1) Pendency of Class Action and Proposed Settlement;**
**(2) Settlement Fairness Hearing; and**
**(3) Motion for an Award of Attorneys' Fees and Litigation Expenses**

*The Federal Court has authorized this Notice.*
*This is not a solicitation from a lawyer.*

## Please read this Notice carefully.

This Notice explains important rights you may have, including
the possible receipt of cash from the Settlement.

If you are a member of the Settlement Class,
your legal rights will be affected whether or not you act.

### Notice of Pendency of Class Action

Please be advised that your rights may be affected by the above-captioned securities class action (the "Action")[1] pending in the United States District Court for the Northern District of California (the "Court"), if, during the period between July 1, 2017 and July 13, 2017, inclusive (the "Settlement Class Period"), you directly or through an intermediary, contributed bitcoin and/or ether in what the Defendants describe as a fundraiser and what the plaintiffs describe as an initial coin offering, or ICO, conducted by the Tezos Foundation.

### Notice of Proposed Class Action Settlement

Please also be advised that Federal Lead Plaintiff Trigon Trading Party Ltd. ("Federal Lead Plaintiff") and State Plaintiff Andrew Baker ("State Plaintiff"), on behalf of themselves and the Settlement Class (as defined on page 7 below), have reached a proposed settlement of the Litigations for $25,000,000.00 in cash that, if approved, will resolve all claims in the Litigations (the "Settlement").

---

[1] Capitalized terms used in this Notice that are not otherwise defined herein shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement dated March 16, 2020 (the "Stipulation"), available at www.TezosFoundationSettlement.com.

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

**Important Dates**

| | |
|---|---|
| **October 16, 2020** | **To receive a payment under the Proposed Settlement:**<br>If you are a Settlement Class Member, you must submit a Proof of Claim and Release form through  www.TezosFoundationSettlement.com on or before **October 16, 2020**, or through the mail with a postmark no later than **October 16, 2020**. If you are a Settlement Class Member and do not submit a proper Proof of Claim and Release form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action. |
| **August 6, 2020** | **To exclude yourself from the Proposed Settlement:**<br>If you are a member of the Settlement Class, you may exclude yourself by submitting a request for exclusion such that it is *received* **no later than August 6, 2020,** in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action, and will not be eligible to share in the proceeds of the Settlement. |
| **August 6, 2020** | **To object to the Proposed Settlement, the Plan of Allocation, or Federal and State Lead Counsel's Motion for Attorneys' Fees and Expenses:**<br>Any objections to the Proposed Settlement, the proposed Plan of Allocation, or to Federal and State Lead Counsel's Motion for Attorneys' Fees and Expenses must be filed with the Court and delivered to Federal and State Lead Counsel and Defendants' Counsel such that they are *received* **no later than August 6, 2020,** in accordance with the instructions set forth in the Notice. |

### Description of the Litigations and the Settlement Class

This Notice relates to a proposed settlement of claims in pending securities class actions in California federal and state courts alleging, among other things, that Defendants Tezos Foundation (also referred to herein as the "Foundation"), Dynamic Ledger Solutions, Inc. ("DLS"), Arthur Breitman, and Kathleen Breitman, (collectively, the "Defendants") violated federal securities laws by offering and selling Tezos tokens without filing a registration statement with the United States Securities and Exchange Commission ("SEC") in violation of the Securities Act of 1933 (the "1933 Act"). A more detailed description of the Litigations is set forth at pages 5-7 below. The Proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined on page 7 below.

### Statement of the Settlement Class' recovery

Subject to Court approval, Defendants and Federal Lead Plaintiff and State Plaintiff, on behalf of themselves and the Settlement Class, have agreed to settle the Litigations in exchange for a settlement payment of $25,000,000.00 in cash (the "Settlement Amount") to be deposited into an escrow account. The Net Settlement Fund (*i.e.*, the Settlement Amount plus all interest and accretions thereto (the "Settlement Fund") less (a) any attorneys' fees and expenses approved by the Court, (b) any Notice and Administration Expenses, (c) any Taxes and Tax Expenses, and (d) any other Court-approved deductions) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class. The proposed plan of allocation (the "Plan of Allocation") is set forth on pages 11-12 below.

### Average amount of damages per Tez:

As explained above, the parties do not agree on the average amount of damages per genesis block XTZ that would be recoverable if the Federal Plaintiffs were to prevail in the Action. Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

### Estimate of average amount of recovery per Tez:

Good faith estimates of damages in this case vary significantly, and are dependent on a number of factors, including, but not limited to, (1) the price of Bitcoin ("BTC"), Ethereum ("ETH"), and Tez ("XTZ") at the time that a class member sold or transferred XTZ allocated to him or her from the genesis block proposed by the Tezos Foundation (which cannot be definitively determined from the public blockchain); (2) the number of Tez which have gone unclaimed because of lost passwords or a refusal to participate in Know Your Customer processes, versus those that are unclaimed by choice (for example, for security reasons); and (3) the appropriate measure of damages (for example, calculating damages in Bitcoin, Ethereum, US Dollars, some combination of the three, or otherwise). Estimates presented by the parties during mediation discussions of total damages if Defendants were to be found liable ranged from less than $1 million to over $150 million US Dollars. As a result, the estimated range of recovery for Settlement Class Members is between 16% of their estimated damages to significantly more than their estimated damages (before deducting any Court-approved fees, expenses, and costs as described herein) depending on various factors unknown to the parties at this time. Distributions to the Settlement Class will be made based on the Plan of Allocation set forth herein (*see* pages 11-12 below), or such other plan of allocation that may be ordered by the Court.

### Attorneys' fees and expenses sought:

Federal and State Lead Counsel, who have been prosecuting the Litigations on a wholly contingent basis since their inception in 2017, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute the Litigations. Federal and State Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed one-third of the Settlement Fund. In addition, Federal and State Lead Counsel will apply for an award of expenses incurred in connection with prosecuting the Litigations in an amount not to exceed $300,000.00, which may include an application for reimbursement of the reasonable costs and expenses incurred by Federal Plaintiffs and State Plaintiff directly related to their representation of the Settlement Class.

Any fees and expenses awarded by the Court, or any Federal Plaintiff or State Plaintiff award, shall be paid solely from the Settlement Fund and shall be paid to Federal and State Lead Counsel, or with respect to a Federal Plaintiff or State Plaintiff award, paid to Federal Plaintiffs and State Plaintiff, within five days following an award ordered by the Court, provided there has been a final approval of the Stipulation of Settlement by the Court not subject to further review. If there is any appeal of an award of attorneys' fees and expenses, or of a Federal Plaintiff or State Plaintiff award, Federal and State Lead Counsel shall repay any amount of attorneys' fees or expenses reversed on appeal to the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

### Identification of attorneys' representatives:

You can reach counsel for Federal Lead Plaintiff and the Settlement Class through attorney Jacob A. Walker, Block & Leviton LLP, 260 Franklin Street, Suite 1860, Boston, MA 02110, (617) 398-5600, tezos-settlement@blockesq.com.

### Reasons for the Settlement:

Federal Lead Plaintiff and State Plaintiff's principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Federal Lead Plaintiff and State Plaintiff recognize the expense and time it would take to prosecute the Litigations against Defendants through trial and through any subsequent appeals. Likewise, Federal Lead Plaintiff and State Plaintiff have taken into account the uncertain outcome and the risk of any litigation, especially in complex actions such as the Litigations, as well as the difficulties and delays inherent in such litigation. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement to eliminate the uncertainty, burden and expense of further protracted litigation.

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

AA4073 v.10                                                                3

## WHAT THIS NOTICE CONTAINS

Why did I get the electronic Notice? ................................................................................................ Page 5

What are the Litigations about? ....................................................................................................... Page 5

How do I know if I am affected by the Settlement? ......................................................................... Page 7
    Who is included in the Settlement Class? ..................................................................................... Page 7

What are Plaintiffs' reasons for the Settlement? .............................................................................. Page 7

What might happen if there were no Settlement? ............................................................................. Page 8

How are Settlement Class Members affected by the Litigations and the Settlement? ...................... Page 8

How do I participate in the Settlement? ........................................................................................... Page 10
    What do I need to do? .................................................................................................................. Page 10

How much will my payment be? ....................................................................................................... Page 10

What is the proposed Plan of Allocation? ......................................................................................... Page 11

What payment are the attorneys for the Settlement Class seeking? ................................................. Page 13
    How will the lawyers be paid? ..................................................................................................... Page 13

What if I do not want to be a member of the Settlement Class? ....................................................... Page 13
    How do I exclude myself? ............................................................................................................ Page 13

When and where will the Court decide whether to approve the Settlement? ..................................... Page 13
    Do I have to come to the hearing? ............................................................................................... Page 13
    May I speak at the hearing if I don't like the Settlement? ............................................................ Page 13

Can I see the Court file? Whom should I contact if I have questions? ............................................ Page 15

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

AA4074 v.10              4

## Frequently Asked Questions

## Why did I get the electronic Notice?

The Court directed that the Electronic Notice be emailed to you because you may have, directly or through an intermediary, contributed bitcoin and/or ether to what the Defendants describe as a fundraiser and what the plaintiffs describe as an initial coin offering conducted by the Foundation during the Settlement Class Period. The Court also directed that this Notice be posted online at www.TezosFoundationSettlement.com and mailed at the request of Settlement Class Members. The Court has directed us to disseminate these Notices because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement. Additionally, you have the right to understand how the proposed Settlement may generally affect your legal rights. If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the Claims Administrator selected by Federal Lead Plaintiff and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

The purpose of this Notice is to inform you of the existence of the Litigations, that they are class actions, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so. It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation and the motion by Federal and State Lead Counsel for an award of attorneys' fees and expenses (the "Settlement Hearing"). *See* pages 13-14 below for details about the Settlement Hearing, including the date and location of the hearing.

The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Litigations, and the Court still has to decide whether to approve the Settlement. If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing. Please be patient, as this process can take some time to complete.

## What are the Litigations about?

### The Federal Litigation

The Federal Litigation is a consolidated putative securities class action brought in the United States District Court for the Northern District of California by Federal Lead Plaintiffs individually and on behalf of all persons or entities who contributed digital currencies, including Bitcoin and/or Ethereum, to what the Defendants describe as a fundraiser and what the plaintiffs describe as an initial coin offering conducted by the Foundation in July 2017.

The initial complaint in the Federal Litigation alleged claims under the 1933 Act and was filed against Defendants DLS, Arthur Breitman, Kathleen Breitman (together, the "DLS Defendants") and the Tezos Foundation on November 26, 2017, styled *GGCC, LLC v. Dynamic Ledger Solutions, Inc*., Case No. 3:17-cv-06779-RS. ECF No. 1. The Federal Litigation was assigned to United States District Judge Richard Seeborg on November 27, 2017.

On March 16, 2018, the Court appointed Arman Anvari ("Anvari") as lead plaintiff and LTL Attorneys LLP ("LTL") and Hung G. Ta, Esq. PLLC ("HGT Law") as lead counsel. ECF No. 96. Also on that date, the Court consolidated related actions and restyled the Federal Litigation *In re Tezos Securities Litigation*, Case No. 3:17-cv-06779-RS.

Anvari filed the Consolidated Complaint for Violation of the Federal Securities Laws on April 3, 2018. ECF No. 108. The complaint alleged violations of §§ 5 and 12(a)(1) of the 1933 Act against the DLS Defendants, the Foundation, Bitcoin Suisse AG ("Bitcoin Suisse"), Timothy Draper ("Draper"), and Draper Associates V Crypto LLC ("Draper Associates") (Draper and Draper Associates referred to as the "Draper Defendants"), and § 15 of the 1933 Act against the DLS Defendants and the Draper Defendants. Anvari asserted that Defendants offered and sold Tezos tokens without filing a registration statement with the United States Securities and Exchange Commission ("SEC") in violation of the 1933 Act.

Following briefing on Defendants' motions to dismiss and oral argument, on August 7, 2018, the Court denied the motion to dismiss as to the claims against the DLS Defendants and the Tezos Foundation, but granted the motion to dismiss filed by Bitcoin Suisse and the Draper Defendants. ECF No. 148. The Court granted Anvari leave to amend with respect to the Draper Defendants, but dismissed the claims against Bitcoin Suisse with prejudice. *Id.*

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

Anvari elected not to amend the complaint, and the Draper Defendants were dismissed from the Federal Litigation with prejudice on August 31, 2018. ECF No. 163.

The parties thereafter engaged in document and deposition discovery.

On December 14, 2018, Anvari and Defendants engaged in an in-person mediation before Professor Eric D. Green. The mediation was preceded by submission of mediation statements and exhibits by each party. Settlement discussions were unsuccessful.

On January 9, 2019, named plaintiffs Artiom Frunze ("Frunze") and Pumaro LLC ("Pumaro") moved to certify a class, to appoint Frunze and Pumaro as the class representatives, and to appoint LTL and HGT Law as class counsel. ECF No. 187-3. Plaintiffs' motion sought to certify the following class:

> All persons and entities who, directly or indirectly, contributed Bitcoin or Ethereum to the Tezos Initial Coin Offering conducted in July 2017. Excluded from the Class are Defendants, and any person, firm, trust, corporation, or other entity related to or affiliated with any Defendant.

*Id.* On January 25, 2019, Anvari moved to withdraw and substitute named plaintiff Frunze as lead plaintiff. ECF No. 196. Trigon filed a competing motion to appoint itself as lead plaintiff on January 30, 2019. ECF No. 198.

On April 8, 2019, the Court granted Anvari's motion to withdraw as lead plaintiff, granted Trigon's motion to substitute as lead plaintiff, denied the pending class certification motion with leave to amend, and appointed Block & Leviton LLP and HGT Law as co-lead counsel. ECF No. 213.

Between August, 2018, and December, 2019, written discovery was exchanged by the parties, subpoenas were served on non-parties, and several discovery motions were litigated. Several Federal Plaintiffs were deposed. ECF Nos. 219, 222, 223, 231, 232, 233, 234, 235, 236, 237, and 238.

**The State Litigation**

On October 25, 2017, plaintiff Andrew Baker ("Baker") filed the first class action complaint asserting securities laws violations in connection with what the Defendants describe as a fundraiser and what the plaintiffs describe as an initial coin offering conducted by the Foundation, in the Superior Court of California, County of San Francisco (the "State Litigation"). The State Litigation alleged that the DLS Defendants, the Tezos Foundation, Johann Gevers ("Gevers") and Strange Brew Strategies ("Strange Brew") had violated §§ 5(a), 5(c), 17(a)(1), 17(a)(2), and 17(a)(3) of the 1933 Act related to the sale of unregistered securities.

On November 29, 2017, Defendants removed the State Litigation to the United States District Court for the Northern District of California, where it was assigned to the Honorable Richard Seeborg. Baker moved to remand the case to California state court. On February 1, 2018, Judge Seeborg stayed the State Litigation pending the Supreme Court's decision in *Cyan, Inc. v. Beaver County Employees Retirement Fund, et al.*, Case No. 15-1439 (*Baker v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 17-cv-6850, Dkt. No. 18), which presented the question of whether state courts had concurrent jurisdiction over certain class actions filed under the 1933 Act.

On March 20, 2018, the Supreme Court issued its opinion in *Cyan, Inc. v. Beaver County Employees Retirement Fund*, 138 S.Ct. 1061 (2018), and the Court thereafter remanded the State Litigation to state court on April 19, 2018.

On June 22, 2018, Baker filed his First Amended Complaint ("FAC") in the State Litigation, alleging that beginning in July 2017, the DLS Defendants, the Foundation, Gevers, the Draper Defendants, Strange Brew, and Bitcoin Suisse (collectively, "State Court Defendants") engaged in an unregistered public sale of securities. The FAC alleged two causes of action: (1) violation of §§5 and 12(a)(1) of the 1933 Act against all State Court Defendants; and (2) violations of § 15 of the 1933 Act against the DLS Defendants, the Draper Defendants and Gevers (the "Control Person Defendants").

On May 16, 2019, following document productions by DLS, Baker filed his Second Amended Complaint ("SAC"). The SAC asserted the same two causes of action as the FAC, but added additional factual allegations based on document discovery obtained from DLS. The SAC did not name Strange Brew as a defendant.

On June 10, 2019, the DLS and Draper Defendants filed demurrers to the SAC. On July 24, 2019, the Foundation and Gevers filed motions to quash service of summons.

During 2019, the DLS Defendants continued to provide additional documentary discovery to Baker.

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

On August 28, 2019, the State Court granted the Tezos Foundation's motion to quash service of summons and the Draper Defendants' demurrer. With respect to the Draper Defendants' demurrer, Baker was granted leave to amend, and on September 17, 2019, he filed his Third Amended Complaint ("TAC") as to the Draper Defendants. Baker filed a Motion for Reconsideration of the Order granting the Tezos Foundation's motion to quash on September 9, 2019. On September 24, 2019, the State Court also granted Gevers' motion to quash service of summons. On October 9, 2019, the Draper Defendants demurred to the TAC. A hearing on these motions has not taken place and no order has issued.

**Mediation and Settlement**

On November 22, 2019, Federal and State Lead Counsel engaged in an in-person mediation conference with Defendants before the Honorable Layn Phillips (Ret.) of Phillips ADR Enterprises, P.C. The parties submitted and exchanged both opening mediation statements and reply statements, along with supporting exhibits. The parties also conducted pre-mediation teleconferences with representatives of Phillips ADR Enterprises, P.C. The parties then engaged in arm's-length negotiations during the mediation session. At the end of the conference, Judge Phillips facilitated a settlement between Federal and State Lead Counsel and counsel for the Tezos Foundation and the DLS Defendants that was documented in a binding term sheet. Thereafter, all parties reached an agreement-in-principle to resolve the Litigations on the terms set forth in the Stipulation, subject to approval by the Court.

On, May 1, 2020, the Court preliminarily approved the Settlement, authorized the Electronic Notice to be emailed to potential Settlement Class Members and this Notice to be posted online, as well as approved the dissemination of other forms of notice, and scheduled the Settlement Hearing to consider whether to grant Final approval to the Settlement.

### How do I know if I am affected by the Settlement? Who is included in the Settlement Class?

If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded. The Settlement Class consists of:

> All persons and entities who, directly or through an intermediary, contributed Bitcoin and/or Ethereum to what the Defendants describe as a fundraiser and what the plaintiffs describe as an initial coin offering conducted by the Foundation between July 1, 2017, and July 13, 2017, inclusive.

Excluded from the Settlement Class are (i) Defendants; (ii) members of the immediate family of Arthur Breitman, Kathleen Breitman, Johann Gevers, or Timothy Draper; (iii) any person who was an officer or director of the Foundation, DLS, Draper Associates, or Bitcoin Suisse during the Fundraiser/ICO and any members of their immediate families; (iv) any parent, subsidiary, or affiliate of the Foundation, DLS, Draper Associates, or Bitcoin Suisse; (v) any firm, trust, corporation, or other entity in which any Defendant or any other excluded person or entity had a controlling interest during the Fundraiser/ICO; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded persons or entities. Also excluded from the Settlement Class are those Persons who timely and validly request exclusion. *See* "What if I do not want to be a member of the Settlement Class? How do I exclude myself?", on page 13 below.

PLEASE NOTE: RECEIPT OF THE ELECTRONIC NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.

If you are a Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the Settlement, you are required to submit the Proof of Claim and Release form that is available online at www.TezosFoundationSettlement.com or which can be mailed to you upon request to the Claims Administrator, and the required supporting documentation as set forth therein, online through the website or postmarked no later than **October 16, 2020**.

### What are Plaintiffs' reasons for the Settlement?

Federal Lead Plaintiff and State Plaintiff and Federal and State Lead Counsel believe that the claims asserted against Defendants have merit. They recognize, however, the expense and time it would take to prosecute the Litigations against Defendants through trial and through any subsequent appeals. Likewise, they have taken into account the uncertain outcome and the risk of any litigation, especially in complex actions such as the Litigations, as well as the difficulties and delays inherent in such litigation.

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

In addition to the risks inherent in this type of litigation generally, these Litigations included additional risks which reduced the likelihood that Plaintiffs could succeed in recovering any or all damages alleged in the Litigations. Among those risks were (1) the risk that a class could not be certified; (2) the risk that damages could not be collected from the Tezos Foundation, which is located in Switzerland; (3) the risks associated with litigating a case concerning cryptocurrency, which is a new and quickly developing field of law; (4) the risk that the Court would ultimately conclude that Tez were not securities; (5) the risks associated with the fluctuating prices of Bitcoin, Ethereum, and Tez, which could have the effect of reducing or eliminating any measure of damages.

In light of these risks, the amount of the Settlement and the immediacy of recovery to the Settlement Class, Federal Lead Plaintiff and State Plaintiff and Federal and State Lead Counsel believe that the proposed Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class. They believe that the Settlement provides a substantial benefit to the Settlement Class, namely $25,000,000.00 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller, or no recovery after class certification, summary judgment, trial and appeals, possibly years in the future.

Defendants have denied the claims asserted against them in the Litigations and deny having engaged in any wrongdoing or violation of law of any kind whatsoever. Defendants have agreed to the Settlement to eliminate the burden and expense of continued litigation. Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

## What might happen if there were no Settlement?

If there were no Settlement and Federal Lead Plaintiff failed to establish any essential legal or factual element of their claims against Defendants, neither Federal Lead Plaintiff nor the other members of the Settlement Class would recover anything from Defendants. Also, if Defendants were successful in proving any of their defenses, either at class certification, at summary judgment, at trial or on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

## How are Settlement Class Members affected by the Litigations and the Settlement?

As a Settlement Class Member, you are represented by Federal Lead Plaintiff and Federal Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When and where will the Court decide whether to approve the Settlement?", on pages 13-14 below.

If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What if I do not want to be a member of the Settlement Class? How do I exclude myself?", on page 13 below.

If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Federal and State Lead Counsel's application for an award of attorneys' fees and Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When and where will the Court decide whether to approve the Settlement?", on pages 13-14 below.

If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court. If the Settlement is approved, the Court will enter a judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Federal Lead Plaintiff and State Plaintiff and each of the other Settlement Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, will have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Claim (as defined below) against the Released Defendants (as defined on page 9 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Claims against any of the Released Defendants.

"Released Claims" means any and all claims, demands, rights, causes of action, and liabilities of every nature and description (including Unknown Claims as defined herein), whether known or unknown, contingent or absolute, liquidated or not liquidated, accrued or unaccrued, suspected or unsuspected, disclosed or undisclosed, apparent or not apparent, foreseen or unforeseen, matured or not matured, which now exist, heretofore or previously existed, or

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

AA4078 v.10                                                                 8

may hereafter exist, including but not limited to, any claims arising under federal, state, common, or foreign law, that Plaintiffs or any other member of the Settlement Class asserted in the Consolidated Complaint for Violations of the Federal Securities Laws filed in the Federal Action on April 3, 2018, as amended, or the Second Amended Complaint filed in the State Action, on May 16, 2019, or could have asserted in either the Federal Action or the State Action or could in the future assert in any forum that concern, arise out of, refer to, are based upon, or are related in any manner to the allegations, transactions, facts, matters, occurrences, representations, statements, or omissions alleged, involved, set forth, or referred to in any of the Litigations. Notwithstanding the foregoing, "Released Claims" does not include claims relating to the enforcement of the Settlement, nor does this release cover, include, or release any claims by any governmental entity that arise out of any governmental investigation of Defendants relating to the conduct alleged in the Action.

"Released Defendants" means each and all of the Defendants (*i.e.*, DLS, Arthur Breitman, Kathleen Breitman, and the Foundation) and each of their Related Parties, as well as Johann Gevers, Timothy Draper, Draper Associates, and Bitcoin Suisse.

"Unknown Claims" means (i) any Released Claims that Releasing Plaintiffs and Settlement Class Members do not know or suspect to exist in his, her or its favor at the time of the release, which, if known by him, her or it, might have affected his, her or its settlement with and release of the Released Defendants, or might have affected his, her or its decision not to object to this settlement or seek exclusion from this settlement, and (ii) any Releasing Defendants' Claims that Defendants do not know or suspect to exist in his, her or its favor at the time of the release, which, if known by him, her, or it, might have affected his, her or its settlement with and release of the Released Plaintiffs and Settlement Class Members. With respect to any and all Released Claims and Releasing Defendants' Claims, the Settling Parties stipulate and agree that, upon the Effective Date, Federal Lead Plaintiff and State Plaintiff shall expressly waive and each of the Settlement Class Members shall be deemed to have, and by operation of the Judgment shall have, expressly waived the provisions, rights, and benefits of California Civil Code §1542 and any law of the United States, or any state or territory thereof, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Releasing Plaintiffs and Settlement Class Members may hereafter discover facts in addition to or different from those which he, she or it now knows or believes to be true with respect to the subject matter of the Released Claims, but Federal Lead Plaintiff and State Plaintiff shall fully, finally, and forever settle and release and each Settlement Class Member, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever settled and released any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, disclosed or undisclosed, matured or unmatured, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. Federal Lead Plaintiff and State Plaintiff acknowledge, and the Settlement Class Members shall be deemed by operation of the Judgment to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement of which this release is a part.

The Judgment will also provide that, upon the Effective Date, each of the Defendants shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Releasing Defendants' Claims (including Unknown Claims) against Released Plaintiffs and Settlement Class Members, and Federal and State Lead Counsel, whether arising under federal, state, common or foreign law. Upon the Effective Date, the Defendants will be forever barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal, or administrative forum, asserting the Releasing Defendants' Claims against any of the Released Plaintiffs and Settlement Class Members, and Federal and State Lead Counsel. Defendants are aware of the California Civil Code §1542 and expressly waive and relinquish any rights or benefits available to them under this statute.

"Releasing Defendants' Claims" means all claims and causes of action of every nature and description, whether known or unknown, whether arising under federal, state, common or foreign law, that arise out of or relate in any way to the institution, prosecution, or settlement of the Litigations or the Released Claims against the Defendants. Notwithstanding the foregoing, "Releasing Defendants' Claims" does not include claims relating to the enforcement of the Settlement.

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

"Releasing Plaintiffs and Settlement Class Members" means Federal Plaintiffs, State Plaintiff, each Settlement Class Member, and to the fullest extent permissible under law, each of their Related Parties.

## How do I participate in the Settlement? What do I need to do?

To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and submit the Proof of Claim and Release form with adequate supporting documentation online through the website or postmarked no later than **October 16, 2020**. A Proof of Claim and Release form is available on the website maintained by the Claims Administrator for the Settlement, www.TezosFoundationSettlement.com, or you may request that a Proof of Claim and Release form be mailed to you by calling the Claims Administrator toll free at (866) 977-1042 or (503) 597-7670. Please retain all records of your contribution to the Tezos Fundraiser/ICO and any sales of allocated XTZ, as they may be needed to document your Claim. If you request exclusion from the Settlement Class or do not submit a timely and valid Proof of Claim and Release form, you will not be eligible to share in the Net Settlement Fund.

## How much will my payment be?

At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

Pursuant to the Settlement, Defendants have agreed to pay or caused to be paid twenty five million dollars ($25,000,000.00) in cash. The Settlement Amount will be deposited into an escrow account. The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund." If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/ or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying Taxes owed by the Settlement Fund (including reasonable expenses of Tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Proof of Claim and Release forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the Plan of Allocation.

Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Proof of Claim and Release form on or before **October 16, 2020,** shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Claims (as defined on pages 8-9 above) against the Released Defendants (as defined on page 9 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Claims against any of the Released Defendants whether or not such Settlement Class Member submits a Proof of Claim and Release form.

The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Proof of Claim and Release form.

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

AA40710 v.10                                                      10

Only Settlement Class Members will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities who are excluded from the Settlement Class by definition or who exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Proof of Claim and Release forms.

## What is the proposed Plan of Allocation?

1.      The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund to Settlement Class Members. The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial. Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

2.      "Recognized Loss Amounts" (as described below in paragraphs 4-5) are based on the difference in the value of (1) contributions made to what Plaintiffs describe as the Tezos blockchain "Initial Coin Offering" and what Defendants describe as a fundraiser conducted in July, 2017, (the "July 2017 Tezos Contributions") and (2) the corresponding genesis block XTZ at the time of sale or, if the XTZ were not sold, at the time the parties entered into a settlement, as set forth in greater detail below. For individuals who have never claimed, activated, used, delegated, sold or transferred ("accessed") their tokens, Recognized Loss Amounts are based on the value of the July 2017 Tezos Contributions. Accordingly, in order to have a Recognized Loss Amount under the Plan of Allocation, a Settlement Class Member must provide both (1) proof of their contribution, and (2) proof of either (a) their sale of XTZ, (b) their current possession of XTZ allocated to them in the Tezos genesis block, or (c) the fact the Settlement Class Member has not accessed the XTZ tokens allocated to such member in the Tezos genesis block as described in paragraph 7, below.

3.      Unless otherwise defined, all terms used herein have the same meanings as set forth in the Stipulation of Settlement dated March 16, 2020 (the "Stipulation"), which, together with the Exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the Federal Litigation and for dismissal of the Federal Litigation and the State Litigation with prejudice upon the terms and conditions set forth therein.

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

4.      Based on the formula stated below, a Recognized Loss Amount will be calculated for each allocation of genesis block XTZ listed on the Proof of Claim and Release form for which adequate documentation is provided. If a Recognized Loss Amount calculates to a negative number or zero under the formula below, the Recognized Loss Amount will be zero.

5.      For each genesis block XTZ allocated to a Settlement Class Member for a contribution made during the period from July 1, 2017, through and including the close of trading on July 13, 2017, and:

(i)      Sold from July 14, 2017, through and including 6:31 a.m. PST on November 25, 2019, the Recognized Loss Amount will be the contribution amount in Bitcoin per Tez, minus the price at which the genesis block XTZ was sold in Bitcoin per Tez. If the genesis block XTZ was purchased in Ether, it will be converted to Bitcoin per Tez using the exchange prices listed in Table 1 on the date of the purchase.

(ii)     Held as of 6:32 a.m. PST on November 25, 2019, the time at which a settlement in principle was reached, the Recognized Loss Amount will be the contribution amount in Bitcoin per Tez, minus the price of XTZ at 6:32 a.m. PST on November 25, 2019, 0.000178 BTC/XTZ. If the genesis block XTZ was purchased in Ether, it will be converted to Bitcoin per Tez using the exchange prices listed in Table 1 on the date of the purchase. In no event shall the recognized loss per Tez held be less than 0.00001 BTC.

(iii)    Have not been accessed, the Recognized Loss Amount will be equal to the contribution amount in Bitcoin per Tez. If the genesis block XTZ was purchased in Ether, it will be converted to Bitcoin per Tez using the exchange prices listed in Table 1 on the date of the purchase.

## ADDITIONAL PROVISIONS

6.      **Sales of Genesis Block XTZ Not Executed in Bitcoin:** In the case of sales executed in a currency other than BTC, the sale price in BTC will be used. **Table 1** provides the closing price in BTC/XTZ, ETH/XTZ, and ETH/BTC for conversion purposes.

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

7.      **Claimants Who Have Not Accessed XTZ:** A claimant who seeks to submit a claim under paragraph 5(iii) must submit a valid Proof of Claim and Release form and sign a declaration under penalty of perjury in which the claimant (a) represents that he, she or it has not accessed, and does not intend to access, the XTZ at issue, either due to a lost private key or password or due to an objection to providing "Know Your Customer" information to the Foundation, and that no other entity has or has ever had access to their private key or password; (b) agrees (i) to destroy all copies of the private key for the XTZ at issue, and (ii) to never access the XTZ at issue; (c) acknowledges that he, she or it forfeits any rights to the XTZ at issue and understands that the Tezos community may vote to destroy such tokens; (d) agrees that, if the claimant subsequently accesses the XTZ at issue in violation of his, her or its agreement not to do so, the claimant shall be liable to the Foundation for damages in the amount of the USD value of the XTZ at the time of such access, plus any amounts expended by the Foundation in seeking to enforce this provision, including without limitation attorneys' fees, court costs, and other expenses, all plus interest, to the maximum extent permitted by law; and (e) consents to the jurisdiction of the courts of California (for U.S. residents) or Switzerland (for non-U.S. residents) with respect to any dispute regarding this provision. The Tezos Foundation will monitor the accounts of claimants under paragraph 5(iii) and, in the event of a violation of this provision, has and reserves all rights to pursue legal claims against the claimant.

8.      **Calculation of Claimant's "Recognized Claim":** A claimant's "Recognized Claim" will be the sum of his, her, or its Recognized Loss Amounts as calculated above with respect to genesis block XTZ allocated to a Settlement Class Member in connection with any and all July 2017 Tezos Contributions.

9.      **Conversion of Claimant's "Recognized Claim" to USD:** Recognized Loss Amounts are calculated in terms of Bitcoin per Tez. Bitcoin losses will then be converted to USD using the conversion price at 6:32 a.m. PST on November 25, 2019, the time at which a settlement in principle was reached. At that time, the price of Bitcoin was $7,242.58.

10.     **Determination of Distribution Amount:** Each Authorized Claimant shall receive his, her, or its pro rata share of the Net Settlement Fund. The pro rata share will be the Authorized Claimant's Recognized Claim divided by the total of Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.

11.     If an Authorized Claimant's Distribution Amount calculates to less than $10.00, no distribution will be made to that Authorized Claimant.

12.     After the initial distribution of the Net Settlement Fund, the Claims Administrator will make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the Net Settlement Fund a reasonable time after the initial distribution, and if Federal Lead Counsel, in consultation with the Claims Administrator, determine that it is cost-effective to do so, the Claims Administrator will conduct a redistribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such redistribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such redistribution. Additional redistributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional redistributions may occur thereafter if Federal Lead Counsel, in consultation with the Claims Administrator, determine that additional redistributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such redistributions, would be cost-effective. At such time as it is determined that the redistribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance will be contributed to non-sectarian, not-for-profit, 501(c)(3) organization(s), to be recommended by Federal Lead Counsel and approved by the Court.

Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, will be conclusive against all Authorized Claimants. No person shall have any claim against Federal Plaintiffs, Federal Lead Counsel, State Plaintiff, State Lead Counsel, Released Defendants, Claims Administrator or any of their respective counsel, damages experts, consulting experts, or other agent arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court. Among other things, Federal Plaintiffs, State Plaintiff, Released Defendants, and their respective counsel shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund; the Plan of Allocation; the determination, administration, calculation, or payment of any claim or nonperformance of the Claims Administrator; the payment or withholding of Taxes; or any losses incurred in connection therewith.

13.     The Plan of Allocation stated herein is the plan that is being proposed to the Court for its approval by Federal Plaintiffs and State Plaintiff after consultation with their damages expert. The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class. Any Orders regarding any modification of the Plan of Allocation will be posted on the case website, www.TezosFoundationSettlement.com.

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

AA40712 v.10                                    12

## What payment are the attorneys for the Settlement Class seeking?
## How will the lawyers be paid?

Federal and State Lead Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Federal and State Lead Counsel been paid for their Litigation Expenses. Before final approval of the Settlement, Federal and State Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed one-third of the Settlement Fund. At the same time, Federal and State Lead Counsel also intend to apply for an award of Litigation Expenses in an amount not to exceed $300,000.00, which may include an application for reimbursement of the reasonable costs and expenses incurred by Federal Plaintiffs and State Plaintiff directly related to their representation of the Settlement Class. The Court will determine the amount of any award of attorneys' fees and Litigation Expenses. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

## What if I do not want to be a member of the Settlement Class?
## How do I exclude myself?

Each Settlement Class Member will be bound by all determinations and judgments in the Litigations, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *In re Tezos Securities Litigation*, EXCLUSIONS, c/o Epiq, P.O. Box 3770, Portland, OR 97208-3770. The exclusion request must be ***received no later than August 6, 2020.*** You will not be able to exclude yourself from the Settlement Class after that date.

Each Request for Exclusion must state: (i) the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (ii) state that such person or entity "requests exclusion from the Settlement Class in *In re Tezos Securities Litigation*, No. 3:17-cv-06779-RS"; (iii) state the date and amount of Bitcoin or Ethereum contributed to the Tezos Foundation in July 2017, the number of Tezos tokens (*i.e.*, Tez or XTZ) allocated to such person or entity in connection with the contribution; as well as the date or dates of any sale or distribution of Tezos tokens (*i.e.*, Tez or XTZ); and provide documentary proof of the above; and (iv) be signed by the Person or entity requesting exclusion or an authorized representative. A request for exclusion shall not be effective unless it provides all the information required and is received within the time stated above, or is otherwise accepted by the Court. Group opt-outs, including "mass" or "class" opt outs, are prohibited.

If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Claim against any of the Released Defendants.

If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

The Tezos Foundation has the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds 5% of all XTZ tokens allocated in the Tezos genesis block (*i.e.*, 38,000,000 XTZ tokens).

## When and where will the Court decide whether to approve the Settlement?
## Do I have to come to the hearing?
## May I speak at the hearing if I don't like the Settlement?

**Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing.**

The Settlement Hearing will be held on **August 27, 2020, at 1:30 p.m.,** before the Honorable Richard G. Seeborg at the United States District Court, Northern District of California, San Francisco Courthouse, Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The Court reserves the right to approve the Settlement, the Plan of Allocation, Federal and State Lead Counsel's motion for an award of attorneys' fees and litigation expenses and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

**QUESTIONS?
PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670
OR VISIT www.TezosFoundationSettlement.com**

Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation or Federal and State Lead Counsel's motion for an award of attorneys' fees and litigation expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Northern District of California at the address set forth below on or before **August 6, 2020.** You must also serve the papers on Federal Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are ***received*** **on or before August 6, 2020.**

|  |  |
|---|---|
| **Federal Lead Counsel** | **Defendants' Counsel** |
| Block & Leviton LLP | Davis Polk & Wardwell LLP |
| Attn: Jacob A. Walker, Esq. | Attn: Neal Potischman |
| 260 Franklin Street, Suite 1860 | 1600 El Camino Real |
| Boston, MA 02110 | Menlo Park, CA 94025 |

Baker Marquart LLP
Attn: Brian E. Klein
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017

Any objection: (a) must state the name, address and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the amount of Bitcoin/Ethereum that the objecting Settlement Class Member contributed during the Settlement Class Period (*i.e.*, between July 1, 2017 and July 13, 2017, inclusive), as well as the dates and prices of each such contribution. You may not object to the Settlement, the Plan of Allocation or Federal and State Lead Counsel's motion for attorneys' fees and litigation expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

You may file a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Federal and State Counsel's motion for an award of attorneys' fees and Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Federal Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is ***received*** **on or before August 6, 2020**. Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing. Such Persons may be heard orally at the discretion of the Court.

You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Federal Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 3 above so that the notice is ***received*** **on or before August 6, 2020**.

The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class. If you intend to attend the Settlement Hearing, you should confirm the date and time with Federal Lead Counsel.

**Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Federal and State Lead Counsel's motion for an award of attorneys' fees and litigation expenses. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

AA40714 v.10                                          14

## Can I see the Court file? Whom should I contact if I have questions?

This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the Northern District of California, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.TezosFoundationSettlement.com.

All inquiries concerning this Notice and the Proof of Claim and Release form should be directed to the Claims Administrator or Federal Lead Counsel at:

| **Federal Lead Counsel** | **Claims Administrator** |
|:---:|:---:|
| Block & Leviton LLP | *In re Tezos Securities Litigation* |
| Attn: Jacob A. Walker, Esq. | c/o Epiq |
| 260 Franklin Street, Suite 1860 | P.O. Box 3770 |
| Boston, MA 02110 | Portland, OR 97208-3770 |
| tezos-settlement@blockesq.com | U.S. & Canada Toll-Free (866) 977-1042 |
| | International Number: (503) 597-7670 |
| | info@TezosFoundationSettlement.com |

**Do not call or write the Court, the Office of the Clerk of the Court, Defendants, or their counsel regarding this Notice.**

**Direct all inquiries to the Claims Administrator or to counsel for Plaintiffs.**

By Order of the Court
United States District Court
Northern District of California

Published on May 29, 2020

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

AA40715 v.10                                    15

**TABLE 1:**
**Currency Conversion Closing Prices**

| DATE | BTC/XTZ | ETH/XTZ | ETH/BTC | DATE | BTC/XTZ | ETH/XTZ | ETH/BTC |
|------|---------|---------|---------|------|---------|---------|---------|
| 7/1/2017 | 0.00066604 | 0.00590495 | 8.86580481 | 8/19/2017 | 0.00032143 | 0.00453155 | 14.09789222 |
| 7/2/2017 | 0.00034145 | 0.00297175 | 8.70332303 | 8/20/2017 | 0.00042244 | 0.00572869 | 13.56089308 |
| 7/3/2017 | 0.00028731 | 0.00260402 | 9.06348533 | 8/21/2017 | 0.00037861 | 0.00471128 | 12.44360832 |
| 7/4/2017 | 0.00032880 | 0.00313000 | 9.51935602 | 8/22/2017 | 0.00045424 | 0.00591696 | 13.02620795 |
| 7/5/2017 | 0.00027370 | 0.00264970 | 9.68110280 | 8/23/2017 | 0.00049895 | 0.00652368 | 13.07482993 |
| 7/6/2017 | 0.00039071 | 0.00376714 | 9.64169285 | 8/24/2017 | 0.00053275 | 0.00709223 | 13.31249040 |
| 7/7/2017 | 0.00051591 | 0.00528233 | 10.23887150 | 8/25/2017 | 0.00049833 | 0.00656333 | 13.17064353 |
| 7/8/2017 | 0.00045276 | 0.00462535 | 10.21589193 | 8/26/2017 | 0.00048497 | 0.00632203 | 13.03582125 |
| 7/9/2017 | 0.00034924 | 0.00363237 | 10.40075989 | 8/27/2017 | 0.00047273 | 0.00595562 | 12.59846503 |
| 7/10/2017 | 0.00032833 | 0.00361713 | 11.01671620 | 8/28/2017 | 0.00052562 | 0.00662430 | 12.60290439 |
| 7/11/2017 | 0.00033992 | 0.00402562 | 11.84290780 | 8/29/2017 | 0.00052240 | 0.00645345 | 12.35336013 |
| 7/12/2017 | 0.00020407 | 0.00212128 | 10.39493868 | 8/30/2017 | 0.00051690 | 0.00623494 | 12.06219615 |
| 7/13/2017 | 0.00033128 | 0.00372442 | 11.24254995 | 8/31/2017 | 0.00053225 | 0.00653561 | 12.27910923 |
| 7/14/2017 | 0.00034830 | 0.00389596 | 11.18571572 | 9/1/2017 | 0.00043138 | 0.00544256 | 12.61672770 |
| 7/15/2017 | 0.00042916 | 0.00502689 | 11.71321418 | 9/2/2017 | 0.00050505 | 0.00662645 | 13.12043670 |
| 7/16/2017 | 0.00049003 | 0.00600955 | 12.26372649 | 9/3/2017 | 0.00042750 | 0.00563831 | 13.18913319 |
| 7/17/2017 | 0.00067353 | 0.00775980 | 11.52109399 | 9/4/2017 | 0.00047360 | 0.00679812 | 14.35210218 |
| 7/18/2017 | 0.00078525 | 0.00776868 | 9.89325483 | 9/5/2017 | 0.00046765 | 0.00653919 | 13.98297070 |
| 7/19/2017 | 0.00082378 | 0.00937807 | 11.38422634 | 9/6/2017 | 0.00045722 | 0.00628671 | 13.74983550 |
| 7/20/2017 | 0.00068157 | 0.00845023 | 12.39813430 | 9/7/2017 | 0.00041438 | 0.00578605 | 13.96314847 |
| 7/21/2017 | 0.00061542 | 0.00752084 | 12.22061383 | 9/8/2017 | 0.00046498 | 0.00663170 | 14.26222597 |
| 7/22/2017 | 0.00062325 | 0.00763204 | 12.24559874 | 9/9/2017 | 0.00043953 | 0.00630944 | 14.35482337 |
| 7/23/2017 | 0.00061855 | 0.00747466 | 12.08408940 | 9/10/2017 | 0.00045637 | 0.00651636 | 14.27858009 |
| 7/24/2017 | 0.00053832 | 0.00659962 | 12.25962351 | 9/11/2017 | 0.00046844 | 0.00661834 | 14.12850983 |
| 7/25/2017 | 0.00056833 | 0.00708384 | 12.46422524 | 9/12/2017 | 0.00045403 | 0.00643485 | 14.17281960 |
| 7/26/2017 | 0.00058119 | 0.00720814 | 12.40230449 | 9/13/2017 | 0.00036762 | 0.00515066 | 14.01100646 |
| 7/27/2017 | 0.00052841 | 0.00690975 | 13.07644871 | 9/14/2017 | 0.00052366 | 0.00776916 | 14.74895984 |
| 7/28/2017 | 0.00048889 | 0.00711112 | 14.54541218 | 9/15/2017 | 0.00044693 | 0.00649086 | 14.52335702 |
| 7/29/2017 | 0.00051859 | 0.00687060 | 13.24870013 | 9/16/2017 | 0.00046104 | 0.00677957 | 14.70485153 |
| 7/30/2017 | 0.00051912 | 0.00722952 | 13.92655824 | 9/17/2017 | 0.00050440 | 0.00717855 | 14.23189672 |
| 7/31/2017 | 0.00051225 | 0.00722470 | 14.10379163 | 9/18/2017 | 0.00044864 | 0.00621397 | 13.85076661 |
| 8/1/2017 | 0.00050308 | 0.00603034 | 11.98685893 | 9/19/2017 | 0.00046413 | 0.00644165 | 13.87896040 |
| 8/2/2017 | 0.00053197 | 0.00655604 | 12.32402819 | 9/20/2017 | 0.00041389 | 0.00576584 | 13.76594770 |
| 8/3/2017 | 0.00050764 | 0.00631845 | 12.44665838 | 9/21/2017 | 0.00044004 | 0.00617913 | 14.04223064 |
| 8/4/2017 | 0.00056746 | 0.00736675 | 12.98197875 | 9/22/2017 | 0.00043234 | 0.00593886 | 13.73652151 |
| 8/5/2017 | 0.00055802 | 0.00707653 | 12.68141593 | 9/23/2017 | 0.00041064 | 0.00544187 | 13.25226264 |
| 8/6/2017 | 0.00045010 | 0.00553045 | 12.28711244 | 9/24/2017 | 0.00045335 | 0.00591051 | 13.03752478 |
| 8/7/2017 | 0.00036804 | 0.00461996 | 12.55271565 | 9/25/2017 | 0.00040942 | 0.00549858 | 13.43026716 |
| 8/8/2017 | 0.00035752 | 0.00412003 | 11.52387371 | 9/26/2017 | 0.00042794 | 0.00579495 | 13.54143473 |
| 8/9/2017 | 0.00035474 | 0.00400534 | 11.29098402 | 9/27/2017 | 0.00038537 | 0.00528208 | 13.70662708 |
| 8/10/2017 | 0.00037891 | 0.00432999 | 11.42748995 | 9/28/2017 | 0.00042249 | 0.00589604 | 13.95530670 |
| 8/11/2017 | 0.00035665 | 0.00421550 | 11.81965939 | 9/29/2017 | 0.00039274 | 0.00560950 | 14.28301369 |
| 8/12/2017 | 0.00032378 | 0.00404958 | 12.50711526 | 9/30/2017 | 0.00038514 | 0.00554302 | 14.39232402 |
| 8/13/2017 | 0.00033710 | 0.00460679 | 13.66590619 | 10/1/2017 | 0.00042748 | 0.00622643 | 14.56552226 |
| 8/14/2017 | 0.00029144 | 0.00420027 | 14.41229590 | 10/2/2017 | 0.00041957 | 0.00621891 | 14.82224015 |
| 8/15/2017 | 0.00031311 | 0.00451798 | 14.42940446 | 10/3/2017 | 0.00044470 | 0.00656500 | 14.76263421 |
| 8/16/2017 | 0.00029402 | 0.00425712 | 14.47920733 | 10/4/2017 | 0.00050835 | 0.00734641 | 14.45144536 |
| 8/17/2017 | 0.00029134 | 0.00418629 | 14.36903735 | 10/5/2017 | 0.00049210 | 0.00719935 | 14.62992632 |
| 8/18/2017 | 0.00030926 | 0.00435299 | 14.07564532 | 10/6/2017 | 0.00049876 | 0.00706439 | 14.16380959 |

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

AA40716 v.10
16

**TABLE 1:**
**Currency Conversion Closing Prices**

| DATE | BTC/XTZ | ETH/XTZ | ETH/BTC | DATE | BTC/XTZ | ETH/XTZ | ETH/BTC |
|---|---|---|---|---|---|---|---|
| 10/7/2017 | 0.00053762 | 0.00764978 | 14.22888275 | 11/27/2017 | 0.00022101 | 0.00451745 | 20.43956616 |
| 10/8/2017 | 0.00050791 | 0.00761479 | 14.93950293 | 11/28/2017 | 0.00021175 | 0.00450412 | 21.27045887 |
| 10/9/2017 | 0.00048617 | 0.00780120 | 16.04633646 | 11/29/2017 | 0.00020832 | 0.00481849 | 23.13016935 |
| 10/10/2017 | 0.00048515 | 0.00773669 | 15.94687698 | 11/30/2017 | 0.00021400 | 0.00489812 | 22.88832726 |
| 10/11/2017 | 0.00046825 | 0.00744744 | 15.90483095 | 12/1/2017 | 0.00022049 | 0.00518712 | 23.52552836 |
| 10/12/2017 | 0.00045347 | 0.00812126 | 17.90921944 | 12/2/2017 | 0.00022484 | 0.00537275 | 23.89599741 |
| 10/13/2017 | 0.00043207 | 0.00720274 | 16.67023852 | 12/3/2017 | 0.00024021 | 0.00583879 | 24.30653644 |
| 10/14/2017 | 0.00044926 | 0.00771428 | 17.17100963 | 12/4/2017 | 0.00022904 | 0.00567843 | 24.79200340 |
| 10/15/2017 | 0.00044028 | 0.00742721 | 16.86925134 | 12/5/2017 | 0.00023496 | 0.00604386 | 25.72245726 |
| 10/16/2017 | 0.00045236 | 0.00776891 | 17.17436559 | 12/6/2017 | 0.00023161 | 0.00772300 | 33.34538837 |
| 10/17/2017 | 0.00044599 | 0.00788445 | 17.67853539 | 12/7/2017 | 0.00021118 | 0.00870146 | 41.20462236 |
| 10/18/2017 | 0.00040782 | 0.00725375 | 17.78661873 | 12/8/2017 | 0.00023055 | 0.00837664 | 36.33401311 |
| 10/19/2017 | 0.00035561 | 0.00658898 | 18.52874160 | 12/9/2017 | 0.00022466 | 0.00720169 | 32.05533263 |
| 10/20/2017 | 0.00031440 | 0.00621690 | 19.77385612 | 12/10/2017 | 0.00022322 | 0.00781038 | 34.98913339 |
| 10/21/2017 | 0.00030174 | 0.00606283 | 20.09260801 | 12/11/2017 | 0.00022850 | 0.00751252 | 32.87805257 |
| 10/22/2017 | 0.00027961 | 0.00568624 | 20.33650364 | 12/12/2017 | 0.00024691 | 0.00660086 | 26.73410804 |
| 10/23/2017 | 0.00029003 | 0.00599408 | 20.66673637 | 12/13/2017 | 0.00024805 | 0.00579137 | 23.34789476 |
| 10/24/2017 | 0.00033293 | 0.00616767 | 18.52525727 | 12/14/2017 | 0.00026805 | 0.00638096 | 23.80500704 |
| 10/25/2017 | 0.00030952 | 0.00597476 | 19.30316864 | 12/15/2017 | 0.00028238 | 0.00730514 | 25.87026079 |
| 10/26/2017 | 0.00030314 | 0.00603649 | 19.91309480 | 12/16/2017 | 0.00030671 | 0.00858936 | 28.00505595 |
| 10/27/2017 | 0.00030791 | 0.00598480 | 19.43682335 | 12/17/2017 | 0.00055170 | 0.01466728 | 26.58555218 |
| 10/28/2017 | 0.00031288 | 0.00607492 | 19.41643604 | 12/18/2017 | 0.00043685 | 0.01050777 | 24.05360851 |
| 10/29/2017 | 0.00028437 | 0.00573601 | 20.17060540 | 12/19/2017 | 0.00042528 | 0.00914347 | 21.50008466 |
| 10/30/2017 | 0.00028546 | 0.00568643 | 19.92048741 | 12/20/2017 | 0.00029174 | 0.00592121 | 20.29642652 |
| 10/31/2017 | 0.00027055 | 0.00572120 | 21.14685498 | 12/21/2017 | 0.00031830 | 0.00612623 | 19.24694907 |
| 11/1/2017 | 0.00025416 | 0.00589667 | 23.20034969 | 12/22/2017 | 0.00027834 | 0.00570489 | 20.49580654 |
| 11/2/2017 | 0.00022745 | 0.00560136 | 24.62686567 | 12/23/2017 | 0.00030138 | 0.00615799 | 20.43286673 |
| 11/3/2017 | 0.00024141 | 0.00569167 | 23.57711557 | 12/24/2017 | 0.00028867 | 0.00579126 | 20.06165814 |
| 11/4/2017 | 0.00023984 | 0.00589077 | 24.56135388 | 12/25/2017 | 0.00027804 | 0.00509251 | 18.31555306 |
| 11/5/2017 | 0.00022950 | 0.00573820 | 25.00307163 | 12/26/2017 | 0.00026460 | 0.00550501 | 20.80507598 |
| 11/6/2017 | 0.00022071 | 0.00518585 | 23.49613570 | 12/27/2017 | 0.00024434 | 0.00507315 | 20.76254523 |
| 11/7/2017 | 0.00024075 | 0.00583724 | 24.24618204 | 12/28/2017 | 0.00025947 | 0.00514233 | 19.81832243 |
| 11/8/2017 | 0.00021717 | 0.00524153 | 24.13592390 | 12/29/2017 | 0.00025655 | 0.00498945 | 19.44850648 |
| 11/9/2017 | 0.00023938 | 0.00532909 | 22.26246572 | 12/30/2017 | 0.00029956 | 0.00540947 | 18.05788696 |
| 11/10/2017 | 0.00023572 | 0.00521303 | 22.11575606 | 12/31/2017 | 0.00028821 | 0.00539162 | 18.70733287 |
| 11/11/2017 | 0.00024852 | 0.00502097 | 20.20338121 | 1/1/2018 | 0.00033169 | 0.00586302 | 17.67601988 |
| 11/12/2017 | 0.00024874 | 0.00480660 | 19.32405573 | 1/2/2018 | 0.00036977 | 0.00626385 | 16.93964543 |
| 11/13/2017 | 0.00022258 | 0.00460975 | 20.71069083 | 1/3/2018 | 0.00046642 | 0.00736455 | 15.78963769 |
| 11/14/2017 | 0.00023509 | 0.00462044 | 19.65391109 | 1/4/2018 | 0.00039425 | 0.00626962 | 15.90262203 |
| 11/15/2017 | 0.00022008 | 0.00482961 | 21.94486441 | 1/5/2018 | 0.00034144 | 0.00549252 | 17.46933007 |
| 11/16/2017 | 0.00021088 | 0.00501632 | 23.78728998 | 1/6/2018 | 0.00031095 | 0.00523193 | 16.82570463 |
| 11/17/2017 | 0.00021404 | 0.00496405 | 23.19260507 | 1/7/2018 | 0.00033015 | 0.00471743 | 14.28896000 |
| 11/18/2017 | 0.00021694 | 0.00486177 | 22.41060384 | 1/8/2018 | 0.00031246 | 0.00412701 | 13.20827493 |
| 11/19/2017 | 0.00021402 | 0.00485341 | 22.67696605 | 1/9/2018 | 0.00034052 | 0.00382384 | 11.22947666 |
| 11/20/2017 | 0.00021340 | 0.00477190 | 22.36151937 | 1/10/2018 | 0.00033059 | 0.00394165 | 11.92312593 |
| 11/21/2017 | 0.00021310 | 0.00477248 | 22.39528302 | 1/11/2018 | 0.00039311 | 0.00456305 | 11.60745673 |
| 11/22/2017 | 0.00028109 | 0.00609484 | 21.68277946 | 1/12/2018 | 0.00041128 | 0.00451618 | 10.98067861 |
| 11/23/2017 | 0.00025128 | 0.00492479 | 19.59862984 | 1/13/2018 | 0.00042270 | 0.00434683 | 10.28358230 |
| 11/24/2017 | 0.00023989 | 0.00416921 | 17.37948243 | 1/14/2018 | 0.00040299 | 0.00406067 | 10.07631130 |
| 11/25/2017 | 0.00023092 | 0.00435361 | 18.85330703 | 1/15/2018 | 0.00037844 | 0.00404824 | 10.69710199 |
| 11/26/2017 | 0.00023257 | 0.00460399 | 19.79621497 | 1/16/2018 | 0.00042122 | 0.00459338 | 10.90501001 |

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

AA40717 v.10

17

**TABLE 1:**
**Currency Conversion Closing Prices**

| DATE | BTC/XTZ | ETH/XTZ | ETH/BTC | DATE | BTC/XTZ | ETH/XTZ | ETH/BTC |
|------|---------|---------|---------|------|---------|---------|---------|
| 1/17/2018 | 0.00040488 | 0.00446635 | 11.03140251 | 3/7/2018 | 0.00034117 | 0.00451629 | 13.23747725 |
| 1/18/2018 | 0.00044706 | 0.00495040 | 11.07316555 | 3/8/2018 | 0.00032358 | 0.00431450 | 13.33382061 |
| 1/19/2018 | 0.00040836 | 0.00456164 | 11.17062843 | 3/9/2018 | 0.00032985 | 0.00422543 | 12.81011634 |
| 1/20/2018 | 0.00038685 | 0.00431979 | 11.16668831 | 3/10/2018 | 0.00033950 | 0.00438207 | 12.90745243 |
| 1/21/2018 | 0.00039482 | 0.00436365 | 11.05213514 | 3/11/2018 | 0.00037584 | 0.00497691 | 13.24222357 |
| 1/22/2018 | 0.00043270 | 0.00471463 | 10.89587943 | 3/12/2018 | 0.00035958 | 0.00472972 | 13.15336582 |
| 1/23/2018 | 0.00043613 | 0.00480618 | 11.02014743 | 3/13/2018 | 0.00036760 | 0.00489267 | 13.30985915 |
| 1/24/2018 | 0.00037326 | 0.00400461 | 10.72876329 | 3/14/2018 | 0.00037365 | 0.00503020 | 13.46238747 |
| 1/25/2018 | 0.00035881 | 0.00382565 | 10.66200771 | 3/15/2018 | 0.00038189 | 0.00518567 | 13.57902830 |
| 1/26/2018 | 0.00036790 | 0.00389511 | 10.58729873 | 3/16/2018 | 0.00035259 | 0.00488640 | 13.85867668 |
| 1/27/2018 | 0.00035750 | 0.00369444 | 10.33421554 | 3/17/2018 | 0.00035241 | 0.00504722 | 14.32193639 |
| 1/28/2018 | 0.00038859 | 0.00367573 | 9.45923387 | 3/18/2018 | 0.00034291 | 0.00523541 | 15.26748849 |
| 1/29/2018 | 0.00029036 | 0.00277411 | 9.55411211 | 3/19/2018 | 0.00034992 | 0.00542453 | 15.50239793 |
| 1/30/2018 | 0.00034038 | 0.00321156 | 9.43517594 | 3/20/2018 | 0.00036910 | 0.00590484 | 15.99775652 |
| 1/31/2018 | 0.00033167 | 0.00303136 | 9.13977341 | 3/21/2018 | 0.00037517 | 0.00596372 | 15.89603546 |
| 2/1/2018 | 0.00033368 | 0.00295142 | 8.84512775 | 3/22/2018 | 0.00038266 | 0.00618862 | 16.17281823 |
| 2/2/2018 | 0.00032274 | 0.00311210 | 9.64287274 | 3/23/2018 | 0.00039078 | 0.00643045 | 16.45532041 |
| 2/3/2018 | 0.00034660 | 0.00329869 | 9.51734404 | 3/24/2018 | 0.00045108 | 0.00742725 | 16.46554213 |
| 2/4/2018 | 0.00037091 | 0.00367806 | 9.91638712 | 3/25/2018 | 0.00046258 | 0.00749585 | 16.20435255 |
| 2/5/2018 | 0.00034650 | 0.00345297 | 9.96528405 | 3/26/2018 | 0.00042878 | 0.00718441 | 16.75558730 |
| 2/6/2018 | 0.00031726 | 0.00310061 | 9.77657858 | 3/27/2018 | 0.00038555 | 0.00670932 | 17.40211499 |
| 2/7/2018 | 0.00031753 | 0.00319653 | 10.06683662 | 3/28/2018 | 0.00039475 | 0.00703594 | 17.82396702 |
| 2/8/2018 | 0.00035690 | 0.00360719 | 10.10698084 | 3/29/2018 | 0.00038935 | 0.00722854 | 18.56543255 |
| 2/9/2018 | 0.00036283 | 0.00358654 | 9.88502704 | 3/30/2018 | 0.00040781 | 0.00712041 | 17.46026759 |
| 2/10/2018 | 0.00037927 | 0.00380051 | 10.02068781 | 3/31/2018 | 0.00041012 | 0.00721384 | 17.58949200 |
| 2/11/2018 | 0.00036655 | 0.00365797 | 9.97958658 | 4/1/2018 | 0.00038573 | 0.00695451 | 18.02963568 |
| 2/12/2018 | 0.00036072 | 0.00370665 | 10.27566161 | 4/2/2018 | 0.00038821 | 0.00711661 | 18.33186688 |
| 2/13/2018 | 0.00030355 | 0.00308781 | 10.17238483 | 4/3/2018 | 0.00038626 | 0.00690830 | 17.88507760 |
| 2/14/2018 | 0.00026331 | 0.00270692 | 10.28046905 | 4/4/2018 | 0.00038810 | 0.00699007 | 18.01082672 |
| 2/15/2018 | 0.00025279 | 0.00274285 | 10.85017823 | 4/5/2018 | 0.00039639 | 0.00704538 | 17.77384338 |
| 2/16/2018 | 0.00026285 | 0.00284894 | 10.83858464 | 4/6/2018 | 0.00037671 | 0.00675147 | 17.92195306 |
| 2/17/2018 | 0.00024746 | 0.00282309 | 11.40805453 | 4/7/2018 | 0.00037621 | 0.00674781 | 17.93644079 |
| 2/18/2018 | 0.00027199 | 0.00310633 | 11.42068577 | 4/8/2018 | 0.00037588 | 0.00659160 | 17.53644104 |
| 2/19/2018 | 0.00030645 | 0.00364461 | 11.89297142 | 4/9/2018 | 0.00038548 | 0.00654907 | 16.98926053 |
| 2/20/2018 | 0.00034287 | 0.00436691 | 12.73629896 | 4/10/2018 | 0.00039211 | 0.00646968 | 16.49951719 |
| 2/21/2018 | 0.00033020 | 0.00415309 | 12.57738508 | 4/11/2018 | 0.00038316 | 0.00620151 | 16.18506991 |
| 2/22/2018 | 0.00040580 | 0.00499483 | 12.30869544 | 4/12/2018 | 0.00038660 | 0.00618737 | 16.00448330 |
| 2/23/2018 | 0.00045529 | 0.00542705 | 11.91994816 | 4/13/2018 | 0.00035968 | 0.00576381 | 16.02492237 |
| 2/24/2018 | 0.00049322 | 0.00575834 | 11.67499881 | 4/14/2018 | 0.00035937 | 0.00572306 | 15.92534099 |
| 2/25/2018 | 0.00048320 | 0.00552787 | 11.44012263 | 4/15/2018 | 0.00035898 | 0.00562347 | 15.66505548 |
| 2/26/2018 | 0.00038199 | 0.00455528 | 11.92506787 | 4/16/2018 | 0.00037972 | 0.00598650 | 15.76576347 |
| 2/27/2018 | 0.00040650 | 0.00496430 | 12.21218987 | 4/17/2018 | 0.00036066 | 0.00566724 | 15.71335680 |
| 2/28/2018 | 0.00040681 | 0.00494621 | 12.15844247 | 4/18/2018 | 0.00036994 | 0.00575468 | 15.55559367 |
| 3/1/2018 | 0.00040088 | 0.00503325 | 12.55560651 | 4/19/2018 | 0.00036772 | 0.00537076 | 14.60548698 |
| 3/2/2018 | 0.00038876 | 0.00503005 | 12.93855401 | 4/20/2018 | 0.00033801 | 0.00485610 | 14.36664393 |
| 3/3/2018 | 0.00038382 | 0.00514454 | 13.40344369 | 4/21/2018 | 0.00033500 | 0.00492237 | 14.69372316 |
| 3/4/2018 | 0.00037003 | 0.00491531 | 13.28356487 | 4/22/2018 | 0.00036013 | 0.00509761 | 14.15505098 |
| 3/5/2018 | 0.00034994 | 0.00474417 | 13.55695343 | 4/23/2018 | 0.00038854 | 0.00540036 | 13.89912069 |
| 3/6/2018 | 0.00033581 | 0.00443112 | 13.19529959 | 4/24/2018 | 0.00043413 | 0.00594498 | 13.69393922 |

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

**TABLE 1:**
**Currency Conversion Closing Prices**

| Date | BTC/XTZ | ETH/XTZ | ETH/BTC | Date | BTC/XTZ | ETH/XTZ | ETH/BTC |
|------|---------|---------|---------|------|---------|---------|---------|
| 4/25/2018 | 0.00040924 | 0.00588216 | 14.37350102 | 6/15/2018 | 0.00060094 | 0.00790224 | 13.14985743 |
| 4/26/2018 | 0.00037709 | 0.00528055 | 14.00327394 | 6/16/2018 | 0.00061983 | 0.00812585 | 13.10975903 |
| 4/27/2018 | 0.00039501 | 0.00548661 | 13.88969600 | 6/17/2018 | 0.00061853 | 0.00803277 | 12.98685183 |
| 4/28/2018 | 0.00039900 | 0.00545577 | 13.67376550 | 6/18/2018 | 0.00062066 | 0.00805566 | 12.97928270 |
| 4/29/2018 | 0.00040025 | 0.00547265 | 13.67303449 | 6/19/2018 | 0.00062334 | 0.00784445 | 12.58446725 |
| 4/30/2018 | 0.00039175 | 0.00540363 | 13.79351266 | 6/20/2018 | 0.00063011 | 0.00796241 | 12.63645179 |
| 5/1/2018 | 0.00040026 | 0.00541857 | 13.53752171 | 6/21/2018 | 0.00062112 | 0.00792612 | 12.76094583 |
| 5/2/2018 | 0.00040169 | 0.00539911 | 13.44090810 | 6/22/2018 | 0.00064270 | 0.00839380 | 13.06017346 |
| 5/3/2018 | 0.00040333 | 0.00504143 | 12.49949970 | 6/23/2018 | 0.00061339 | 0.00796594 | 12.98676557 |
| 5/4/2018 | 0.00040100 | 0.00495150 | 12.34790357 | 6/24/2018 | 0.00052971 | 0.00714489 | 13.48838683 |
| 5/5/2018 | 0.00041184 | 0.00497476 | 12.07928981 | 6/25/2018 | 0.00059528 | 0.00808151 | 13.57602485 |
| 5/6/2018 | 0.00041741 | 0.00508639 | 12.18563441 | 6/26/2018 | 0.00057437 | 0.00808744 | 14.08062019 |
| 5/7/2018 | 0.00040969 | 0.00509473 | 12.43566576 | 6/27/2018 | 0.00058144 | 0.00809296 | 13.91882177 |
| 5/8/2018 | 0.00041149 | 0.00504742 | 12.26631777 | 6/28/2018 | 0.00060304 | 0.00842883 | 13.97727057 |
| 5/9/2018 | 0.00041822 | 0.00518424 | 12.39588983 | 6/29/2018 | 0.00065291 | 0.00931171 | 14.26182886 |
| 5/10/2018 | 0.00042459 | 0.00527995 | 12.43529315 | 6/30/2018 | 0.00069176 | 0.00973241 | 14.06915945 |
| 5/11/2018 | 0.00043950 | 0.00545917 | 12.42144528 | 7/1/2018 | 0.00061896 | 0.00870197 | 14.06816179 |
| 5/12/2018 | 0.00045738 | 0.00567014 | 12.39689527 | 7/2/2018 | 0.00043996 | 0.00612180 | 13.91433680 |
| 5/13/2018 | 0.00049175 | 0.00584867 | 11.89357873 | 7/3/2018 | 0.00030630 | 0.00430849 | 14.06632917 |
| 5/14/2018 | 0.00058852 | 0.00702211 | 11.93181849 | 7/4/2018 | 0.00028344 | 0.00400154 | 14.11784216 |
| 5/15/2018 | 0.00059104 | 0.00709580 | 12.00555814 | 7/5/2018 | 0.00021388 | 0.00299319 | 13.99451951 |
| 5/16/2018 | 0.00053890 | 0.00637862 | 11.83626335 | 7/6/2018 | 0.00026823 | 0.00377629 | 14.07881690 |
| 5/17/2018 | 0.00055718 | 0.00670472 | 12.03330063 | 7/7/2018 | 0.00026980 | 0.00376276 | 13.94648741 |
| 5/18/2018 | 0.00056963 | 0.00676873 | 11.88267062 | 7/8/2018 | 0.00034249 | 0.00474321 | 13.84911678 |
| 5/19/2018 | 0.00057717 | 0.00683388 | 11.84038017 | 7/9/2018 | 0.00033522 | 0.00474113 | 14.14313586 |
| 5/20/2018 | 0.00057087 | 0.00679369 | 11.90048506 | 7/10/2018 | 0.00035229 | 0.00513328 | 14.57103725 |
| 5/21/2018 | 0.00053569 | 0.00645004 | 12.04054518 | 7/11/2018 | 0.00032840 | 0.00470304 | 14.32121741 |
| 5/22/2018 | 0.00051979 | 0.00645321 | 12.41513570 | 7/12/2018 | 0.00030503 | 0.00441789 | 14.48324691 |
| 5/23/2018 | 0.00051867 | 0.00671704 | 12.95056461 | 7/13/2018 | 0.00031580 | 0.00453886 | 14.37239361 |
| 5/24/2018 | 0.00053906 | 0.00679673 | 12.60858149 | 7/14/2018 | 0.00031389 | 0.00451742 | 14.39179986 |
| 5/25/2018 | 0.00058689 | 0.00748215 | 12.74886234 | 7/15/2018 | 0.00034279 | 0.00484606 | 14.13724575 |
| 5/26/2018 | 0.00059816 | 0.00749217 | 12.52533715 | 7/16/2018 | 0.00033819 | 0.00474348 | 14.02602671 |
| 5/27/2018 | 0.00058902 | 0.00757854 | 12.86643268 | 7/17/2018 | 0.00033329 | 0.00487026 | 14.61285429 |
| 5/28/2018 | 0.00059137 | 0.00817766 | 13.82836602 | 7/18/2018 | 0.00031611 | 0.00484901 | 15.33949345 |
| 5/29/2018 | 0.00065038 | 0.00859584 | 13.21669998 | 7/19/2018 | 0.00030401 | 0.00483370 | 15.89979132 |
| 5/30/2018 | 0.00069263 | 0.00916743 | 13.23561894 | 7/20/2018 | 0.00027875 | 0.00454848 | 16.31712891 |
| 5/31/2018 | 0.00064450 | 0.00836146 | 12.97354800 | 7/21/2018 | 0.00029652 | 0.00475737 | 16.04378946 |
| 6/1/2018 | 0.00068422 | 0.00889594 | 13.00160334 | 7/22/2018 | 0.00029116 | 0.00469913 | 16.13908106 |
| 6/2/2018 | 0.00075620 | 0.00976665 | 12.91537825 | 7/23/2018 | 0.00029049 | 0.00496839 | 17.10349340 |
| 6/3/2018 | 0.00065542 | 0.00818333 | 12.48564682 | 7/24/2018 | 0.00025521 | 0.00448505 | 17.57362789 |
| 6/4/2018 | 0.00065607 | 0.00831394 | 12.67238355 | 7/25/2018 | 0.00025912 | 0.00448687 | 17.31547758 |
| 6/5/2018 | 0.00069690 | 0.00873133 | 12.52873790 | 7/26/2018 | 0.00025655 | 0.00439617 | 17.13554866 |
| 6/6/2018 | 0.00064150 | 0.00808736 | 12.60702991 | 7/27/2018 | 0.00025597 | 0.00444993 | 17.38456789 |
| 6/7/2018 | 0.00065119 | 0.00826187 | 12.68732134 | 7/28/2018 | 0.00025146 | 0.00441208 | 17.54583423 |
| 6/8/2018 | 0.00065706 | 0.00833500 | 12.68536634 | 7/29/2018 | 0.00025187 | 0.00443568 | 17.61085992 |
| 6/9/2018 | 0.00065587 | 0.00826695 | 12.60455854 | 7/30/2018 | 0.00025426 | 0.00455063 | 17.89726087 |
| 6/10/2018 | 0.00070734 | 0.00911716 | 12.88941650 | 7/31/2018 | 0.00024292 | 0.00435614 | 17.93265264 |
| 6/11/2018 | 0.00064428 | 0.00834458 | 12.95177018 | 8/1/2018 | 0.00023869 | 0.00432561 | 18.12218657 |
| 6/12/2018 | 0.00065782 | 0.00871508 | 13.24845021 | 8/2/2018 | 0.00021934 | 0.00402307 | 18.33927100 |
| 6/13/2018 | 0.00061261 | 0.00814677 | 13.29849840 | 8/3/2018 | 0.00024615 | 0.00437527 | 17.77456606 |
| 6/14/2018 | 0.00062169 | 0.00798476 | 12.84363336 | 8/4/2018 | 0.00026590 | 0.00459177 | 17.26912216 |

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

**TABLE 1:**
**Currency Conversion Closing Prices**

| Date | BTC/XTZ | ETH/XTZ | ETH/BTC | Date | BTC/XTZ | ETH/XTZ | ETH/BTC |
|------|---------|---------|---------|------|---------|---------|---------|
| 8/5/2018 | 0.00026173 | 0.00450648 | 17.21835721 | 9/23/2018 | 0.00024737 | 0.00679409 | 27.46543609 |
| 8/6/2018 | 0.00025605 | 0.00437712 | 17.09487041 | 9/24/2018 | 0.00023653 | 0.00682027 | 28.83491453 |
| 8/7/2018 | 0.00025025 | 0.00444480 | 17.76108569 | 9/25/2018 | 0.00022803 | 0.00672738 | 29.50194499 |
| 8/8/2018 | 0.00024422 | 0.00431844 | 17.68262247 | 9/26/2018 | 0.00022325 | 0.00671763 | 30.09034051 |
| 8/9/2018 | 0.00025425 | 0.00456796 | 17.96610958 | 9/27/2018 | 0.00021567 | 0.00630225 | 29.22119130 |
| 8/10/2018 | 0.00024738 | 0.00457837 | 18.50712191 | 9/28/2018 | 0.00021372 | 0.00638489 | 29.87468525 |
| 8/11/2018 | 0.00024143 | 0.00471888 | 19.54527956 | 9/29/2018 | 0.00021812 | 0.00621654 | 28.50094975 |
| 8/12/2018 | 0.00022933 | 0.00453735 | 19.78499233 | 9/30/2018 | 0.00021432 | 0.00609835 | 28.45419798 |
| 8/13/2018 | 0.00020643 | 0.00453752 | 21.98104712 | 10/1/2018 | 0.00020487 | 0.00584998 | 28.55492482 |
| 8/14/2018 | 0.00020162 | 0.00448141 | 22.22675940 | 10/2/2018 | 0.00020286 | 0.00585439 | 28.85861431 |
| 8/15/2018 | 0.00020449 | 0.00456864 | 22.34211645 | 10/3/2018 | 0.00020146 | 0.00594131 | 29.49154157 |
| 8/16/2018 | 0.00020522 | 0.00451311 | 21.99177226 | 10/4/2018 | 0.00019767 | 0.00585006 | 29.59540095 |
| 8/17/2018 | 0.00020971 | 0.00437082 | 20.84258702 | 10/5/2018 | 0.00019932 | 0.00579965 | 29.09701230 |
| 8/18/2018 | 0.00020704 | 0.00449613 | 21.71583111 | 10/6/2018 | 0.00020339 | 0.00595238 | 29.26576937 |
| 8/19/2018 | 0.00021057 | 0.00455407 | 21.62706512 | 10/7/2018 | 0.00019991 | 0.00583761 | 29.20108792 |
| 8/20/2018 | 0.00022668 | 0.00521289 | 22.99697434 | 10/8/2018 | 0.00020444 | 0.00593213 | 29.01609526 |
| 8/21/2018 | 0.00020959 | 0.00482372 | 23.01468398 | 10/9/2018 | 0.00021076 | 0.00614089 | 29.13694184 |
| 8/22/2018 | 0.00020230 | 0.00475418 | 23.50081079 | 10/10/2018 | 0.00020803 | 0.00606812 | 29.16919874 |
| 8/23/2018 | 0.00020199 | 0.00476362 | 23.58311079 | 10/11/2018 | 0.00019820 | 0.00654354 | 33.01445910 |
| 8/24/2018 | 0.00019792 | 0.00470014 | 23.74795915 | 10/12/2018 | 0.00019922 | 0.00635389 | 31.89437300 |
| 8/25/2018 | 0.00020109 | 0.00486322 | 24.18448060 | 10/13/2018 | 0.00019726 | 0.00620496 | 31.45511409 |
| 8/26/2018 | 0.00019829 | 0.00483285 | 24.37231105 | 10/14/2018 | 0.00019393 | 0.00623339 | 32.14249949 |
| 8/27/2018 | 0.00019609 | 0.00472689 | 24.10588235 | 10/15/2018 | 0.00020768 | 0.00653314 | 31.45703386 |
| 8/28/2018 | 0.00019447 | 0.00465430 | 23.93349073 | 10/16/2018 | 0.00022286 | 0.00699600 | 31.39210927 |
| 8/29/2018 | 0.00019440 | 0.00473540 | 24.35850817 | 10/17/2018 | 0.00021392 | 0.00676067 | 31.60338999 |
| 8/30/2018 | 0.00019489 | 0.00478688 | 24.56171905 | 10/18/2018 | 0.00020381 | 0.00649127 | 31.85006147 |
| 8/31/2018 | 0.00019325 | 0.00480565 | 24.86777385 | 10/19/2018 | 0.00020262 | 0.00643008 | 31.73518873 |
| 9/1/2018 | 0.00019602 | 0.00477416 | 24.35582718 | 10/20/2018 | 0.00020187 | 0.00637687 | 31.58832692 |
| 9/2/2018 | 0.00019113 | 0.00472195 | 24.70605021 | 10/21/2018 | 0.00020672 | 0.00653212 | 31.59963927 |
| 9/3/2018 | 0.00019559 | 0.00490908 | 25.09873470 | 10/22/2018 | 0.00021731 | 0.00691041 | 31.79356989 |
| 9/4/2018 | 0.00019561 | 0.00503990 | 25.76529469 | 10/23/2018 | 0.00021310 | 0.00675345 | 31.69100519 |
| 9/5/2018 | 0.00019138 | 0.00559549 | 29.23785133 | 10/24/2018 | 0.00020629 | 0.00657346 | 31.86578366 |
| 9/6/2018 | 0.00018992 | 0.00538615 | 28.36056815 | 10/25/2018 | 0.00020841 | 0.00665943 | 31.94697119 |
| 9/7/2018 | 0.00019019 | 0.00566298 | 29.77472376 | 10/26/2018 | 0.00021159 | 0.00673782 | 31.84355481 |
| 9/8/2018 | 0.00018471 | 0.00580955 | 31.45228593 | 10/27/2018 | 0.00020832 | 0.00661084 | 31.73390138 |
| 9/9/2018 | 0.00019045 | 0.00609385 | 31.99705464 | 10/28/2018 | 0.00020813 | 0.00657350 | 31.58392170 |
| 9/10/2018 | 0.00022276 | 0.00715446 | 32.11741425 | 10/29/2018 | 0.00020213 | 0.00648923 | 32.10458809 |
| 9/11/2018 | 0.00020724 | 0.00707840 | 34.15572486 | 10/30/2018 | 0.00020208 | 0.00647904 | 32.06251265 |
| 9/12/2018 | 0.00019837 | 0.00687285 | 34.64681176 | 10/31/2018 | 0.00020261 | 0.00648495 | 32.00734624 |
| 9/13/2018 | 0.00020714 | 0.00638751 | 30.83657440 | 11/1/2018 | 0.00020540 | 0.00658722 | 32.07009604 |
| 9/14/2018 | 0.00024107 | 0.00741440 | 30.75659976 | 11/2/2018 | 0.00020506 | 0.00652911 | 31.84031100 |
| 9/15/2018 | 0.00024911 | 0.00730712 | 29.33249653 | 11/3/2018 | 0.00020593 | 0.00654378 | 31.77611269 |
| 9/16/2018 | 0.00025471 | 0.00752527 | 29.54431298 | 11/4/2018 | 0.00020859 | 0.00640995 | 30.72981830 |
| 9/17/2018 | 0.00023881 | 0.00758035 | 31.74247018 | 11/5/2018 | 0.00020406 | 0.00626524 | 30.70285523 |
| 9/18/2018 | 0.00023700 | 0.00719116 | 30.34241356 | 11/6/2018 | 0.00020585 | 0.00608835 | 29.57660792 |
| 9/19/2018 | 0.00024224 | 0.00738201 | 30.47359147 | 11/7/2018 | 0.00020367 | 0.00612395 | 30.06786997 |
| 9/20/2018 | 0.00026228 | 0.00761387 | 29.02920878 | 11/8/2018 | 0.00020453 | 0.00621967 | 30.40908448 |
| 9/21/2018 | 0.00024648 | 0.00673210 | 27.31344797 | 11/9/2018 | 0.00020202 | 0.00614081 | 30.39758176 |
| 9/22/2018 | 0.00024695 | 0.00690286 | 27.95234531 | 11/10/2018 | 0.00020439 | 0.00616384 | 30.15677787 |

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

**TABLE 1:**
**Currency Conversion Closing Prices**

| Date | BTC/XTZ | ETH/XTZ | ETH/BTC | Date | BTC/XTZ | ETH/XTZ | ETH/BTC |
|---|---|---|---|---|---|---|---|
| 11/11/2018 | 0.00020589 | 0.00624586 | 30.33628277 | 12/31/2018 | 0.00012361 | 0.00346875 | 28.06253280 |
| 11/12/2018 | 0.00019933 | 0.00603555 | 30.27882331 | 1/1/2019 | 0.00012351 | 0.00337096 | 27.29385031 |
| 11/13/2018 | 0.00019498 | 0.00599526 | 30.74742542 | 1/2/2019 | 0.00012307 | 0.00313008 | 25.43315060 |
| 11/14/2018 | 0.00019518 | 0.00617420 | 31.63368247 | 1/3/2019 | 0.00012566 | 0.00323276 | 25.72576103 |
| 11/15/2018 | 0.00019653 | 0.00613904 | 31.23737625 | 1/4/2019 | 0.00012521 | 0.00312478 | 24.95613922 |
| 11/16/2018 | 0.00019908 | 0.00633634 | 31.82754881 | 1/5/2019 | 0.00012567 | 0.00310475 | 24.70566692 |
| 11/17/2018 | 0.00019624 | 0.00626437 | 31.92143678 | 1/6/2019 | 0.00011881 | 0.00307029 | 25.84234548 |
| 11/18/2018 | 0.00019205 | 0.00609928 | 31.75885243 | 1/7/2019 | 0.00011960 | 0.00317357 | 26.53427818 |
| 11/19/2018 | 0.00017020 | 0.00555788 | 32.65511463 | 1/8/2019 | 0.00012032 | 0.00322555 | 26.80799415 |
| 11/20/2018 | 0.00016075 | 0.00549043 | 34.15582323 | 1/9/2019 | 0.00012290 | 0.00328874 | 26.75928382 |
| 11/21/2018 | 0.00015678 | 0.00527805 | 33.66620337 | 1/10/2019 | 0.00012309 | 0.00352043 | 28.60079297 |
| 11/22/2018 | 0.00015705 | 0.00541129 | 34.45615973 | 1/11/2019 | 0.00012197 | 0.00352617 | 28.90921207 |
| 11/23/2018 | 0.00014606 | 0.00514942 | 35.25636659 | 1/12/2019 | 0.00011602 | 0.00337206 | 29.06485671 |
| 11/24/2018 | 0.00014608 | 0.00499511 | 34.19473081 | 1/13/2019 | 0.00011109 | 0.00337643 | 30.39307100 |
| 11/25/2018 | 0.00014702 | 0.00506282 | 34.43512237 | 1/14/2019 | 0.00011242 | 0.00322804 | 28.71348880 |
| 11/26/2018 | 0.00015044 | 0.00524782 | 34.88213033 | 1/15/2019 | 0.00011236 | 0.00334310 | 29.75235598 |
| 11/27/2018 | 0.00014797 | 0.00513918 | 34.73066085 | 1/16/2019 | 0.00011625 | 0.00343913 | 29.58324565 |
| 11/28/2018 | 0.00013671 | 0.00475368 | 34.77147991 | 1/17/2019 | 0.00011608 | 0.00345099 | 29.72813965 |
| 11/29/2018 | 0.00013159 | 0.00479049 | 36.40335205 | 1/18/2019 | 0.00011952 | 0.00361291 | 30.22758450 |
| 11/30/2018 | 0.00012321 | 0.00473585 | 35.49765839 | 1/19/2019 | 0.00011730 | 0.00351235 | 29.94354321 |
| 12/1/2018 | 0.00012169 | 0.00432288 | 35.52486514 | 1/20/2019 | 0.00011898 | 0.00358632 | 30.14154181 |
| 12/2/2018 | 0.00011891 | 0.00422956 | 35.56903514 | 1/21/2019 | 0.00011843 | 0.00361466 | 30.52261864 |
| 12/3/2018 | 0.00011298 | 0.00403899 | 35.74892133 | 1/22/2019 | 0.00011760 | 0.00356960 | 30.35435789 |
| 12/4/2018 | 0.00011014 | 0.00395439 | 35.90318483 | 1/23/2019 | 0.00011864 | 0.00362152 | 30.52464879 |
| 12/5/2018 | 0.00010404 | 0.00381108 | 36.63144028 | 1/24/2019 | 0.00011652 | 0.00357520 | 30.68225971 |
| 12/6/2018 | 0.00009918 | 0.00380594 | 38.37292938 | 1/25/2019 | 0.00011525 | 0.00356470 | 30.93117374 |
| 12/7/2018 | 0.00010856 | 0.00397973 | 36.65923464 | 1/26/2019 | 0.00011393 | 0.00352340 | 30.92505794 |
| 12/8/2018 | 0.00011344 | 0.00427860 | 37.71820747 | 1/27/2019 | 0.00011221 | 0.00354619 | 31.60188696 |
| 12/9/2018 | 0.00011200 | 0.00425477 | 37.98854320 | 1/28/2019 | 0.00010914 | 0.00355341 | 32.55887044 |
| 12/10/2018 | 0.00010302 | 0.00393538 | 38.20111244 | 1/29/2019 | 0.00010816 | 0.00353181 | 32.65265152 |
| 12/11/2018 | 0.00010640 | 0.00409636 | 38.50016863 | 1/30/2019 | 0.00010891 | 0.00348622 | 32.00973281 |
| 12/12/2018 | 0.00011936 | 0.00459441 | 38.49155536 | 1/31/2019 | 0.00010960 | 0.00353978 | 32.29768354 |
| 12/13/2018 | 0.00011230 | 0.00430002 | 38.29073261 | 2/1/2019 | 0.00010968 | 0.00355493 | 32.41287984 |
| 12/14/2018 | 0.00011510 | 0.00442676 | 38.45902028 | 2/2/2019 | 0.00010822 | 0.00345056 | 31.88499502 |
| 12/15/2018 | 0.00012020 | 0.00460738 | 38.33207011 | 2/3/2019 | 0.00010787 | 0.00347614 | 32.22634664 |
| 12/16/2018 | 0.00012116 | 0.00462261 | 38.15200563 | 2/4/2019 | 0.00010696 | 0.00343142 | 32.08263773 |
| 12/17/2018 | 0.00011822 | 0.00440639 | 37.27383580 | 2/5/2019 | 0.00010717 | 0.00345765 | 32.26321668 |
| 12/18/2018 | 0.00011842 | 0.00432890 | 36.55484126 | 2/6/2019 | 0.00010765 | 0.00350253 | 32.53688525 |
| 12/19/2018 | 0.00011949 | 0.00441912 | 36.98973042 | 2/7/2019 | 0.00010704 | 0.00348062 | 32.51836618 |
| 12/20/2018 | 0.00011414 | 0.00406027 | 35.57425572 | 2/8/2019 | 0.00010572 | 0.00325018 | 30.74352310 |
| 12/21/2018 | 0.00011831 | 0.00421008 | 35.58484018 | 2/9/2019 | 0.00010344 | 0.00317969 | 30.73934522 |
| 12/22/2018 | 0.00011685 | 0.00401727 | 34.37975334 | 2/10/2019 | 0.00010271 | 0.00303673 | 29.56646102 |
| 12/23/2018 | 0.00012830 | 0.00392353 | 30.58025541 | 2/11/2019 | 0.00010507 | 0.00316032 | 30.07774114 |
| 12/24/2018 | 0.00013083 | 0.00380491 | 29.08300057 | 2/12/2019 | 0.00010673 | 0.00318150 | 29.80770172 |
| 12/25/2018 | 0.00012970 | 0.00381126 | 29.38609057 | 2/13/2019 | 0.00010869 | 0.00322117 | 29.63745410 |
| 12/26/2018 | 0.00013555 | 0.00396487 | 29.25077728 | 2/14/2019 | 0.00011369 | 0.00338754 | 29.79553505 |
| 12/27/2018 | 0.00012880 | 0.00403803 | 31.35040316 | 2/15/2019 | 0.00012387 | 0.00367333 | 29.65446355 |
| 12/28/2018 | 0.00012962 | 0.00369493 | 28.50650200 | 2/16/2019 | 0.00011931 | 0.00351343 | 29.44823949 |
| 12/29/2018 | 0.00013358 | 0.00369743 | 27.68011882 | 2/17/2019 | 0.00011893 | 0.00327053 | 27.49880240 |
| 12/30/2018 | 0.00012888 | 0.00356231 | 27.64157014 | 2/18/2019 | 0.00011588 | 0.00310571 | 26.80157426 |

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

TABLE 1:
**Currency Conversion Closing Prices**

| Date | BTC/XTZ | ETH/XTZ | ETH/BTC | Date | BTC/XTZ | ETH/XTZ | ETH/BTC |
|---|---|---|---|---|---|---|---|
| 2/19/2019 | 0.00011432 | 0.00310453 | 27.15576195 | 4/10/2019 | 0.00019157 | 0.00575166 | 30.02452915 |
| 2/20/2019 | 0.00011597 | 0.00310165 | 26.74570378 | 4/11/2019 | 0.00018511 | 0.00566449 | 30.60114804 |
| 2/21/2019 | 0.00011087 | 0.00300011 | 27.05892014 | 4/12/2019 | 0.00019120 | 0.00590694 | 30.89437902 |
| 2/22/2019 | 0.00011146 | 0.00299457 | 26.86652358 | 4/13/2019 | 0.00019241 | 0.00596090 | 30.98042672 |
| 2/23/2019 | 0.00010888 | 0.00284025 | 26.08646096 | 4/14/2019 | 0.00022060 | 0.00679218 | 30.78956149 |
| 2/24/2019 | 0.00011163 | 0.00313109 | 28.04880383 | 4/15/2019 | 0.00021117 | 0.00662252 | 31.36170081 |
| 2/25/2019 | 0.00011086 | 0.00307846 | 27.76927478 | 4/16/2019 | 0.00021965 | 0.00686076 | 31.23469753 |
| 2/26/2019 | 0.00010581 | 0.00295344 | 27.91194149 | 4/17/2019 | 0.00024182 | 0.00760707 | 31.45816113 |
| 2/27/2019 | 0.00010695 | 0.00302553 | 28.28950268 | 4/18/2019 | 0.00026046 | 0.00793970 | 30.48380415 |
| 2/28/2019 | 0.00010637 | 0.00299839 | 28.18859232 | 4/19/2019 | 0.00025642 | 0.00782914 | 30.53255426 |
| 3/1/2019 | 0.00010666 | 0.00301711 | 28.28774553 | 4/20/2019 | 0.00025104 | 0.00771223 | 30.72166906 |
| 3/2/2019 | 0.00010514 | 0.00302752 | 28.79383056 | 4/21/2019 | 0.00024838 | 0.00776242 | 31.25274919 |
| 3/3/2019 | 0.00010535 | 0.00306649 | 29.09020794 | 4/22/2019 | 0.00025003 | 0.00785477 | 31.41543027 |
| 3/4/2019 | 0.00010787 | 0.00317575 | 29.44008766 | 4/23/2019 | 0.00026201 | 0.00851560 | 32.50137066 |
| 3/5/2019 | 0.00010779 | 0.00304730 | 28.27151357 | 4/24/2019 | 0.00022507 | 0.00741723 | 32.95465235 |
| 3/6/2019 | 0.00010755 | 0.00302507 | 28.12839542 | 4/25/2019 | 0.00021495 | 0.00725107 | 33.73378221 |
| 3/7/2019 | 0.00010686 | 0.00302824 | 28.33789756 | 4/26/2019 | 0.00021783 | 0.00735529 | 33.76622961 |
| 3/8/2019 | 0.00010540 | 0.00304274 | 28.86945904 | 4/27/2019 | 0.00023157 | 0.00770056 | 33.25310863 |
| 3/9/2019 | 0.00010532 | 0.00302551 | 28.72588244 | 4/28/2019 | 0.00022138 | 0.00743802 | 33.59910998 |
| 3/10/2019 | 0.00011487 | 0.00331908 | 28.89441357 | 4/29/2019 | 0.00021535 | 0.00728093 | 33.81024485 |
| 3/11/2019 | 0.00011614 | 0.00338912 | 29.18052753 | 4/30/2019 | 0.00022801 | 0.00752297 | 32.99457360 |
| 3/12/2019 | 0.00011732 | 0.00341141 | 29.07735793 | 5/1/2019 | 0.00022211 | 0.00746176 | 33.59470215 |
| 3/13/2019 | 0.00011607 | 0.00340286 | 29.31652409 | 5/2/2019 | 0.00023432 | 0.00795707 | 33.95805576 |
| 3/14/2019 | 0.00011437 | 0.00335683 | 29.34986164 | 5/3/2019 | 0.00022710 | 0.00779994 | 34.34528133 |
| 3/15/2019 | 0.00011424 | 0.00328627 | 28.76686760 | 5/4/2019 | 0.00020751 | 0.00737670 | 35.54941169 |
| 3/16/2019 | 0.00012456 | 0.00354150 | 28.43209270 | 5/5/2019 | 0.00020015 | 0.00709697 | 35.45861120 |
| 3/17/2019 | 0.00012290 | 0.00353347 | 28.75164286 | 5/6/2019 | 0.00021055 | 0.00700840 | 33.28589632 |
| 3/18/2019 | 0.00012295 | 0.00355751 | 28.93384516 | 5/7/2019 | 0.00020585 | 0.00706714 | 34.33156655 |
| 3/19/2019 | 0.00014626 | 0.00423750 | 28.97231711 | 5/8/2019 | 0.00019557 | 0.00684441 | 34.99537877 |
| 3/20/2019 | 0.00015716 | 0.00456610 | 29.05309546 | 5/9/2019 | 0.00017815 | 0.00645957 | 36.25891127 |
| 3/21/2019 | 0.00020674 | 0.00609656 | 29.48865632 | 5/10/2019 | 0.00017401 | 0.00641100 | 36.84215086 |
| 3/22/2019 | 0.00018722 | 0.00549192 | 29.33350343 | 5/11/2019 | 0.00017627 | 0.00653628 | 37.08064848 |
| 3/23/2019 | 0.00018062 | 0.00527313 | 29.19437211 | 5/12/2019 | 0.00017498 | 0.00651257 | 37.21971921 |
| 3/24/2019 | 0.00016700 | 0.00490338 | 29.36104825 | 5/13/2019 | 0.00017019 | 0.00675641 | 39.69987300 |
| 3/25/2019 | 0.00017307 | 0.00507960 | 29.34955195 | 5/14/2019 | 0.00018388 | 0.00676951 | 36.81519687 |
| 3/26/2019 | 0.00016861 | 0.00496034 | 29.41886904 | 5/15/2019 | 0.00021694 | 0.00720210 | 33.19915031 |
| 3/27/2019 | 0.00017738 | 0.00514200 | 28.98836797 | 5/16/2019 | 0.00021560 | 0.00643915 | 29.86595205 |
| 3/28/2019 | 0.00019389 | 0.00565875 | 29.18598479 | 5/17/2019 | 0.00022740 | 0.00685100 | 30.12758451 |
| 3/29/2019 | 0.00021877 | 0.00629199 | 28.76049123 | 5/18/2019 | 0.00022555 | 0.00699062 | 30.99407502 |
| 3/30/2019 | 0.00023074 | 0.00666873 | 28.90182279 | 5/19/2019 | 0.00022323 | 0.00700371 | 31.37391404 |
| 3/31/2019 | 0.00025820 | 0.00749064 | 29.01137729 | 5/20/2019 | 0.00020806 | 0.00659096 | 31.67755896 |
| 4/1/2019 | 0.00023631 | 0.00692819 | 29.31805683 | 5/21/2019 | 0.00020720 | 0.00646501 | 31.20182588 |
| 4/2/2019 | 0.00020902 | 0.00622103 | 29.76262503 | 5/22/2019 | 0.00020182 | 0.00633429 | 31.38565591 |
| 4/3/2019 | 0.00019003 | 0.00585311 | 30.80032206 | 5/23/2019 | 0.00020554 | 0.00658617 | 32.04394845 |
| 4/4/2019 | 0.00017585 | 0.00547610 | 31.14710535 | 5/24/2019 | 0.00019781 | 0.00633317 | 32.01607343 |
| 4/5/2019 | 0.00020251 | 0.00616277 | 30.43127303 | 5/25/2019 | 0.00019497 | 0.00623610 | 31.98498570 |
| 4/6/2019 | 0.00018980 | 0.00578696 | 30.49002712 | 5/26/2019 | 0.00019255 | 0.00625304 | 32.47545587 |
| 4/7/2019 | 0.00018809 | 0.00560275 | 29.78800206 | 5/27/2019 | 0.00018738 | 0.00604706 | 32.27215422 |
| 4/8/2019 | 0.00017707 | 0.00519606 | 29.34522357 | 5/28/2019 | 0.00018119 | 0.00581374 | 32.08580785 |
| 4/9/2019 | 0.00018059 | 0.00533733 | 29.55516439 | 5/29/2019 | 0.00018361 | 0.00590069 | 32.13645810 |

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

**TABLE 1:**
**Currency Conversion Closing Prices**

| Date | BTC/XTZ | ETH/XTZ | ETH/BTC | Date | BTC/XTZ | ETH/XTZ | ETH/BTC |
|------|---------|---------|---------|------|---------|---------|---------|
| 5/30/2019 | 0.00017910 | 0.00582350 | 32.51571172 | 7/19/2019 | 0.00009327 | 0.00443750 | 47.57931595 |
| 5/31/2019 | 0.00017610 | 0.00563202 | 31.98127634 | 7/20/2019 | 0.00009659 | 0.00453911 | 46.99345321 |
| 6/1/2019 | 0.00017165 | 0.00553902 | 32.26956555 | 7/21/2019 | 0.00010190 | 0.00478660 | 46.97562381 |
| 6/2/2019 | 0.00017221 | 0.00558783 | 32.35377271 | 7/22/2019 | 0.00010828 | 0.00514801 | 47.54141386 |
| 6/3/2019 | 0.00016933 | 0.00550255 | 32.49669451 | 7/23/2019 | 0.00010807 | 0.00502985 | 46.54148451 |
| 6/4/2019 | 0.00015698 | 0.00501367 | 31.93739123 | 7/24/2019 | 0.00010294 | 0.00465331 | 45.20585119 |
| 6/5/2019 | 0.00015081 | 0.00477636 | 31.67063348 | 7/25/2019 | 0.00010392 | 0.00468992 | 45.13177306 |
| 6/6/2019 | 0.00017003 | 0.00533130 | 31.35455165 | 7/26/2019 | 0.00010537 | 0.00473524 | 44.94058189 |
| 6/7/2019 | 0.00016410 | 0.00526043 | 32.05654964 | 7/27/2019 | 0.00010762 | 0.00491780 | 45.69538595 |
| 6/8/2019 | 0.00015841 | 0.00512737 | 32.36807195 | 7/28/2019 | 0.00010573 | 0.00478242 | 45.23348643 |
| 6/9/2019 | 0.00015999 | 0.00527693 | 32.98331117 | 7/29/2019 | 0.00010610 | 0.00478061 | 45.05679936 |
| 6/10/2019 | 0.00016249 | 0.00525210 | 32.32195378 | 7/30/2019 | 0.00012699 | 0.00579517 | 45.63661410 |
| 6/11/2019 | 0.00016146 | 0.00520791 | 32.25530963 | 7/31/2019 | 0.00012592 | 0.00580837 | 46.12682369 |
| 6/12/2019 | 0.00015591 | 0.00486777 | 31.22215408 | 8/1/2019 | 0.00013462 | 0.00642762 | 47.74652220 |
| 6/13/2019 | 0.00015551 | 0.00499668 | 32.13069446 | 8/2/2019 | 0.00013596 | 0.00656355 | 48.27727544 |
| 6/14/2019 | 0.00014148 | 0.00465750 | 32.91995153 | 8/3/2019 | 0.00013214 | 0.00642726 | 48.63917479 |
| 6/15/2019 | 0.00014143 | 0.00464649 | 32.85398855 | 8/4/2019 | 0.00013126 | 0.00646697 | 49.26653793 |
| 6/16/2019 | 0.00014342 | 0.00479162 | 33.40944209 | 8/5/2019 | 0.00012367 | 0.00623346 | 50.40410725 |
| 6/17/2019 | 0.00014270 | 0.00484782 | 33.97248041 | 8/6/2019 | 0.00012807 | 0.00650385 | 50.78386868 |
| 6/18/2019 | 0.00013544 | 0.00464063 | 34.26432749 | 8/7/2019 | 0.00011305 | 0.00596316 | 52.74954724 |
| 6/19/2019 | 0.00012940 | 0.00445385 | 34.41903277 | 8/8/2019 | 0.00012953 | 0.00701548 | 54.16135602 |
| 6/20/2019 | 0.00011861 | 0.00415900 | 35.06499816 | 8/9/2019 | 0.00012054 | 0.00679367 | 56.35868687 |
| 6/21/2019 | 0.00011533 | 0.00396731 | 34.39883354 | 8/10/2019 | 0.00012242 | 0.00672375 | 54.92197552 |
| 6/22/2019 | 0.00011494 | 0.00397569 | 34.59076217 | 8/11/2019 | 0.00011975 | 0.00638623 | 53.32768754 |
| 6/23/2019 | 0.00010962 | 0.00386577 | 35.26417178 | 8/12/2019 | 0.00011948 | 0.00643665 | 53.87202423 |
| 6/24/2019 | 0.00010535 | 0.00373687 | 35.47161910 | 8/13/2019 | 0.00011564 | 0.00603708 | 52.20559628 |
| 6/25/2019 | 0.00009329 | 0.00345771 | 37.06321315 | 8/14/2019 | 0.00011540 | 0.00621617 | 53.86474465 |
| 6/26/2019 | 0.00008374 | 0.00323682 | 38.65250186 | 8/15/2019 | 0.00011831 | 0.00647215 | 54.70318302 |
| 6/27/2019 | 0.00008751 | 0.00332540 | 38.00186903 | 8/16/2019 | 0.00011760 | 0.00657895 | 55.94445643 |
| 6/28/2019 | 0.00008140 | 0.00324519 | 39.86546927 | 8/17/2019 | 0.00011630 | 0.00640853 | 55.10119016 |
| 6/29/2019 | 0.00008612 | 0.00321815 | 37.36602512 | 8/18/2019 | 0.00011599 | 0.00616998 | 53.19456013 |
| 6/30/2019 | 0.00008636 | 0.00321337 | 37.21073271 | 8/19/2019 | 0.00011085 | 0.00595795 | 53.74981535 |
| 7/1/2019 | 0.00008689 | 0.00313151 | 36.04117286 | 8/20/2019 | 0.00010777 | 0.00590121 | 54.75520171 |
| 7/2/2019 | 0.00009350 | 0.00346365 | 37.04279835 | 8/21/2019 | 0.00011047 | 0.00599283 | 54.24608058 |
| 7/3/2019 | 0.00010367 | 0.00409106 | 39.46311448 | 8/22/2019 | 0.00011253 | 0.00595829 | 52.95071343 |
| 7/4/2019 | 0.00010789 | 0.00425278 | 39.41881063 | 8/23/2019 | 0.00011241 | 0.00600894 | 53.45370037 |
| 7/5/2019 | 0.00011659 | 0.00444444 | 38.11965278 | 8/24/2019 | 0.00011319 | 0.00601181 | 53.11286528 |
| 7/6/2019 | 0.00010885 | 0.00424274 | 38.97948183 | 8/25/2019 | 0.00011244 | 0.00610148 | 54.26311282 |
| 7/7/2019 | 0.00010480 | 0.00392542 | 37.45780177 | 8/26/2019 | 0.00011185 | 0.00613984 | 54.89239401 |
| 7/8/2019 | 0.00009930 | 0.00389465 | 39.22094174 | 8/27/2019 | 0.00011094 | 0.00602602 | 54.31687287 |
| 7/9/2019 | 0.00009703 | 0.00394975 | 40.70775058 | 8/28/2019 | 0.00010764 | 0.00603830 | 56.09534763 |
| 7/10/2019 | 0.00009707 | 0.00406897 | 41.91900000 | 8/29/2019 | 0.00010496 | 0.00588823 | 56.10075507 |
| 7/11/2019 | 0.00008892 | 0.00375884 | 42.27264607 | 8/30/2019 | 0.00011044 | 0.00627851 | 56.85109282 |
| 7/12/2019 | 0.00009140 | 0.00390908 | 42.76816997 | 8/31/2019 | 0.00010799 | 0.00603003 | 55.83962428 |
| 7/13/2019 | 0.00008754 | 0.00370122 | 42.27855711 | 9/1/2019 | 0.00010555 | 0.00600128 | 56.85468741 |
| 7/14/2019 | 0.00009135 | 0.00411680 | 45.06573513 | 9/2/2019 | 0.00010245 | 0.00594337 | 58.01379310 |
| 7/15/2019 | 0.00008919 | 0.00422908 | 47.41531030 | 9/3/2019 | 0.00009790 | 0.00579387 | 59.18406685 |
| 7/16/2019 | 0.00009062 | 0.00431164 | 47.58090266 | 9/4/2019 | 0.00009722 | 0.00585261 | 60.19938633 |
| 7/17/2019 | 0.00009489 | 0.00434949 | 45.83790429 | 9/5/2019 | 0.00009550 | 0.00579727 | 60.70215819 |
| 7/18/2019 | 0.00009145 | 0.00430513 | 47.07807742 | 9/6/2019 | 0.00009659 | 0.00588374 | 60.91609791 |

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

**TABLE 1:**
**Currency Conversion Closing Prices**

| Date | BTC/XTZ | ETH/XTZ | ETH/BTC | Date | BTC/XTZ | ETH/XTZ | ETH/BTC |
|------|---------|---------|---------|------|---------|---------|---------|
| 9/7/2019 | 0.00009793 | 0.00577808 | 58.99949512 | 10/27/2019 | 0.00009162 | 0.00475008 | 51.84384498 |
| 9/8/2019 | 0.00010248 | 0.00589987 | 57.57212175 | 10/28/2019 | 0.00009457 | 0.00479205 | 50.67420344 |
| 9/9/2019 | 0.00010063 | 0.00574110 | 57.05200110 | 10/29/2019 | 0.00009322 | 0.00461748 | 49.53078701 |
| 9/10/2019 | 0.00010083 | 0.00567329 | 56.26553201 | 10/30/2019 | 0.00009929 | 0.00494926 | 49.84422546 |
| 9/11/2019 | 0.00009923 | 0.00565098 | 56.94830191 | 10/31/2019 | 0.00009680 | 0.00484053 | 50.00587052 |
| 9/12/2019 | 0.00009702 | 0.00557949 | 57.50817589 | 11/1/2019 | 0.00009480 | 0.00477220 | 50.34027287 |
| 9/13/2019 | 0.00009416 | 0.00538649 | 57.20584175 | 11/2/2019 | 0.00009282 | 0.00470575 | 50.69711303 |
| 9/14/2019 | 0.00009654 | 0.00531604 | 55.06379246 | 11/3/2019 | 0.00009408 | 0.00476281 | 50.62407499 |
| 9/15/2019 | 0.00009664 | 0.00526898 | 54.52189262 | 11/4/2019 | 0.00009475 | 0.00478537 | 50.50767332 |
| 9/16/2019 | 0.00009731 | 0.00507331 | 52.13733448 | 11/5/2019 | 0.00009924 | 0.00489771 | 49.35303751 |
| 9/17/2019 | 0.00010741 | 0.00527300 | 49.09290063 | 11/6/2019 | 0.00010896 | 0.00532387 | 48.85891748 |
| 9/18/2019 | 0.00010688 | 0.00515635 | 48.24376744 | 11/7/2019 | 0.00013164 | 0.00649005 | 49.30077668 |
| 9/19/2019 | 0.00010715 | 0.00497108 | 46.39556218 | 11/8/2019 | 0.00013288 | 0.00635145 | 47.79805657 |
| 9/20/2019 | 0.00010411 | 0.00486127 | 46.69406100 | 11/9/2019 | 0.00014069 | 0.00670162 | 47.63324866 |
| 9/21/2019 | 0.00010679 | 0.00496474 | 46.49090572 | 11/10/2019 | 0.00013583 | 0.00649145 | 47.79148195 |
| 9/22/2019 | 0.00010526 | 0.00501064 | 47.60288348 | 11/11/2019 | 0.00013474 | 0.00636153 | 47.21435118 |
| 9/23/2019 | 0.00010792 | 0.00520008 | 48.18403328 | 11/12/2019 | 0.00013272 | 0.00626204 | 47.18293727 |
| 9/24/2019 | 0.00010355 | 0.00530983 | 51.27934091 | 11/13/2019 | 0.00012829 | 0.00600234 | 46.78774036 |
| 9/25/2019 | 0.00010074 | 0.00500308 | 49.66346773 | 11/14/2019 | 0.00014010 | 0.00655914 | 46.81774194 |
| 9/26/2019 | 0.00010486 | 0.00510618 | 48.69531578 | 11/15/2019 | 0.00013778 | 0.00648128 | 47.04182362 |
| 9/27/2019 | 0.00010851 | 0.00512512 | 47.23169824 | 11/16/2019 | 0.00013566 | 0.00632670 | 46.63626943 |
| 9/28/2019 | 0.00010838 | 0.00511928 | 47.23560749 | 11/17/2019 | 0.00013523 | 0.00626621 | 46.33740277 |
| 9/29/2019 | 0.00010956 | 0.00520764 | 47.53190616 | 11/18/2019 | 0.00014803 | 0.00681214 | 46.01955029 |
| 9/30/2019 | 0.00010894 | 0.00502326 | 46.11035748 | 11/19/2019 | 0.00014867 | 0.00687479 | 46.24225178 |
| 10/1/2019 | 0.00011430 | 0.00537745 | 47.04680275 | 11/20/2019 | 0.00015074 | 0.00688674 | 45.68736483 |
| 10/2/2019 | 0.00011237 | 0.00521918 | 46.44480106 | 11/21/2019 | 0.00015832 | 0.00749412 | 47.33525331 |
| 10/3/2019 | 0.00011323 | 0.00533821 | 47.14606164 | 11/22/2019 | 0.00016720 | 0.00811872 | 48.55646503 |
| 10/4/2019 | 0.00011251 | 0.00521654 | 46.36386237 | 11/23/2019 | 0.00018789 | 0.00906010 | 48.21926737 |
| 10/5/2019 | 0.00011195 | 0.00517457 | 46.22341934 | 11/24/2019 | 0.00019013 | 0.00938178 | 49.34481551 |
| 10/6/2019 | 0.00010978 | 0.00506731 | 46.15832659 | 11/25/2019 | 0.00017352 | 0.00846532 | 48.78570453 |
| 10/7/2019 | 0.00010996 | 0.00500406 | 45.50814063 | | | | |
| 10/8/2019 | 0.00010934 | 0.00494289 | 45.20810900 | | | | |
| 10/9/2019 | 0.00010970 | 0.00487830 | 44.47069171 | | | | |
| 10/10/2019 | 0.00010657 | 0.00477426 | 44.80053219 | | | | |
| 10/11/2019 | 0.00010985 | 0.00500693 | 45.58120173 | | | | |
| 10/12/2019 | 0.00010713 | 0.00493889 | 46.10164243 | | | | |
| 10/13/2019 | 0.00010860 | 0.00496318 | 45.69974736 | | | | |
| 10/14/2019 | 0.00011239 | 0.00503458 | 44.79402011 | | | | |
| 10/15/2019 | 0.00011058 | 0.00500181 | 45.23107877 | | | | |
| 10/16/2019 | 0.00010897 | 0.00498249 | 45.72200443 | | | | |
| 10/17/2019 | 0.00011054 | 0.00503198 | 45.51991237 | | | | |
| 10/18/2019 | 0.00011009 | 0.00505585 | 45.92333833 | | | | |
| 10/19/2019 | 0.00010831 | 0.00500414 | 46.20068244 | | | | |
| 10/20/2019 | 0.00010672 | 0.00499879 | 46.84145160 | | | | |
| 10/21/2019 | 0.00010571 | 0.00498189 | 47.12851589 | | | | |
| 10/22/2019 | 0.00010381 | 0.00486695 | 46.88450377 | | | | |
| 10/23/2019 | 0.00010131 | 0.00468791 | 46.27259852 | | | | |
| 10/24/2019 | 0.00010252 | 0.00473727 | 46.20762163 | | | | |
| 10/25/2019 | 0.00009938 | 0.00459871 | 47.71209784 | | | | |
| 10/26/2019 | 0.00008999 | 0.00462630 | 51.40663923 | | | | |

**QUESTIONS?**
**PLEASE CALL (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA CALL (503) 597-7670**
**OR VISIT www.TezosFoundationSettlement.com**

*In re Tezos Securities Litigation*
**c/o Epiq**
**P.O. Box 3770**
**Portland, OR 97208-3770**
**U.S & Canada Toll-Free Number: (866) 977-1042**
**International Number: (503) 597-7670**
**Email: info@TezosFoundationSettlement.com**
**Website: www.TezosFoundationSettlement.com**

## PROOF OF CLAIM AND RELEASE

TO BE ELIGIBLE TO RECEIVE A SHARE OF THE NET SETTLEMENT FUND IN CONNECTION WITH THE PROPOSED SETTLEMENT OF THIS ACTION, YOU MUST EITHER (A) MAIL A COMPLETED AND SIGNED PROOF OF CLAIM AND RELEASE FORM ("CLAIM FORM") TO THE ABOVE ADDRESS VIA PREPAID, FIRST CLASS MAIL, POSTMARKED ON OR BEFORE **OCTOBER 16, 2020**, OR (B) COMPLETE AND SUBMIT THE CLAIM FORM THROUGH THE SETTLEMENT WEBSITE, WWW.TEZOSFOUNDATIONSETTLEMENT.COM, ON OR BEFORE **OCTOBER 16, 2020**.

FAILURE TO MAIL OR SUBMIT YOUR CLAIM FORM BY THE DATE SPECIFIED WILL SUBJECT YOUR CLAIM TO REJECTION AND MAY PRECLUDE YOU FROM BEING ELIGIBLE TO RECEIVE ANY MONEY IN CONNECTION WITH THE PROPOSED SETTLEMENT.

**DO NOT MAIL OR DELIVER YOUR CLAIM FORM TO THE COURT, THE PARTIES TO THE ACTION, OR THEIR COUNSEL. SUBMIT YOUR CLAIM FORM ONLY TO THE CLAIMS ADMINISTRATOR AT THE ADDRESS SET FORTH ABOVE OR THROUGH THE WEBSITE AT WWW.TEZOSFOUNDATIONSETTLEMENT.COM.**

## PART I – GENERAL INSTRUCTIONS

1.      It is important that you completely read and understand the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice. The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

2.      By submitting this Claim Form, you will be making a request to share in the proceeds of the Settlement described in the Notice. IF YOU ARE NOT A SETTLEMENT CLASS MEMBER (*see* the definition of the Settlement Class on page 7 of the Notice, which sets forth who is included in and who is excluded from the Settlement Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE SETTLEMENT CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER.** THUS, IF YOU ARE EXCLUDED FROM THE SETTLEMENT CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

3.      **Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

4.      Use Part III of this form to set forth your transactions related to your Tezos Contributions between July 1, 2017 and July 13, 2017. Provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of XTZ, whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

5.      You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of XTZ set forth in the Schedule of Transactions in Part III of this Claim Form. The Parties and the Claims Administrator do not independently have information about your investments in XTZ, other than what is available through the blockchain. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, please do not highlight any portion of the Claim Form or any supporting documents.**

6.      Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions of just one of the joint owners). Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts or transactions that entity has.

7.      Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

   (a)   expressly state the capacity in which they are acting;

   (b)   identify the name, account number, Social Security number (or taxpayer identification number), address and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the XTZ; and

   (c)   furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting.

8.      By submitting a signed Claim Form, you will be swearing that you:

   (a)   own(ed) the XTZ you have listed in the Claim Form; or

   (b)   are expressly authorized to act on behalf of the owner thereof.

9.      By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

10.     If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after any appeals are resolved, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

11.     **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her or its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

12.     If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, Epiq, at the above address, by email at info@TezosFoundationSettlement.com, by toll-free phone from the U.S. and Canada at (866) 977-1042, by toll-free phone from outside of the U.S. and Canada at (503) 597-7670, or you can visit the Settlement website, www.TezosFoundationSettlement.com, where copies of the Claim Form and Notice are available for downloading.

### IMPORTANT: PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT EMAIL. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY EMAIL, WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT EMAIL WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL-FREE AT (866) 977-1042 OR OUTSIDE THE U.S. AND CANADA AT (503) 597-7670.**

The Claims Administrator will use this information for all communications regarding this Claim Form. If the information changes, you MUST notify the Claims Administrator at the address above.

**PART II – CLAMANT IDENTIFICATION**

**PLEASE COMPLETE THIS PART II IN ITS ENTIRETY. THE CLAIMS ADMINISTRATOR WILL USE THIS INFORMATION FOR ALL COMMUNICATIONS REGARDING THIS CLAIM FORM. IF THIS INFORMATION CHANGES, YOU MUST NOTIFY THE CLAIMS ADMINISTRATOR IN WRITING AT THE ADDRESS ABOVE.**

Beneficial Owner's First Name           MI     Beneficial Owner's Last Name

Co-Beneficial Owner's First Name        MI     Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City                                                State     ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number (if applicable)

Primary Phone Number                            Alternate Phone Number

Email Address

Claimant Account Type

☐ Individual (includes joint owner accounts)     ☐ Other (please specify) _____

☐ Corporation

**In re Tezos Securities Litigation Payment Election Form**

**A. Payment by Check** ☐

If you choose this option, we will utilize the name and address information provided on Page 3.

**B. Payment by Wire Transfer** ☐

Complete this section if you want to receive any potential payment via Wire transfer.

Domestic ☐      International ☐

Beneficiary Bank Name

Beneficiary Bank ABA Routing Number

Beneficiary Account Name

Beneficiary Account Number

Beneficiary IBAN

Beneficiary Bank SWIFT Code

Beneficiary Address

Beneficiary City

Beneficiary Country

For Further Credit Account Name (if any)

For Further Credit Account Number (if any)

Other Special Instructions (if any)

Intermediary Bank Name (if any)

Intermediary Bank ABA Routing Number (if any)      Intermediary SWIFT Code (if any)

**C. Payment by PayPal** ☐

Complete this section if you want to receive any potential payment via PayPal transfer.

**PayPal Customer Information:**

Recipient ID (Email Address)

## PART III – TEZOS TRANSACTIONS

Complete this Part III if, and only if, you contributed digital currencies to the Tezos blockchain "Initial Coin Offering" conducted between July 1, 2017 and July 13, 2017 ("Tezos ICO"). During the Claims Process, the Claims Administrator may email you with instructions to confirm your ownership of the BTC or ETH address that made the July 2017 Tezos Contribution. If you no longer have ownership or control of this address, please provide documentation sufficient to show evidence of the fiat currency used to acquire the BTC or ETH that was used to make your July 2017 Tezos Contribution.

### STEP 1.

**PLEASE SET FORTH YOUR TEZOS CONTRIBUTIONS BETWEEN JULY 1, 2017 AND JULY 13, 2017 IN THE TABLE BELOW.**

Date of Contribution
(MMDDYY)

Type of Crypto Contributed
(BTC or ETH)

Amount of Crypto Contribution (please include decimal points)

Address from Which Crypto Was Contributed

TZ1 Address for Allocation

Amount of XTZ Allocated (please include decimal points)

Do You Have Access to the Address from Which Crypto Was Contributed?

(Y/N)

**05-CA5150**
A44085 v.11

5

**STEP 2.**

**INDICATE HOW MANY OF THE XTZ YOU WERE ALLOCATED AS PART OF YOUR CONTRIBUTIONS BETWEEN JULY 1, 2017 AND JULY 13, 2017 ARE IN THE FOLLOWING CATEGORIES:**

XTZ you sold on or before 6:32 a.m. PST on November 25, 2019 (If you enter a number greater than 0, please fill out Step 3A. Please also include decimal points.)

XTZ you continued to hold at 6:32 a.m. PST on November 25, 2019 (If you enter a number greater than 0, please proceed to Step 3B. Please also include decimal points.)

XTZ you never accessed and do not intend to access due to a lost private key or password, or due to an objection to providing "Know Your Customer" information to the Foundation. (If you enter a number greater than 0, please fill out Step 3C. Please also include decimal points.)

**THE TOTAL XTZ IN THE ABOVE THREE FIELDS SHOULD EQUAL THE TOTAL NUMBER OF XTZ DESCRIBED IN STEP 1.**

**STEP 3A.**

**PLEASE PROVIDE INFORMATION INDICATING THE DATE AND TIME YOU SOLD XTZ AND DOCUMENTATION SHOWING EVIDENCE OF EACH SALE TRANSACTION.**

| Date (MMDDYY) | Number of XTZ Sold (please include decimal points) | Currency of Transaction (BTC, ETH, USD, other) | Total Consideration Received (please include decimal points) |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**STEP 3B.**

**PLEASE PROVIDE DOCUMENTATION SUFFICIENT TO SHOW EVIDENCE THAT YOU HELD THESE XTZ ON NOVEMBER 25, 2019, AT 6:32 A.M. PST.**

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE TRANSACTIONAL INFORMATION ABOVE, ATTACH EXTRA PAGES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER (IF APPLICABLE) ON EACH ADDITIONAL PAGE.**

06-CA5150
AA4086 v.11

6

**STEP 3C.**

**PLEASE READ THE FOLLOWING CAREFULLY. IN ORDER TO CLAIM A RECOGNIZED LOSS IN THIS CATEGORY, YOU MUST ATTEST TO THE FOLLOWING:**

I, _____ ("Claimant"), hereby declare:

(1) that Claimant has not accessed, and does not intend to access, the XTZ at issue, either due to a lost private key or password or due to an objection to providing "Know Your Customer" information to the Foundation, and that no other entity has or has ever had access to their private key or password;

(2) Claimant agrees
      a.     to destroy all copies of the private key for the XTZ at issue, and
      b.     to never access the XTZ at issue;

(3) Claimant acknowledges that he, she or it forfeits any rights to the XTZ at issue and understands that the Tezos community may vote to destroy such tokens;

(4) Claimant agrees that, if the Claimant subsequently accesses the XTZ at issue in violation of Claimant's agreement not to do so, that the Claimant shall be liable to the Foundation for damages in the amount of the USD value of the XTZ at the time of such access, plus any amounts expended by the Foundation in seeking to enforce this provision, including without limitation attorneys' fees, court costs, and other expenses, all plus interest, to the maximum extent permitted by law; and

(5) Claimant consents to the jurisdiction of the courts of California (for U.S. residents) or Switzerland (for non-U.S. residents) with respect to any dispute regarding this provision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: Date    ☐☐ – ☐☐ – ☐☐
                                MM    DD    YY

Signature: _____

Note that the Tezos Foundation will monitor the accounts of Claimants who claim under this provision, and, in the event of a violation of this provision, has and reserves all rights to pursue legal claims against the Claimant.

**PART IV – RELEASE OF CLAIMS AND SIGNATURE**

**YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 9 OF THIS CLAIM FORM.**

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves), and my (our) heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every one of the Released Claims (including, without limitation, any Unknown Claims) against the Defendants and the other Released Defendants, and shall forever be barred and enjoined from prosecuting any or all of the Released Claims against any of the Released Defendants.

**CERTIFICATION**

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.      that I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      that the claimant(s) is a (are) Settlement Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Settlement Class as set forth in the Notice;

3.      that the claimant has **not** submitted a request for exclusion from the Settlement Class;

4.      that I (we) own(ed) the XTZ identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5.      that the claimant(s) has (have) not submitted any other claim covering the same purchases of XTZ and knows (know) of no other person having done so on the claimant's (claimants') behalf;

6.      that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

7.      that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator or the Court may require;

8.      that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the Court's summary disposition of the determination of the validity or amount of the claim made by this Claim Form;

9.      that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.      that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the claimant(s) is (are) exempt from backup withholding or (b) the claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the claimant(s) that he/she/it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he/she/it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Signature of Claimant                     Date: [ ][ ] – [ ][ ] – [ ][ ]
                                                 MM      DD      YY

Print Claimant Name
Here

Signature of Joint                        Date: [ ][ ] – [ ][ ] – [ ][ ]
Claimant (if any)                                MM      DD      YY

Print Name of Joint
Claimant

***If the claimant is other than an individual, or is not the person completing this form, the following must also be provided:***

Signature of person                       Date: [ ][ ] – [ ][ ] – [ ][ ]
signing on behalf                                MM      DD      YY
of Claimant

Print name of                             Date: [ ][ ] – [ ][ ] – [ ][ ]
person signing on                                MM      DD      YY
behalf of Claimant

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant.)

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before **October 16, 2020**, is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions, or submitted online at www.TezosFoundationSettlement.com on on before **October 16, 2020**. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

*In re Tezos Securities Litigation*
**c/o Epiq**
**P.O. Box 3770**
**Portland, OR 97208-3770**
**U.S & Canada Toll-Free Number: (866) 977-1042**
**International Number: (503) 597-7670**
**Email: info@TezosFoundationSettlement.com**
**Website: www.TezosFoundationSettlement.com**

# EXHIBIT C

# **<u>Website Ad Campaign Impression Totals</u>**

| Website | Impressions |
|---|---|
| Google Display Network | 54,597,323 |
| Reddit | 19,569,930 |
| Twitter | 24,433,619 |
| Baidu Display Network | 15,145,134 |
| | |
| **TOTAL:** | **98,600,872** |