# EXHIBIT 12

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta (SBN 331458)
JooYun Kim (*pro hac vice*)
250 Park Avenue, 7th Floor
New York, NY 10017
Tel: (646) 453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

Co-Lead Counsel for the Class and
Counsel for Artiom Frunze

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ARTIOM FRUNZE IN SUPPORT OF: (1) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Date:      August 27, 2020<br>Time:      1:30 p.m.<br>Courtroom: 3, 17th floor<br>Judge:      Hon. Richard Seeborg |

1    I, Artiom Frunze, declare as follows:

2        1.      I am a named plaintiff and putative class representative in the above-captioned

3    securities class action (the "Action").[1]

4        2.      I am aware of and understand the requirements and responsibilities of a

5    representative plaintiff in a securities class action, including those set forth in the Private

6    Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4; 77z-1. I have

7    personal knowledge of the matters set forth in this declaration, as I have been directly involved

8    in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading

9    to the Settlement, and I could and would testify competently to these matters.

10   **I        PLAINTIFF FRUNZE'S OVERSIGHT OF THE LITIGATION**

11       3.      The initial complaint in this Action was filed on November 26, 2017. ECF No. 1.

12   On January 7, 2019, I joined the original Lead Plaintiff as an additional named plaintiff in the

13   Consolidated Complaint filed in this Action. Dkt No. 186. I was also proposed as a class

14   representative in Plaintiffs' motion for class certification. Dkt No 193. I engaged in extensive

15   preparation and discovery for that role.

16       4.      In fulfillment of my responsibilities on behalf of all class members in this

17   Action, I have worked closely with Co-Lead Counsel, Hung G. Ta, Esq., PLLC ("HGT Law")

18   regarding all aspects of the litigation and resolution of this Action.

19       5.      Throughout the litigation, I received periodic status reports from HGT Law on

20   case developments and participated in regular discussions concerning the prosecution of the

21   Action, the strengths and risks to the claims, and potential settlement. In particular, throughout

22   the course of this Action, I: (a) reviewed the Consolidated Complaint, other key Court filings

23   and all other relevant documents; (b) stayed apprised of developments of the case and made

24   myself available to HGT Law; (c) provided HGT Law with extensive information and materials

25   regarding my investments; (d) conferred with HGT Law throughout the litigation; (e) provided

26   documents and responses to interrogatories and requests for admission served by Defendants

27

28   [1] Unless otherwise indicated, capitalized terms shall have the meaning ascribed to them in the
     Stipulation and in Lead Plaintiff's Notice of Motion, Motion for Preliminary Approval of
     Settlement, and Memorandum of Points and Authorities in Support Thereof. ECF No. 246.

MASTER FILE NO. 17-CV-06779-RS
DECLARATION OF ARTIOM FRUNZE

1    during the discovery process; (f) prepared for and sat for a whole day deposition, including

2    making two trips from overseas to San Francisco, and preparing for my deposition on two

3    separate days; (g) consulted with my attorneys regarding settlement negotiations; and (h)

4    evaluated and approved the proposed Settlement.

5    **II.       APPROVAL OF THE SETTLEMENT**

6          6.       Through my active participation, I was kept informed of the progress of the

7    settlement negotiations in this litigation. Both before and after the mediation conducted by Hon.

8    Layn Phillips, I conferred with my attorneys regarding the parties' respective positions.

9          7.       Based on my involvement throughout the prosecution and resolution of the

10   claims asserted in the Action and the advice of my counsel, I believe that the Settlement

11   provides an excellent recovery for the Settlement Class, particularly in light of the risks of

12   continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and

13   adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

14         8.       I believe that the request for an award of attorneys' fees in the amount of one-

15   third of the Settlement Fund is fair and reasonable in light of the work performed by counsel on

16   behalf of the Settlement Class. I have evaluated this fee request by considering the work

17   performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have

18   authorized this fee request for the Court's ultimate determination.

19         9.       I further believe that the litigation expenses being requested for reimbursement

20   to counsel are reasonable, and represent costs and expenses necessary for the prosecution and

21   resolution of the claims in the Action. Based on the foregoing, and consistent with my

22   obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully

23   support the motion for an award of attorneys' fees and reimbursement of litigation expenses.

24         10.      I devoted significant time to the representation of the Settlement Class in this

25   Action, which was time that I otherwise would have spent at my job or engaged on other

26   activities and, thus, represented a cost to me. I devoted at least 125 hours in the litigation-related

27   activities described above, including reviewing pleadings and motions; meeting with my

28   attorneys and other plaintiffs in person and telephonically; responding to multiple rounds of

MASTER FILE NO. 17-CV-06779-RS
DECLARATION OF ARTIOM FRUNZE

1  document demands, interrogatories and requests for admissions; searching for and reviewing

2  documents; and traveling from overseas (twice) to prepare for and sit for my deposition.

3         I declare under penalty of perjury of the laws of the United States of America that the

4  foregoing is true and correct to the best of my knowledge.

5

6         Executed on __26th July__ at __18:00 (PDT)__.

7

8                                        _____

9                                        Artiom Frunze

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MASTER FILE NO. 17-CV-06779-RS
DECLARATION OF ARTIOM FRUNZE