# EXHIBIT 14

1  **HUNG G. TA, ESQ. PLLC**
   Hung G. Ta (SBN 331458)
2  JooYun Kim (*pro hac vice*)
   250 Park Avenue, 7th Floor
3  New York, NY 10017
   Tel: (646) 453-7288
4  hta@hgtlaw.com
   jooyun@hgtlaw.com
5
6  Co-Lead Counsel for the Class and
   Counsel for Gijs Matser

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
|---|---|
| This document relates to: | **CLASS ACTION** |
| ALL ACTIONS. | **DECLARATION OF GIJS MATSER IN SUPPORT OF: (1) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** |
| | Date:       August 27, 2020<br>Time:       1:30 p.m.<br>Courtroom: 3, 17th floor<br>Judge:      Hon. Richard Seeborg |

MASTER FILE NO. 17-cv-06779-RS
DECLARATION OF GIJS MATSER

I, Gijs Matser, declare as follows:

1. I am a named plaintiff and putative class representative in the above-captioned securities class action (the "Action").[1]

2. I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4; 77z-1. I have personal knowledge of the matters set forth in this declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I  PLAINTIFF MATSER'S OVERSIGHT OF THE LITIGATION

3. The initial complaint in this Action was filed on November 26, 2017. ECF No. 1. On June 24, 2019, I joined the Lead Plaintiff as an additional named plaintiff in the Consolidated Complaint filed in this Action. Dkt No. 227.

4. In fulfillment of my responsibilities on behalf of all class members in this Action, I have worked closely with Co-Lead Counsel, Hung G. Ta, Esq., PLLC ("HGT Law") regarding all aspects of the litigation and resolution of this Action.

5. Throughout the litigation, I received periodic status reports from HGT Law on case developments and participated in regular discussions concerning the prosecution of the Action, the strengths and risks to the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) reviewed the Consolidated Complaint, other key Court filings and all other relevant documents; (b) stayed apprised of developments of the case and made myself available to HGT Law; (c) provided HGT Law with information and materials regarding my investments; (d) conferred with HGT Law throughout the litigation; (e) provided documents and responses to interrogatories and requests for admission served by Defendants during the discovery process; (f) consulted with my attorneys regarding settlement negotiations; and (g) evaluated and approved the proposed Settlement.

---

[1] Unless otherwise indicated, capitalized terms shall have the meaning ascribed to them in the Stipulation and in Lead Plaintiff's Notice of Motion, Motion for Preliminary Approval of Settlement, and Memorandum of Points and Authorities in Support Thereof. ECF No. 246.

MASTER FILE NO. 17-CV-06779-RS
DECLARATION OF GIJS MATSER

## II. APPROVAL OF THE SETTLEMENT

6. Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation. Both before and after the mediation conducted by Hon. Layn Phillips, I conferred with my attorneys regarding the parties' respective positions.

7. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action and the advice of my counsel, I believe that the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

8. I believe that the request for an award of attorneys' fees in the amount of one-third of the Settlement Fund is fair and reasonable in light of the work performed by counsel on behalf of the Settlement Class. I have evaluated this fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

9. I further believe that the litigation expenses being requested for reimbursement to counsel are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support the motion for an award of attorneys' fees and reimbursement of litigation expenses.

10. I devoted significant time to the representation of the Settlement Class in this Action, which was time that I otherwise would have spent at my job or engaged on other activities and, thus, represented a cost to me. I devoted at least 46 hours in the litigation-related activities described above, including reviewing pleadings and other relevant documents; meeting with my attorneys telephonically; responding to document demands, interrogatories and requests for admissions; searching for and reviewing documents; and evaluating the settlement terms.

1 | I declare under penalty of perjury of the laws of the United States of America that the
2 | foregoing is true and correct to the best of my knowledge.

Executed on 26/07/2020 at Utrecht, Netherlands.

Gijs Matser

MASTER FILE NO. 17-CV-06779-RS
DECLARATION OF GIJS MATSER