# EXHIBIT 15

1  Jeffrey C. Block (*pro hac vice*)
   **BLOCK & LEVITON LLP**
2  260 Franklin Street, Suite 1860
   Boston, MA 02110
3  (617) 398-5600 phone
4  jeff@blockesq.com

5  *Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
|---|---|
| | **CLASS ACTION** |
| This document relates to: | **DECLARATION OF ANDREW BAKER** |
| ALL ACTIONS. | Date: August 27, 2020<br>Time: 1:30 p.m.<br>Courtroom: 3, 17th floor<br>Judge: Hon. Richard Seeborg |

I, Andrew Baker, declare as follows:

1. I am the plaintiff in the securities class action pending in the Superior Court of California in the County of San Francisco, and captioned *Baker v. Dynamic Ledger Solutions, Inc. et al.*, Case No. CGC-17562144 (the "State Litigation").[1]

2. I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§78u-4; 77z-1. I have personal knowledge of the matters set forth in this declaration, as I have been directly involved in monitoring and overseeing the prosecution of the State Litigation, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

I.   MY OVERSIGHT OF THE LITIGATION

3. The initial complaint in the State Litigation was filed at my direction on October 25, 2017.

4. In fulfillment of my responsibilities on behalf of all class members in the State Litigation, I have worked closely with Taylor-Copeland Law and Robbins Geller Rudman & Dowd LLP (collectively, "State Lead Counsel") regarding all aspects of the litigation and resolution of the State Litigation.

5. Throughout the litigation, I received periodic status reports from State Lead Counsel on case developments and participated in regular discussions concerning the prosecution of the Action, the strengths and risks to the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) reviewed relevant documents; (b) stayed apprised of developments of the case and made myself available to State Lead Counsel; (c) provided State Lead Counsel with extensive information and materials regarding my investments; (d) conferred with State Lead Counsel throughout the litigation; (e) provided documents and responses to interrogatories and requests for admission during the discovery process; (f) reviewed complaints and other pleadings; (g) consulted with my attorneys regarding settlement negotiations; and (h)

---

[1] Unless otherwise indicated, capitalized terms shall have the meaning ascribed to them in the Stipulation and in Lead Plaintiff's Notice of Motion, Motion for Preliminary Approval of Settlement, and Memorandum of Points and Authorities in Support Thereof. ECF No. 246.

MASTER FILE NO. 17-CV-06779-RS
DECLARATION OF ANDREW BAKER

evaluated and approved the proposed Settlement.

## II. APPROVAL OF THE SETTLEMENT

6. Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation. Both before and after the mediation process presided over by the Hon. Layn Phillips, I conferred with my attorneys' regarding the parties' respective positions.

7. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action and the advice of my counsel, I believe that the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

8. I believe that the request for an award of attorneys' fees in the amount of one-third of the Settlement Fund is fair and reasonable in light of the work performed by counsel on behalf of the Settlement Class. I have evaluated this fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

9. I further believe that the litigation expenses being requested for reimbursement to counsel are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support the motion for an award of attorneys' fees and reimbursement of litigation expenses.

10. I devoted significant time to the representation of the Settlement Class in this Action, which was time that I otherwise would have spent at my job or engaged on other activities and, thus, represented a cost to me. I devoted at least 40 hours in the litigation-related activities described above.

MASTER FILE NO. 17-CV-06779-RS
DECLARATION OF ANDREW BAKER

1  I declare under penalty of perjury of the laws of the United States of America that the
2  foregoing is true and correct to the best of my knowledge.
3  Executed on July 27, 2020, at San Diego, California.

                    */s/ Andrew Baker*
                    Andrew Baker

MASTER FILE NO. 17-CV-06779-RS
DECLARATION OF ANDREW BAKER