**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | CASE NO. 17-cv-06779-RS |

**SUPPLEMENTAL DECLARATION OF NICHOLAS SCHMIDT REGARDING (A) ELECTRONIC MAILING OF NOTICE AND CLAIM FORM; (B) PUBLICATION OF SUMMARY NOTICE; (C) ONLINE CASE WEBSITE ADVERTISEMENTS; (D) CALL CENTER SERVICES; (E) POSTING OF NOTICE AND CLAIM FORM ON SETTLEMENT WEBSITE; AND (F) REPORT ON OBJECTIONS OR REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, Nicholas Schmidt, declare and state as follows:

1.   I am a Client Service Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). I submit this declaration to supplement my Declaration Regarding: (A) Electronic Mailing of Notice and Claim Form; (B) Publication of Summary Notice; (C) Online Case Website Advertisement (C) Call Center Services; (E) Posting of Notice and Claim Form on Settlement Website; and (E) Report on Requests for Exclusion and Objections Received to Date (the "Mailing Declaration") that was previously filed with the Court (ECF No. 257-1).[1]

2.   The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation and Agreement of Settlement, dated March 20, 2020 (Dkt. No. 246-1) (the "Stipulation") and/or the Preliminary Approval Order.

SUPPLEMENTAL DECLARATION OF
NICHOLAS SCHMIDT                       - 1 -
Case No. 17-cv-06779-RS

## I. DISSEMINATION OF THE NOTICE

3. Between the execution of my Mailing Declaration and through August 20, 2020, Epiq has not sent via electronic mail or mailed any additional Notice of (I) Proposed Settlement and Plan of Allocation; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") and the Claim Form (together, the "Notice Packet").

## II. TOLL-FREE TELEPHONE NUMBER AND SETTLEMENT WEBSITE

4. Epiq continues to maintain the toll-free telephone number (877) 327-1184 and Interactive Voice Recording ("IVR") in order to accommodate inquiries from potential Settlement Class Members. Epiq also continues to maintain the Settlement website, www.TezosFoundationSettlement.com, established to assist potential Settlement Class Members. Epiq will continue operating, maintaining and, as appropriate, updating the Settlement website and toll-free telephone number until the conclusion of this administration.

## III. CLAIMS RECEIVED

5. The Notice and Claim Form instructed potential Settlement Class Members to submit their claims online no later than October 16, 2020 or by mail so that they are postmarked no later than October 16, 2020. As of August 20, 2020, Epiq has received approximately 1,435 Claim Forms via the online claims filing portal and 4 Claim Forms via traditional mail from individuals or entities who reported that they were allocated a total of approximately 29,795,000 XTZ during the Class Period. In Epiq's experience, a significant number of claims are typically

SUPPLEMENTAL DECLARATION OF
NICHOLAS SCHMIDT                - 2 -
Case No. 17-cv-06779-RS

received close to the claim filing deadline.[2] Accordingly, the response rate to date is consistent with our experience in other securities class action claims administrations.

### IV. **REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

6. The Notice informs Settlement Class Members that requests for exclusion from the Settlement Class must be received by August 6, 2020. The Notice directs Settlement Class Members who wish to request exclusion to mail their request to In re Tezos Securities Litigation, EXCLUSIONS, c/o Epiq, P.O. Box 3770, Portland, OR 97208-370. The Notice also sets forth the information that must be included in each request for exclusion. Epiq monitors all mail delivered to this P.O. Box.

7. As of the close of business on August 6, 2020—the deadline for receipt of requests for exclusion, Epiq received ten (10) opt-out requests.[3] These requests were from individuals or entities who reported that they were allocated a total of 714,765.861503 XTZ during the Class Period.

8. Epiq has received 2 additional opt-out requests. On August 10, 2020, Epiq received an opt-out request that was postmarked from France on July 9, 2020, but was received by Epiq on August 10, 2020. The request reported that it was from an individual who was allocated a total of 276 XTZ. On August 17, 2020, Epiq received an opt-out request that was postmarked from Canada on July 9, 2020, but was received by Epiq on August 17, 2020. The request reported that it was

---

[2] As the claim filing deadline has not yet passed, all numbers are preliminary and subject to change after Epiq has completed its validation, quality assurance and fraud prevention review.

[3] One of the individuals requesting exclusion sent two separate requests representing two different contributions to the Tezos ICO. Two other individuals submitted duplicate requests.

from an individual who was allocated a total of 6,000 XTZ. As of August 20, 2020, no additional opt-out requests have been received. A list of all out-out requests are attached hereto as Exhibit A.

9. The Notice also informed Settlement Class Members that they may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses; the objection must be in writing, and filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are received on or before August 6, 2020.

10. Through August 20, 2020, Epiq has reviewed all incoming correspondence and, as of August 20, 2020, has not been informed of any objections to the Settlement, the Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2020.

Nicholas Schmidt

*EXHIBIT A*

| Name | Opt Out # | Country of Residence | XTZ Allocation | Duplicate |
|---|---|---|---|---|
| Christof Weber | 900000001 | Austria | 12000.0000000 | N |
| Christof Weber | 900000002 | Austria | 9000.0000000 | N |
| Sandra Frisby & Brad Frisby | 900000003 | United States | 6707.0400000 | N |
| Luigi Bajetti | 900000004 | Italy | 10500.0000000 | N |
| Byron Berrio-Cardona | 900000005 | United States | 940.6900000 | N |
| ShapeShift AG | 900000006 | United States | 114997.1415030 | N |
| Lana Langevin | 900000007 | Canada | 6000.0000000 | N |
| Lana Langevin | 900000011 | Canada | 6000.0000000 | Y |
| Markus Schneider | 900000008 | Germany | 449994.0000000 | N |
| Samuel Benketag | 900000009 | Switzerland | 2094.0000000 | N |
| Samuel Benketag | 900000014 | Switzerland | 2094.0000000 | Y |
| Fabrice Pasquier | 900000010 | United Kingdom | 102000.0000000 | N |
| Simone Colzi | 900000012 | Italy | 532.9900000 | N |
| Gregory Reinbold | 900000013 | France | 276.0000000 | N |
| Gustav Gutoski | 900000015 | Canada | 6000.0000000 | N |