|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE TEZOS SECURITIES LITIGATION | No. 3:17-cv-06779-RS (Consolidated) |
|---|---|
| This document relates to: | **CLASS ACTION** |
| ALL ACTIONS | **ORDER AWARDING ATTORNEYS' FEES, LITIGATION EXPENSES, AND AWARDS FOR PLAINTIFFS** |

WHEREAS, a Consolidated Complaint for Violations of the Federal Securities Laws is pending in this Court entitled *In re Tezos Securities Litigation*, No. 3:17-cv-06779-RS.

WHEREAS, by Order dated May 1, 2020 (the "Preliminary Approval Order"), this Court (a) preliminarily approved the Settlement and the proposed forms and methods of providing Notice to the Settlement Class; (b) provided Settlement Class Members with the opportunity to object to the proposed Settlement and Plaintiffs' Lead Counsel's application for an award of attorneys' fees and litigation expenses; and (c) scheduled a hearing regarding final approval of the Settlement;

WHEREAS, the Court conducted a hearing on August 27, 2020 (the "Settlement Fairness Hearing") to consider, among other things, (a) whether Lead Plaintiff and Plaintiffs' Lead Counsel have adequately represented the interests of the Settlement Class; (b) whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class, and should be approved by the Court; and (c) whether the application by Plaintiffs' Counsel for an award of attorneys' fees and litigation expenses should be approved; and

WHEREAS, it appearing that due notice of the terms of the Settlement and Releases and the Settlement Fairness Hearing has been given in accordance with the Preliminary Approval Order; the Parties having appeared by their respective attorneys of record; the Court having heard and considered evidence in support of Plaintiffs' Counsel's request for an award of attorneys' fees and litigation expenses; the attorneys for the respective Parties having been heard; an opportunity to be heard having been given to all other persons or entities requesting to be heard in accordance with the Preliminary Approval Order; the Court having determined that notice to the Settlement Class was adequate and sufficient; the Court having found that Plaintiffs' Lead Counsel's request for an award of attorneys' fees and litigation expenses is fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED this 28th day of August, 2020, as follows:

1. Unless otherwise defined in this Order, the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated March 16, 2020 (ECF No. 246-1) ("Settlement Agreement" or "Stipulation"), and filed with the Court.

2. The Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Plaintiffs' Counsel[1] attorneys' fees of one-third of the Settlement Fund or $8,333,333.33, plus litigation expenses in the amount of $203,017.93, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class. The Court additionally finds that the costs and expenses were reasonably incurred in the ordinary course of prosecuting this case and were necessary given its complex nature and broad scope.

4. Finally, the Court approves the following Plaintiff awards: Lead Plaintiff Trigon Trading Pty. Ltd. ($7,500), and additional Federal Plaintiffs Pumaro LLC ($7,500), Artiom Frunze ($7,500), Hayden Hsiung ($5,000), and Gijs Matser ($5,000), and to State Litigation Plaintiff Andrew Baker ($5,000). The Court further approves reimbursement in the amount of $475 to Trigon Trading Pty. Ltd. for costs and expenses directly related to their representation of the Settlement Class. These

---

[1] Plaintiffs' Counsel are Block & Leviton LLP; Hung G. Ta, Esq. PLLC; Hagens Berman Sobol Shapiro LLP; LTL Attorneys LLP; the Restis Law Firm, P.C.; Lite DePalma Greenberg, LLC; and State Lead Counsel Taylor-Copeland Law, and Robbins Geller Rudman & Dowd LLP.

awards are reasonable and justified given the time and effort expended and the work performed and the active participation in the litigation and settlement processes by the class representatives on behalf of the members of the settlement class; the time the class representatives spent away from family, friends, relationships, and work and other responsibilities while working on this matter on behalf of the Settlement Class; the benefit to Settlement Class Members of Plaintiffs' actions on their behalf; and the length of this case.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Plaintiffs' Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶ 7 thereof, which terms, conditions and obligations are incorporated.

**IT IS SO ORDERED.**

DATED: August 28, 2020

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE