# Exhibit 3

Case Number: 18-CIV-02045



**SUPERIOR COURT OF SAN MATEO COUNTY**

| 400 County Center | 1050 Mission Road |
|---|---|
| Redwood City, CA 94063 | South San Francisco, CA 94080 |

www.sanmateocourt.org

## Minute Order

| TRIGON TRADING PTY. LTD., et. al.  vs.  DYNAMIC LEDGER SOLUTIONS, INC., A DELAWARE CORPORATION, et. al. | 18-CIV-02045 |
|---|---|
| | 08/13/2018 9:00 AM |
| | Motion to Quash |
| | **Hearing Result:**  Held |

**Judicial Officer:** Weiner, Marie S.      **Location**: Courtroom 2E
**Courtroom Clerk**: Theresa Maragoulas      **Courtroom Reporter:**  Rhonda Guess

**Parties Present**
  WALKER, JACON        Attorney

**Exhibits**

**Minutes**
*Journals*
  - Counsel for all parties waived notice of ruling and waived formal order.
  - Tezos Stiftung's Motion to Quash Service of Summons is GRANTED on the basis of lack of proper service of process. Likely Tezos will need to be served in Switzerland under the Hague Convention. Tezos Stiftung's Motion to Quash on the basis of lack of personal jurisdiction is DENIED AS MOOT given the Court's quash on other grounds.
  - Argument presented by counsel. Matter submitted.
  - Attorney Neal Potischman appearing on behalf of Tezos Stiftung.
  - Attorney Chris Wanger appearing on behalf of the Draper defendants.
  - Attorneys Samantha Kirby and Patrick Gibbs appearing on behalf of Dynamic Ledger Solutions, Inc.
*Case Events*

**Others**
*Comments:*

**Future Hearings and Vacated Hearings**

   *Canceled: August 23, 2018 9:00 AM  Case Management Conference*
   *Reason: Canceled as the result of a hearing cancel, Hearing Canceled Reason: Off Calendar*
   *Case Management Conferences, -*

1