# Exhibit 4

**FILED**
Superior Court of California
County of San Francisco

OCT 22 2018

CLERK OF THE COURT
BY: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

DEPARTMENT 305

| COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.550] **TEZOS ICO CASES** Included Actions: *Baker v. Dynamic Ledger Solutions, Inc., et al.*, Superior Court of California, County of San Francisco, Case No. CGC-17-562144 *Trigon Trading Pty. Ltd., et al. v. Dynamic Ledger Solutions, Inc., et al.*, Superior Court of California, County of San Mateo, Case No. 18CIV02045 | Case No. CJC-18-004978 JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 4978 ORDER AFTER OCTOBER 19, 2018 INITIAL CASE MANAGEMENT CONFERENCE |
|---|---|

The Court held the Initial Case Management Conference in the above matter on October 19, 2018. Appearances are as noted on the record. The case will proceed as follows:

1. All deadlines for filing motions to compel discovery pursuant to the Civil Discovery Act, Code of Civil Procedure sections 2016.010 et seq., are vacated and suspended until otherwise ordered by the Court. No party may move to compel discovery, or file any other discovery motion, until the parties have had a discovery conference with the Court. To request a discovery conference with the Court, counsel should contact the clerk of Department 305 at 415-551-3732 or email the department at

- 1 -

complex305@sftc.org. At least three court days before the conference, counsel must deliver or email a joint letter outlining the discovery dispute. If the discovery dispute is not resolved following the conference, any party may proceed to file a motion. Counsel must have completed all meet and confer obligations before scheduling a discovery conference. This procedure applies to parties. With regard to discovery disputes with non-parties, the interested parties may elect to participate in this procedure, but are not required to do so.

2. The e-filing vendor for the San Francisco Superior Court Complex Department is File&Serve*Xpress*. Counsel must register with and submit all filings through said vendor. Counsel must also add themselves to the vendor's e-service list. Customer Service for e-filing registration, training information, and service list assistance can be found at support@fileandservexpress.com or by calling File&Serve*Xpress* at 888-529-7587.

3. All court orders will be e-served through File&Serve*Xpress*. All counsel must add their office to the service list at File&Serve*Xpress*.

4. Counsel are directed to deliver two hard copies of all e-filed documents to Department 305.

5. Pursuant to California Code of Civil Procedure section 1010.6, California Rules of Court, rule 2.251 et seq., and San Francisco Superior Court Local Rule 2.11, all discovery requests and responses, not filed with the court, must be electronically served, unless it is not feasible to do so (e.g., drawings, charts, etc.).

6. Pursuant to Code of Civil Procedure section 1010.6(b)(3), any document received electronically by the court between 12:00 a.m. and 11:59:59 p.m. on a court day shall be deemed filed that day; any document received by a court on a non-court day will be deemed filed on the next court day.

7. Pursuant to Code of Civil Procedure section 1010.6(a)(5), any document served electronically between 12:00 a.m. and 11:59:59 p.m. on a court day will be deemed served that day; any document electronically served on a non-court day will be deemed served the next court day.

8. The stay is lifted for the limited purpose of allowing Plaintiffs to effect service on any defendant not yet served with the complaint. The cases remained stayed for all other purposes, including

1  discovery and filing of responsive pleadings.

2      9.    The parties shall work on a protective order and ESI protocol consistent with the federal action.

    10.    Defendants should consider securing agreement from the parties in the federal action as to whether plaintiffs in these cases may be provided with copies of discovery served on defendants in the federal action.

    11.    The next Case Management Conference is set for December 19, 2018 at 9:30 a.m. in Department 305 of the above-entitled court. A joint case management statement must be filed, and two copies delivered to Department 305, no later than three court days prior to the conference. If the parties wish to change the date of the conference, they may do so by contacting the clerk of Department 305.

IT IS SO ORDERED.

Dated: October 22, 2018

_____
Mary E. Wiss
Judge of the Superior Court

# Superior Court of California
County of San Francisco

| | |
|---|---|
| Coordination Proceeding Special Title [Rule 3.550(c)]<br><br>**TEZOS ICO CASES** | Judicial Council Coordination Proceeding No. **4978**<br><br>**CERTIFICATE OF ELECTRONIC SERVICE**<br>(CCP 1010.6(6) & CRC 2.260(g)) |

I, T. Michael Yuen, Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On October 22, 2018, I electronically served the ORDER AFTER OCTOBER 19, 2018 INITIAL CASE MANAGEMENT CONFERENCE via File&ServeXPress® on the recipients designated on the Transaction Receipt located on the File&ServeXPress® website.

Dated: October 22, 2018

T. Michael Yuen, Clerk

By: _____
Sean Kane, Deputy Clerk