# Exhibit 5

# THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

### MINUTES

Date entered: December 19, 2018                    Department: 305

COORDINATION PROCEEDING
SPECIAL TITLE [RULE 1550(b)]          Judicial Council Coordination
                                       Proceeding No.: CJC-18-004978
TEZOS ICO CASES

                                       Nature of Cause: Case Management Conference

Present:

Judge: MARY E. WISS                    Clerk: SEAN KANE
Reporter: NONE                         Bailiff: NONE

APPEARANCES:

Danielle Smith                         Jessica Valenzuela Santamaria
HAGENS BERMAN SOBOL SHAPIRO LLP        David Houska
715 Hearst Avenue, Suite 202           COOLEY LLP
Berkeley, CA 94710                     3175 Hanover Street
Tel: 510-725-3000                      Palo Alto, CA 94304-1130
                                       Tel: 650-843-5000
*for Trigon Trading Pty. Ltd*
                                       *for Dynamic Ledger Solutions, Inc.*

Lucas F. Olts                          Christopher L. Wanger
ROBBINS GELLER RUDMAN & DOWD LLP       MANATT, PHELPS & PHILLIPS, LLP
655 West Broadway, Suite 1900          One Embarcadero Center
San Diego, CA 92101                    30th Floor
Tel: 619-231-1058                      San Francisco, CA 94111
                                       Tel: 415-291-7400
*for Andrew Baker*
                                       *for Timothy C. Draper and Draper Associates V*
                                       *Crypto LLC*

Case No.: CJC-18-004978
Case Title: TEZOS ICO CASES
                                              Date: December 19, 2018

The above-entitled coordination proceeding comes on calendar having been set for hearing an Case Management Conference.  Court personnel and counsel for parties are present as listed above.

The Court and counsel discuss the issues of neither a protective order nor an ESI protocol having been put in place for this coordination proceeding yet, and the disagreements amongst the parties thereon.

The Court and counsel discuss the status of the related federal action.  The Court requests counsel provide the Court with copies of the orders Judge Seeborg issues in the federal action. Counsel inform the Court that a motion to quash the deposition subpoena of plaintiff Mr. Anvari has been denied by Judge Seeborg and that Mr. Anvari's deposition is now proceeding.  Counsel indicate there is an issue in the federal action of a new lead plaintiff being proposed.

The Court and counsel discuss Trigon Trading's request for publication of service regarding the Tezos Foundation and the Breitmans.  The Court indicates that Trigon Trading must either effect service through the Hague Convention if necessary or demonstrate publication of service is permitted.

The Court indicates that in order to move this coordination proceeding forward, the Court intends to lift the stay on discovery.  The Court indicates, however, that defendants will not be required to respond to any prior discovery requests or forthcoming discovery requests until a protective order is first put in place.  The Court indicates that if the parties are not able to agree on a protective order, a party will need to bring forth a motion for protective order.

The Court encourages the parties to develop a numbering system for documents at the outset of discovery and to stick with that numbering system throughout the taking of depositions.

The Court indicates that an ESI protocol needs to be put in place for this coordination proceeding and that if the parties are not able to agree on a protocol, a party will need to bring forth a motion on the issue.

The Court indicates that there appears to be ongoing maneuvering in the federal action and it remains unclear at this time who the lead plaintiff in the federal action will be.  As such, the Court indicates it sees no reason why this coordination proceeding should not go forward.

The Court and counsel possible motions to stay being brought by defendants.  The Court indicates that defendants may do so but that plaintiffs are now permitted to serve discovery requests.

With the agreement of counsel, the Court sets the next CMC in this coordination proceeding for February 15, 2019 at 2:30 p.m.  The Court instructs the parties to submit an updated joint CMC statement three court days prior to the next CMC.

The Court indicates that any motions brought by the parties on the outstanding issues addressed today may be noticed for February 15, 2019 at 2:30 p.m. as well.

Case No.: CJC-18-004978
Case Title: TEZOS ICO CASES

Date: December 19, 2018

The Court encourages the parties in this coordination proceeding to coordinate if at all possible with the federal action on discovery and depositions in order to avoid duplication.

The Court stands adjourned.

Case No.: CJC-18-004978
Case Title: TEZOS ICO CASES

Date: December 19, 2018
Old Form: MC001000            - 3 -                    Form: C001001