# Exhibit 6



**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

# Document Scanning Lead Sheet

Mar-28-2019 11:38 am

Case Number: CJC-18-004978

Filing Date: Mar-28-2019 11:37

Filed by: SEAN KANE

Image: 06744997

ORDER

TEZOS ICO CASES

001C06744997

**Instructions:**
Please place this sheet on top of the document to be scanned.

1

2

3

F I L E D
Superior Court of California
County of San Francisco

MAR 2 8 2019

4

5

CLERK OF THE COURT
BY: _____
                           Deputy Clerk

6

7

8                          SUPERIOR COURT OF CALIFORNIA

9                           COUNTY OF SAN FRANCISCO

10                                DEPARTMENT 305

11

12
COORDINATION PROCEEDING
SPECIAL TITLE [RULE 3.550]

13
**TEZOS ICO CASES**

14

15
Included Actions:

16
*Baker v. Dynamic Ledger Solutions, Inc., et al.,*
Superior Court of California, County of San
Francisco, Case No. CGC-17-562144

17

18

19
*Trigon Trading Pty. Ltd., et al. v. Dynamic
Ledger Solutions, Inc., et al.,* Superior Court of
California, County of San Mateo, Case No.
18CIV02045

20

Case No. CJC-18-004978

JUDICIAL COUNCIL COORDINATION
PROCEEDING NO. 4978

ORDER AFTER 2/15/19 AND 3/27/19
CASE MANAGEMENT CONFERENCES

21

22       The Court held a Case Management Conferences in the above matter on February 15 and March

23   27, 2019. Appearances are as noted on the record. The case will proceed as follows:

24       1.     By April 10, 2019, the parties must submit a proposed briefing and hearing schedule for

25   Defendants' demurrer to Plaintiff Andrew Baker's Complaint to the Court by email to

26   complex305@sftc.org. The parties must also inform the Court whether Defendant Strange Brew

27   Strategies, LLC remains in the case, and if so, a proposed briefing hearing schedule for any intended

28

- 1 -

1  challenge to the pleadings by Strange Brew.

2      2.    Discovery as to Strange Brew remains stayed until further order of court.

3      3.    If Plaintiff Trigon Trading Pty. Ltd. remains in the case after the federal court issues its

4  order, the deadline for Defendants to respond to Trigon's Complaint will commence to run on April 30,

5  2019. Parties should propose a briefing schedule by May 6, 2019. If Trigon remains in the case,

6  plaintiffs and defendants will confer regarding a Consolidated Complaint and a combined briefing

7  schedule for any challenges to the pleadings.

8      4.    The parties are urged to coordinate with all counsel in the Federal Consolidated Action

9  regarding joint participation in discovery in order to limit unnecessary duplication of effort.

10      5.    Once the named plaintiffs and plaintiffs' counsel are settled in the Federal Consolidated

11  Action, the Court encourages the parties to consider further mediation efforts.

12      6.    The next Case Management Conference is set for July 2, 2019 at 1:30 p.m. in Department

13  305 of the above-entitled court. A joint case management statement[1] must be filed, and two copies

14  delivered to Department 305, no later than three court days prior to the conference.

15      IT IS SO ORDERED.

16

17  Dated: March 28, 2019               _____

18                               Mary E. Wiss
                        Judge of the Superior Court

19

20

21

22

23

24

25

26

27

28

---

[1] Following the 3/27/2019 CMC, the Court located the 3/27/2019 Joint CMC statement which indeed had been timely delivered to the Court. The Court appreciates counsel's diligence.

- 2 -

*Tezos ICO Cases* JCCP No. 4978  Order After 2/19/2019 and 3/27/19 CMCs

**Superior Court of California**
County of San Francisco

Coordination Proceeding Special Title
[Rule 3.550(c)]

Judicial Council Coordination
Proceeding No. **4978**

**TEZOS ICO CASES**

**CERTIFICATE OF
ELECTRONIC SERVICE**
(CCP 1010.6(6) & CRC 2.260(g))

I, T. Michael Yuen, Clerk of the Superior Court of the County of San Francisco,
certify that I am not a party to the within action.

On March 28, 2019, I electronically served the ORDER AFTER FEBRUARY 15,
2019 AND MARCH 27, 2019 CASE MANAGEMENT CONFERENCES via
File&ServeXPress® on the recipients designated on the Transaction Receipt located on
the File&ServeXPress® website.

Dated: March 28, 2019

T. Michael Yuen, Clerk

By: _____
Sean Kane, Deputy Clerk