# Exhibit 13

**(Redacted)**

| | |
|---|---|
| **From:** | Hung Ta |
| **Sent:** | Monday, December 23, 2019 5:57 PM |
| **To:** | Jacob Walker; Alex Hu; Reed Kathrein; Danielle Charles; Luke Olts; Sara Bierl Polychron; james@taylorcopelandlaw.com |
| **Cc:** | Jeff Block; Nathaniel Silver |
| **Subject:** | RE: Tezos - Draft Stip & Settlement Updates |
| **Attachments:** | 191218 Stipulation - HGT and LTL changes.docx |

Attached are our and LTL's changes to the draft Stipulation.

Our main comment relates to section 7.8. That provision needs to be discussed, but in any event, is not appropriate for inclusion in a settlement agreement with the Defendants.

**From:** Jacob Walker <jake@blockesq.com>
**Sent:** Wednesday, December 18, 2019 3:05 PM
**To:** Hung Ta <hta@hgtlaw.com>; Alex Hu <alex.hu@ltlattorneys.com>; Reed Kathrein <reed@hbsslaw.com>; Danielle Charles <danielles@hbsslaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Sara Bierl Polychron <SPolychron@rgrdlaw.com>; james@taylorcopelandlaw.com
**Cc:** Jeff Block <jeff@blockesq.com>; Nathaniel Silver <nate@blockesq.com>
**Subject:** Tezos - Draft Stip & Settlement Updates

All,

A few updates:

# REDACTED - PRIVILEGED

1

Jake

--
Jake Walker
**Block & Leviton LLP**
(617) 398-5617 direct