# Exhibit 14

**From:**     Jeffrey C. Block <jeff@blockleviton.com>
**Sent:**     Monday, August 31, 2020 1:31 PM
**To:**       Hung Ta
**Cc:**       Jacob Walker
**Subject:**  FW: Activity in Case 3:17-cv-06779-RS In Re Tezos Securities Litigation Order

Hung,

I hope you and your family are doing well.

We suggest dividing the fee award 50/50 between Federal and State case and 50/50 between my firm and yours.  I assume you will take care of LTL, Restis and Lite DePalma and we will take care of Hagens Berman.

Please send me your W-9 so we can distribute the fees and expenses.

Please have your clients send us W-9s so we can send them their incentive awards.

Thanks and best regards,
Jeff

Jeffrey C. Block
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
jeff@blockleviton.com  |  https://www.BlockLeviton.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** "ECF-CAND@cand.uscourts.gov" <ECF-CAND@cand.uscourts.gov>
**Date:** Friday, August 28, 2020 at 7:00 PM
**To:** "efiling@cand.uscourts.gov" <efiling@cand.uscourts.gov>
**Subject:** Activity in Case 3:17-cv-06779-RS In Re Tezos Securities Litigation Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered on 8/28/2020 at 3:58 PM and filed on 8/28/2020

**Case Name:**          In Re Tezos Securities Litigation
**Case Number:**       3:17-cv-06779-RS
**Filer:**
**Document Number:** 262

**ORDER AWARDING ATTORNEYS FEES, LITIGATION EXPENSES, AND AWARDS FOR PLAINTIFFS. Signed by Judge Richard Seeborg on 8/28/2020. (cIS, COURT STAFF) (Filed on 8/28/2020)**

**3:17-cv-06779-RS Notice has been electronically mailed to:**

**Alexander Humphrey Hu**    alex.hu@ltlattorneys.com, ben.andrews@ltlattorneys.com, docket@ltlattorneys.com, erika.santoyo@ltlattorneys.com, lynette.suksnguan@ltlattorneys.com

**Ana G. Guardado**    aguardado@manatt.com, drunchey@manatt.com

**Andrew S. Gehring**    andrew.gehring@davispolk.com

**Brian E. Klein**    bklein@bakermarquart.com, calendar@bakermarquart.com, file@bakermarquart.com

**Britt H. Evangelist**    bevangelist@swansonmcnamara.com, AmyMcGuigan@ecf.courtdrive.com, britt@ecf.courtdrive.com, britt@smllp.law

**Bruce Daniel Greenberg**    bgreenberg@litedepalma.com, epalomino@litedepalma.com, sgreenfogel@litedepalma.com

**Caleb H. Liang**    caleb.liang@ltlattorneys.com

**Charles A Brown**    CBrown@goodwinlaw.com, AllisonKlein@goodwinlaw.com

**Christopher L. Wanger**    cwanger@manatt.com, AGuardado@manatt.com, BMiller-Phillips@manatt.com, fstephenson@manatt.com

Daniel P. Roeser    DRoeser@goodwinlaw.com

Danielle Smith    danielles@hbsslaw.com, sf_filings@hbsslaw.com

David Carter Beach    ef-dcb@cpdb.com, duffbeach27@gmail.com

Donald J. Enright    denright@zlk.com, etripodi@zlk.com, jcarriel@zlk.com

Donald Ross Pepperman    dpepperman@bakermarquart.com

Edmund Polubinski , III    edmund.polubinski@davispolk.com

Eduard Korsinsky    ek@zlk.com

Edward W. Swanson    ed@smllp.law, AmyMcGugian@ecf.courtdrive.com, britt@ecf.courtdrive.com, ed@ecf.courtdrive.com

Enoch H Liang    enoch.liang@ltlattorneys.com, caleb.liang@ltlattorneys.com, docket@ltlattorneys.com, erica.schoenberg@ltlattorneys.com, katie.tokushige@ltlattorneys.com

Grant P. Fondo    gfondo@goodwinlaw.com, SCRobinson@goodwinlaw.com

Hung G. Ta    hta@hgtlaw.com

Jacob Allen Walker    jake@blockesq.com, jacob-walker-5598@ecf.pacerpro.com

James Mitchell Lee    james.lee@ltlattorneys.com, Docket@ltlattorneys.com, erik.rodriguez@ltlattorneys.com

James Quinn Taylor-Copeland    james@taylorcopelandlaw.com, docketing@mintz.com, DSJohnson@mintz.com

Jason M. Leviton    jason@blockesq.com

Jeffrey C. Block    jeff@blockesq.com, jeff-block-2197@ecf.pacerpro.com

Jeffrey Michael Kaban    kabanjm@cooley.com, efiling-notice@ecf.pacerpro.com, eFilingNotice@cooley.com, lalmanza@cooley.com

Jeremy Nash    jnash@litedepalma.com

Jessica N Meyers    Jmeyers@brownrudnick.com

Jessica Valenzuela Santamaria    jsantamaria@cooley.com, galancr@cooley.com

Jessie A. R. Simpson Lagoy    jlagoy@cooley.com, galancr@cooley.com

Joel Anderson Fleming    joel@blockesq.com, joel-fleming-5728@ecf.pacerpro.com

Joseph J. DePalma    jdepalma@litedepalma.com, epalomino@litedepalma.com

Kevin Michael Bringuel    kevin.bringuel@ltlattorneys.com, docket@ltlattorneys.com

Leo J. Presiado    lpresiado@brownrudnick.com

Marc Robert Lewis    mlewis@lewisllewellyn.com, chayward@lewisllewellyn.com, korrantia@lewisllewellyn.com, prestad@lewisllewellyn.com

Mary Geraldine McNamara    mary@smllp.law, AmyMcGuigan@ecf.courtdrive.com, britt@ecf.courtdrive.com, mary@ecf.courtdrive.com

Nathalie Fayad    nfayad@lewisllewellyn.com, korrantia@lewisllewellyn.com

Neal Alan Potischman    neal.potischman@dpw.com, ecf.ct.papers@dpw.com, lit.paralegals.mp@davispolk.com, tezos.lit@davispolk.com

Nicholas A. Reider    nreider@goodwinlaw.com, scrobinson@goodwinlaw.com

Patrick Edward Gibbs    pgibbs@cooley.com, bgiovannoni@cooley.com

Peter E. Borkon    pborkon@bfalaw.com

Rebecca Furman    bfurman@lewisllewellyn.com, chayward@lewisllewellyn.com, korrantia@lewisllewellyn.com, prestad@lewisllewellyn.com

Reed R. Kathrein    reed@hbsslaw.com, lisal@hbsslaw.com, sf_filings@hbsslaw.com

Rees Ferriter Morgan    EfilingRFM@cpdb.com, cxb@cpdb.com, rees-morgan-cpdb-3123@ecf.pacerpro.com

Rosemary M. Rivas    rrivas@zlk.com, jkornhaber@zlk.com, jtash@zlk.com, rmah@zlk.com

Samantha Anne Kirby    skirby@cooley.com, galancr@cooley.com, lsantamaria@cooley.com

Scott Matthew Malzahn    smalzahn@bakermarquart.com, calendar@bakermarquart.com, estierwalt@bakermarquart.com, file@bakermarquart.com

Serge Alexander Voronov    serge.voronov@davispolk.com

Sigmund S Wissner-Gross    swissner-gross@brownrudnick.com

Steve W. Berman    steve@hbsslaw.com, heatherw@hbsslaw.com, nicolleg@hbsslaw.com

Teresa L. Huggins    thuggins@bakermarqaurt.com

Whitney E. Street    wstreet@blockesq.com, whitney-street-0082@ecf.pacerpro.com

William Richard Restis    william@restislaw.com, support@restislaw.com

3:17-cv-06779-RS Please see Local Rule 5-5; Notice has NOT been electronically mailed to:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:N:\ecf\17-cv-06779-RS-17-cv-06779-RS_In_Re_Tezos_Securities_Litigation_-_Order_Awarding_Att_Fees_Lit_Expenses__Plaintiff_Awards.pdf

**Electronic document Stamp:**
**[STAMP CANDStamp_ID=977336130 [Date=8/28/2020] [FileNumber=17284519-0]**
**[b2140963090c1c5df1db39c5d7af97ca75736a7a8d9d6fcf63078318afe3cb2b0c67**
**4e59297f0f6d9ea9d0485c58dc0a20b52f300dfdfba775a98e39c84adbc8]]**