# Exhibit 16

| | |
|---|---|
| **From:** | Jeffrey C. Block <jeff@blockleviton.com> |
| **Sent:** | Monday, September 14, 2020 1:25 PM |
| **To:** | Hung Ta |
| **Cc:** | Jacob Walker; Joel Fleming; Luke Olts; Reed Kathrein; Samuel Rudman; James Taylor-Copeland |
| **Subject:** | Re: Tezos - Distrubution |

Hung,

We have looked at Rule 1.15(c)(2) and it is not applicable here.

Jeff

--
Jeffrey C. Block
**Block & Leviton LLP**
(617) 398-5600

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Hung Ta <hta@hgtlaw.com>
**Date:** Thursday, September 10, 2020 at 6:52 PM
**To:** Jeffery Block <jeff@blockleviton.com>
**Cc:** Jake Walker <jake@blockleviton.com>
**Subject:** RE: Tezos - Distrubution

Jeff,

Your decision to distribute the fees to yourself and to Hagens Berman and Robbins Geller was made without the prior authorization of my firm, as the Court-appointed Co-Lead Counsel, and notwithstanding my prior notice to you of a dispute regarding the allocation of fees.

Under Rule 1.15(c)(2) of California's Rules of Professional Conduct, "if a client or other person disputes the lawyer or law firm's right to receive a portion of trust funds, the disputed portion shall not be withdrawn until the dispute is finally resolved." On August 31, 2020, we notified you in writing that we disagreed with your proposed allocation of attorneys' fees, thus providing you with notice that there was a dispute regarding the fees. In light of this notice, your conduct clearly violates Rule 1.15(c)(2).

We demand that you re-deposit all improperly withdrawn funds into the escrow agent's account by the close of business tomorrow, and that you provide us with an accounting of all distributions made from the escrow agent's account.

**From:** Jeffrey C. Block <jeff@blockleviton.com>
**Sent:** Thursday, September 10, 2020 9:22 AM
**To:** Hung Ta <hta@hgtlaw.com>
**Cc:** Jacob Walker <jake@blockleviton.com>
**Subject:** Tezos - Distrubution

Hung,

I know you emailed Jake about sending the Court awarded payments to the class representatives and we agree with that.

Additionally, in accordance with case law, our client, the only lead plaintiff in this case, is charged with determining the appropriate allocation of attorneys' fees. Trigon has directed that the attorneys' fees be allocated 50% to the Federal Case, 50% to the State Case and that the attorneys' fees in the Federal case be split 50/50 between the B&L attorneys and the HTL attorney group.  As such, we have distributed the fees to my firm, Hagens Berman and the attorneys for the state court action, subject to their agreement to repay any amounts the might be reallocated.

The HTL group's fees remain in the Tezos escrow account. We are happy to send you the allocated share for your firm, LTL, Restis and Lite DePalma which can be *without prejudice* to your challenging the allocation.

Before we can direct that any funds be sent to you or your clients, however, the escrow agent will need either a W-9 or taxpayer ID information. We are happy to direct that the client payments be sent to your firm to distribute to the clients, but the escrow agent will need your W-9 before it can send any funds.

Sincerely,
Jeff

Jeffrey C. Block

**Block & Leviton LLP**

260 Franklin Street, Suite 1860

Boston, MA 02110

(617) 398-5600

jeff@blockleviton.com  |  https://www.BlockLeviton.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.