# Exhibit 17

| | |
|---|---|
| **From:** | Hung Ta |
| **Sent:** | Monday, September 21, 2020 5:44 PM |
| **To:** | Jeffrey C. Block; Jacob Walker |
| **Cc:** | JooYun Kim; Angus Ni; Caleb Liang; Enoch Liang; William Restis; Joseph J. DePalma; Jeremy N. Nash |
| **Subject:** | Motion for allocation of Attorneys' Fees |
| **Attachments:** | 2020-09-22 Motion for Allocation of Attorneys' Fees.pdf |

Jeff,

Please find attached the motion that we intend to file tomorrow.

Please let us know if you believe there is anything inaccurate in the brief, or if there is any other aspect you wish to discuss.



Hung G. Ta
250 Park Avenue, 7th Floor
New York, New York 10177
Tel:   +1 (646) 453-7290
Fax:   +1 (646) 453-7289
Web:   www.hgtlaw.com

================================================================

CONFIDENTIALITY NOTICE: This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

================================================================