UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DISTRIBUTION OF ATTORNEYS' FEES**<br><br>Date: Oct. 29, 2020<br>Time: 1:30 p.m.<br>Dept.: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

Having considered Hung G. Ta, Esq. PLLC's ("HGT Law") Motion for Distribution of Attorneys' Fees, and the supporting memorandum of points and authorities, the declaration of Hung G. Ta, Esq. and exhibits thereto ("Motion"), the papers filed in opposition to the Motion, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. HGT Law's Motion is GRANTED;

2. Block & Leviton LLP ("Block & Leviton") shall immediately re-deposit all funds that it distributed from the escrow trust account holding the $8,333,333.00 in attorneys' fees awarded by the Court in this action ("Fee Award"), with interest. Block & Leviton shall take all necessary steps to provide HGT Law with access to the escrow agent and to allow HGT Law to conduct an accounting of the escrow trust account.

3.  The Court awards 57% of the Fee Award to the firms in the HGT Group (HGT Law, LTL Attorneys LLP, Restis Law Firm, P.C. and Lite DePalma Greenberg LLC), and 43% of the Fee Award to the firms in the Block Group (Block & Leviton, Hagens Berman Sobol Shapiro LLP, Robbins Geller Rudman & Dowd LLP and Taylor-Copeland Law).

4.  [IN THE ALTERNATIVE] Block & Leviton is disqualified from making any fee allocation decisions, and HGT Law is conferred sole authority to allocate the Fee Award fairly, reasonably and in good faith based on the law firms' relative contributions and benefits provided to the Class.

SO ORDERED

Dated: _____, 2020

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE