UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION | Case No. 17-cv-06779-RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Having litigated this matter to judgment—and obtained relief for the putative Class Members on whose behalf the action originates—the plaintiffs' lawyers now draw battle lines over the carving up of the substantial fee award. Specifically, in what is styled a "Motion for Distribution of Attorneys' Fees," co-lead counsel Hung G. Ta argues that his and assorted other firms are being given short shrift by Block & Leviton's "unilateral" and "unreasonable" fee allocation scheme.

This development is unwelcome, and its disposition ought not involve the intervention of this Court. The matter is accordingly referred to a randomly-assigned Magistrate Judge, under whose direction the parties are ordered to pursue resolution with the utmost good faith. No action shall be taken on the motion in the interim. Although briefing on the motion shall be timely completed, its October 29, 2020 hearing is vacated. Following discussions with the assigned Magistrate Judge, the parties shall jointly apprise the undersigned of any outcome. Until then, the prospect of further proceedings before this Court will not be entertained.

**IT IS SO ORDERED**.

Dated: September 25, 2020

_____
RICHARD SEEBORG
United States District Judge