1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 In Re: Tezos Securities Litigation

Case No.  17-cv-06779-RS   (JCS)

8 **NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

9

10

11

12 TO ALL PARTIES AND COUNSEL OF RECORD:

13 The above matter was referred to Chief Magistrate Judge Joseph C. Spero for settlement

14 purposes regarding attorneys' fees.

15 You are hereby notified that a Settlement Conference is scheduled for **November 19,**

16 **2020**, **at 10:00 a.m.**, by Zoom videoconference.

17 Counsel for Defendants do not need to participate.

18 Each attorney or group of attorneys shall prepare a Settlement Conference Statement no

19 later than fourteen (14) days prior to the conference (DO NOT electronically file on ECF).

20 Each attorney or group of attorneys shall submit their Settlement Conference Statement  in

21 .pdf format and emailed to **JCSsettlement@cand.uscourts.gov** .  **Please do not submit paper**

22 **copies.**

23 **One (1) week prior to the scheduled Settlement Conference counsel shall pre-register**

24 **for the Settlement Conference by submitting one joint email to the clerk at**

25 **JCSPO@cand.uscourts.gov with the names of counsel.   On the day of the Settlement**

26 **Conference counsel shall connect to the Zoom Meeting at the following address:**

27 https://cand.uscourts.zoomgov.com/j/1616644640?pwd=cElJZ0g3dDJqcWNSb1pnSDNmanV0Q

28 T09.  **Zoom Meeting ID: 161 664 4640. Password: 841312.  A link to the Court's video**

United States District Court
Northern District of California

United States District Court
Northern District of California

**conferencing meeting is also located on the Court's website at**

**https://www.cand.uscourts.gov/judges/spero-joseph-c-jcs/**

**Click on the + Joining Non-public hearings (settlement conferences, etc.).  Parties will**

**initially enter a "waiting room" and will be admitted into the meeting by court staff.**

The Settlement Conference Statement need not be served on opposing counsel.  The parties are encouraged, however, to exchange Settlement Conference Statements.  If Settlement Conference Statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages.  The contents of this confidential settlement letter will not be disclosed to the other parties.

The Settlement Conference Statement shall not exceed ten (10) pages of text and twenty (20) pages of exhibits and shall include the following:

1.      A brief statement of the relevant facts of the case.

2.      A brief statement of each counsel's position on the issues regarding division of attorney fees.

3.      Counsel's position on settlement, including present demands and offers and a history of past settlement discussions.  The Court's time can best be used to assist the parties in completing their negotiations, not in starting them.  Accordingly, counsel shall exchange settlement proposals no later than 21 days before the settlement conference.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference.  Counsel shall provide a copy of this order to each party who will participate in the conference.

**IT IS SO ORDERED.**

Dated:  October 2, 2020

_____

JOSEPH C. SPERO
United States Chief Magistrate Judge