Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockesq.com
jake@blockesq.com

*Co-Lead Class Counsel and Counsel to Lead Plaintiff Trigon Trading Pty Ltd.*

Reed R. Kathrein (139304)
Danielle Smith (291237)
**Hagens Berman Sobol Shapiro LLP**
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

*Additional Counsel to Lead Plaintiff Trigon Trading Pty Ltd.*

[Additional counsel listed on signature block]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No.  17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JACOB A. WALKER IN OPPOSITION TO MOTION FOR DISTRIBUTION OF ATTORNEYS' FEES**<br><br>Date:            N/A\*<br>Time:           N/A\*<br>Courtroom:   N/A\*<br>Judge:          Hon. Richard Seeborg<br><br>\* The Court's September 25 order (ECF 268) vacated the October 29, 2020 hearing |

I, Jacob A. Walker, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner in Block & Leviton LLP ("B&L"), counsel to Lead Plaintiff Trigon Trading Pty Ltd. ("Trigon"), the sole Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action"). B&L is a Court-appointed Co-Lead Counsel.

2. I submit this Declaration in opposition to the Motion To Distribute Attorneys' Fees by Hung Ta Law ("Ta Law"). I have direct and personal knowledge of the matters set forth in this Declaration, and, if called to testify, I could and would competently testify thereto.

3. On November 22, 2019, I had an in-person conversation with Hung Ta regarding the Tezos litigation. During that conversation, Ta told me that he had "no problem" with an equal split of attorneys' fees allocated to the Federal Action between his group (which I understood referred to Hung G. Ta, Esq. PLLC, LTL Attorneys LLP, Restis Law Firm, P.C., and Lite DePalma Greenberg, LLC) and our group (which I understood referred to Block & Leviton LLP and Hagens Berman Sobol Shapiro LLP ("Hagens Berman")—*i.e.*, the two other firms that participated in the Federal Action).

4. I have never told or suggested to Hung Ta that Trigon would propose an allocation that would result in his group receiving more than 25% of the total fees, nor am I aware of anyone else (*i.e.*, other than Hung Ta) proposing such an allocation of fees.

5. At no point have I or anyone at my firm denied to Hung Ta (or anyone else in his group) that Hagens Berman, Block & Leviton LLP, Robbins Geller Rudman & Dowd LLP, and Taylor-Copeland Law were working together. To the contrary, we stated in open court—in both this Court and the state court—that we were cooperating.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of October at Boston, Massachusetts.

/s/ Jacob A. Walker
Jacob A. Walker

DECLARATION OF JACOB A. WALKER IN OPPOSITION TO MOTION FOR DISTRIBUTION OF ATTORNEYS' FEES
CASE NO. 3:17-cv-06779-RS