**HUNG G. TA, ESQ. PLLC**
Hung G. Ta (SBN 331458)
JooYun Kim
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com
jooyun@hgtlaw.com

*Co-Lead Counsel*

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TEZOS SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Master File No. 17-cv-06779-RS<br><br>**CLASS ACTION**<br><br>**REPLY DECLARATION OF HUNG G. TA IN FURTHER SUPPORT OF MOTION FOR DISTRIBUTION OF ATTORNEYS' FEES**<br><br>Date:  N/A<br>Time:  N/A<br>Dept.: N/A<br>Judge: N/A<br><br>Hearing vacated and matter referred to Chief Magistrate Judge Joseph C. Spero (Dkt. Nos. 268 and 270) |

I, HUNG G. TA, ESQ., declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the principal and Managing Director of the law firm Hung G. Ta, Esq. PLLC ("HGT Law"), Co-Lead Counsel in this action. I am an active member in good standing of the bar of the State of California, as well as the bar of the State of New York. I submit this declaration in further support of HGT Law's Motion for Distribution of Attorneys' Fees. I have direct and personal knowledge of the matters set forth in this declaration, and if called to testify, I could and would testify competently thereto.

2. Attached hereto as Exhibit 18 is a true and correct copy of the transcript of the August 27, 2020 hearing by the Court of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and of Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses.

3. Attached hereto as Exhibit 19 is a chain of emails between Jeffrey Block of Block & Leviton and myself attempting to resolve the fee allocation dispute that is the subject of this Motion.

4. Attached hereto as Exhibit 20 is a true and correct copy of Defendant DLS's First Set of Requests for Production to Lead Plaintiff Trigon Trading Pty. Ltd., dated April 12, 2019.

5. Attached hereto as Exhibit 21 is a true and correct copy of an email (without attachments) from HGT Law to Defendants' counsel on October 18, 2019, serving discovery requests.

6. Block & Leviton argues in its Opposition that its fee allocation proposal is justified because HGT Law was purportedly "disruptive" in seeking to pursue discovery in the lead-up to the Second Mediation. Opp. at 8, 14. That is not true. Block & Leviton and Lead Plaintiff Trigon were reluctant to pursue discovery because of two potential vulnerabilities relating to Trigon's adequacy to continue serving as Lead Plaintiff. Specifically, Defendants propounded discovery concerning Trigon's statement on its website that "[d]igital currencies are NOT considered securities and are NOT subject to the same regulatory requirements as SEC-registered securities, exchange traded funds, or similar investment vehicles." Ex. 20, Req. 35. This was precisely the opposite of the position that Trigon was required to take as the Lead Plaintiff in the Tezos litigation. In addition, Defendants

sought to take discovery of the relationship between Trigon and a certain individual, James Gino Salerno. *Id.*, Reqs. 42 to 44.

7. As a result, it was Block & Leviton who proposed that discovery be suspended pending the Second Mediation. Defendants themselves did not require that discovery be suspended, and indeed proceeded to take the deposition of one of the named Plaintiffs represented by HGT Law. On September 16, 2019, my colleague and I conducted a telephone call with counsel for the Tezos Foundation. Jeffrey Block and Jacob Walker from Block & Leviton also participated in the call. During the call, Defendant's counsel confirmed that it was not Defendants who insisted on suspending discovery pending the Second Mediation, and that it was Mr. Block who first proposed the idea.

8. Thus, Trigon/Block & Leviton's present claim that Trigon threatened to remove HGT Law as Co-Lead Counsel or to withdraw as Lead Plaintiff (Opp. at 14) based on "disruptive" behavior is untrue. Trigon's threat to withdraw as Lead Plaintiff was motivated solely by its reluctance to participate in further discovery.

9. Block & Leviton also claims that, on November 22, 2019, Jacob Walker had a conversation with me in which I purportedly stated that I had "no problem" with dividing fees equally between the members of the HGT Group and Block & Leviton/Hagens Berman. No such conversation took place. November 22, 2019 was when the Second Mediation was conducted. There was no discussion amongst any of the Plaintiffs' counsel about the allocation of any fees during the Second Mediation. In addition, in the lead-up to the Second Mediation, it became clear to the HGT Group that Block & Leviton, Hagens Berman and Robbins Geller were acting as one group, a view now confirmed by Block & Leviton's admission in its Opposition that there existed a Side Agreement between these firms. Therefore, it would not have made sense for me to discuss the allocation of fees just to Block & Leviton and Hagens Berman in the Block Group, and to omit Robbins Geller from the discussion of the Block Group.

10. As stated in my opening Declaration, after HGT Law and LTL initially proposed an allocation of work and fees to Block & Leviton on March 7, 2019, which Block & Leviton rejected as "premature," there was no further discussion between the firms about the allocation of work and

fees. Dkt. No. 266 at ¶ 26. Mr. Block's own email confirms that there was no further discussion of fee splits between HGT Law and Block & Leviton until after August 31, 2020. In his September 23, 2020 email to me, Mr. Block states "[t]he only proposal **you have ever made** regarding the allocation of attorneys' fees in this case was contained in your September 1, 2020 email." (emphasis in original). Dkt. No. 272, Declaration of Jeffrey C. Block in Opposition to Motion for Distribution of Attorneys' Fees, Ex. G.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of October 2020, at New York, New York.

/s/ *Hung G. Ta*
Hung G. Ta (SBN 331458)
**Hung G. Ta, Esq. PLLC**
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7288
hta@hgtlaw.com

*Co-Lead Counsel and Counsel to Plaintiffs Pumaro LLC, Artiom Frunze, Hayden Hsiung, and Gijs Matser*