# Exhibit 19

| | |
|---|---|
| **From:** | Hung Ta |
| **Sent:** | Wednesday, September 23, 2020 2:30 PM |
| **To:** | Jeffrey C. Block; Jacob Walker |
| **Cc:** | JooYun Kim; Angus Ni; Caleb Liang; Enoch Liang; William Restis; Joseph J. DePalma; Jeremy N. Nash; Joel Fleming; Luke Olts; Reed Kathrein; Samuel Rudman |
| **Subject:** | RE: Motion for allocation of Attorneys' Fees |

Jeff,

We have already given you multiple opportunities to resolve this matter without the Court's intervention, to no avail.

I spoke directly with your partner, Jake Walker, this morning, and he repeated essentially the same proposal that you made in your email dated August 31, 2020. Given your position, and given your misconduct in proceeding to distribute the attorneys' fees without our authorization, you clearly have no interest in resolving this matter fairly and reasonably. Your email below is simply an attempt to leave a paper trail.

No one can blame our side for a lack of trying.

---

**From:** Jeffrey C. Block <jeff@blockleviton.com>
**Sent:** Wednesday, September 23, 2020 11:53 AM
**To:** Hung Ta <hta@hgtlaw.com>; Jacob Walker <jake@blockleviton.com>
**Cc:** JooYun Kim <jooyun@hgtlaw.com>; Angus Ni <angus@hgtlaw.com>; Caleb Liang <Caleb.Liang@ltlattorneys.com>; Enoch Liang <Enoch.Liang@ltlattorneys.com>; William Restis <william@restislaw.com>; Joseph J. DePalma <JDePalma@litedepalma.com>; Jeremy N. Nash <JNash@litedepalma.com>; Joel Fleming <joel@blockleviton.com>; Luke Olts <LOlts@rgrdlaw.com>; Reed Kathrein <reed@hbsslaw.com>; Samuel Rudman <SRudman@rgrdlaw.com>
**Subject:** Re: Motion for allocation of Attorneys' Fees

Hung,

Thank you for sending your draft brief on the Tezos fee allocation disagreement. There are many aspects of your brief that we believe are inaccurate. I think a more accurate representation would require a wholesale re-write of the brief.

As far as your suggestion if there is any other aspect to discuss, I will again reiterate my offer that we attempt to resolve our differences, either by using a neutral, or just by directly communicating with each other, before we burden the Court with this. Lawyers squabbling over multi-million fee awards is never appreciated by the Court.

If you have any interest in good faith negotiations, please let me know as we have repeatedly indicated that we are willing to listen to your views, have a good faith dialogue, and attempt to resolve this among ourselves.

Jeff

Jeffrey C. Block
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
jeff@blockleviton.com  |  https://www.BlockLeviton.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Hung Ta <hta@hgtlaw.com>
**Date:** Monday, September 21, 2020 at 5:45 PM
**To:** Jeffery Block <jeff@blockleviton.com>, Jake Walker <jake@blockleviton.com>
**Cc:** JooYun Kim <jooyun@hgtlaw.com>, Angus Ni <angus@hgtlaw.com>, Caleb Liang <Caleb.Liang@ltlattorneys.com>, Enoch Liang <Enoch.Liang@ltlattorneys.com>, William Restis <william@restislaw.com>, "Joseph J. DePalma" <JDePalma@litedepalma.com>, "Jeremy N. Nash" <JNash@litedepalma.com>
**Subject:** Motion for allocation of Attorneys' Fees

Jeff,

Please find attached the motion that we intend to file tomorrow.

Please let us know if you believe there is anything inaccurate in the brief, or if there is any other aspect you wish to discuss.



Hung G. Ta
250 Park Avenue, 7th Floor
New York, New York 10177
Tel:     +1 (646) 453-7290
Fax:    +1 (646) 453-7289

Web:   www.hgtlaw.com

==================================================================

*CONFIDENTIALITY NOTICE: This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.*

==================================================================