# Exhibit 21

| | |
|---|---|
| **From:** | JooYun Kim |
| **Sent:** | Friday, October 18, 2019 6:13 PM |
| **To:** | Brian Klein; Scott Malzahn; 'Donald Pepperman'; Gibbs, Patrick; Valenzuela Santamaria, Jessica; 'Simpson LaGoy, Jessie'; 'Brown, Charles A'; Roeser@goodwinlaw.com; gfondo@goodwinlaw.com; nreider@goodwinlaw.com; Potischman, Neal A.; Voronov, Serge A.; Polubinski III, Edmund; Gehring, Andrew S. |
| **Cc:** | Hung Ta; jake@blockesq.com; Joel Fleming |
| **Subject:** | In re Tezos Securities Litigation |
| **Attachments:** | 2019-10-18 Hsiung_s First RFPDs to DLS Defendants.pdf; 2019-10-18 Hsiung_s First Rogs to A Breitman.pdf; 2019-10-18 Hsiung_s First Rogs to DLS.pdf; 2019-10-18 Hsiung_s First Rogs to K Breitman.pdf |

Counsel:

Please find attached for service Plaintiff Hayden Hsiung's discovery requests addressed to DLS, Arthur Breitman and Kathleen Breitman.  As agreed to by the parties, responses are not due until after the conclusion of the mediation.



JooYun Kim
Senior Counsel
250 Park Avenue, 7th Floor
New York, New York 10177
Tel:       +1 (646) 453-7292
Fax:      +1 (646) 453-7289
Web:    www.hgtlaw.com

================================================================

*CONFIDENTIALITY NOTICE: This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.*

================================================================