**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 17-cv-06779-RS (JCS)

**Case Name:** In re Tezos Securities Litigation

**Date:** November 19, 2020     **Time:** 2 H

**Deputy Clerk:** Karen Hom     **Court Reporter:** Pam Hebel

**Attorney for Plaintiff:** Hung G. Ta, JooYun Kim, Caleb Liang, William Restis, Joe DePalma, Jeff Block, Jacob Walker, Sam Rudman, James Taylor-Copeland, Reed Kathrein, Danielle Smith
**Attorney for Defendant:** No Appearance

## ZOOM PROCEEDINGS

(X)     Zoom Settlement Conference  - Held

    ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )     Further Zoom Settlement Conference

    ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )     Zoom Scheduling Conference to set Settlement Conference

( )     Further Zoom Settlement Conference

( )     Discovery Conference – Lead Trial Counsel Meet and Confer

( )     Zoom Status Conference

( )     Other

**Notes:** The parties reached a binding agreement resolving the Motion for Distribution of Attorneys' Fees, ECF Docket 265.