| | |
|---|---|
| 1 | WAYMAKER LLP |
|   | BRIAN E. KLEIN (258486) |
| 2 |   bklein@waymakerlaw.com |
|   | DONALD R. PEPPERMAN (109809) |
| 3 |   dpepperman@waymarkerlaw.com |
|   | SCOTT M. MALZAHN (229204) |
| 4 |   smalzahn@waymakerlaw.com |
|   | 777 S. Figueroa Street, Suite 2850 |
| 5 | Los Angeles, CA 90017 |
|   | Telephone:   (424) 652-7814 |
| 6 | Facsimile:    (424) 652-7850 |
| 7 | *Counsel for Defendants* |
|   | ARTHUR BREITMAN, KATHLEEN BREITMAN, and |
| 8 | DYNAMIC LEDGER SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TEZOS SECURITIES LITIGATION | Master File No. 17-cv-06779-RS |
|---|---|
| | CLASS ACTION |
| This document relates to: | **NOTICE OF CHANGE OF FIRM NAME** |
| ALL ACTIONS | Judge:       Hon. Richard Seeborg |
| | Trial Date:  Not yet set |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Baker Marquart LLP has changed its firm name to Waymaker LLP, effective immediately. The firm's address, telephone number and facsimile number will remain the same. The firm's email addresses have been changed from bklein@bakermarquart.com to bklein@waymakerlaw.com, dpepperman@bakermarquart.com to dpepperman@waymakerlaw.com, and smalzahn@bakermarquart.com to smalzahn@waymakerlaw.com.

Please update your records to reflect this change.

DATED: January 25, 2021     WAYMAKER LLP

By: */s/ Brian Klein*
Brian E. Klein
Donald R. Pepperman
Scott M. Malzahn
Attorneys for Defendants
ARTHUR BREITMAN
KATHLEEN BREITMAN
DYNAMIC LEDGER SOLUTIONS, INC.