# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TEZOS SECURITIES LITIGATION | No. 3:17-cv-06779-RS (Consolidated) |
|---|---|
| This document relates to: | **CLASS ACTION** |
| ALL ACTIONS | **[PROPOSED] ORDER GRANTING MOTION FOR DISTRIBUTION OF NET SETTLEMENT FUND** |

010688-11/1248354 V1

THIS MATTER having come before the Court on Lead Plaintiffs' motion for distribution of the Net Settlement Fund; the Settlement having reached its Effective Date; and the Court having considered the paeprs filed and proceedings had herein;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. The administrative recommendations of the Court-approved Claims Administrator, Epiq Class Action & Claims Solutions, Inc. ("Epiq"), to (a) accept the Timely Eligible Claims set forth in Exhibit B-1 to the Epiq Declaration and (b) reject the Rejected Claims set forth in Exhibit B-2 to the Epiq Declaration are hereby APPROVED.

2. The distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with the Stipulation, the Court-approved Plan of Allocation, and the distribution plan for payment of the Net Settlement Fund set forth in paragraph 31 of the Epiq Declaration, which is hereby APPROVED.

3. No new Claims may be accepted after March 30, 2022, and no further adjustments to Claims received on or before March 30, 2022, that would result in an increased Recognized Claim amount may be made for any reason after March 30, 2022.

4. Defendants, all other Released Defendants, and Defendants' Counsel have no responsibility or liability whatsoever for the administration or distribution of the Settlement Fund and no person shall have any claim against any Defendant, Released Defendant, or Defendants' Counsel related to the administration or distribution of the Settlement Fund. No person shall have any claim against Federal Plaintiffs, State Plaintiff, Federal Lead Counsel, State Lead Counsel, the Claims Administrator, and the Escrow Agent, related to their involvement in the review, verification, calculation, tabulation, or any other aspect of the processing of the Claims submitted, or who are otherwise involved in the administration or distribution of the Settlement Fund, based on any distributions of the Settlement Fund that are made in accordance with this Order. All Settlement Class Members and other Claimants, whether or not they receive payment from the Settlement Fund, are hereby barred from making any further claims against the Settlement Fund beyond the amounts allocated to Authorized Claimants pursuant to this Order.

5. One year after the Second Distribution, or if no Second Distribution occurs, two years after the Initial Distribution, Epiq is permitted to destroy the paper copies of the Claim Forms and all supporting documentation, and one year after all funds have been distributed, Epiq is permitted to destroy electronic copies of the same.

SO ORDERED this _____ day of _____ 2022.

_____
The Honorable Richard Seeborg
United States District Judge